# Exhibit 1



**FULL SAIL UNIVERSITY**®

# 2019 Catalog

**VOLUME XXX, EDITION 3, 07/2019**

## Table of Contents

**INTRODUCTION**     **06**

MISSION     06

EDUCATIONAL PHILOSOPHY     07

HISTORY     08

**CAMPUS & FACILITIES**     **10**

FULL SAIL STUDIOS     11

COMPUTER LABS     12

FILM/VIDEO EDITING SUITES & LABS     15

THE BACKLOT     16

FILM CENTER     18

FILM/VIDEO SOUNDSTAGES & EQUIPMENT     19

RECORDING LABS & STUDIOS     20

VIRTUAL SET     22

DUBBING STAGE     23

LIVE PERFORMANCE VENUES & LABS     24

ENTERTAINMENT/MUSIC BUSINESS CENTER     26

FULL SAIL STUDIOS: RECORDING STUDIO     27

3D ARTS CENTER     28

FULL SAIL STUDIOS: GAME PRODUCTION STUDIO     29










# Table of Contents (Cont.)

**DEGREE PROGRAMS** 31

**AUDIO PRODUCTION** 32
Undergraduate Degree Program

**BUSINESS INTELLIGENCE** 34
Graduate Degree Program

**CLOUD TECHNOLOGIES** 35
Undergraduate Degree Program

**COMPUTER ANIMATION** 37
Undergraduate Degree Program

**COMPUTER SCIENCE** 39
Undergraduate Degree Program

**CREATIVE WRITING** 41
Graduate Degree Program

**CREATIVE WRITING FOR ENTERTAINMENT** 42
Undergraduate Degree Program

**DIGITAL ARTS & DESIGN** 44
Undergraduate Degree Program

**DIGITAL CINEMATOGRAPHY** 46
Undergraduate Degree Program

**DIGITAL MARKETING** 48
Undergraduate Degree Program

**DIGITAL MARKETING** 50
Graduate Degree Program

**ENTERTAINMENT BUSINESS** 51
Undergraduate Degree Program

**ENTERTAINMENT BUSINESS** 53
Graduate Degree Program

**ENTERTAINMENT BUSINESS** 54
*WITH A SPORTS MANAGEMENT ELECTIVE TRACK*
Graduate Degree Program

**FILM** 55
Undergraduate Degree Program

**FILM PRODUCTION** 57
Graduate Degree Program

**GAME ART** 58
Undergraduate Degree Program

**GAME DESIGN** 60
Undergraduate Degree Program

**GAME DESIGN** 62
Graduate Degree Program

**GAME DEVELOPMENT** 63
Undergraduate Degree Program

**GRAPHIC DESIGN** 65
Undergraduate Degree Program

**INNOVATION & ENTREPRENEURSHIP** 67
Graduate Degree Program

**INSTRUCTIONAL DESIGN & TECHNOLOGY** 68
Graduate Degree Program

**MEDIA COMMUNICATIONS** 69
Undergraduate Degree Program

**MEDIA DESIGN** 71
Graduate Degree Program

**MOBILE DEVELOPMENT** 72
Undergraduate Degree Program

**MOBILE GAMING** 74
Graduate Degree Program

**DEGREE PROGRAMS (Cont.)**

**MUSIC BUSINESS** 75
Undergraduate Degree Program

**MUSIC PRODUCTION** 77
Undergraduate Degree Program

**NEW MEDIA JOURNALISM** 79
Graduate Degree Program

**PUBLIC RELATIONS** 80
Graduate Degree Program

**RECORDING ARTS** 81
Undergraduate Degree Program

**SHOW PRODUCTION** 83
Undergraduate Degree Program

**SIMULATION & VISUALIZATION** 85
Undergraduate Degree Program

**SPORTSCASTING** 87
Undergraduate Degree Program

**SPORTS MARKETING & MEDIA** 89
Undergraduate Degree Program

**WEB DESIGN & DEVELOPMENT** 91
Undergraduate Degree Program

**Extended Studies** 93
Internship Program

**COURSES OF STUDY & CERTIFICATE PROGRAMS** 95

**AUDIO PRODUCTION** 96
Undergraduate Certificate

**DIGITAL MARKETING** 97
Graduate Certificate

**INSTRUCTIONAL DESIGN & TECHNOLOGY** 98
Graduate Certificate

**INTENSIVE ENGLISH** 99
Courses of Study

**MEDIA COMMUNICATIONS** 100
Undergraduate Certificate

**ACTIVE DUTY MILITARY TRACKS** 103

**GAME DESIGN** 104
**MEDIA COMMUNICATIONS** 106
**SPORTS MARKETING & MEDIA** 108

**COMPLETION PROGRAMS** 111

**AUDIO ARTS** 112
**BUSINESS** 114
**COMMUNICATIONS** 116
**COMPUTER SCIENCE** 118
**INTERACTIVE TECHNOLOGY** 120
**VISUAL ARTS** 122

**COURSE DESCRIPTIONS** 125

**FACULTY ROSTER** 185

**GENERAL INFORMATION** 199

**ADMISSIONS** 200
**FINANCIAL AID** 203
**CAREER DEVELOPMENT DEPARTMENT** 205
**GENERAL INFORMATION** 205
**TUITION BREAKDOWN** 206
**CLASS SCHEDULES** 210
**ONLINE EDUCATION** 211
**STUDENT SERVICES** 211
**POLICIES & PROCEDURES** 212
**LICENSES & ACCREDITATION** 222
**ADMINISTRATION** 223




## Introduction
# MISSION

People from around the world come to Full Sail to pursue their educational goals, and they share one thing in common – a passion for creative careers in the entertainment and media industry.

Full Sail's mission is to provide students with an innovative style of education, delivered by a staff of dedicated individuals, that addresses the career opportunities available in an ever-growing, constantly evolving industry. We do this by developing unique curricula that combine elements of creativity, art, business and life skills, technical prowess, and academic achievement. Our education is delivered via immersive teaching methods, both in Full Sail's real-world production studios and classrooms, as well as through our online learning environment.

Every one of our degree programs is designed to provide students with knowledge and real-world experience that will help them realize their career goals in the entertainment and media industry.

*If you're serious about your dream, we'll take your dream seriously.*®



## Introduction
# EDUCATIONAL PHILOSOPHY

**1 Empower our students through an active relationship with the entertainment and media industry**

Full Sail is dedicated to serving the needs and careers of our students and graduates by actively engaging the companies that make up the entertainment and media industry, both in the United States and around the world. At Full Sail, every degree program goes through ongoing assessment and evolution, ensuring that students receive an education that is current and relevant. This is accomplished through industry feedback and insight, and the specific guidance of groups of entertainment and media professionals who make up Program Advisory Committees for each of our degrees. In addition, our commitment to a close relationship with the industry allows employers to easily recruit qualified talent, and also allows our Career Development Department to promote our graduates to the widest possible audience.

**2 Connect students with educators and industry guests who inspire and challenge**

The core of Full Sail is our staff, many of whom bring years of industry credentials and educational experience to our campus. Because many of our educators and guests are active in the professional community through conventions, industry affiliations, and professional projects, they are able to inspire students with current knowledge that speaks to how entertainment and media companies create exceptional professional product.

**3 Provide learning environments that are real world**

Full Sail's campus is designed to provide students with educational environments that are on par with some of the best production facilities in the world. In these studios, labs, and classrooms, students gain real-world experience with the creative and technical tools employed at all levels of the industry. At the same time, they learn the same production workflow used in film productions, recording sessions, live events, animation and design projects, and in the development of video games, websites, and entertainment business strategies.

Full Sail's online courses and degrees are driven by a real-world approach that uses current technology to educate and inspire. Through the capabilities of today's Internet, traditional assignments are complemented by videos, animations, and interactive exercises. Our online learning environment is also built around the concept of connecting you with people – from accessible instructors, to exclusive guest lecturers, to collaboration tools that enable you to meet, share, and receive feedback from your peers.

Whether on campus or online, Full Sail's goal is to deliver a real-world educational experience that is engaging and exceptional.

**4 Promote professionalism throughout the educational experience**

We believe that students should approach their education like professionals because it will increase their chance for success throughout their careers. There are initiatives woven throughout a student's educational journey designed to instill professional protocol, attitude, and a mindset for creativity and success. These elements are integral to our real-world educational formula, alongside up-to-date curricula, professional settings, immersive projects, and experienced educators.

TODAY **2019**

# Our HISTORY

## SOME HIGHLIGHTS

Since Full Sail's inception in 1979, over 36,800 graduates have prepared for careers in the entertainment and media industry. The following features some of the highlights of Full Sail's history as well as that of our graduates.

In 1980, Full Sail moved from its original home in Dayton, Ohio to Orlando, Florida. During the six years that followed, new audio courses were added to the original recording arts offering until, in 1986, the Recording Arts Comprehensive Program was introduced. In 1988, a new curriculum with a focus on the visual arts was born — the Video and Film Production Comprehensive Program. In July 1989, Full Sail moved into its current home in Winter Park, Florida (a suburb of Orlando) which has since expanded into a 110+ studio multimedia campus.

August 1990 marked a milestone in history when Full Sail received accreditation allowing students to earn Specialized Associate's Degrees upon successful completion of the curricula in the Recording Arts and/or Film and Video Production Programs. A third Specialized Associate's Degree in Digital Media was launched in March 1995 – this addition marked Full Sail's entrance into training for the vast, emerging field of interactive media.

March 1998 witnessed the introduction of the Game Design Specialized Associate's Degree as well as the Show Production & Touring Specialized Associate's Degree. In January of that same year, Full Sail achieved additional accreditation and licensing enabling students to earn Associate of Science Degrees in Recording Arts, Film and Video Production, and Digital Media. In February of 1999, a new accredited program was introduced — the Computer Animation Associate of Science Degree. Additionally, the Game Design and Show Production & Touring Programs were modified and approved to be offered as Associate of Science Degrees.

In November 2003, Full Sail offered its first Bachelor's Degree - the Entertainment Business Bachelor of Science Degree Program. In addition, the Game Development Degree Program was revised and expanded to become a Bachelor of Science Degree Program.

Another milestone was achieved in August 2005 when three of Full Sail's Associate of Science Degrees were revised and expanded to become Bachelor of Science Degrees – Computer Animation, Digital Arts & Design (formerly Digital Media), and Film. In April of 2006, the Entertainment Business Bachelor's Degree Program changed focus slightly and was renamed Music Business.

In June 2007, Full Sail launched its first Master of Science Degree in Entertainment Business, and in July 2007, Full Sail launched a new Associate of Science Degree in Graphic Design.

October 2007 was a historic month, with the introduction of Full Sail's first online degree program — an online version of the school's existing Entertainment Business Master of Science Degree Program. The launch of this first online degree was years in the making and saw the school build a proprietary online learning platform from the ground up.

In December 2007, Full Sail launched a new on-campus degree program — the Game Art Bachelor of Science Degree — designed to meet the growing demand for game-specific artists. In January 2008, Full Sail launched two additional online degree programs — the Education Media Design & Technology Master of Science Degree and the Entertainment Business Bachelor of Science Degree, and a new on-campus degree program — the Web Design & Development Bachelor of Science Degree.

In March 2008, Full Sail was granted University status and became known as Full Sail University. Since then, the school has continued to expand its online and campus degree offerings into new fields, including Game Design, Graphic Design, and more, while also revising and expanding its flagship Recording Arts and Show Production programs to be offered as Bachelor of Science Degrees.

Throughout the world, Full Sail graduates are employed in music recording, film production, video production, animation, sound design, web development, concert sound, concert lighting, postproduction, game design, music, interactive title development, graphic design, virtual reality and simulation, entertainment companies, and worldwide corporations. Hundreds of media businesses have been built and GRAMMY, Emmy, Addy, and Recording Industry Association of America (Gold and Platinum Records) awards have been earned by numerous alumni. In addition, 2005 marked the first graduate to ever be nominated for an OSCAR.

---

**1994**
3 Graduate credits on
**The Rolling Stones**
*Voodoo Lounge Tour*
Top Grossing World Tour 1994

**1996**
Graduate credits on
**Kiss**
*Reunion Tour*
Top Grossing World Tour '96

**2005**
"One of the Top 5 Film Schools in the Country"
– *UNleashed Magazine* (2005)

**2007**
Full Sail's redesigned website receives multiple nominations in the Webby Awards for **Best Home/Welcome Page** and **Best Website - School**

**1996**
First
**GRAMMY-WINNING**
Graduate

**2005**
"One of the 5 Best Music Programs in the Country"
– *Rolling Stone Magazine*

**1995**
Graduate credit on
**Braveheart**
OSCAR Winner for "Best Picture"

**2005**
"One of the 3 Best Music Business Departments"
– *Schools That Rock*
The Rolling Stone College Guide

**1991**
Graduate credit on
**Nirvana's** *Nevermind*
#1 Album (Billboard 200)

**1997**
8 Graduate credits
**Titanic**
Top Grossing Film of All Time -
OSCAR Winner for "Best Picture"

**2007**
"Full Sail is the Harvard of Game Schools"
– *Tips & Tricks Magazine*

**2008 & 2011**
Full Sail University named **School/ College of the Year** by the Florida Association of Postsecondary Schools & Colleges (FAPSC)

**2014**
Full Sail University celebrates its **35th Anniversary** & 5th Annual **Hall of Fame** Celebration

**2003**
"One of the Top 5 Game Degree Programs in the World"
– *Electronic Gaming Monthly*

**2006**
**111**
Graduates involved with **GRAMMY-**nominated projects

**2003**
Graduate credit on
**PIXAR'S** *The Incredibles*
OSCAR Winner for "Best Animated Feature Film"

**1998**
**EMMY-WINNING**
*XVIII Olympic Games*
"Most Outstanding Technical Team"

**2005**
First Graduate
**OSCAR**
Nomination

**2003**
Graduate credit on
**Lord of the Rings:** *Return of the King*
OSCAR Winner for "Best Picture"

**2005-2007**
Graduate Directs
**Saw** 2,3,4
#1 Box Office Film on Halloween
3 Years in a Row

**2003**
GRAMMY "Album of the Year"
**Outkast** *Speakerboxxx/ The Love Below*
3 Graduates Win

**2004**
Full Sail's website is awarded a **National Gold ADDY** in the Flash Website category

**est. 1979**

**1979**
Founded in Dayton, Ohio

**1980**
Moved to Orlando, Florida

**1989**
Full Sail moves into its current home in Winter Park, Florida

**1990**
Graduate credit on
**LL Cool J**
*Mama Said Knock You Out*
#1 Billboard Rap Single

**1989-1991**
For three years in succession, Full Sail wins the prestigious **TEC Award** (Technical Excellence and Creativity) for **Best Recording School/Program**, presented annually by **Mix Magazine**

**1987**
Graduate credit on
**Michael Jackson's** *Bad*
8 million copies sold

**1995**
Graduate credit on
**PIXAR'S** *Toy Story*
#1 Box Office Film -
OSCAR Nominated

**1996**
Full Sail earns the Florida-based Educational Award for **Most Innovative Program** as well as **Educator of the Year**

**1997**
**Lycos** presents Full Sail with their **Top Five Percent Award** for the school's website

You can get there from here

FULL SAIL UNIVERSITY | 8

HISTORY | 9

## Campus & Facilities

### The Campus, The Facilities, The Equipment

The Full Sail Campus is located in Winter Park, Florida (a suburb of Orlando). A number of multimedia complexes specifically designed to house 110+ studios/production suites as well as classrooms, administrative offices, conference rooms, a media center, and other support facilities are located on a 210-acre campus.



### Campus Landmarks

1. Full Sail Live
2. Welcome Center
3. The HangR - Campus Store
4. Dubbing Stage
5. Studios A & B
6. The Virtual Set
7. Digital Arts & Graphic Design Facilities
8. Soundstages 1A, 1B, & 1C
9. Park/Walkway
10. FSNET Message Center
11. Full Sail Studios Gateway

12. Live Venue
13. Blackmoor Game Studio & Audio Temple Recording Studio
14. EB Center/Hall of Fame
15. The Backlot
16. Game Development Building
17. Mix Palace
18. Water Tower
19. Library

20. Soundstages & Labs
21. Web Design & Development Building
22. Fab Lab & VR/AR Lab
23. Film Center
24. 3D Arts Center
25. The Treehouse
26. Career Development
27. Full Sail Live 3



### Full Sail Studios

The custom-built, 2.2-acre Full Sail Studios encompass the multipurpose Full Sail Live venue, a flagship recording studio, a complete game production studio, and an outdoor plaza courtyard.



## Computer Labs

### The Mac Pro Lab

This lab features a total of 25 quad-core Apple Mac Pro workstations equipped with 12GB RAM and running professional software, including Adobe Creative Suite 5 Design Premium, After Effects, Final Cut Pro, Motion, and DVD Studio Pro. Students in this lab focus on a wide range of digital content creation, including digital video production, 2D motion graphics, photo manipulation, 3D graphic creation, and CD-ROM/DVD authoring. Peripherals include digital video decks and professional video cameras for the capture, creation, and output of digital video imagery.

### HP z600 Labs

These labs features 24 powerful Hewlett-Packard workstations running professional software packages such as Adobe Creative Suite 5 Design Premium (including Photoshop and After Effects), 3D Studio Max, Unreal, Sound Forge, and Acid Pro. Students in this lab create a wide variety of digital art projects, including 2D and 3D graphics, digital audio and video, web design, digital publishing, motion graphics, and interactive application development.

### Mac Pro HD Editing Lab

This room is home to 26 powerful Apple Mac Pro workstations running Final Cut HD. Students in this lab edit projects that were shot in HDV and on Full Sail's Virtual Set. All computers are connected to an Apple XSAN server that streams the necessary HD footage to each student's workstation.

### Cintiq Lab

This lab features 24 Cintiq monitors for the use of students in a number of courses in the Digital Arts & Design program. By using the Cintiq monitors in conjunction with their laptops, students are able to perform a variety of tasks, including digital painting and photo retouching.

### Game Development Labs/ Final Project Labs

These labs are specifically designed to provide a focused and flexible environment for Game Development students as they plan, program, and produce their custom-designed video game projects.

### The Gaming Lab

This room houses 44 workstations, each equipped with QTY 44 HP Z210 workstations w/ 22" LCDs. Students use these machines to further their knowledge of workstation architecture, system performance, and configurations, as they develop, test, and refine their final video game projects.

### The Mac Animation Labs

These five dedicated animation labs feature a total of 72 Apple Mac Pro quad-core workstations, connected to network storage and paired with high-definition displays. The key software packages utilized are Autodesk Maya and The Foundry Nuke, as instructors introduce students to 3D modeling, animation concepts, compositing, and demo reel assembly.

### The Hewlett-Packard xw6400 Lab

This lab features 24 Hewlett-Packard xw6400 dual-Xeon processor workstations optimal for high-level visual effects animation and rendering. Each workstation is equipped with DVD burning capabilities, a Wacom tablet, 20" LCD display, and is connected to a 50-node Boxx rendering system. Each station is also outfitted with industry-standard software including Autodesk Maya, and Adobe Photoshop CS5.

### The Final Project Lab

In this lab, students execute their final animation projects on some of the school's most powerful graphic workstations – quad-core Apple Mac Pros connected to network storage and equipped with DVD burners, Wacom tablets, and dual Samsung 24" LED backlit LCD screens, as well as software including Autodesk Maya, Quicktime Pro, Adobe Photoshop CS5, and Adobe After Effects.

### Motion Capture Studio

This impressive lab features 24 Motion Analysis Eagle RealTime motion capture cameras, linked to two high-end Hewlett-Packard workstations used to capture and render actor movement in real time, with the output projected onto a 28' curved screen. Students in this lab create real-time motion capture movements by using a bodysuit with sensors, then view a rendering of those motions applied to a character designed in a 3D application.

### The Mac Audio Lab

The Mac Audio Lab is a multi-station environment where students take part in 100-level Avid Pro Tools Operator Certification training, software synthesis, and other digital audio techniques. Each Apple Mac Pro workstation features Avid Pro Tools 002, Korg and EMU sound module systems, a M-Audio Radium 49 MIDI controller, a Lexicon sound processor, and an array of industry-standard plug-ins.



**Campus & Facilities**

## Suites & Labs

### The Avid Media Composer Lab

This lab houses eighteen Hewlett-Packard Z400 digital editing workstations equipped with Avid Media Composer 6. They are capable of compression choices from 20:1 to 1:1 using high-quality Avid codecs, known in the industry for stunning image quality even at high compression settings. Each Avid system has a powerful set of titling, graphics, compositing, and audio features, and is equipped with dual 22" HP LCD screens.

### The Avid Media Composer Nitris DX Labs

Each of these two labs features six digital editing systems that allow students to edit 35mm film footage with a full array of unsurpassed professional editing tools. Media Composer 6 features high performance real-time capabilities including 3D effects, titles, and graphics. Each Hewlett-Packard Z800 workstation is equipped with a Blu-Ray burner, dual 22" HP LCD screens, and a 24" JVC reference monitor. Students also utilize graphic software like Adobe After Effects and Photoshop to finish their projects.

### The Avid DS Nitris Labs

Avid DS Nitris is the ultra high-performance standard definition and high-definition finishing and mastering system. Each of these six-station labs offers students the chance to experience the highest standard of non-linear editing, special effects, and image treatment.

### The Pro Tools Post-production Lab

This Pro Tools lab supports workstations and mastering labs for the Recording Arts Department, and trains students in professional post-production techniques and tools, using Pro Tools LE with the Avid 003 interface. The systems are driven by 2.66 Ghz Dual-Core Mac Pro workstations with 4GB RAM, and the lab features extensive sound effects libraries for students to build their projects.

**Campus & Facilities**

### The Backlot

Full Sail's professional Hollywood-style Backlot is comprised of multiple outdoor locations designed to expand students' storytelling capabilities, giving them flexibility and creative range for student projects. The Backlot features such iconic locations as the Seattle Fish Market, New Orleans' French Quarter, and New York City's brownstones, as well as general locations like a gas station, multiple urban and suburban storefronts, and even a studio water tower.

            



**Campus & Facilities**

### Film/Video Soundstages & Equipment

#### HD Studio

The High-definition (HD) Studio features a complete HD environment for Full Sail Film students. This lab features Sony HDC-1000 TV Studio cameras, Sony HDW-F730 HD field cameras, a Sony MFS-2000 HD switcher, and Sony HDW-M2000 HD decks. Students in this lab learn television lighting and sound, teleprompter operation, jib control, and more.

#### The Soundstages

Full Sail's 10 soundstages are professionally equipped for film and digital production and are complemented by working scenic/carpentry shops, prop areas, and lighting and grip departments.

#### Film & Digital Cameras

The cameras used for production in the soundstages and on location include an Arricam Studio 35mm camera, two Arricam 235 35mm cameras, Arricam Lite 35mm film camera, four Arrifl ex SR3 16mm film cameras, Arri 416 16mm cameras, the Sony NXFS100, 20 Panasonic AG-HVX200 HD camcorders, and 10 Sony PMWEX1 HD camcorders.

#### Lighting/Grip Equipment

The lighting and grip department features a full complement of equipment for soundstage and location shoots, including Matthews and American Grip lighting/grip equipment, HMI Daylight instruments, and Mole-Richardson, Arri, and LTM quartz lighting packages. Additional grip equipment includes 14' extendable Chapman Nike cranes, and Super Pee-Wee dollys and dolly track systems.

#### The Film Center

Full Sail's Film Center is designed to be a complete motion picture production facility, giving students the tools and space to turn scripts and storyboards into feature films. The building houses workshops for constructing sets as well as a complete array of lighting and grip equipment, and thousands of feet of open soundstages for building sets of varying size and complexity.

The Film Center also features amenities like a green room and casting areas for talent as well as student areas for relaxing and networking during downtime.

**Campus & Facilities**

## Recording Labs & Studios

### The Analog Mix Lab

This unique 12-station learning environment allows students to work one on one with a 32-input Audient ASP8024 analog recording console, using a Mac computer running Logic Pro as the record and playback device for the lab. Each station includes a patchbay, CD recorder, and a full complement of outboard signal processors from Lexicon, TC Electronic, dbx, and other respected manufacturers.

### The Avid Pro Tools Labs

These two multi-workstation environments each feature 12 Pro Tools|HD-2 Accel digital audio workstations paired with Avid Control 24 digital work surfaces. Each workstation is built around quad-core Mac Pro computers and a PreSonus processor, and includes peripheral equipment from manufacturers such as Korg. In these labs, students explore digital hard-disk recording, editing, mixing, and MIDI integration.

### The Digital Mix Labs

These advanced learning environments allow students to work one-on-one with the SSL Matrix analog/digital audio console using 24 tracks of audio from Apple Logic Pro with Apogee DA16x converters. Each station includes a CD burner and a full complement of outboard signal processors from Sony, TC Electronic, PreSonus, Eventide, and other respected manufacturers.

### The Mastering Suites

Three Mastering Suites support the Recording Arts Department and feature an SPL console, B&W and Dynaudio speakers, Tube Tech, Manley, Massalec and GML outboard processors plus Magix Sequoia, Waves Mastering Software, and Pro Tools.

### The MIDI Lab

The MIDI Lab is home to quad-core Mac Pro workstations which are equipped with M-Audio Profire 2626 interfaces. The facility also features Korg Triton modules, Roland Fantom X6 keyboards, Proteus 2000 modules, and AKAI MPC 2500 beat production stations – plus Logic Pro, Korg Legacy software, Steinberg Halion software, and more.

### The Mix Palace

This unique recording environment, equipped with quad-core Mac Pro workstations, provides students with 24 individual one-on-one audio production suites consisting of:

#### 12 Post-production Suites

This multi-room lab allows students to work with the same gear found in Full Sail's Posting Suites. In this lab, each student commands their own 5.1 Surround Pro Tools ICON System, with a host of industry standard plug-ins. Each suite is networked to an Avid Unity media server, allowing for streamlined media management during post-production sessions.

#### 12 Music Suites

This section of the Mix Palace features 12 mini-mix suites, allowing students to get one-on-one in a professional studio environment. Each suite features a SSL AWS900+ console and X-Rack Dynamics Rack with Pro Tools HD, a 22" LCD screen, a Dynaudio speaker system, Apogee converters, and a full patchbay connected to outboard audio processors from companies like dbx, UA, Manley, Aphex, Drawmer, Summit Audio, TC Electronic, Lexicon, Yamaha, and Eventide.

### The PC Audio lab

This room supports the Music Theory, Songwriting and Producing and Arrangement classes. It runs Avid Sibelius plus other apps for teaching students about theory, composition and arrangement.

### Posting Suites 3, 4, 5, & 6

Suites 3, 4, 5, and 6 are identical quadruplets, with each room featuring new Hewlett Packard Z800 workstations, a 32-fader Avid ICON digital work surface with AV Option installed. The ICONs are interfaced to networked Pro Tools HD digital audio workstations and paired with JBL LSR Series 5.1 speaker systems, isolation booths, and HP 24" LCD screens – making these suites ideal for audio post-production work.

### Studio A

A network of several professionally designed recording areas, Studio A is a world-class recording facility built around a 72-channel, 144+ input Amek 9098i console with Supertrue 4 automation and Recall. This studio is equipped with a networked Avid Pro Tools|HD digital audio workstation, and a Studer A827 analog multitrack machine. Studio A is also home to an extensive collection of signal processing equipment from TC Electronic, Lexicon, Tube-Tech, dbx, and others.

### Studio B

Studio B is another of Full Sail's exceptional recording facilities, featuring an 80-channel, 160-input Solid State Logic (SSL) SL9000J console with Total Recall and the Ultimation moving fader automation system. Boasting a Studer A827 analog multi-track recorder and a networked 48-input Avid Pro Tools HD digital audio workstation, Studio B is capable of more than 100 tracks of recording.

### Studio C

Another 72-Channel, 144-input Amek 908i console resides in this room. Designed by the legendary Rupert Neve, this console is a technical marvel. Outfitted like Studios A and B, with multiple recording and processing options, this room allows students to learn signal flow and automation in an environment that is the equal of many professional recording studios. Record to and playback from Apple Logic Pro or Pro Tools on Mac Pro workstations with Apogee DA16x and AD16x converters.

### Studio D

Studio D is home to another SSL SL9000J recording console, a longtime industry standard for large format console technology. Outfitted like Studios A and B with multiple recording and processing options, this room allows students to learn the operation of the console and its automation system. Record to and play back from Apple Logic Pro or Pro Tools on Mac Pro workstations with Apogee DA16x and AD16x converters.

### Suites 1 and 2

Suites 1 and 2 provide students with a professional production environment built around fully featured 36-channel, 80-input Audient ASP8024 analog consoles. The consoles will also feature 24-track routing and 14 auxiliary buses, making these suites idea for overdubbing, mixing, recall, and computer automations.



**Campus & Facilities**

### Virtual Set

This unique lab allows students to combine live footage with virtual sets previously created in a 3D application, all while working in real time with Sony HD video cameras, a Telemetrics camera control system, Ultimatte digital keying/compositing system, and Final Cut Pro.

### The Dubbing Stage

Full Sail's Dubbing Stage is Dolby® certified, and is a fully functional, professionally designed post-production facility where student interns work with instructors to learn the intricacies of the post-production process. It's in this environment that all of a film's audio – from dialogue and sound effects to music – meets the final cut of the film.

With high-definition video and 35mm projectors, a Harrison MPC3-D mixing desk, multiple Pro Tools HD systems, theater seats for private screenings, and an Oscar®-winning JBL theater surround sound system, this room is fully capable of handling the re-recording mixing for a major motion picture.

**Campus & Facilities**

## Live Performance Venues & Labs

### Full Sail Live Venues

These four performance venues are optimized for teaching virtually every aspect of modern-day live production, including sound reinforcement, computerized and conventional lighting systems, acoustical measurement, equipment maintenance, installation for home theater and corporate boardrooms, and video production. Students working in these rooms utilize audio consoles from Digico, Midas, Yamaha, Soundcraft, and Avid; sound systems from JBL, EV, Dynacord, EAW, and Meyer Sound; computerized lighting systems from Martin, Vari*Lite, High End Systems, and MA Lighting; acoustical measurement systems from Meyer Sound, TEF, SMAART, and EASE; and video equipment from Sony, Ross, Christie, JVC, and Pioneer.

### The Show Production CAD Classrooms

Full Sail Live 1 and 2 each feature an independent CAD classroom designed for maximum flexibility. Full Sail Live's CAD classroom is outfitted with 30 computer workstations, each featuring software including SMAART Live V6, WinSpeakers, EZ edit, EASE, and Vectorworks – as well as Microsoft Office, Adobe Photoshop, and Adobe Illustrator for students' general layout demands. Full Sail Live 2 features a CAD classroom featuring another 18 computer workstations with much of the same software – this classroom is often open to students for independent study and research.

### The Simulcast Suite

The Simulcast Suite functions as the digital multitrack record room for capturing live performances and event presentations from the main hall of Full Sail Live. The suite is outfitted with a Avid VENUE D-Show digital mixing console and a host of outboard processors. Digital audio recording and file management is accomplished by utilizing Avid Pro Tools and a 7TB Apple XServe RAID system.

### Video Switching & Broadcast Audio Suites

The Video Switching & Broadcast Audio Suites function as the main control center for all in-house productions at Full Sail Live, such as live labs and special events. The Video Switching Suite employs a 16-input Sony MFS2000 switcher, SONY DXC D50 broadcast camera package, Leitch NEO Suite View LCD display system, and multiple-format Sony and Pioneer record and playback machines, with a Grass Valley iDDR digital video recorder that enables video file storage and transfer.

The Broadcast Audio Suite includes a Midas Legend 3000 audio console, outboard processors including Lexicon, DBX and TC Electronic, as well as a JBL LSR audio monitor system. Guest lectures and events are supported by Christie DW6K and JVC D-ILA GA20 projectors and JVC plasma displays, giving each production a professional approach. In addition, this suite provides for RTS broadcast-style communications training.

### The Digital Audio Lab

This lab allows students to learn digital audio console engineering using the Digico SD7 and SD8, as well as Avid VENUE digital consoles. The lab is networked to the main performance stage at Full Sail Live and can be used for live tracking and mixdown.

### The Audio Workstation Lab

This lab features six individually networked mobile digital audio workstations along with the instructor master control station, with each station employing a Yamaha M7CL digital console. The stations are capable of performing multiple functions – students can access audio from the main performance stage via a CobraNet network or mix down previously recorded tracks via a Pro Tools digital audio system locked to a Grass Valley iDDR containing performance video. The lab can also be used to emulate an on-location sporting event mixdown experience, including video playback, audio from color commentator, and producer tracks.

### The Virtual Programming Lighting Lab

In this lab, students bring virtual lighting design and programming to life using six workstations. Students learn automated light programming while working toward their final solo demo project. ESP Vision software provides photo-realistic, render-quality lighting simulation in real time viewed on large screen displays, while six MA Lighting ultra-light consoles with flat panel LCD monitors provide virtual control.

### The Home Theater Lab

This lab is designed to train students in home theater and corporate-style installation training, using a variety of related equipment including gear from AMX, BSS, Krell, Sharp, Crown, and JBL.







**Campus & Facilities**

### Entertainment/Music Business Center

As the central hub for Full Sail's business degree programs, the Entertainment/Music Business Center is a unique and creative atmosphere for future professionals and entrepreneurs. The building was designed to meet the needs of our business students with multiple classrooms, boardrooms for group meetings, and an auditorium for professional presentations.

The Entertainment/Music Business Center also features wireless Internet access, several common areas for impromptu business meetings, and a café.

### Full Sail Studios: Recording Studio

With its carefully crafted acoustical environment, this flagship recording studio serves as a full-featured audio recording environment for students and professionals alike. Guests are able to view the recording process through the oversized, acoustically treated windows that line the hallways of the building.



### 3D Arts Center

The 3D Arts Center provides a creative environment for Full Sail's visual artists and animators. With traditional art studios and labs that feature powerful computer workstations, this building allows students to develop their animation projects in an inspirational and welcoming environment.

The collaborative atmosphere is ideal for artists to work together on projects, trade animation tips, or simply build relationships with like-minded people. In addition, the walls of the 3D Arts Center are covered with student-created artwork and sculptures, as well as framed examples of professional projects created by Full Sail graduates.

### Full Sail Studios: Game Production Studio

The Game Production Studio is a primary environment for game development teams at Full Sail. This dedicated facility features areas specifically designed for audio, graphics, and technical development, a game console timeline (complete with vintage hardware), and a VIP graffiti wall. The building also features student amenities like common areas and game testing rooms for unwinding between classes.



# Degree
## PROGRAMS

## Audio Production

**Undergraduate Degree Program -** *Online*

**OVERVIEW**

Recent developments in the recording industry have created new opportunities to build upon Full Sail University's foundational recording curriculum. Audio production is now often the domain of independent recording engineers, editors, vocal specialists, and other craftspeople who work in small facilities and project studios. As such, the Audio Production degree programs provide you with the knowledge, skills, and attitudes necessary to conduct business as an independent audio creator.

The Audio Production curriculum features courses that encompass listening skills, production and vocal techniques, audio postproduction, and advanced editing and mixing skills. The Audio Production degree program also has foundational courses focusing on college mathematics, professional writing, and art history. Project and portfolio courses are threaded throughout each program and provide you with a relevant and comprehensive project-based learning experience that is developed throughout your academic journey. Career-development modules are also woven throughout the curriculum to provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with your transition into the entertainment and media industries.

In addition, a team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready to enter the job market. Not only will our Career Development advisors and services be available to you while you are a student, but they will also for support and assist you throughout your career.

**ASSOCIATE'S OBJECTIVE**

The goal of the Audio Production Associate of Science degree program is to prepare you for entry-level industry positions in the recording and audiovisual communications industry, such as remote recording engineer, sound effects editor, assistant engineer, sound designer, and mix engineer. With a focus on computer-based, project-studio production, you will gain the ability to record and mix audio for music projects, games, new media, video, television, and film. Upon completion of the program, you will also be equipped with the knowledge and skills necessary to become an independent audio professional.

The curriculum of this program was also designed to develop your critical-thinking and listening skills as well as creative problem-solving abilities to support lifelong learning and to help you sustain a long and productive professional career in the recording industry.

**BACHELOR'S OBJECTIVE**

The goal of the Audio Production Bachelor of Science degree program is to prepare you for entry-level industry positions in the recording and audiovisual communications industry, such as remote recording engineer, location audio recordist, project studio engineer, music editor, and mix engineer. With a focus on computer-based, project-studio production, you will gain the ability to record and mix audio for music projects, games, new media, video, television, and film. Upon completion of this program, you will also be equipped with the knowledge and skills necessary to become an independent audio professional.

In addition to these academic aims, the curriculum of this program was designed to develop your critical-thinking and listening skills as well as creative problem-solving abilities to support lifelong learning and to help you sustain a long and productive professional career in the recording industry.

## Audio Production

**Undergraduate Degree Program -** *Online*

***Online***
**Chronological Course Schedule by Months**

| | | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|---|
| Bachelor's Program | Associate's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | | 2 | DEP1013 | Psychology of Play | 3.0 |
| | | 3 | AEM1000 | Audio Arts in the Entertainment and Media Industries | 3.0 |
| | | 4 | ENC1101 | English Composition I | 4.0 |
| | | 5 | AUD1923 | Recording Principles | 4.0 |
| | | 6 | APR1355 | Fundamentals of Music | 3.0 |
| | | 7 | REC1732 | Sequencing Technology | 4.0 |
| | | 8 | AUD119 | Project and Portfolio I: Audio Arts | 3.0 |
| | | | CAR1011 | Career Module I: Personal Branding | 1.0 |
| | | 9 | MGF1213 | College Mathematics | 4.0 |
| | | 10 | REC3414 | Audio Workstations | 4.0 |
| | | 11 | AUD3425 | Sound Design for Games | 4.0 |
| | | 12 | APB229 | Project and Portfolio II: Audio Production | 3.0 |
| | | | CAR2011 | Career Module II: Career Research | 1.0 |
| | | 13 | APR3570 | Musical Structure and Analysis | 4.0 |
| | | 14 | APR3466 | Mixing Techniques | 4.0 |
| | | 15 | HUM1505 | Popular Culture in Media | 4.0 |
| | | 16 | APB239 | Project and Portfolio III: Audio Production | 3.0 |
| | | | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| | | 17 | APR3211 | Listening Skills for Audio Professionals | 4.0 |
| | | | PHY1020 | Fundamentals of Physical Science | 4.0 |
| | | 18 | APR2703 | Contemporary Production Techniques | 4.0 |
| | | 19 | APB349 | Project and Portfolio IV: Audio Production | 3.0 |
| | | | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| | | 20 | AUD3011 | Fundamentals of Music Business | 3.0 |
| | | 21 | AUD3311 | History of Recorded Music | 3.0 |
| | | | ENC326 | Professional Writing | 4.0 |
| | | 22 | APB359 | Project and Portfolio V: Audio Production | 3.0 |
| | | 23 | REC3805 | Audio Postproduction | 4.0 |
| | | 24 | APR4316 | Game Audio Production Techniques | 3.0 |
| | | 25 | APB469 | Project and Portfolio VI: Audio Production | 3.0 |
| | | 26 | APR4111 | Advanced Audio Editing Techniques | 4.0 |
| | | | ART2006 | Art History | 4.0 |
| | | 27 | APR4404 | Vocal Techniques | 3.0 |
| | | 28 | APR4703 | Advanced Mixing Techniques | 4.0 |
| | | 29 | APB479 | Project and Portfolio VII: Audio Production | 3.0 |
| | | | CAR3012 | Career Module V: Networking | 1.0 |
| | | | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | | | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 116 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 64 |

¹ This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Business Intelligence
**Graduate Degree Program - *Online***

**OVERVIEW**

The Business Intelligence master of science degree program prepares students for careers in Big Data, including business analysts, data warehouse administrators, and consultants. Business Intelligence master of science students receive graduate-level instruction that develops the technical, business, and analytic competencies necessary to inform effective organizational decision-making. Graduate courses in data management, qualitative analysis, and business intelligence technologies introduce core knowledge and skills through a series of interconnected learning experiences. Students further develop key technical and analytical skills in courses that address topics such as data mining methodologies, pattern recognition and analysis, and process modeling. As they complete the program, students will refine their critical thinking and communication skills by examining a variety of real-world business challenges, through advanced lessons in data visualization, creative reporting, case studies, project management, and leadership development. Each course will develop the student's academic research skills, tools, and methodologies as students learn how to utilize academic research for a variety of contexts and learning activities. Throughout the program, students will develop their capstone thesis project focusing on building a data warehouse, which they will deliver in the final month of the degree.

**MASTER'S OBJECTIVE**

Today's businesses have access to a vast amount of information that can be utilized to improve their products and services, make their companies run more effectively, and transform their business. As such, utilizing data to make informed business decisions is a rapidly growing trend for businesses around the world. The objective of the Business Intelligence master of science degree program is to prepare students to collect, manage, prepare, analyze, interpret, and communicate this information for the improvement of specific business processes and to inform business decisions. This goal will be accomplished by providing students with the knowledge, skills, and abilities necessary to effectively utilize data for the improvement of business results. It will also be accomplished through project-based learning activities and guided academic research applications, which will enable students to use the appropriate tools and technologies for data management, analysis, visualization, and communication.

*Online*
**Chronological Course Schedule by Months**

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Master's Program | 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| | 2 | BIN520 | Foundations of Business Intelligence | 3.0 |
| | 3 | BIN530 | Enterprise Data Management | 3.0 |
| | 4 | BIN550 | Business Intelligence Technologies | 3.0 |
| | 5 | BIN560 | Business Intelligence Analytics | 3.0 |
| | 6 | BIN580 | Data Mining | 3.0 |
| | 7 | BIN610 | Patterns and Recognition | 3.0 |
| | 8 | BIN630 | Data Visualization and Creative Reporting | 3.0 |
| | 9 | BIN620 | Process Modeling and Analysis | 3.0 |
| | 10 | BIN650 | Business Intelligence Leadership & Communication Skills | 3.0 |
| | 11 | BIN660 | Business Intelligence Case Studies | 3.0 |
| | 12 | BIN680 | Business Intelligence Capstone | 3.0 |
| | | | **TOTAL CREDIT HOURS:** | **36** |
| | | | **TOTAL WEEKS:** | **48** |

# Cloud Technologies
**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Cloud Technologies curriculum introduces you to concepts surrounding the virtualization of systems and networks as well as the emerging technologies used to handle and deliver media-rich information to individuals, businesses, and institutions around the globe.

This program provides you with a comprehensive understanding of cloud architecture, the communication and storage of information, and how to manage systems through project plans and industry best-practices. You will study computing architecture, information storage, and systems administration, and then implement these concepts through comprehensive, hands-on projects where you will design and build solutions in a collaborative environment modeled on real industry workflows. As a result, you will learn how to implement private, public, and hybrid clouds, how to securely interconnect and distribute information through various networks, and how to scale, administer, and manage systems.

In the Cloud Technologies curriculum, hands-on projects are implemented through a series of project and portfolio courses that are threaded throughout the program's curriculum. These courses are dedicated to providing you with an extensive and comprehensive project-based learning experience throughout your academic journey.

With career development modules woven throughout the curriculum, the Cloud Technologies curriculum also provides you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

Today's information-technology professionals require a significant depth and breadth of both knowledge and skills to compete in the growing and dynamic field of cloud computing. In addition to gaining a foundational understanding of virtualizing systems, networks, and storage, you will understand how to create software-defined data centers that leverage this technology. The goal of the Cloud Technologies Associate of Science degree program is to prepare you for this field by developing your ability to virtualize information via distributed networks and the cloud.

Upon completion of this program, you will be prepared for entry-level positions as server administrators, network administrators, application-systems specialists, hardware technicians, technical trainers, and a variety of other positions in the entertainment, media, and information technology industries.

**BACHELOR'S OBJECTIVE**

Today's information-technology professionals require a significant depth and breadth of both knowledge and skills to compete in the growing and dynamic field of cloud computing. In addition to gaining a foundational understanding of virtualizing systems, networks, and storage, you will understand how to create software-defined data centers that leverage this technology. The goal of the Cloud Technologies Bachelor of Science degree program is to prepare you for this field by developing your ability to virtualize information via distributed networks and the cloud.

The mission of the Cloud Technologies Bachelor of Science degree program is to prepare you for entry-level positions in the information technology field with the expertise to define and develop the virtualization and interconnection of data, media.

# Cloud Technologies

**Undergraduate Degree Program - *Campus & Online***

## Campus
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
|  | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
|  | ENC1101 | English Composition I* | 4.0 |
| 3 | CTI1105 | Computer Operating Systems | 3.0 |
|  | CTI2006 | Networking Technologies | 3.0 |
| 4 | CTI1301 | Virtual Computing | 4.0 |
|  | CTI2111 | System Scripting Fundamentals | 3.0 |
| 5 | CTI2318 | Introduction to Information Security | 3.0 |
|  | PHY1020 | Fundamentals of Physical Science** | 4.0 |
| 6 | ENG119 | Project and Portfolio I: Engineering | 3.0 |
|  | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | CTI3001 | Introduction to Application Servers | 4.0 |
| 8 | CTI2511 | Cloud Networking | 3.0 |
|  | ENG229 | Project and Portfolio II: Engineering | 3.0 |
|  | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | CTI2701 | Configuration Management Programming | 4.0 |
| 10 | MGF1213 | College Mathematics† | 4.0 |
|  | CTB239 | Project and Portfolio III: Cloud Technologies | 3.0 |
|  | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | CTI3007 | Virtualization Technologies | 3.0 |
|  | CTI3111 | Automating Resource Deployment | 3.0 |
| 12 | CTI4001 | Network Security and Software | 4.0 |
| 13 | CTI3622 | Database Systems | 3.0 |
|  | CTI3323 | Cloud Management Platforms | 3.0 |
| 14 | STA3026 | Statistics | 4.0 |
|  | CTB349 | Project and Portfolio IV: Cloud Technologies | 3.0 |
|  | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | CTI3561 | Systems Performance and Capacity Management | 3.0 |
|  | CTI3231 | Data Storage Systems | 3.0 |
| 16 | CTI3933 | Securing Systems and Data | 3.0 |
|  | CTB359 | Project and Portfolio V: Cloud Technologies | 3.0 |
|  | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | CTI4751 | Software-Driven Data Centers | 4.0 |
| 18 | ENC2110 | Technical Writing* | 4.0 |
|  | CTB469 | Project and Portfolio VI: Cloud Technologies | 3.0 |
|  | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | CTI4421 | Distributed Data | 3.0 |
|  | IMK302 | Cultural Studies and the Web* | 4.0 |
| 20 | CTB479 | Project and Portfolio VII: Cloud Technologies | 3.0 |
|  | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

## Online‡
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I | 4.0 |
| 5 | CTI1105 | Computer Operating Systems | 3.0 |
| 6 | CTI2111 | System Scripting Fundamentals | 3.0 |
| 7 | CTI2006 | Networking Technologies | 3.0 |
| 8 | ENG119 | Project and Portfolio I: Engineering | 3.0 |
|  | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | CTI1301 | Virtual Computing | 4.0 |
| 10 | CTI2318 | Introduction to Information Security | 3.0 |
|  | PHY1020 | Fundamentals of Physical Science | 4.0 |
| 11 | CTI3001 | Introduction to Application Servers | 4.0 |
| 12 | ENG229 | Project and Portfolio II: Engineering | 3.0 |
|  | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | CTI2511 | Cloud Networking | 3.0 |
| 14 | CTI2701 | Configuration Management Programming | 4.0 |
| 15 | MGF1213 | College Mathematics | 4.0 |
| 16 | CTB239 | Project and Portfolio III: Cloud Technologies | 3.0 |
|  | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | CTI3007 | Virtualization Technologies | 3.0 |
|  | CTI3111 | Automating Resource Deployment | 3.0 |
| 18 | CTI4001 | Network Security and Software | 4.0 |
| 19 | CTI3323 | Cloud Management Platforms | 3.0 |
|  | CTI3622 | Database Systems | 3.0 |
| 20 | CTB349 | Project and Portfolio IV: Cloud Technologies | 3.0 |
|  | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | CTI3561 | Systems Performance and Capacity Management | 3.0 |
| 22 | CTI3231 | Data Storage Systems | 3.0 |
|  | ENC2110 | Technical Writing | 4.0 |
| 23 | CTI3933 | Securing Systems and Data | 3.0 |
| 24 | CTB359 | Project and Portfolio V: Cloud Technologies | 3.0 |
| 25 | CTI4751 | Software-Driven Data Centers | 4.0 |
| 26 | STA3026 | Statistics | 4.0 |
| 27 | CTI4421 | Distributed Data | 3.0 |
|  | IMK302 | Cultural Studies and the Web | 4.0 |
| 28 | CTB469 | Project and Portfolio VI: Cloud Technologies | 3.0 |
| 29 | CTB479 | Project and Portfolio VII: Cloud Technologies | 3.0 |
|  | CAR3012 | Career Module V: Networking | 1.0 |
|  | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
|  | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **116** |

‡  The Cloud Technologies AS degree is not currently approved for distance education.
*  This specific course is offered online. Please see course description for details.
†  This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Computer Animation

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Computer Animation curriculum is centered on real-world production processes. From storyboarding, sketching, and visual development to modeling, character animation, and final compositing, this Computer Animation curriculum takes you through the entire production pipeline. Our programs start by familiarizing you with the art concepts behind animation, drawing, sculpting, and other traditional forms of expression, which are essential parts of getting your art onto the computer. You will also learn the foundational principles behind computer-generated models, characters, animation, and compositing. Then you will apply those principles when developing films, TV shows, commercials, and games. By using the same hardware and software as professional animation studios, you will gain the skills you will need when you embark on your career. You will also have courses focusing on physical science, mythology, communication skills, and how to prepare yourself for the animation industry.

The Computer Animation curriculum offers project and portfolio courses that are threaded throughout each program's curriculum. Project and portfolio courses are threaded throughout each program's curriculum and provide you with a relevant and comprehensive project-based learning experience that is developed throughout your academic journey. Career-development modules are also woven throughout the curriculum to provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

To help you move toward your desired career, our Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of 3-D modeling and digital animation needed to qualify for such entry-level industry positions as scene builders, environmental and prop modelers, texture artists, and renderers. Besides the program's strong 3-D computer-graphics focus, you will build other skills in peripheral media and digital courses that will enhance your opportunities in related fields.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that will contribute to lifelong learning and provide you with tools to help sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of 3-D modeling and digital animation needed to qualify for such entry-level industry positions as scene builders, character artists, technical directors, motion animators, texture artists, lighters, and renderers. Besides the program's strong 3-D computer-graphics focus, you will build other skills in peripheral media and complete digital courses that will enhance your opportunities in related fields.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that will contribute to lifelong learning and provide you with tools to help sustain a long and productive professional career in the entertainment and media industries.

# Computer Animation

**Undergraduate Degree Program - *Campus & Online***

### Campus
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*ˢ | 4.0 |
| 3 | CGA121 | 3-D Foundations | 4.0 |
| | CGA101 | Fundamentals of Art I | 3.0 |
| 4 | DIG1301 | Model Creation | 4.0 |
| 5 | CGA103 | Fundamentals of Art II | 4.0 |
| | GRA1161 | Shading and Lighting† | 4.0 |
| 6 | CGA2112 | 3-D Animation I | 4.0 |
| | 3DA119 | Project and Portfolio I: 3-D Arts | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | CGA3112 | 3-D Animation II | 4.0 |
| 8 | ART2006 | Art History | 4.0 |
| | 3DA229 | Project and Portfolio II: 3-D Arts | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | MGF1213 | College Mathematics† | 4.0 |
| 10 | CAB239 | Project and Portfolio III: Computer Animation | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | CGA343 | Character Modeling Fundamentals | 4.0 |
| 12 | CGA366 | Visual Development | 4.0 |
| | CGA3312 | Character Rigging | 3.0 |
| 13 | PHY1020 | Fundamentals of Physical Science*ˢ | 4.0 |
| | CGA365 | Compositing Fundamentals | 3.0 |
| 14 | CGA4014 | Character Animation | 4.0 |
| | CAB349 | Project and Portfolio IV: Computer Animation | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | VIC3003 | History of Visual Communications† | 4.0 |
| 16 | CGA356 | Compositing and Scene Finishing | 4.0 |
| | CAB359 | Project and Portfolio V: Computer Animation | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | HIS3320 | Historical Archetypes and Mythology† | 4.0 |
| 18 | CGA462 | Animation Production | 3.0 |
| | CAB469 | Project and Portfolio VI: Computer Animation | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | CGA352 | Production Modeling | 4.0 |
| | DIG3395 | Motion Capture | 3.0 |
| 20 | CAB479 | Project and Portfolio VII: Computer Animation | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I | 4.0 |
| 5 | CGA121 | 3-D Foundations | 4.0 |
| 6 | CGA101 | Fundamentals of Art I | 3.0 |
| 7 | DIG1301 | Model Creation | 4.0 |
| 8 | 3DA119 | Project and Portfolio I: 3-D Arts | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | CGA103 | Fundamentals of Art II | 4.0 |
| 10 | CGA2112 | 3-D Animation I | 4.0 |
| 11 | CGA3112 | 3-D Animation II | 4.0 |
| 12 | 3DA229 | Project and Portfolio II: 3-D Arts | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | GRA1161 | Shading and Lighting | 4.0 |
| 14 | ART2006 | Art History | 4.0 |
| 15 | MGF1213 | College Mathematics | 4.0 |
| 16 | CAB239 | Project and Portfolio III: Computer Animation | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | CGA343 | Character Modeling Fundamentals | 4.0 |
| | PHY1020 | Fundamentals of Physical Science | 4.0 |
| 18 | CGA3312 | Character Rigging | 3.0 |
| 19 | CGA4014 | Character Animation | 4.0 |
| 20 | CAB349 | Project and Portfolio IV: Computer Animation | 3.0 |
| 21 | CGA366 | Visual Development | 4.0 |
| | VIC3003 | History of Visual Communications† | 4.0 |
| 22 | CGA365 | Compositing Fundamentals | 3.0 |
| 23 | CGA356 | Compositing and Scene Finishing | 4.0 |
| 24 | CAB359 | Project and Portfolio V: Computer Animation | 3.0 |
| 25 | CGA462 | Animation Production | 3.0 |
| | HIS3320 | Historical Archetypes and Mythology† | 4.0 |
| 26 | CGA352 | Production Modeling | 4.0 |
| 27 | CGA4631 | Technical Animation | 3.0 |
| 28 | CAB469 | Project and Portfolio VI: Computer Animation | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 29 | CAB479 | Project and Portfolio VII: Computer Animation | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 116 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 64 |

# Computer Science

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Computer Science curriculum familiarizes you with the complex and ever-changing world of today's software developers and software engineers. The goal of this curriculum is to educate you on the design, development, and implementation of software-based solutions and other software products for the business, entertainment, and consumer markets. To achieve this goal, the curriculum is designed to provide you with a comprehensive understanding of programming languages and skills, software-design skills, and various computer science methodologies. You will engage in application creation by participating in various computer science projects throughout the degree program that will equip you to understand the differences between small programming projects and large-enterprise software-systems projects. Through this hands-on curriculum, you will also be able to design and develop your own software project for emerging technologies. Furthermore, you will gain the critical-thinking and professional skills necessary for effective software development.

**ASSOCIATE'S OBJECTIVE**

In addition to a foundational understanding of programming skills, today's computer scientists require a breadth of knowledge and skills to compete in this dynamic industry. The goal of the Computer Science Associate of Science degree program is to develop your coding and production capabilities and prepare you for entry-level programming positions in this field, such as programmer, junior software developer, tool programmer, quality assurance tester, and a variety of others. Through project-based learning, you will be able to create your own coding and computer science projects and articulate and deliver these projects through appropriate communication strategies.

**BACHELOR'S OBJECTIVE**

In addition to a foundational understanding of programming skills, today's computer scientists require a breadth of knowledge and skills to compete in this dynamic industry. The goal of the Computer Science Bachelor of Science degree program is to develop your software design and production capabilities to prepare you for entry-level positions in this field, such as software engineer, software architect, computer applications engineer, UI developer, software quality engineer, and a variety of others. It is also a goal of the program to encourage lifelong learning and critical-thinking skills through threaded research, analysis, and professional development. Through project-based learning, you will be able to create your own software-application project and articulate and deliver this project through appropriate communication strategies and business models.

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Computer Science

**Undergraduate Degree Program - *Campus & Online***

## *Campus*
Chronological Course Schedule by Months

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Bachelor's Program / Associate's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | | DEP1013 | Psychology of Play | 3.0 |
| | 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | | ENC1101 | English Composition I* | 4.0 |
| | 3 | MAD1100 | Discrete Mathematics | 4.0 |
| | 4 | COP1000 | Programming I | 4.0 |
| | 5 | COP2334 | Programming II | 4.0 |
| | 6 | SDV3111 | Systems Programming | 4.0 |
| | | CAR1001 | Career Module I: Personal Branding | 1.0 |
| | | COS119 | Project and Portfolio I: Computer Science | 3.0 |
| | 7 | SDV2213 | Data Structures and Algorithms | 4.0 |
| | | GEN242 | Linear Algebra | 4.0 |
| | 8 | GDD258 | Software Engineering | 4.0 |
| | | SDV3012 | Applied Human-Computer Interaction | 3.0 |
| | 9 | GEN262 | Physics | 4.0 |
| | | COS229 | Project and Portfolio II: Computer Science | 3.0 |
| | | CAR2001 | Career Module II: Career Research | 1.0 |
| | 10 | COS239 | Project and Portfolio III: Computer Science | 3.0 |
| | | CAR2002 | Career Module III: Resume Fundamentals | 1.0 |
| | 11 | COD3412 | Digital Logic | 4.0 |
| | | GDD291 | Operating Systems | 3.0 |
| | 12 | COD3511 | Computer Organization and Architecture | 3.0 |
| | | SDV4733 | Software Test and Quality Assurance | 4.0 |
| | 13 | COD3622 | Information and Database Systems | 3.0 |
| | | SDV4116 | Wearable Computing | 3.0 |
| | 14 | GEN3322 | Probability | 4.0 |
| | | COS349 | Project and Portfolio IV: Computer Science | 3.0 |
| | | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| | 15 | COD3721 | Computer Networks | 3.0 |
| | | SIM3032 | Data Visualization and Modeling | 3.0 |
| | 16 | SDV4102 | Machine Intelligence Systems | 4.0 |
| | | COS359 | Project and Portfolio V: Computer Science | 3.0 |
| | | CAR3002 | Career Module V: Networking | 1.0 |
| | 17 | SDV4327 | Software Architecture | 3.0 |
| | | HIS3320 | Historical Archetypes and Mythology† | 4.0 |
| | 18 | COS469 | Project and Portfolio VI: Computer Science | 3.0 |
| | | CAR4001 | Career Module VI: Resume Writing | 1.0 |
| | 19 | SDV4719 | Software Integration | 3.0 |
| | 20 | COS479 | Project and Portfolio VII: Computer Science | 3.0 |
| | | CAR4002 | Career Module VII: Job Interview | 1.0 |
| | | | **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| | | | **BACHELOR'S TOTAL WEEKS:** | **80** |
| | | | **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| | | | **ASSOCIATE'S TOTAL WEEKS:** | **40** |

## *Online*
Chronological Course Schedule by Months

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Bachelor's Program / Associate's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | 2 | DEP1013 | Psychology of Play | 3.0 |
| | 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | 4 | ENC1101 | English Composition I | 4.0 |
| | 5 | MAD1100 | Discrete Mathematics | 4.0 |
| | 6 | COP1000 | Programming I | 4.0 |
| | 7 | COP2334 | Programming II | 4.0 |
| | 8 | SDV3111 | Systems Programming | 4.0 |
| | 9 | COS119 | Project and Portfolio I: Computer Science | 3.0 |
| | | CAR1011 | Career Module I: Personal Branding | 1.0 |
| | 10 | SDV2213 | Data Structures and Algorithms | 4.0 |
| | 11 | GEN242 | Linear Algebra | 4.0 |
| | 12 | GDD258 | Software Engineering | 4.0 |
| | 13 | GEN262 | Physics | 4.0 |
| | 14 | SDV3012 | Applied Human-Computer Interaction | 3.0 |
| | 15 | COS229 | Project and Portfolio II: Computer Science | 3.0 |
| | | CAR2011 | Career Module II: Career Research | 1.0 |
| | 16 | COS239 | Project and Portfolio III: Computer Science | 3.0 |
| | | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| | 17 | COD3412 | Digital Logic | 4.0 |
| | 18 | COD3511 | Computer Organization and Architecture | 3.0 |
| | 19 | GDD291 | Operating Systems | 3.0 |
| | 20 | COD3622 | Information and Database Systems | 3.0 |
| | | SDV4116 | Wearable Computing | 3.0 |
| | 21 | SDV4733 | Software Test and Quality Assurance | 4.0 |
| | 22 | COS349 | Project and Portfolio IV: Computer Science | 3.0 |
| | | GEN3322 | Probability | 4.0 |
| | | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| | 23 | COD3721 | Computer Networks | 3.0 |
| | | SIM3032 | Data Visualization and Modeling | 3.0 |
| | 24 | SDV4102 | Machine Intelligence Systems | 4.0 |
| | 25 | COS359 | Project and Portfolio V: Computer Science | 3.0 |
| | 26 | SDV4327 | Software Architecture | 3.0 |
| | | HIS3320 | Historical Archetypes and Mythology | 4.0 |
| | 27 | COS469 | Project and Portfolio VI: Computer Science | 3.0 |
| | 28 | SDV4719 | Software Integration | 3.0 |
| | 29 | COS479 | Project and Portfolio VII: Computer Science | 3.0 |
| | | CAR3012 | Career Module V: Networking | 1.0 |
| | | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| | | CAR4002 | Career Module VII: Job Interview | 1.0 |
| | | | **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| | | | **BACHELOR'S TOTAL WEEKS:** | **116** |
| | | | **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| | | | **ASSOCIATE'S TOTAL WEEKS:** | **64** |

\* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Creative Writing

**Graduate Degree Program - *Online***

**OVERVIEW**

The demand for creative writers in all types of entertainment media genres has never been so high. The ability to tell a story through the use of words and images and distribute narratives through a variety of media formats are now standard skills required of creative writers in production companies in the entertainment media industry. Professional writers are needed to craft compelling stories and writing elements that will captivate today's demanding media clients, consumers, and audiences.

There are tremendous opportunities for creative writers, and the Creative Writing Master of Fine Arts Degree Program will provide students the opportunity to not only perfect their script, screen, and story writing abilities but also to incorporate visual storytelling, narrative structures, character creation and development, and storyboarding elements into their writing projects. In addition, students will further develop leadership, project-management, and research skills; sharpen their technical prowess; conduct and utilize industry research; and ultimately market their final creative writing masterpiece. The degree program equips students with the knowledge and tools necessary to be successful creative writing professionals in the fast-paced world of the entertainment media industry.

Full Sail University's Career Development department will be on hand to provide support and guidance as students launch their career searches in the field of creative writing. The assistance of this department is extended to Full Sail graduates for the length of their careers.

**MASTER'S OBJECTIVE**

The objective of the Creative Writing Master of Fine Arts Degree Program is to provide students with a focused knowledge and clear understanding of visual storytelling, narrative structures, multimedia terms and genres, character creation and development, screenwriting and storyboarding, script analysis and criticism, and script editing for a variety of niches and distribution methods in the entertainment media industry. This knowledge will equip students with editorial skills, enhance their ability to create compelling stories and writing elements, and enable them to ultimately market their creative masterpieces. The Creative Writing Master of Fine Arts Degree Program will also further develop and strengthen students' leadership, project-management, and research skills necessary for the development and execution of creative writing projects. Completion of the Creative Writing Master of Fine Arts Degree Program will enable graduates to meet today's high demand for creative writers and qualify them for professional creative writing careers in the entertainment media industry.

## *Online*
Chronological Course Schedule by Months

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Master's Program | 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| | 2 | CWM510 | The Art of Visual Storytelling | 4.0 |
| | 3 | CWM540 | Character Creation and Development | 4.0 |
| | 4 | CWM550 | Script Analysis and Criticism | 4.0 |
| | 5 | CWM570 | Episodic and Serial Writing | 4.0 |
| | 6 | CWM640 | Creative Writing Portfolio I | 4.0 |
| | 7 | CWM621 | Writing for Film and Animation | 4.0 |
| | 8 | CWM610 | Writing for Games | 4.0 |
| | 9 | CWM670 | Multimedia Adaptation | 4.0 |
| | 10 | CWM680 | Advanced Visual Storytelling | 4.0 |
| | 11 | CWM650 | Creative Writing Portfolio II | 4.0 |
| | 12 | CWM690 | The Business of Creative Writing | 4.0 |
| | | | **TOTAL CREDIT HOURS:** | **47** |
| | | | **TOTAL WEEKS:** | **48** |

# Creative Writing for Entertainment
**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

As new distribution channels for media emerge in the entertainment industry, there is an increasing demand for creative writers who can extend a compelling story across multiple platforms. The Creative Writing for Entertainment curriculum provides you with the opportunity to not only perfect your story-writing abilities but also allows you to understand and implement the transmedia approach that is necessary in today's entertainment industry. Whether the final delivery channel is a movie theater, television screen, computer monitor, game console, website, or mobile device, you will learn to develop compelling and well-crafted stories that will captivate consumers on multiple platforms. A growing collection of digital tools is available to today's writers, and the Creative Writing for Entertainment curriculum teaches the most effective way to utilize those tools. You will explore multiple literary genres along with techniques for writing for different audiences and mediums. In addition, you will develop leadership, project-management, and research skills, sharpen your technical prowess, conduct and utilize industry research, and learn how to revise your own work and collaborate with others to enhance your creative works.

You will also participate in workshops where you will be writing in a variety of formats and genres to build a strong portfolio of original pieces. In addition to these workshops, project and portfolio courses are threaded throughout the curriculum. These courses are dedicated to providing you with a relevant and comprehensive project-based learning experience throughout your academic journey.

Furthermore, the Creative Writing degree programs help to equip you with the knowledge and tools necessary to be a successful creative writing professional in the fast-paced world of the entertainment industry. Career-development modules are woven throughout the curriculum, providing students with systematic opportunities to prepare for their future career. These modules focus on strengthening different career skills and professional strategies that will assist students with their transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The objective of the Creative Writing for Entertainment Associate of Science degree program is to provide you with a focused knowledge and clear understanding of visual storytelling, narrative structures, multimedia terms and genres, character creation and development, screenwriting and storyboarding, script analysis, criticism, and editing for a variety of niches and distribution methods in the entertainment and media industries. This program is designed to equip you with editorial skills, enhance your ability to create compelling stories and writing elements, and enable you to pursue entry-level careers in creative writing.

The Creative Writing for Entertainment Associate of Science degree program will also further strengthen the communication, creative thinking, and research skills necessary for the development and execution of creative writing projects. Completing the program will enable you to take full advantage of today's high demand for creative writers and prepare you for entry-level positions as writers in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

The objective of the Creative Writing for Entertainment Bachelor of Fine Arts degree program is to provide you with a focused knowledge and clear understanding of visual storytelling, narrative structures, literary genres, multimedia terms and delivery methods, character creation and development, screenwriting and storyboarding, script analysis, criticism, and editing for a variety of niches and distribution methods in the entertainment and media industries. This program is designed to equip you with editorial skills, enhance your ability to create compelling stories and writing elements, and enable you to pursue careers in creative writing.

The Creative Writing for Entertainment Bachelor of Fine Arts degree program will also further strengthen the leadership, project-management, and research skills necessary for the development and execution of creative writing projects. Completion of the program will enable you to take full advantage of today's high demand for creative writers and prepare you for entry-level positions as writers in the entertainment and media industries.

# Creative Writing for Entertainment
**Undergraduate Degree Program - *Campus & Online***

## Campus
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
|  | DEP1013 | Psychology of Play | 3.0 |
| 2 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 |
|  | ENC1101 | English Composition I*[†] | 4.0 |
| 3 | ECW1224 | Creative Skills Development | 3.0 |
| 4 | ENC1102 | English Composition II*[†] | 4.0 |
|  | ECW1410 | Visual Thinking and Writing | 4.0 |
| 5 | ECW2123 | Literary Techniques and Story Development | 4.0 |
|  | ECW3055 | Scriptwriting Techniques | 4.0 |
| 6 | STO119 | Project and Portfolio I: Storytelling | 3.0 |
|  | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | MGF1213 | College Mathematics | 4.0 |
|  | ECW2841 | Developing New Worlds: Environment and Historical Research | 4.0 |
| 8 | STO229 | Project and Portfolio II: Storytelling | 3.0 |
|  | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | ECW2953 | Publishing and Distribution | 4.0 |
|  | HIS3320 | Historical Archetypes and Mythology[†] | 4.0 |
| 10 | CWB239 | Project and Portfolio III: Creative Writing for Entertainment | 3.0 |
|  | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | PHY1020 | Fundamentals of Physical Science*[†] | 4.0 |
|  | ECW4101 | Writing Workshop I: Film | 4.0 |
| 12 | ECW3702 | Television Writing | 3.0 |
|  | ECW3722 | Children's Entertainment | 3.0 |
| 13 | ECW3111 | Literary Genre I: Comedy and Tragedy | 4.0 |
|  | ECW4220 | Writing Workshop II: Television | 4.0 |
| 14 | CWB349 | Project and Portfolio IV: Creative Writing for Entertainment | 3.0 |
|  | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | ECW3211 | Literary Genre II: Horror, Mystery, and Suspense | 4.0 |
|  | ECW3311 | Literary Genre III: Science Fiction and Fantasy | 4.0 |
| 16 | CWB359 | Project and Portfolio V: Creative Writing for Entertainment | 3.0 |
|  | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | ECW4321 | Writing Workshop III: Comics | 4.0 |
|  | ECW3521 | Game Writing | 3.0 |
| 18 | CWB469 | Project and Portfolio VI: Creative Writing for Entertainment | 3.0 |
|  | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | ECW4421 | Writing Workshop IV: Video Games and Interactive Formats | 4.0 |
|  | ECW3652 | Transmedia Writing | 3.0 |
| 20 | CWB479 | Project and Portfolio VII: Creative Writing for Entertainment | 3.0 |
|  | CAR4002 | Career Module VII: Job Interview | |

## Online
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I | 4.0 |
| 5 | ECW1224 | Creative Skills Development | 3.0 |
| 6 | ECW1410 | Visual Thinking and Writing | 4.0 |
| 7 | ECW3055 | Scriptwriting Techniques | 4.0 |
| 8 | STO119 | Project and Portfolio I: Storytelling | 3.0 |
|  | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | ENC1102 | English Composition II | 4.0 |
| 10 | ECW2123 | Literary Techniques and Story Development | 4.0 |
| 11 | ECW2841 | Developing New Worlds: Environment and Historical Research | 4.0 |
| 12 | STO229 | Project and Portfolio II: Storytelling | 3.0 |
|  | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | HIS3320 | Historical Archetypes and Mythology | 4.0 |
| 14 | MGF1213 | College Mathematics | 4.0 |
| 15 | ECW2953 | Publishing and Distribution | 4.0 |
| 16 | CWB239 | Project and Portfolio III: Creative Writing for Entertainment | 3.0 |
|  | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | ECW3111 | Literary Genre I: Comedy and Tragedy | 4.0 |
|  | PHY1020 | Fundamentals of Physical Science | 4.0 |
| 18 | ECW3702 | Television Writing | 3.0 |
| 19 | ECW4101 | Writing Workshop I: Film | 4.0 |
| 20 | CWB349 | Project and Portfolio IV: Creative Writing for Entertainment | 3.0 |
|  | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | ECW3722 | Children's Entertainment | 3.0 |
| 22 | ECW3311 | Literary Genre III: Science Fiction and Fantasy | 4.0 |
|  | ECW3211 | Literary Genre II: Horror, Mystery, and Suspense | 4.0 |
| 23 | ECW4220 | Writing Workshop II: Television | 4.0 |
| 24 | CWB359 | Project and Portfolio V: Creative Writing for Entertainment | 3.0 |
| 25 | ECW3521 | Game Writing | 3.0 |
|  | ECW3652 | Transmedia Writing | 3.0 |
| 26 | ECW4321 | Writing Workshop III: Comics | 4.0 |
| 27 | ECW4421 | Writing Workshop IV: Video Games and Interactive Formats | 4.0 |
| 28 | CWB469 | Project and Portfolio VI: Creative Writing for Entertainment | 3.0 |
| 29 | CWB479 | Project and Portfolio VII: Creative Writing for Entertainment | 3.0 |
|  | CAR3012 | Career Module V: Networking | 1.0 |
|  | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
|  | CAR4012 | Career Module VII: Job Interview | 1.0 |

**Campus**

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 |

**Online**

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 116 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 64 |

\* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Digital Arts & Design
## Undergraduate Degree Program - *Campus*

### OVERVIEW

The Digital Arts & Design curriculum is specifically designed to pair art and technology to inspire and help you create groundbreaking designs for motion graphics. Throughout the curriculum, you will explore the entire design process—from concept to creation and from presentation to implementation. In these courses, you will learn the ins and outs of the current hardware and software used by professionals in the design world. As you master these concepts, you will be challenged to think about design in a new way—first understanding the intended audience for a project, then using that knowledge to direct the design of your message. You will apply this process across a wide spectrum of design projects, including 2-D and 3-D art, typography, video, and motion graphics. Learning the essential design and technology elements of this field is just one part of the Digital Arts & Design degree program. You will also have courses focusing on communication, physical science, and popular culture that will prepare you for your career in the motion-graphics industry.

The Digital Arts & Design curriculum offers threaded project and portfolio courses that provide students with a relevant and comprehensive project-based learning experience throughout their academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

### ASSOCIATE'S OBJECTIVE

Our goal is to provide you with the focused knowledge and understanding of digital production needed to qualify for entry-level industry positions as production artists, graphic artists, photo editors, and various other positions in motion-graphic production. Additional skills that you will acquire in digital video production and sound design will broaden your opportunities for a variety of positions in the industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to life learning, providing you with the tools needed to help sustain a long and productive professional career in the entertainment and media industries.

### BACHELOR'S OBJECTIVE

Our goal is to provide you with the focused knowledge and understanding of digital production needed to qualify for entry-level industry positions as graphic designers, motion-graphic designers, animators, digital-media authors, video editors, and various other positions in motion-graphic production. Additional skills that you will acquire in digital video production and sound design will broaden your opportunities for a variety of positions in the industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with the tools needed to help sustain a long and productive professional career in the entertainment and media industries.

# Digital Arts & Design
## Undergraduate Degree Program - *Campus*

### *Campus*
### Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*‡ | 4.0 |
| 3 | ART2006 | Art History | 4.0 |
| 4 | ART1201 | Design and Art Theory‡ | 4.0 |
| | MGF1213 | College Mathematics‡ | 4.0 |
| 5 | DGT101 | Graphic Principles I | 4.0 |
| 6 | DGT201 | Graphic Principles II | 4.0 |
| | DES119 | Project and Portfolio I: Design | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | GRD162 | Concepts in Photography | 4.0 |
| | DGT346 | Digital Audio and Video | 3.0 |
| 8 | GRD324 | Color Theory | 4.0 |
| | DES229 | Project and Portfolio II: Design | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | DGT332 | Typography and Page Layout | 4.0 |
| 10 | DAD239 | Project and Portfolio III: Digital Arts and Design | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | DGT341 | Motion Graphics | 4.0 |
| 12 | DGT441 | Advanced Motion Graphics | 4.0 |
| 13 | VIC3003 | History of Visual Communications‡ | 4.0 |
| | DGT363 | Editing Digital Video | 3.0 |
| 14 | DGT312 | 3-D Arts | 4.0 |
| | DAD349 | Project and Portfolio IV: Digital Arts and Design | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | PHY1020 | Fundamentals of Physical Science*‡ | 4.0 |
| | DGT333 | 3-D for Motion Design | 3.0 |
| 16 | DGT432 | Broadcast Design | 3.0 |
| | DAD359 | Project and Portfolio V: Digital Arts and Design | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | DGT461 | Motion Graphics Production | 4.0 |
| | HUM1505 | Popular Culture in Media | 4.0 |
| 18 | DAD464 | Live Event Design | 4.0 |
| | DAD469 | Project and Portfolio VI: Digital Arts and Design | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | DGT466 | Digital Studio | 3.0 |
| 20 | DAD479 | Project and Portfolio VII: Digital Arts and Design | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

*Bachelor's Program / Associate's Program*

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 |

* This specific course is offered online. Please see course description for details.
‡ This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Digital Cinematography
**Undergraduate Degree Program - *Online***

**OVERVIEW**

The Digital Cinematography curriculum immerses you in the art of digital video and film production for a variety of outlets. By utilizing the latest tools available to today's media developers, you will learn how to create professional content for broadcast television, online media, mobile applications, and independent films.

Throughout each program, you will take courses that help you build a comprehensive understanding of digital content creation and storytelling with a curriculum that strikes a balance between traditional film foundations and the latest production and postproduction techniques.

You will learn how to master essential visual communication and video production methods for digital photography, HD video production, lighting, audio mixing, and nonlinear editing. Additional courses also cover complementary career skills in leadership, popular culture, production budgeting, and web design.

Class projects will help you apply the knowledge you gain as you craft your own visual and narrative pieces for different media. You will learn to take a story through the entire creative process, including developing a script, planning the logistics of production, and working on location to capture your story on camera, as well as workflow essentials such as file management, editing, and distribution.

The Digital Cinematography curriculum supports hands-on projects and a real-world education through a series of threaded project and portfolio courses. These courses are dedicated to providing you with a relevant and comprehensive project-based learning experience throughout your academic journey.

With career-development modules also woven throughout the curriculum, the Digital Cinematography curriculum also provides you with systematic opportunities to prepare for your future careers. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The Digital Cinematography Associate of Science degree program provides you with a focused knowledge and understanding of digital video and filmmaking production as they relate to current technology and media formats. Courses in the program address digital filmmaking, scriptwriting, visual storytelling, motion-picture history, and the fundamentals of production. The program is designed to provide you with the tools you need to qualify for entry-level industry positions in the fields of broadcast television, web video, independent film, and more.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning and help sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

The Digital Cinematography Bachelor of Science degree program provides you with a focused knowledge and understanding of digital video and filmmaking production as they relate to current technology and media formats. Courses in the program address digital filmmaking, directing, lighting, audio postproduction, digital editing, film criticism, storyboarding, team management, streaming video, and mobile technology. The program is designed to provide you with the tools you need to qualify for entry-level industry positions in the fields of broadcast television, web video, independent film, and more.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning and help sustain a long and productive professional career in the entertainment and media industries.

# Digital Cinematography
**Undergraduate Degree Program - *Online***

***Online***
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I | 4.0 |
| 5 | ART2006 | Art History | 4.0 |
| 6 | FLM1423 | Visual Storytelling I | 4.0 |
| 7 | FIL1036 | History of Motion Picture Arts | 3.0 |
| 8 | FAV119 | Project and Portfolio I: Film and Video | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | ECW3055 | Scriptwriting Techniques | 4.0 |
| 10 | DCN1107 | Composition and Visual Design | 4.0 |
| 11 | FLM2427 | Visual Storytelling II | 4.0 |
| 12 | FAV229 | Project and Portfolio II: Film and Video | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | FLM280 | Fundamentals of Production I | 4.0 |
| 14 | MGF1213 | College Mathematics | 4.0 |
| 15 | FLM378 | Fundamentals of Production II | 4.0 |
| 16 | DCB239 | Project and Portfolio III: Digital Cinematography | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | DCN3317 | Location Lighting | 3.0 |
| | PHY1020 | Fundamentals of Physical Science | 4.0 |
| 18 | DCN3656 | Art Design and Location Shooting | 3.0 |
| 19 | DCN3435 | Electronic Field Production | 4.0 |
| 20 | DCB349 | Project and Portfolio IV: Digital Cinematography | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | FLM368 | Directing | 3.0 |
| 22 | DCN4365 | Advanced Post and Story Development | 4.0 |
| 23 | DCN4111 | Film Criticism | 3.0 |
| | MAN3152 | Leadership and Organizational Behavior | 4.0 |
| 24 | DCB359 | Project and Portfolio V: Digital Cinematography | 3.0 |
| 25 | FLM464 | Producing | 4.0 |
| 26 | DCN4421 | Mobility and Data Management | 4.0 |
| 27 | DCB469 | Project and Portfolio VI: Digital Cinematography | 3.0 |
| 28 | WEB4550 | Web Design | 4.0 |
| | HUM1505 | Popular Culture in Media | 4.0 |
| 29 | DCB479 | Project and Portfolio VII: Digital Cinematography | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

Bachelor's Program / Associate's Program

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **116** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **64** |

## Digital Marketing
**Undergraduate Degree Program - *Online***

**OVERVIEW**

The Digital Marketing curriculum prepares you for work in the ever-changing digital marketing industry and addresses the complex worlds of marketing, emerging technology, and digital entrepreneurship. You will graduate with the skills you need to meet the challenges of an industry affected by rapid advances and changes in technology. In this program, you will learn how to create a viable marketing and strategic plan for selling products or services, develop and cultivate a brand, and protect that entity within the digital community. You will study a full range of digital marketing subjects, including search engine optimization, content strategy, campaign development, and display advertising. In addition to courses developing your marketing-specific skills, you will also have courses focused on statistics, physical science, cultural studies, and how to prepare yourself for a career in the industry.

The Digital Marketing curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The goal of the Digital Marketing Associate of Science degree program is to provide you with the focused knowledge and understanding needed to pursue entry-level positions such as marketing coordinator, marketing analyst, marketing assistant, and a variety of others. This program is designed to develop professionals who can adapt to the ever-changing nature of the marketing industry and who understand how its fluidity affects consumer behavior.

In addition to technical proficiency and theoretical knowledge, the program helps you develop critical-thinking, problem-solving, and analytical skills that contribute to a lifetime of learning and a productive career path in the world of marketing.

**BACHELOR'S OBJECTIVE**

The goal of the Digital Marketing Bachelor of Science degree program is to provide you with the focused knowledge and understanding needed to pursue entry-level positions in marketing. This program is designed to develop leaders who can adapt to the ever-changing nature of the marketing industry and who understand how its fluidity affects consumer behavior.

Upon completion of the Digital Marketing Bachelor of Science degree program, you will have the ability to develop and implement a cohesive digital marketing strategy. In addition to technical proficiency and theoretical knowledge, the program helps you develop critical-thinking, problem-solving, and analytical skills that contribute to a lifetime of learning and a productive career path in the world of marketing.

## Digital Marketing
**Undergraduate Degree Program - *Online***

***Online***
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I† | 4.0 |
| 5 | MKT210 | Introduction to Marketing | 4.0 |
| 6 | MKT1414 | Marketing Research | 4.0 |
| 7 | MKT163 | Storytelling | 3.0 |
| 8 | ENT119 | Project and Portfolio I: Business & Marketing | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | IMK241 | Fundamentals of Web Design | 4.0 |
| 10 | MGF1213 | College Mathematics† | 4.0 |
| 11 | ENC326 | Professional Writing | 4.0 |
| 12 | ENT229 | Project and Portfolio II: Business & Marketing | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | MKT2418 | Fundamentals of Public Relations | 4.0 |
| 14 | MKT3014 | Marketing Law and Contracts | 4.0 |
| 15 | ACG3223 | Business Accounting | 4.0 |
| 16 | MAR239 | Project and Portfolio III: Marketing | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | IMK322 | Content Strategy, Development, and Marketing | 3.0 |
| 18 | DMK473 | Digital Analytics and Reporting | 4.0 |
| | STA3026 | Statistics | 4.0 |
| 19 | IMK345 | Social Media Marketing | 3.0 |
| 20 | DMK349 | Project and Portfolio IV: Digital Marketing | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | IMK481 | Search Engine Optimization | 4.0 |
| 22 | IMK484 | Principles of Online Campaign Development | 4.0 |
| 23 | IMK444 | Affiliate Marketing | 4.0 |
| | PHY1020 | Fundamentals of Physical Science† | 4.0 |
| 24 | DMK359 | Project and Portfolio V: Digital Marketing | 3.0 |
| 25 | IMK4317 | Display Advertising and Email Marketing | 3.0 |
| 26 | IMK4410 | Mobile and Emerging Technology Marketing | 4.0 |
| | IMK302 | Cultural Studies and the Web | 4.0 |
| 27 | IMK4311 | Digital Entrepreneurship | 3.0 |
| 28 | DMK469 | Project and Portfolio VI: Digital Marketing | 3.0 |
| 29 | DMK479 | Project and Portfolio VII: Digital Marketing | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 116 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 64 |

Bachelor's Program / Associate's Program

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Digital Marketing

**Graduate Degree Program - *Online***

**OVERVIEW**

The Digital Marketing Master of Science degree program addresses the concepts of digital marketing, search engine optimization, new media marketing, branding, technology, and psychology. The demands on the digital marketing professional are more intense than ever due to rapid advances in technology, the complexities of web design, digital marketing campaign development, social media networks, public relations, advertising, and sales.

This program addresses advanced marketing topics that will help give you the tools to create powerful marketing and strategic plans for selling products or services, develop and cultivate a brand, and protect a company's reputation within the digital community.

The program's curriculum focuses on a variety of advanced principles, including digital marketing theories, search engine optimization, interactive advertising design principles, legal issues, web design, digital metrics, public relations, and global/cultural issues. Your education culminates in the final capstone project, where you'll be tasked with creating and producing a complete integrated marketing campaign.

This well-rounded education will help you advance your marketing and strategic skills in preparation for entering or advancing through the digital marketing industry. To help you make that transition, our team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready for your next steps. In addition, our Career Development services and advisors will be available for support and assistance throughout your career – not just during your education.

**MASTER'S OBJECTIVE**

The goal of the Digital Marketing Master of Science degree program is to develop leaders who can adapt to the ever-changing nature of the marketing industry and who understand how its fluidity affects consumer behavior. The program's advanced academic phases provide students with a focused knowledge and understanding of digital marketing, search engine optimization, e-commerce, and the psychology of the online consumer. Completion of this degree program will greatly enhance your ability to develop and implement a cohesive digital marketing strategy.

This program is designed to foster the development of highly trained individuals who want to develop careers in the field of digital marketing. The instruction received in this program provides students with the tools to help sustain a productive career path in the world of marketing.

## *Online*

**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | MAR512 | Digital Marketing Fundamentals | 3.5 |
| 3 | MAR632 | Digital Storytelling and Branding | 3.5 |
| 4 | IMK592 | Consumer Behavior and Analysis | 3.0 |
| 5 | DMK542 | Digital Design and Usability | 3.0 |
| 6 | IMK522 | New Media Marketing | 3.0 |
| 7 | DMK512 | Advanced Digital Marketing Strategies | 3.0 |
| 8 | IMK622 | Advanced Search Engine Optimization | 3.0 |
| 9 | IMK642 | Strategic Internet Public Relations | 3.0 |
| 10 | DMK662 | Digital Analytics and Optimization | 3.0 |
| 11 | DMK672 | Digital Marketing and the Law | 3.0 |
| 12 | DMK691 | Digital Marketing Campaign Development | 3.0 |
| | | **TOTAL CREDIT HOURS:** | **37** |
| | | **TOTAL WEEKS:** | **48** |

*Master's Program*

# Entertainment Business

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

In the Entertainment Business programs, you will make your way through a challenging curriculum that combines essential business and management knowledge and skills, including business models, marketing, global media management, business technology and design, event management, and professional selling. This curriculum will focus on developing both personal and professional skills, and the program's project-based environment models the same kinds of professional scenarios you will encounter in today's business world. The combination of business and entertainment topics is designed to give you the full range of knowledge you will need to begin a career within an existing entertainment company or to get your own entrepreneurial idea off the ground. In addition to business-specific managerial and entrepreneurial skills, you will also have courses focusing on leadership, professional writing, physical science, communication skills, and how to prepare yourself for your career in the entertainment industry.

The Entertainment Business curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential business and management skills to enhance your ability to qualify for entry-level industry positions, including marketing assistant, sales assistant, promotions assistant, project coordinator, and a variety of other entertainment business positions in the fields of film, music, digital media, broadcasting, and gaming.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industry.

**BACHELOR'S OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential business and management skills to enhance your ability to qualify for entry-level industry positions, including brand ambassador, social media coordinator, promotions manager, public relations assistant, digital marketing strategist, and a variety of other entertainment business positions in the fields of film, music, digital media, broadcasting, and gaming.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industry.

# Entertainment Business

## Undergraduate Degree Program - *Campus & Online*

### *Campus*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*† | 4.0 |
| 3 | MAN2021 | Business Management | 4.0 |
| 4 | MKT210 | Introduction to Marketing | 4.0 |
| 5 | ENTB2714 | Data Analysis and Reporting | 3.0 |
| | HUM1505 | Popular Culture in Media | 4.0 |
| 6 | ECO2005 | Introduction to Economics | 4.0 |
| | ENT119 | Project and Portfolio I: Business & Marketing | 3.0 |
| | CAR1001 | Career Module I: Personal Branding* | 1.0 |
| 7 | BUL2100 | Business Law† | 4.0 |
| | STA3026 | Statistics | 4.0 |
| 8 | ACG3223 | Business Accounting | 4.0 |
| | ENT229 | Project and Portfolio II: Business & Marketing | 3.0 |
| | CAR2001 | Career Module II: Career Research* | 1.0 |
| 9 | MCM1203 | New Media Tools | 4.0 |
| 10 | ENT239 | Project and Portfolio III: Entertainment Business | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals* | 1.0 |
| 11 | ENTB4485 | Entertainment Business Models | 3.0 |
| | ENC326 | Professional Writing* | 4.0 |
| 12 | MAR3111 | Principles of Digital Marketing | 4.0 |
| | BUL3514 | Intellectual Property† | 4.0 |
| 13 | ENTB4525 | Professional Selling | 4.0 |
| 14 | ENTB3314 | Global Media Management | 3.0 |
| | EBB349 | Project and Portfolio IV: Entertainment Business | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning* | 1.0 |
| 15 | ENTB3013 | Principles of Business Finance | 4.0 |
| | PHY1020 | Fundamentals of Physical Science*† | 4.0 |
| 16 | MAN3152 | Leadership and Organizational Behavior† | 4.0 |
| | EBB359 | Project and Portfolio V: Entertainment Business | 3.0 |
| | CAR3002 | Career Module V: Networking* | 1.0 |
| 17 | ENTB410 | Event Management | 4.0 |
| 18 | ENTB4212 | Audience Metrics | 3.0 |
| | EBB469 | Project and Portfolio VI: Entertainment Business | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing* | 1.0 |
| 19 | ENTB4623 | Entrepreneurship in the Entertainment Business | 3.0 |
| 20 | ENT479 | Project and Portfolio VII: Business and Marketing | 3.0 |
| | CAR4002 | Career Module VII: Job Interview* | 1.0 |
| | **BACHELOR'S TOTAL CREDIT HOURS:** | | **120** |
| | **BACHELOR'S TOTAL WEEKS:** | | **80** |
| | **ASSOCIATE'S TOTAL CREDIT HOURS:** | | **60** |
| | **ASSOCIATE'S TOTAL WEEKS:** | | **40** |

### *Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I† | 4.0 |
| 5 | MAN2021 | Business Management | 4.0 |
| 6 | MKT210 | Introduction to Marketing | 4.0 |
| 7 | ENTB2714 | Data Analysis and Reporting | 3.0 |
| 8 | ENT119 | Project and Portfolio I: Business and Marketing | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | ECO2005 | Introduction to Economics | 4.0 |
| 10 | BUL2100 | Business Law† | 4.0 |
| 11 | STA3026 | Statistics | 4.0 |
| 12 | ENT229 | Project and Portfolio II: Business and Marketing | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | ACG3223 | Business Accounting | 4.0 |
| 14 | HUM1505 | Popular Culture in Media | 4.0 |
| 15 | MCM1203 | New Media Tools | 4.0 |
| 16 | ENT239 | Project and Portfolio III: Entertainment Business | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | ENTB4485 | Entertainment Business Models | 3.0 |
| | ENC326 | Professional Writing | 4.0 |
| 18 | MAR3111 | Principles of Digital Marketing | 4.0 |
| 19 | ENTB4525 | Professional Selling | 4.0 |
| 20 | EBB349 | Project and Portfolio IV: Entertainment Business | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | ENTB3314 | Global Media Management | 3.0 |
| 22 | ENTB3013 | Principles of Business Finance | 4.0 |
| | PHY1020 | Fundamentals of Physical Science | 4.0 |
| 23 | EBB359 | Project and Portfolio V: Entertainment Business | 3.0 |
| 24 | BUL3514 | Intellectual Property | 4.0 |
| 25 | ENTB410 | Event Management | 4.0 |
| | MAN3152 | Leadership and Organizational Behavior | 4.0 |
| 26 | EBB469 | Project and Portfolio VI: Entertainment Business | 3.0 |
| 27 | ENTB4212 | Audience Metrics | 3.0 |
| 28 | ENTB4623 | Entrepreneurship In The Entertainment Business | 3.0 |
| 29 | ENT479 | Project and Portfolio VII: Business and Marketing | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |
| | **BACHELOR'S TOTAL CREDIT HOURS:** | | **120** |
| | **BACHELOR'S TOTAL WEEKS:** | | **116** |
| | **ASSOCIATE'S TOTAL CREDIT HOURS:** | | **60** |
| | **ASSOCIATE'S TOTAL WEEKS:** | | **64** |

# Entertainment Business

## Graduate Degree Program - *Campus & Online*

### OVERVIEW

Our Entertainment Business Master of Science Degree Program is an advanced exploration of the specific business and management skills you need to excel and lead in the entertainment world. This balanced and in-depth curriculum will take you through courses such as Executive Leadership, Advanced Entertainment Law, Entertainment Business Finance, Media Literacy and Research Methodologies, Business Storytelling and Brand Development, and Negotiation and Deal-Making as you expand your knowledge of the way the business world works.

Through this specialized education, you'll learn the strategies of top executives and apply those to exercises that develop your own leadership abilities. As a conclusion to the program, you'll be responsible for a comprehensive capstone project – a formal business plan – which will require you to make practical use of important entertainment business concepts like project management, financial planning, publishing and distribution, contract negotiation, branding and digital marketing.

This well-rounded education will help to hone your leadership and business skills in preparation for entering or advancing through the entertainment industry. To help you make that transition, we've got a team of Career Development professionals that will help you polish your interviewing skills and résumé and get you ready to enter the industry. In addition, our Career Development services and advisors will be available for support and assistance throughout your career – not just during your education.

### MASTER'S OBJECTIVE

Our goal is to provide you with the focused knowledge and understanding of essential business skills necessary to be successful in a variety of entertainment business industries such as recording arts, show production and touring, digital media and web, game design and development, computer animation, and film & television. The curriculum in this degree program encompasses courses that address media literacy, research methodologies, executive leadership skills, project and team management, entertainment business finance, negotiation techniques, product and artist management, entertainment law, media publishing, media distribution, digital marketing and business plan development.

This program is designed to foster the development of highly trained individuals who want to develop careers in the business side of the entertainment field. The training you receive in this program will provide you with the tools to help sustain a long and productive career in the entertainment and media industry.

### *Campus & Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | MAN630 | Executive Leadership | 3.5 |
| 3 | MAN603 | Project and Team Management | 3.5 |
| 4 | MAR630 | Business Storytelling and Brand Development | 3.5 |
| 5 | GEB6508 | Entertainment Business Finance† | 3.5 |
| 6 | MAR681 | Digital Marketing | 3.5 |
| 7 | MAN6447 | Negotiation and Deal-Making | 3.5 |
| 8 | EBM591 | Product and Artist Management | 3.5 |
| 9 | BUL5629 | Advanced Entertainment Law† | 3.5 |
| 10 | MMC6257 | Entertainment Media Publishing and Distribution† | 3.5 |
| 11 | GEB612 | Business Plan Development | 3.5 |
| 12 | EBM692 | Final Project: Business Plan | 3.5 |
| | **TOTAL CREDIT HOURS:** | | **41.5** |
| | **TOTAL WEEKS:** | | **48** |

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Entertainment Business *with a Sports Management Elective Track*

Graduate Degree Program - *Campus & Online*

## OVERVIEW

The Entertainment Business Master of Science Degree with a Sports Management Elective Track is an advanced exploration of the specific sports management and business skills you need to excel in the entertainment and sports business industry. This balanced and in-depth curriculum includes courses such as Executive Leadership, Sports Management and Operations, Project and Team Management, Legal Issues in Sports, Negotiation and Deal-making, Sports Marketing and Sponsorships, Entertainment Business Finance, and Business Plan Development.

Throughout this specialized education, you'll learn the strategies of top executives and apply those exercises to develop your own leadership abilities. You'll also complete two capstone projects – a leadership portfolio and a business plan thesis – which will require you to make practical use of important business concepts like project management, contract negotiation, sports marketing, financial planning, and business plan development.

This well-rounded education will help to hone your leadership and business skills in preparation for entering or advancing through the entertainment and sports industry. To help you make that transition, Full Sail University has a team of Career Development professionals that can help you polish your interviewing skills and résumé and get you ready to enter the industry. In addition, our Career Development services and advisors are available for support and assistance throughout your career – not just during your education.

## MASTER'S OBJECTIVE

Our goal is to provide you with the focused knowledge and understanding of essential business skills necessary to be successful in the entertainment and sports industry. This program is designed to foster the development of highly trained individuals who want to develop careers in the sports and entertainment business fields. The curriculum in this degree program encompasses courses that address executive leadership skills, project and team management, sports management and operations, legal issues in sports, negotiation and deal-making, sports marketing, and business plan development.

In addition to business proficiency, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career.

## Campus & Online
### Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | MAN630 | Executive Leadership | 3.5 |
| 3 | MAN603 | Project and Team Management | 3.5 |
| 4 | MAR630 | Business Storytelling and Brand Development | 3.5 |
| 5 | GEB6508 | Entertainment Business Finance[†] | 3.5 |
| 6 | MAR681 | Digital Marketing | 3.5 |
| 7 | MAN6447 | Negotiation and Deal-Making | 3.5 |
| 8 | MAN6224 | Sports Management and Operations | 3.5 |
| 9 | BUL5582 | Legal Issues in Sports | 3.5 |
| 10 | MAR6112 | Sports Marketing and Sponsorship Sales | 3.5 |
| 11 | GEB612 | Business Plan Development | 3.5 |
| 12 | EBM692 | Final Project: Business Plan | 3.5 |
| | | **TOTAL CREDIT HOURS:** | **41.5** |
| | | **TOTAL WEEKS:** | **48** |

*(Master's Program)*

# Film

Undergraduate Degree Program - *Campus*

## OVERVIEW

Our Film curriculum is built around actual industry workflow, so you will navigate your way around a set while you are in school. It also includes a variety of projects that span from preproduction to post, teaching you the basics of all the various departments that make up a production crew. You will have the opportunity to specialize in your area of interest—whether it is writing, directing, producing, cinematography, art direction, sound, editing, or makeup. During your education, you will gain first-hand experience in planning productions, writing scripts, creating storyboards, and using a variety of cameras—16 mm, 35 mm, HD, and more—and doing all of this in a variety of styles.

You will build sets and break them down with access to our spacious soundstages and studio backlot. You will also hold casting calls, work on actors' makeup, and create special effects to enhance your films. Furthermore, you will be able to edit, add visual effects, and polish sound in post to prepare your original work for viewing on the big screen with the mentoring of our faculty team.

In addition to film production, you will also learn the ins and outs of shooting for photography, HD-broadcast production, the world of new media, and reality and documentary film and television. Additional courses will focus on helping you learn production budgeting, lighting, computer-business applications, personal finance management, communication skills, and how to prepare yourself for the film industry.

The Film curriculum supports hands-on projects and a real-world education through a series of project and portfolio courses that are threaded throughout each program. These courses are dedicated to providing you with a relevant and comprehensive project-based learning experience throughout your academic journey.

With career-development modules woven throughout the curriculum, the Film degree programs also provide you with systematic opportunities to prepare for your future careers. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

## ASSOCIATE'S OBJECTIVE

Our goal is to provide you with the focused knowledge and understanding of film theory and craft you will need to qualify for entry-level industry positions in the film and television video industries, including as independent filmmakers, production assistants, assistant editors, videographers, and digital photographers. The Film Associate of Science degree program will also help you develop the team-building skills needed in the film industry and instruct you in the professional presentation of your film projects.

In addition to technical proficiency and creative development, your education will help you nurture the critical-thinking, problem-solving, and analytical skills that will contribute to your lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## BACHELOR'S OBJECTIVE

Our goal is to provide you with the focused knowledge and understanding of film theory and craft needed to qualify for entry-level industry positions as independent filmmakers, camera operators, production assistants, editors, sound designers, assistant directors, unit production managers, art directors, editors, lighting technicians, director's assistants, and dialogue editors, as well as a variety of other positions in the film and television video industries. This program will also help you develop the team-building skills needed in the film industry and instruct you in the professional presentation of your film projects.

In addition to technical proficiency and creative development, your education will help you nurture the critical-thinking, problem-solving, and analytical skills that will contribute to your lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industry.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Film

**Undergraduate Degree Program - *Campus***

## *Campus*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*[†] | 4.0 |
| 3 | FIL1036 | History of Motion Picture Arts[†] | 3.0 |
| | FLM1423 | Visual Storytelling I | 4.0 |
| 4 | ART2006 | Art History | 4.0 |
| | ECW3055 | Scriptwriting Techniques | 4.0 |
| 5 | DCN1107 | Composition and Visual Design | 4.0 |
| 6 | FAV119 | Project and Portfolio I: Film and Video | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | MGF1213 | College Mathematics[†] | 4.0 |
| | FLM2427 | Visual Storytelling II | 4.0 |
| 8 | FLM280 | Fundamentals of Production I | 4.0 |
| | FAV229 | Project and Portfolio II: Film and Video | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | FLM378 | Fundamentals of Production II | 4.0 |
| 10 | FBS239 | Project and Portfolio III: Film | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | HIS3320 | Historical Archetypes and Mythology[†] | 4.0 |
| | FLM3421 | Film Positions I | 4.0 |
| 12 | PHY1020 | Fundamentals of Physical Science*[†] | 4.0 |
| | FLM3422 | Film Positions II | 4.0 |
| 13 | FLM3413 | Broadcast Production I | 4.0 |
| | DCN3435 | Electronic Field Production | 4.0 |
| 14 | FBS349 | Project and Portfolio IV: Film | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | FLM3415 | Broadcast Production II | 4.0 |
| 16 | FBS359 | Project and Portfolio V: Film | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | HUM1505 | Popular Culture in Media | 4.0 |
| | MCM4429 | New Media Formats | 4.0 |
| 18 | FLM4418 | Advanced Production I | 4.0 |
| | FBS469 | Project and Portfolio VI: Film | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | FLM4419 | Advanced Production II | 4.0 |
| 20 | FBS479 | Project and Portfolio VII: Film | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

Bachelor's Program / Associate's Program

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

# Film Production

**Graduate Degree Program - *Campus***

**OVERVIEW**

In the Film Production master of fine arts degree program, students will master the artistic, technical, professional, and academic aspects of filmmaking. The program provides aspiring filmmakers with the advanced creative, technical, and aesthetic knowledge and skills required to produce, crew, and package a professional feature-length or short film. This comprehensive program integrates the study of numerous filmmaking disciplines, including screenwriting, visual storytelling, directing, editing, and producing. Students master these concepts through project-based learning in a program that mirrors the real-world, professional filmmaking environment. Students will also be trained on current filmmaking technologies and will learn how to utilize academic research methodologies in their work. Graduates of the Film Production master of fine arts degree program leave prepared for the professional film industry and are equipped with a range of technical and creative skills needed for career success.

**MASTER'S OBJECTIVE**

Successful filmmaking requires a comprehensive and holistic understanding of the processes, practices, and technologies of film production. The objective of Full Sail University's Film Production master of fine arts degree program is to provide students with the knowledge, skills, and abilities required to make a film from concept to completion. This will be accomplished through project-based learning activities that are aligned with the real-world film production cycle. These learning activities will help the student assess the dramatic and commercial viability of a film script, develop the necessary planning required for film production, manage talent and produce a film, and understand the legal and business considerations of filmmaking. Each course will also develop the student's academic research skills, tools, and methodologies, as students will learn how to utilize academic research for a variety of contexts and learning activities. Upon completion of the program, students will have developed their own comprehensive graduate-level portfolio.

## *Campus*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | FPR520 | Filmmaking Concepts and Practices | 5.0 |
| 3 | FPR530 | Script Production and Analysis | 5.0 |
| 4 | FPR550 | Directing Talent | 5.0 |
| 5 | FPR631 | Story Development for Film | 5.0 |
| 6 | FPR560 | Experimental Filmmaking | 5.0 |
| 7 | FPR580 | Visual Storytelling Techniques and Technology | 5.0 |
| 8 | FPR610 | Film Production Thesis I: Pre-Production | 5.0 |
| 9 | FPR620 | Film Production Thesis II: Production | 5.0 |
| 10 | FPR650 | Film Production Thesis III: Post-Production | 5.0 |
| 11 | FPR660 | Film Production Thesis IV: Film Assembly | 5.0 |
| 12 | FPR680 | Business of Film | 5.0 |

Master's Program

| | |
|---|---|
| **TOTAL CREDIT HOURS:** | **58** |
| **TOTAL WEEKS:** | **48** |

* This specific course is offered online. Please see course description for details.
[†] This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Game Art

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Game Art curriculum is designed to develop artists well versed in 3-D asset creation for game development. With a focus on 3-D content for consoles and computers, you will work your way through project-based classes that follow a clear, dynamic curriculum structure using the latest techniques and tools. Our courses will help you gain the skills necessary to move and improve content through the production pipeline. Each specialized class is based upon the same workflow processes found at professional game studios and covers such core concepts as animation, art creation, environment art, material sculpting, and texture painting. Supporting these industry-specific foundations are classes focusing on the traditional art foundations of game-content development as well as courses focusing on career exploration, communication skills, and how to prepare for the gaming industry.

The Game Art curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, our Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and foundational understanding of art and design, 2-D and 3-D animation, modeling, and shading and lighting needed to qualify for such entry-level positions in the game industry as prop artists, environment artists, renderers, and texture artists. Besides the degree program's strong 3-D computer-graphics focus, you will build other skills in peripheral media and complete digital courses that will enhance your opportunities in related fields.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning and will provide you with tools to help sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of 3-D modeling, materials and textures, engine integration, and animation needed to qualify for such entry-level positions in the game industry as prop artists, environment artists, character artists, and animators. Besides the degree program's strong 3-D computer-graphics focus, you will build other skills in peripheral media and complete digital courses that will enhance your opportunities in related fields.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning and will provide you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Game Art

**Undergraduate Degree Program - *Campus & Online***

### Campus
**Chronological Course Schedule by Months**

| | | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|---|
| Bachelor's Program | Associate's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | | | DEP1013 | Psychology of Play | 3.0 |
| | | 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | | | ENC1101 | English Composition I*† | 4.0 |
| | | 3 | CGA121 | 3-D Foundations | 4.0 |
| | | | CGA101 | Fundamentals of Art I | 3.0 |
| | | 4 | DIG1301 | Model Creation† | 4.0 |
| | | 5 | CGA103 | Fundamentals of Art II | 4.0 |
| | | | GRA1161 | Shading and Lighting† | 4.0 |
| | | 6 | CGA2112 | 3-D Animation I | 4.0 |
| | | | 3DA119 | Project and Portfolio I: 3-D Arts | 3.0 |
| | | | CAR1001 | Career Module I: Personal Branding | 1.0 |
| | | 7 | CGA3112 | 3-D Animation II | 4.0 |
| | | 8 | ART2006 | Art History | 4.0 |
| | | | 3DA229 | Project and Portfolio II: 3-D Arts | 3.0 |
| | | | CAR2001 | Career Module II: Career Research | 1.0 |
| | | 9 | MGF1213 | College Mathematics† | 4.0 |
| | | 10 | GAB239 | Project and Portfolio III: Game Art | 3.0 |
| | | | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| | | 11 | CGG351 | Art Creation for Games | 4.0 |
| | | 12 | CGG3447 | Game Characters | 4.0 |
| | | | CGG432 | Texture Painting and Sculpting | 3.0 |
| | | 13 | PHY1020 | Fundamentals of Physical Science* | 4.0 |
| | | | CGG4555 | Environment Art | 4.0 |
| | | 14 | CGG333 | Game Animation I | 4.0 |
| | | | GAB349 | Project and Portfolio IV: Game Art | 3.0 |
| | | | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| | | 15 | VIC3003 | History of Visual Communications† | 4.0 |
| | | 16 | CGG4316 | Game Animation II | 3.0 |
| | | | GAB359 | Project and Portfolio V: Game Art | 3.0 |
| | | | CAR3002 | Career Module V: Networking | 1.0 |
| | | 17 | HIS3320 | Historical Archetypes and Mythology† | 4.0 |
| | | 18 | CGG452 | Level Assembly and Lighting | 4.0 |
| | | | GAB469 | Project and Portfolio VI: Game Art | 3.0 |
| | | | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| | | 19 | CGG443 | Advanced Game Characters | 3.0 |
| | | | DIG3395 | Motion Capture | 3.0 |
| | | 20 | GAB479 | Project and Portfolio VII: Game Art | 3.0 |
| | | | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

### Online
**Chronological Course Schedule by Months**

| | | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|---|
| Bachelor's Program | Associate's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | | 2 | DEP1013 | Psychology of Play | 3.0 |
| | | 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | | 4 | ENC1101 | English Composition I† | 4.0 |
| | | 5 | CGA121 | 3-D Foundations | 4.0 |
| | | 6 | CGA101 | Fundamentals of Art I | 3.0 |
| | | 7 | DIG1301 | Model Creation† | 4.0 |
| | | 8 | 3DA119 | Project and Portfolio I: 3-D Arts | 3.0 |
| | | | CAR1011 | Career Module I: Personal Branding | 1.0 |
| | | 9 | CGA103 | Fundamentals of Art II | 4.0 |
| | | 10 | CGA2112 | 3-D Animation I | 4.0 |
| | | 11 | CGA3112 | 3-D Animation II | 4.0 |
| | | 12 | 3DA229 | Project and Portfolio II: 3-D Arts | 3.0 |
| | | | CAR2011 | Career Module II: Career Research | 1.0 |
| | | 13 | GRA1161 | Shading and Lighting† | 4.0 |
| | | 14 | ART2006 | Art History | 4.0 |
| | | 15 | MGF1213 | College Mathematics† | 4.0 |
| | | 16 | GAB239 | Project and Portfolio III: Game Art | 3.0 |
| | | | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| | | 17 | CGG351 | Art Creation for Games | 4.0 |
| | | | PHY1020 | Fundamentals of Physical Science† | 4.0 |
| | | 18 | CGG432 | Texture Painting and Sculpting | 3.0 |
| | | 19 | CGG3447 | Game Characters | 4.0 |
| | | 20 | GAB349 | Project and Portfolio IV: Game Art | 3.0 |
| | | | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| | | 21 | CGG333 | Game Animation I | 4.0 |
| | | | VIC3003 | History of Visual Communications† | 4.0 |
| | | 22 | CGG4316 | Game Animation II | 3.0 |
| | | 23 | CGG4555 | Environment Art | 4.0 |
| | | 24 | GAB359 | Project and Portfolio V: Game Art | 3.0 |
| | | 25 | CGG443 | Advanced Game Characters | 3.0 |
| | | | HIS3320 | Historical Archetypes and Mythology† | 4.0 |
| | | 26 | CGG452 | Level Assembly and Lighting | 4.0 |
| | | 27 | CGG382 | Game Production | 3.0 |
| | | 28 | GAB469 | Project and Portfolio VI: Game Art | 3.0 |
| | | 29 | GAB479 | Project and Portfolio VII: Game Art | 3.0 |
| | | | CAR3012 | Career Module V: Networking | 1.0 |
| | | | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | | | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **116** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **64** |

\* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Game Design

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Game Design curriculum is comprised of high-level game design and production courses that will take you deep into the game development pipeline. You will develop and expand your project and design skills through hands-on exercises in leadership, team management, game design, and marketing, while learning skills required to advance a career in the game production industry. In addition to strengthening these skills, the Game Design curriculum has foundational courses focusing on professional writing and mythology. This well-rounded education will help you hone leadership, design, and project-management skills in preparation for advancing through the game industry.

Project and portfolio courses are threaded throughout the Game Design curriculum and are dedicated to providing you with a relevant and comprehensive project-based learning experience throughout your academic journey. Furthermore, career-development modules are also woven throughout the curriculum that provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

A team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready to enter the job market. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The Game Design Associate of Science degree program will focus on the knowledge and understanding of game development necessary to be successful in qualifying for entry-level design and production positions. Completion of this degree program will greatly enhance your ability to work in the fast-paced environment of a game studio in an entry-level production role. The curriculum in this program develops your project and team-management abilities, production skills, and game design knowledge. In addition, this program will give you the mathematical foundations for successful programming and game development.

Upon completion of the Game Design Associate of Science degree program, you will be prepared to qualify for entry-level industry positions in game design, game testing, interactive design, and a variety of other fields in the game and entertainment industries.

**BACHELOR'S OBJECTIVE**

The Game Design Bachelor of Science degree program will focus on the knowledge and understanding of game development necessary to be successful in qualifying for entry-level design and production positions. Completion of this degree program will greatly enhance your ability to work in a production role in the fast-paced environment of a game studio. The curriculum in this program develops your executive leadership skills and project and team-management abilities, and teaches the production methodologies and creative- and analytical-thinking skills required for game design.

The Game Design Bachelor of Science degree program was designed to prepare students to qualify for entry-level industry positions in the fields of game design, quality-assurance testing, level design, game scripting, and a variety of others in the game and entertainment industries.

# Game Design

**Undergraduate Degree Program - *Campus & Online***

## *Campus*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | GDN1231 | Game Design I | 4.0 |
| 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | PHY1020 | Fundamentals of Physical Science** | 4.0 |
| 4 | MAD1100 | Discrete Mathematics | 4.0 |
| | GDN1151 | Design Tools | 4.0 |
| 5 | GDN2001 | Programming Foundations I | 4.0 |
| 6 | ENC1101 | English Composition I* | 4.0 |
| | IND119 | Project and Portfolio I: Interactive Design | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | GDN2130 | Design and Development Analysis | 3.0 |
| | GDN3232 | Building Functional Groups | 4.0 |
| 8 | STA3026 | Statistics | 4.0 |
| | IND229 | Project and Portfolio II: Interactive Design | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | GDN3632 | Level Design | 4.0 |
| 10 | GDN239 | Project and Portfolio III: Game Design | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | GDN3242 | Programming Foundations II | 4.0 |
| 12 | GDN3341 | Game Mechanics | 3.0 |
| | ENC326 | Professional Writing | 4.0 |
| 13 | GDN3741 | World Building | 4.0 |
| | GDN4241 | Game Design II | 3.0 |
| 14 | GDN3842 | Game Development | 3.0 |
| | GDN349 | Project and Portfolio IV: Game Design | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | GDN4002 | Systems Thinking | 3.0 |
| | HIS3320 | Historical Archetypes and Mythology[†] | 4.0 |
| 16 | GDN4141 | Prototyping | 4.0 |
| | GDN359 | Project and Portfolio V: Game Design | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | GDN4542 | Game Design Preproduction | 4.0 |
| 18 | GDN4920 | Game Systems Integration | 4.0 |
| | GDN469 | Project and Portfolio VI: Game Design | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | GDN4319 | Game Balancing | 4.0 |
| 20 | GDN479 | Project and Portfolio VII: Game Design | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

## *Online*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | GDN12318 | Game Design I | 4.0 |
| 4 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| 5 | MAD1100 | Discrete Mathematics | 4.0 |
| 6 | GDN1151 | Design Tools | 4.0 |
| 7 | GDN20018 | Programming Foundations I | 4.0 |
| 8 | PHY10208 | Fundamentals of Physical Science | 4.0 |
| 9 | IND1198 | Project and Portfolio I: Interactive Design | 3.0 |
| 9 | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 10 | ENC11018 | English Composition I* | 4.0 |
| 11 | GDN2130 | Design and Development Analysis | 3.0 |
| 12 | IND229 | Project and Portfolio II: Interactive Design | 3.0 |
| 12 | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | STA3026 | Statistics | 4.0 |
| 14 | GDN3632 | Level Design | 4.0 |
| 15 | GDN3232 | Building Functional Groups | 4.0 |
| 16 | GDN239 | Project and Portfolio III: Game Design | 3.0 |
| 16 | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | GDN3242 | Programming Foundations II | 4.0 |
| 18 | GDN3341 | Game Mechanics | 3.0 |
| | ENC326 | Professional Writing | 4.0 |
| 19 | GDN3741 | World Building | 4.0 |
| 20 | GDN349 | Project and Portfolio IV: Game Design | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | GDN3842 | Game Development | 3.0 |
| 22 | GDN4241 | Game Design II | 3.0 |
| 23 | GDN4002 | Systems Thinking | 3.0 |
| 23 | HIS3320 | Historical Archetypes and Mythology[†] | 4.0 |
| 24 | GDN359 | Project and Portfolio V: Game Design | 3.0 |
| 25 | GDN4141 | Prototyping | 4.0 |
| 26 | GDN4542 | Game Design Preproduction | 4.0 |
| 27 | GDN469 | Project and Portfolio VI: Game Design | 3.0 |
| | GDN4920 | Game Systems Integration | 4.0 |
| 28 | GDN4319 | Game Balancing | 4.0 |
| 29 | GDN479 | Project and Portfolio VII: Game Design | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

(Left column row labels: Bachelor's Program / Associate's Program)

| Campus | | Online | |
|---|---|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 | BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 | BACHELOR'S TOTAL WEEKS: | 116 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 | ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 | ASSOCIATE'S TOTAL WEEKS: | 64 |

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Game Design

**Graduate Degree Program - *Campus***

**OVERVIEW**

The curriculum in the Game Design master of science degree program is comprised of high-level production, game design, quality assurance, usability, and leadership courses that take you deep into the game development pipeline. You'll expand and advance your project and design skills through hands-on exercises in leadership, team management, game design, usability, and more as you learn the skills you'll need to advance your career in the game industry.

During the course of the program you will be responsible for creating a variety of documentation types related to design, marketing, quality and usability testing, and production, which will be practically applied in team game development processes. Along with development and documentation responsibilities, students will prepare and present a postmortem of their academic and development experiences in the program through their Capstone project.

The program in Game Design has been crafted to help you develop the skills you'll need to succeed in the game development field. From the very beginning of your time in the program, you will have the opportunity to observe, evaluate, and participate in the game development process, culminating in the opportunity to explore core development roles, working within and leading teams in an immersive game development experience.

This well-rounded education will hone your leadership, design, and management skills in preparation for entering or advancing through the game industry. To help you make that transition, our Career Development team can help you work on skills related to your entrance into the industry. These services and advisors will be available for support and assistance throughout your career – not just during your education.

**MASTER'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of game development necessary to be successful in qualifying for entry-level design, production, and user-experience positions.  Completion of this degree program will greatly enhance your ability to work in the fast-paced environment of a game studio.

The curriculum in this program develops your executive leadership skills, design skills, project and team management abilities, quality and usability testing competence, and teaches the production methodologies used by game studios.

***Campus***

**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | GDM512 | Research in Team Dynamics | 3.5 |
| 3 | MAN603 | Project and Team Management | 3.5 |
| 4 | GDM541 | Game Design | 3.5 |
| 5 | GDM551 | Methods and the User Experience | 3.5 |
| 6 | GDM615 | Game Production Tools | 3.5 |
| 7 | GDM570 | Prototyping and Content Creation | 3.5 |
| 8 | GDM635 | Quality Assurance | 3.5 |
| 9 | GDM625 | Asset Management | 3.5 |
| 10 | GDM670 | Game Usability and Testing | 3.5 |
| 11 | GDM680 | Game Project Practicum | 3.5 |
| 12 | GDM691 | Production Research Capstone | 3.5 |
| | | **TOTAL CREDIT HOURS:** | **41.5** |
| | | **TOTAL WEEKS:** | **48** |

*Master's Program*

## Game Development

**Undergraduate Degree Program - *Campus***

**OVERVIEW**

The Game Development curriculum is designed to give you the programming skills and theory needed to excel in the world of game development. First, you will learn the details of a game development cycle from preproduction to finished product and begin to create simple games that will help to develop your programming and design skills. Then you will move into more complex and detailed tasks in courses such as Computer Graphics, Computer Architecture, Artificial Intelligence, and Software Engineering. Finally, you will focus these skills on a complete, playable game that you will design, develop, and produce from start to finish. This is part of a complete game development education that will get you ready to face the demands of the professional game world. In addition to learning the game development process, you will have courses focusing on probability, digital logic, and game architecture.

The Game Development curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The goal of the Game Development Associate of Science degree program is to provide you with the focused knowledge and understanding of game development useful in qualifying for entry-level industry positions as game programmers, tool programmers, and interface programmers. In addition to a strong coding foundation, skills developed in this program include creative presentation, as well as the math and physics required to model a realistic game world.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

The goal of the Game Development Bachelor of Science degree program is to provide you with the focused knowledge and understanding of game development useful in qualifying for entry-level industry positions as game programmers, tool builders, network programmers, I/O programmers, collision-detection developers, artificial-intelligence programmers, engine builders, and interface programmers. Completing this degree program will enhance your ability to create program code for 3-D graphic display, multiplayer gaming, artificially intelligent opponents, and real-time virtual environments. Additional skills developed in this program include the proper presentation of game docs as well as the math and physics required to model a realistic game world.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

# Game Development

**Undergraduate Degree Program - *Campus***

### *Campus*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
|  | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
|  | ENC1101 | English Composition I*‡ | 4.0 |
| 3 | MAD1100 | Discrete Mathematics | 4.0 |
| 4 | COP1000 | Programming I‡ | 4.0 |
| 5 | COP2334 | Programming II‡ | 4.0 |
| 6 | SDV3111 | Systems Programming | 4.0 |
|  | COD119 | Project and Portfolio I: Code | 3.0 |
|  | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | SDV2213 | Data Structures and Algorithms | 4.0 |
|  | GEN242 | Linear Algebra | 4.0 |
| 8 | GDD258 | Software Engineering | 4.0 |
|  | SDV3012 | Applied Human-Computer Interaction | 3.0 |
| 9 | GEN262 | Physics | 4.0 |
|  | COD229 | Project and Portfolio II: Code | 3.0 |
|  | CAR2001 | Career Module II: Career Research | 1.0 |
| 10 | GDB239 | Project and Portfolio III: Game Development | 3.0 |
|  | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | COD3412 | Digital Logic | 4.0 |
|  | GDD291 | Operating Systems | 3.0 |
| 12 | COD3511 | Computer Organization and Architecture | 3.0 |
|  | COD3315 | Computer Graphics | 3.0 |
| 13 | COD3622 | Information and Database Systems | 3.0 |
|  | GDD245 | 3-D Content Creation | 3.0 |
| 14 | GEN3322 | Probability | 4.0 |
|  | GDB349 | Project and Portfolio IV: Game Development | 3.0 |
|  | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | COD3721 | Computer Networks | 3.0 |
|  | GDD379 | Engine Development | 4.0 |
| 16 | CAP4053 | Artificial Intelligence | 4.0 |
|  | GDB359 | Project and Portfolio V: Game Development | 3.0 |
|  | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | GDD483 | Game Architecture | 3.0 |
|  | HIS3320 | Historical Archetypes and Mythology‡ | 4.0 |
| 18 | GDB469 | Project and Portfolio VI: Game Development | 3.0 |
|  | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | GDD4319 | Game Integration | 3.0 |
| 20 | GDB479 | Project and Portfolio VII: Game Development | 3.0 |
|  | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

*Bachelor's Program / Associate's Program*

# Graphic Design

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Graphic Design curriculum gives you hands-on experience that will prepare you for an entry-level career in the field of design. You will create projects for assignments in which no two submissions are alike—from print publishing to package design to interface design and more. In addition to art and design skills, you will also have courses in real-world topics such as digital publishing, interactive media design, graphic web design, and how to give and receive work critique, as well as courses focusing on communication skills, popular culture, and how to prepare yourself for your first step into the design industry.

The Graphic Design curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Your diverse and stylized portfolio will become a valuable reference tool as you develop your skills and abilities.

Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of graphic-arts production needed for you to qualify for entry-level industry positions as production artists, graphic artists, photo editors, and various other positions in graphic-arts production. Additional skills acquired in design, digital audio and video, and branding will broaden your opportunities for a variety of positions in the industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with the tools needed to help you sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of graphic-arts production needed for you to qualify for entry-level industry positions in graphic-arts production, including graphic designers, media designers, web designers, digital-image processors, and art directors. Additional skills acquired in media integration, advertising, and branding will broaden your opportunities for a variety of positions in the industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with the tools needed to help you sustain a long and productive professional career in the entertainment and media industries.

* This specific course is offered online. Please see course description for details.
‡ This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Graphic Design

**Undergraduate Degree Program - *Campus & Online***

### *Campus*
Chronological Course Schedule by Months

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Bachelor's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | | DEP1013 | Psychology of Play | 3.0 |
| | 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | | ENC1101 | English Composition I* | 4.0 |
| | 3 | ART2006 | Art History | 4.0 |
| | 4 | ART1201 | Design and Art Theory† | 4.0 |
| | | MGF1213 | College Mathematics† | 4.0 |
| | 5 | DGT101 | Graphic Principles I | 4.0 |
| | 6 | DGT201 | Graphic Principles II | 4.0 |
| | | DES119 | Project and Portfolio I: Design | 3.0 |
| | | CAR1001 | Career Module I: Personal Branding | 1.0 |
| | 7 | GRD162 | Concepts in Photography | 4.0 |
| | | DGT346 | Digital Audio and Video | 3.0 |
| | 8 | GRD324 | Color Theory | 4.0 |
| | | DES229 | Project and Portfolio II: Design | 3.0 |
| | | CAR2001 | Career Module II: Career Research | 1.0 |
| | 9 | DGT332 | Typography and Page Layout | 4.0 |
| | 10 | GRD239 | Project and Portfolio III: Graphic Design | 3.0 |
| | | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| | 11 | GRD344 | Digital Publishing | 4.0 |
| | 12 | GRD356 | Logos and Symbols | 3.0 |
| | 13 | VIC3003 | History of Visual Communications† | 4.0 |
| | | GRD354 | Creating Brand Experience | 3.0 |
| | 14 | DGT372 | Interactive Media Design and Usability | 4.0 |
| | | GRD349 | Project and Portfolio IV: Graphic Design | 3.0 |
| | | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| | 15 | GRD4411 | Interactive Editorial Design | 4.0 |
| | | PHY1020 | Fundamentals of Physical Science†* | 4.0 |
| | 16 | DIG3100 | Graphic Web Design | 4.0 |
| | | GRD359 | Project and Portfolio V: Graphic Design | 3.0 |
| | | CAR3002 | Career Module V: Networking | 1.0 |
| | 17 | DGT375 | Media Integration | 4.0 |
| | | HUM1505 | Popular Culture in Media | 4.0 |
| | 18 | GRD473 | Concepts in Advertising | 3.0 |
| | | GRD469 | Project and Portfolio VI: Graphic Design | 3.0 |
| | | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| | 19 | DGT466 | Digital Studio | 3.0 |
| | 20 | GRD479 | Project and Portfolio VII: Graphic Design | 3.0 |
| | | CAR4002 | Career Module VII: Job Interview | 1.0 |
| | | | **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| | | | **BACHELOR'S TOTAL WEEKS:** | **80** |

### *Online*
Chronological Course Schedule by Months

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Bachelor's Program / Associate's Program | 1 | GEN1011 | Creative Presentation | 3.0 |
| | 2 | DEP1013 | Psychology of Play | 3.0 |
| | 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | 4 | ENC1101 | English Composition I† | 4.0 |
| | 5 | ART2006 | Art History | 4.0 |
| | 6 | ART1201 | Design and Art Theory† | 4.0 |
| | 7 | DGT101 | Graphic Principles I | 4.0 |
| | 8 | DES119 | Project and Portfolio I: Design | 3.0 |
| | | CAR1011 | Career Module I: Personal Branding | 1.0 |
| | 9 | DGT201 | Graphic Principles II | 4.0 |
| | 10 | GRD162 | Concepts in Photography | 4.0 |
| | 11 | DGT346 | Digital Audio and Video | 3.0 |
| | 12 | DES229 | Project and Portfolio II: Design | 3.0 |
| | | CAR2011 | Career Module II: Career Research | 1.0 |
| | 13 | MGF1213 | College Mathematics† | 4.0 |
| | 14 | GRD324 | Color Theory | 4.0 |
| | 15 | DGT332 | Typography and Page Layout | 4.0 |
| | 16 | GRD239 | Project and Portfolio III: Graphic Design | 3.0 |
| | | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| | 17 | GRD344 | Digital Publishing | 4.0 |
| | 18 | GRD356 | Logos and Symbols | 3.0 |
| | 19 | GRD354 | Creating Brand Experience | 3.0 |
| | | VIC3003 | History of Visual Communications† | 4.0 |
| | 20 | GRD349 | Project and Portfolio IV: Graphic Design | 3.0 |
| | | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| | 21 | DGT372 | Interactive Media Design and Usability | 4.0 |
| | 22 | GRD4411 | Interactive Editorial Design | 4.0 |
| | 23 | GRD359 | Project and Portfolio V: Graphic Design | 3.0 |
| | | PHY1020 | Fundamentals of Physical Science† | 4.0 |
| | 24 | DIG3100 | Graphic Web Design | 4.0 |
| | 25 | DGT375 | Media Integration | 4.0 |
| | 26 | GRD469 | Project and Portfolio VI: Graphic Design | 3.0 |
| | | HUM1505 | Popular Culture in Media | 4.0 |
| | 27 | GRD473 | Concepts in Advertising | 3.0 |
| | 28 | DGT466 | Digital Studio | 3.0 |
| | 29 | GRD479 | Project and Portfolio VII: Graphic Design | 3.0 |
| | | CAR3012 | Career Module V: Networking | 1.0 |
| | | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | | CAR4012 | Career Module VII: Job Interview | 1.0 |
| | | | **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| | | | **BACHELOR'S TOTAL WEEKS:** | **116** |
| | | | **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| | | | **ASSOCIATE'S TOTAL WEEKS:** | **64** |

## Innovation & Entrepreneurship

**Graduate Degree Program - *Online***

**OVERVIEW**

The Innovation & Entrepreneurship master of science degree program will provide students with a solid foundation in the concepts and disciplines essential for the creation of innovative ideas, products, services, and businesses that respond to the needs of a rapidly changing global marketplace. Whether launching a new creative or technology-based venture or using entrepreneurial talent within a successful business, this online master's program is designed for students with a passion for innovation and entrepreneurship who seek to use their creativity and vision to contribute to the success of the organization.

**MASTER'S OBJECTIVE**

The Innovation and Entrepreneurship master of science degree program is designed for students interested in creating technology-based entrepreneurial projects and companies, as well as those who seek leadership roles in established companies with a goal of creating new visionary opportunities within those organizations.

The program supports the goals and aspirations of traditional entrepreneurs, as well as "intrapreneurs" who will promote innovation and change within companies (or even "inventrepreneurs" who create new products for handoff to others). Whether innovating within companies or creating new business ventures powered by unique ideas, entrepreneurs understand that the only true constant is change – and that creativity and innovation are the key to sustainable and successful businesses.

### *Online*
Chronological Course Schedule by Months

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Master's Program | 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| | 2 | IEN515 | Creativity and Innovation | 3.0 |
| | 3 | IEN551 | Business Venture Research | 3.0 |
| | 4 | IEN540 | Product Design and Development | 3.0 |
| | 5 | IEN535 | Business Feasibility | 3.0 |
| | 6 | IEN555 | Business Model Development | 3.0 |
| | 7 | IEN560 | Legal Issues for Entrepreneurs | 3.0 |
| | 8 | IEN630 | Entrepreneurial Finance | 3.0 |
| | 9 | IEN620 | Marketing Strategies for Entrepreneurs | 3.0 |
| | 10 | IEN670 | Innovative Work Environments | 3.0 |
| | 11 | IEN680 | Business Model Implementation and Management | 3.0 |
| | 12 | IEN699 | Business Model Presentation and Thesis | 3.0 |
| | | | **TOTAL CREDIT HOURS:** | **36** |
| | | | **TOTAL WEEKS:** | **48** |

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Instructional Design & Technology
Graduate Degree Program - *Online*

## OVERVIEW

The curriculum for the Instructional Design & Technology Master of Science Degree Program is based on a simple concept: providing new tools and methods to improve instruction. Many of today's learners have embraced technology's role in their day-to-day lives, but few conventional instructional practices have taken advantage of this reality. The innovative approach of the Instructional Design & Technology program is designed to give you hands-on experience with the type of dynamic media that can transform a traditional instructional setting into an inspirational and interactive atmosphere. It's about crafting an environment where media skills and technology form the language of the learning environment.

Throughout the program, you'll discover how to incorporate interactive instructional tools to enrich the learning experience. Some of these methods include the use of tools like Apple's professional media creation applications and other digital media concepts, and even techniques like storytelling methods and game strategies. You'll also explore different theories about how people learn, discover how to take advantage of different motivational techniques, and learn how to create compelling and inspirational content for online curricula.

This well-rounded education will help you enhance your content creation skills in preparation for entering or advancing through the career fields of corporate training, instructional design, education, and online learning. To help you make a desired transition or further develop your current career, our experienced team of Career Development professionals will help you strengthen your interviewing skills and résumé. In addition, our Career Development services and advisors will be available for support and assistance throughout your career – not just during your education.

## MASTER'S OBJECTIVE

Our goal is to provide you with focused knowledge and understanding of learning and instructional design theories, curriculum development, media design elements, and technology applications, allowing you to be successful in the corporate training, instructional design, and education fields. Upon completion of this master's degree program, you will have an enhanced ability to create, develop, design, and produce instructional content using a variety of technology applications for corporate or academic environments.

This program will also help develop your writing, time-management, and team building skills to assist you in the development and dissemination of engaging instructional content, innovative media design, and technology projects that captivate and inspire today's learner.

*Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | IDT520 | Strategies for Learner Engagement | 3.0 |
| 3 | EDM533 | Visual and Verbal Communication in Instructional Design | 3.0 |
| 4 | IDT552 | Corporate Training and Motivational Development | 3.0 |
| 5 | IDT562 | Instructional Design and Evaluation | 3.0 |
| 6 | IDT574 | Digital Media and Learning Applications | 3.0 |
| 7 | MUS6018 | Music and Audio for Instructional Design | 3.0 |
| 8 | IDT610 | Filmmaking Principles for Instructional Design | 3.0 |
| 9 | EME6227 | Game Strategies and Motivation | 3.0 |
| 10 | EME6630 | Learning Management Systems and Organization | 3.0 |
| 11 | IDT680 | Media Asset Creation | 3.0 |
| 12 | IDT690 | Instructional Design and Technology Final Project | 3.0 |
| | | **TOTAL CREDIT HOURS:** | **36** |
| | | **TOTAL WEEKS:** | **48** |

*Master's Program*

# Media Communications
Undergraduate Degree Program - *Campus & Online*

## OVERVIEW

The Media Communications curriculum at Full Sail University prepares you with extensive knowledge to understand and contribute to the field of media communications and to use new media communication technologies. You will survey critical approaches to contemporary media-related issues and communication theory while working within a project-based learning curriculum. You will be immersed in a supportive environment that fosters the development of the strategies and skills necessary to succeed in today's dynamic media industries. The courses in the Media Communications curriculum are designed to prepare you for a wide variety of careers in media and associated fields where media knowledge and skills are an integral part of their operations.

The Media Communications curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. With career-development modules woven throughout the curriculum, the Media Communications programs also provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are student.

## ASSOCIATE'S OBJECTIVE

Dramatic changes in communication and technology have influenced every aspect of human culture, including family life, politics, business, international relations, religion, education, entertainment, and recreation. The Media Communications Associate of Science degree program prepares you to recognize, embrace, and strategically manage the inevitable changes in the media landscape. You will acquire the skills you need to best utilize today's media, share knowledge and information, and maximize audience response. You will practice proper research methods, learn the theories and practices of communication, and learn how to edit for the web. Changes in the media industry are contemplated and reflected throughout the degree program's curriculum.

## BACHELOR'S OBJECTIVE

Dramatic changes in communication and technology have influenced every aspect of human culture, including family life, politics, business, international relations, religion, education, entertainment, and recreation. The Media Communications Bachelor of Science degree program prepares you to recognize, embrace, and strategically manage the inevitable changes in the media landscape. You will acquire the skills you need to best utilize today's media, share knowledge and information, and maximize audience response. You will practice proper research and storytelling methods, articulate abstract concepts, and demonstrate your media communication skills through progressive projects in a variety of courses. Changes in the media industry are contemplated and reflected throughout the degree program's curriculum.

# Media Communications

**Undergraduate Degree Program** *Campus & Online*

### Campus
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*[†] | 4.0 |
| 3 | MCM1002 | Introduction to Media Communications and Technologies | 3.0 |
| | MCM1203 | New Media Tools | 4.0 |
| 4 | MCM1401 | Aesthetics and Theory of Communications* | 4.0 |
| | ART2006 | Art History | 4.0 |
| 5 | MCM2416 | Digital Video and Audio Production | 4.0 |
| 6 | COM119 | Project and Portfolio I: Communications | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | MGF1213 | College Mathematics[†] | 4.0 |
| | MCM2651 | Research in Media Communications | 4.0 |
| 8 | COM229 | Project and Portfolio II: Communications | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | MCM3855 | Graphic Design and Communications | 4.0 |
| | MCM2429 | Editing for the Web | 4.0 |
| 10 | MCB239 | Project and Portfolio III: Media Communications | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | PHY1020 | Fundamentals of Physical Science*[†] | 4.0 |
| | MCM3333 | Gaming and Transmedia Storytelling | 4.0 |
| 12 | MCM3312 | Advanced Video | 3.0 |
| 13 | MAN3151 | Leadership and Organizational Behavior[†] | 4.0 |
| | MCM3323 | Advanced Audio | 3.0 |
| 14 | MCB349 | Project and Portfolio IV: Media Communications | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | MCM4441 | Media Entrepreneurship | 4.0 |
| | MCM3425 | Integrated Marketing | 3.0 |
| 16 | IMK302 | Cultural Studies and the Web* | 4.0 |
| | MCB359 | Project and Portfolio V: Media Communications | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | WEB4550 | Web Design | 4.0 |
| | BUL3514 | Intellectual Property[†] | 4.0 |
| 18 | MCB469 | Project and Portfolio VI: Media Communications | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | MCM4319 | Media Sociology | 3.0 |
| | MCM4429 | New Media Formats | 4.0 |
| 20 | MCB479 | Project and Portfolio VII: Media Communications | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I[†] | 4.0 |
| 5 | MCM1002 | Introduction to Media Communications and Technologies | 3.0 |
| 6 | MCM1203 | New Media Tools | 4.0 |
| 7 | MCM1401 | Aesthetics and Theory of Communications | 4.0 |
| 8 | COM119 | Project and Portfolio I: Communications | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | ART2006 | Art History | 4.0 |
| 10 | MCM2416 | Digital Video and Audio Production | 4.0 |
| 11 | MCM2651 | Research in Media Communications | 4.0 |
| 12 | COM229 | Project and Portfolio II: Communications | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | MGF1213 | College Mathematics[†] | 4.0 |
| 14 | MCM3855 | Graphic Design and Communications | 4.0 |
| 15 | MCM2429 | Editing for the Web | 4.0 |
| 16 | MCB239 | Project and Portfolio III: Media Communications | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | MCM3333 | Gaming and Transmedia Storytelling | 4.0 |
| | PHY1020 | Fundamentals of Physical Science[†] | 4.0 |
| 18 | MCM3312 | Advanced Video | 3.0 |
| 19 | MCM3323 | Advanced Audio | 3.0 |
| 20 | MCB349 | Project and Portfolio IV: Media Communications | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | MCM4441 | Media Entrepreneurship | 4.0 |
| | MAN3152 | Leadership and Organizational Behavior[†] | 4.0 |
| 22 | MCM3425 | Integrated Marketing | 3.0 |
| 23 | MCB359 | Project and Portfolio V: Media Communications | 3.0 |
| 24 | WEB4550 | Web Design | 4.0 |
| 25 | BUL3514 | Intellectual Property | 4.0 |
| | IMK302 | Cultural Studies and the Web | 4.0 |
| 26 | MCB469 | Project and Portfolio VI: Media Communications | 3.0 |
| 27 | MCM4429 | New Media Formats | 4.0 |
| 28 | MCM4319 | Media Sociology | 3.0 |
| 29 | MCB479 | Project and Portfolio VII: Media Communications | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **116** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **64** |

# Media Design

**Graduate Degree Program -** *Online*

### OVERVIEW

Full Sail's Media Design Master of Fine Arts Degree Program (MDMFA) provides you with an in-depth look at design and the role that it plays in bridging the gap between the design studio and the boardroom. As today's successful companies rely heavily on strong visual representation to deliver their message to the public, the ability to direct those visuals is an increasingly vital asset to employers everywhere.

The program begins with focusing on the theory behind effective media design. You'll study concepts that drive successful design campaigns, including research, client communications, and team dynamics. You'll also get hands-on experience with design production while learning the steps of the production process used by companies worldwide. Along the way, you'll gather your work into a Design Document that represents everything you've learned.

Finally, you'll be responsible for creating a Design Solution Project that makes use of your knowledge of branding, strategy, and workflow, then presenting that project to a panel of professionals and peers. By channeling your artistic skills into a vision that's both creative and professional, you'll be prepared to handle whatever key projects you encounter in the fast-paced world of media design.

To help you make the transition into the design industry or further develop your current career, we've got a team of Career Development professionals that will help you polish your interviewing skills and résumé. In addition, our Career Development services and advisors will be available for support and assistance throughout your career – not just during your education.

### MASTER'S OBJECTIVE

Our goal is to provide you with a focused knowledge and understanding of design research, psychological and motivational theories, ethics of design, media design elements, and technology applications to enhance your ability to solve complex design problems in academic, entertainment, and corporate environments.

Upon completion of this master's degree program, you'll also have writing, time management, and team-building skills that you can use in the development and execution of compelling design solutions. This combination of skills and knowledge can be used to propel your career in the multiple fields of the media design industry.

### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | MDM525 | Defining Client Needs | 5.0 |
| 3 | MDM530 | Brand Development | 5.0 |
| 4 | MDM555 | Effective Copywriting | 5.0 |
| 5 | MDM565 | Design Research | 5.0 |
| 6 | MDM570 | Organizational Structures | 5.0 |
| 7 | MDM615 | Design Strategies and Motivation | 5.0 |
| 8 | MDM620 | Design Integration | 5.0 |
| 9 | MDM650 | Multi-Platform Delivery | 5.0 |
| 10 | MDM640 | Measuring Design Effectiveness | 5.0 |
| 11 | MDM690 | Thesis: Presentation of Design Solution | 5.0 |
| 12 | MDM691 | Professional Practice | 5.0 |

| | |
|---|---|
| **TOTAL CREDIT HOURS:** | **58** |
| **TOTAL WEEKS:** | **48** |

* This specific course is offered online. Please see course description for details.
[†] This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Mobile Development
**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

The Mobile Development curriculum addresses the need for professional software developers who can create innovative mobile applications for today's cell phones, tablet computers, and other portable devices. As a student in the program, you will be presented with a thorough, evolving curriculum that provides a complete study of the processes used in professional application production. You will be taught how to locate potential industry needs, research your user base, design the visual aesthetics and interactivity of your application, and use your research to create a comprehensive software plan. Technical courses cover the actual production of that concept, and you will learn standard programming languages for the Android and Apple mobile operating systems. You will expand on that architecture by learning how to implement audio and visual assets and balance the usability of your interface—whether it's for a business application or a game—to create the perfect user experience. You will also benefit from foundational courses that cover topics in statistics and leadership. The combination of this material will help you build a foundation as a well-rounded software developer capable of working on a variety of mobile content.

The Mobile Development curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with your transition into the entertainment and media industries.

To help you move toward your desired career, our Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development services and advisors will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The objective of the Mobile Development Associate of Science degree program is to provide you with the focused knowledge and understanding of mobile design and development and the usability concepts needed to qualify for entry-level industry positions in mobile-app support, enterprise software support, web development, and mobile development.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning and will provide you with tools to help sustain a long and productive professional career in the technology industry.

**BACHELOR'S OBJECTIVE**

The objective of the Mobile Development Bachelor of Science degree program is to provide you with the focused knowledge and understanding of mobile design and development and the usability concepts needed to qualify for entry-level industry positions as Apple and Android mobile-application designers and developers.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the technology industry.

## Mobile Development
**Undergraduate Degree Program - *Campus & Online***

### Campus
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*† | 4.0 |
| 3 | MAD1100 | Discrete Mathematics | 4.0 |
| 4 | MDV2330 | Scalable Data Infrastructures | 4.0 |
| 5 | ART2006 | Art History | 4.0 |
| | DEV1425 | Emerging Interface Design | 4.0 |
| 6 | DEV231 | Database Structures | 4.0 |
| | DEV119 | Project and Portfolio I: Development | 3.0 |
| | CAR1001 | Career Module I: Personal Branding* | 1.0 |
| 7 | MDV2430 | Advanced Scalable Data Infrastructures | 4.0 |
| 8 | DEV2318 | Interfaces and Usability | 3.0 |
| | MDV229 | Project and Portfolio II: Mobile Development | 3.0 |
| | CAR2001 | Career Module II: Career Research* | 1.0 |
| 9 | MDV1830 | Visual Frameworks | 4.0 |
| 10 | PHY1020 | Fundamentals of Physical Science*† | 4.0 |
| | MDV239 | Project and Portfolio III: Mobile Development | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals* | 1.0 |
| 11 | MDV3550 | Apple Programming Language | 4.0 |
| 12 | MDV3630 | Mobile Development Frameworks I | 4.0 |
| | MDV3111 | Mobile User Experience | 3.0 |
| 13 | MDV3730 | Mobile Development Frameworks II | 4.0 |
| 14 | STA3026 | Statistics | 4.0 |
| | MDV349 | Project and Portfolio IV: Mobile Development | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning* | 1.0 |
| 15 | MDV3810 | Java I | 4.0 |
| | MDV3325 | Advanced Interface Design | 3.0 |
| 16 | MDV3830 | Java II | 4.0 |
| | MDV359 | Project and Portfolio V: Mobile Development | 3.0 |
| | CAR3002 | Career Module V: Networking* | 1.0 |
| 17 | MDV3851 | Mobile Development Frameworks III | 3.0 |
| 18 | MAN3152 | Leadership and Organizational Behavior† | 4.0 |
| | MDV469 | Project and Portfolio VI: Mobile Development | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing* | 1.0 |
| 19 | MDV4910 | Integrated Product Development | 4.0 |
| 20 | MDV4921 | Integrated Product Deployment | 3.0 |
| | MDV479 | Project and Portfolio VII: Mobile Development | 3.0 |
| | CAR4002 | Career Module VII: Job Interview* | 1.0 |

| | | |
|---|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | **120** | |
| BACHELOR'S TOTAL WEEKS: | **80** | |
| ASSOCIATE'S TOTAL CREDIT HOURS: | **60** | |
| ASSOCIATE'S TOTAL WEEKS: | **40** | |

### Online
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I† | 4.0 |
| 5 | MAD1100 | Discrete Mathematics | 4.0 |
| 6 | MDV2330 | Scalable Data Infrastructures | 4.0 |
| 7 | ART2006 | Art History | 4.0 |
| 8 | DEV119 | Project and Portfolio I: Development | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | PHY1020 | Fundamentals of Physical Science† | 4.0 |
| 10 | DEV231 | Database Structures | 4.0 |
| 11 | MDV2430 | Advanced Scalable Data Infrastructures | 4.0 |
| 12 | MDV229 | Project and Portfolio II: Mobile Development | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | DEV1425 | Emerging Interface Design | 4.0 |
| 14 | DEV2318 | Interfaces and Usability | 3.0 |
| 15 | MDV1830 | Visual Frameworks | 4.0 |
| 16 | MDV239 | Project and Portfolio III: Mobile Development | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | MDV3550 | Apple Programming Language | 4.0 |
| | STA3026 | Statistics | 4.0 |
| 18 | MDV3630 | Mobile Development Frameworks I | 4.0 |
| | MDV3111 | Mobile User Experience | 3.0 |
| 19 | MDV3730 | Mobile Development Frameworks II | 4.0 |
| 20 | MDV349 | Project and Portfolio IV: Mobile Development | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | MDV3810 | Java I | 4.0 |
| | MAN3152 | Leadership and Organizational Behavior† | 4.0 |
| 22 | MDV3325 | Advanced Interface Design | 3.0 |
| 23 | MDV3830 | Java II | 4.0 |
| 24 | MDV359 | Project and Portfolio V: Mobile Development | 3.0 |
| 25 | MDV3851 | Mobile Development Frameworks III | 3.0 |
| 26 | MDV469 | Project and Portfolio VI: Mobile Development | 3.0 |
| 27 | MDV4910 | Integrated Product Development | 4.0 |
| 28 | MDV4921 | Integrated Product Deployment | 3.0 |
| 29 | MDV479 | Project and Portfolio VII: Mobile Development | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | | |
|---|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | **120** | |
| BACHELOR'S TOTAL WEEKS: | **116** | |
| ASSOCIATE'S TOTAL CREDIT HOURS: | **60** | |
| ASSOCIATE'S TOTAL WEEKS: | **64** | |

\* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Mobile Gaming

**Graduate Degree Program - *Online***

**OVERVIEW**

The Mobile Gaming master of science degree program enables students to develop advanced project management, development, and production skills related to games that are featured on mobile devices such as smartphones, PDAs, tablet computers, and portable media players. During this 12-month program, students will expand upon previous programming knowledge by developing their own mobile game through a project-based curriculum that is structured around the real-world mobile game development life cycle. Students will conduct graduate-level mobile gaming research, apply theoretical concepts to game design, explore emerging technologies, and develop their own mobile game. Through real-world learning and a culminating thesis, students will have a firm understanding of mobile game development, including the communication and professional skills required for successful game delivery and monetization. Each course will also develop the student's academic research skills, tools, and methodologies as students will learn how to utilize academic research for a variety of contexts and learning activities.

**MASTER'S OBJECTIVE**

Mobile gaming represents a rapidly growing industry with as many challenges as there are opportunities. The goal of the Mobile Gaming master of science degree program is to prepare students to address and overcome these challenges through a project-based curriculum that will enable students to be successful mobile game developers. This goal will be accomplished by providing students with the knowledge and skills necessary for effective and creative mobile game design, production, and delivery. Through project-based learning and guided academic research, the Mobile Gaming master of science degree program curriculum will enable students to master the discipline and apply appropriate knowledge, skills, and abilities to all phases of mobile game development.

## *Online*

**Chronological Course Schedule by Months**

| | MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|
| Master's Program | 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| | 2 | MBG521 | Computer Science for Engineers | 3.0 |
| | 3 | MBG531 | Approaches to Game Design | 3.0 |
| | 4 | MBG541 | Game Development Frameworks | 3.0 |
| | 5 | MBG551 | Agile Software Engineering | 3.0 |
| | 6 | MBG581 | Usability Engineering | 3.0 |
| | 7 | MBG610 | Mobile Gaming Business | 3.0 |
| | 8 | MBG620 | Storyboard and Game Design | 3.0 |
| | 9 | MBG630 | Mobile Game Development I | 3.0 |
| | 10 | MBG650 | Mobile Game Development II | 3.0 |
| | 11 | MBG660 | Mobile Game Testing | 3.0 |
| | 12 | MBG680 | Mobile Gaming Thesis: Technical Writing & Professional Presentation | 3.0 |
| | | | **TOTAL CREDIT HOURS:** | **36** |
| | | | **TOTAL WEEKS:** | **48** |

# Music Business

**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

To maximize an artist's potential, every job in the music industry needs to work in harmony. By applying a real-world approach and utilizing authentic scenarios, the Music Business curriculum prepares students to become music business professionals working with major record labels, online streaming sites, music publishers, booking agencies, concert promoters, artist management firms, and more. To be an effective player in music business, it's not just important to be good at what you do but also to be well versed in the many different roles within the industry. For example, a band's publicist may not need to book a tour, but being aware of how and why that tour is routed a certain way is invaluable knowledge when it comes to forming a media strategy. By teaching you about the many different roles in the business, the Music Business curriculum allows you to not only focus on what you do best but also to ensure that your contributions to the big picture are as effective as possible. You will learn these roles through courses in music-specific business subjects such as artist management, music copyright and publishing, concert management and touring, and music evaluation for artists and repertoire, as well as general business concepts such as finance, leadership, and marketing. In addition to business-specific topics, you will also have courses focusing on communication skills, physical science, professional writing, and how to prepare for a career in the music industry.

The Music Business curriculum offers project and portfolio courses that are threaded throughout each program. These courses are dedicated to providing you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The goal of the Music Business Associate of Science degree program is to provide you with focused knowledge and understanding of essential business and management skills to enhance your ability to become successful music business professionals. Entry-level positions such as executive assistants, sales assistants, marketing assistants, promotions assistants, or project coordinators are some of the career opportunities you will be prepared for with record labels, music publishers, artist-management firms, concert promoters, and music-technology companies.

Completing the Music Business Associate of Science degree program will provide you with a portfolio of real-world projects to further your career as an entrepreneur and leader in the music industry.

**BACHELOR'S OBJECTIVE**

The goal of the Music Business Bachelor of Science degree program is to provide you with focused knowledge and understanding of essential business and management skills to enhance your ability to become a successful music business professional in a variety of fields, including recording, artist management, concert management, music publishing, music marketing, music supervision, retail, and distribution.

Completing the Music Business Bachelor of Science degree program will provide you with a portfolio of real-world projects to further your careers as an entrepreneur and leader in the music industry. It will prepare you for entry-level positions with record labels, music publishers, artist-management firms, concert promoters, and music-technology companies.

# Music Business
**Undergraduate Degree Program - *Campus & Online***

## *Campus*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*[†] | 4.0 |
| 3 | MAN2021 | Business Management | 4.0 |
| 4 | MKT210 | Introduction to Marketing | 4.0 |
| 5 | ENTB2714 | Data Analysis and Reporting | 3.0 |
| | HUM1505 | Popular Culture in Media | 4.0 |
| 6 | ECO2005 | Introduction to Economics | 4.0 |
| | ENT119 | Project and Portfolio I: Business and Marketing | 3.0 |
| | CAR1001 | Career Module I: Personal Branding* | 1.0 |
| 7 | BUL2100 | Business Law[†] | 4.0 |
| | STA3026 | Statistics | 4.0 |
| 8 | ACG3223 | Business Accounting | 4.0 |
| | ENT229 | Project and Portfolio II: Business and Marketing | 3.0 |
| | CAR2001 | Career Module II: Career Research* | 1.0 |
| 9 | MCM1203 | New Media Tools | 4.0 |
| 10 | ENT239 | Project and Portfolio III: Entertainment Business | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals* | 1.0 |
| 11 | MUB3311 | Music Business Models | 3.0 |
| | ENC326 | Professional Writing* | 4.0 |
| 12 | MUB481 | Artist Management | 4.0 |
| 13 | MUB3513 | Music Evaluation for Artists and Repertoire | 3.0 |
| | MAN3152 | Leadership and Organizational Behavior[†] | 4.0 |
| 14 | MUM3308 | Music Copyright and Publishing | 4.0 |
| | MBB349 | Project and Portfolio IV: Music Business | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning* | 1.0 |
| 15 | MUM3733 | Music Business Marketing | 4.0 |
| 16 | MUB4361 | Music Retail and Distribution | 3.0 |
| | MBB359 | Project and Portfolio V: Music Business | 3.0 |
| | CAR3002 | Career Module V: Networking* | 1.0 |
| 17 | ENTB3013 | Principles of Business Finance | 4.0 |
| | MUB4716 | Music Supervision | 3.0 |
| 18 | PHY1020 | Fundamentals of Physical Science*[†] | 4.0 |
| | MBB469 | Project and Portfolio VI: Music Business | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing* | 1.0 |
| 19 | MUB461 | Concert Management and Touring | 4.0 |
| 20 | ENT479 | Project and Portfolio VII: Business and Marketing | 3.0 |
| | CAR4002 | Career Module VII: Job Interview* | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

## *Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I[†] | 4.0 |
| 5 | MAN2021 | Business Management | 4.0 |
| 6 | MKT210 | Introduction to Marketing | 4.0 |
| 7 | ENTB2714 | Data Analysis and Reporting | 3.0 |
| 8 | ENT119 | Project and Portfolio I: Business and Marketing | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | ECO2005 | Introduction to Economics | 4.0 |
| 10 | BUL2100 | Business Law[†] | 4.0 |
| 11 | STA3026 | Statistics | 4.0 |
| 12 | ENT229 | Project and Portfolio II: Business and Marketing | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | ACG3223 | Business Accounting | 4.0 |
| 14 | HUM1505 | Popular Culture in Media | 4.0 |
| 15 | MCM1203 | New Media Tools | 4.0 |
| 16 | ENT239 | Project and Portfolio III: Entertainment Business | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | MUB3311 | Music Business Models | 3.0 |
| | ENC326 | Professional Writing | 4.0 |
| 18 | MUB481 | Artist Management | 4.0 |
| 19 | MUB3513 | Music Evaluation for Artists and Repertoire | 3.0 |
| 20 | MBB349 | Project and Portfolio IV: Music Business | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | MUM3308 | Music Copyright and Publishing[†] | 4.0 |
| | MAN3152 | Leadership and Organizational Behavior[†] | 4.0 |
| 22 | MUM3733 | Music Business Marketing[†] | 4.0 |
| 23 | MBB359 | Project and Portfolio V: Music Business | 3.0 |
| 24 | MUB4361 | Music Retail and Distribution | 3.0 |
| 25 | ENTB3013 | Principles of Business Finance | 4.0 |
| | PHY1020 | Fundamentals of Physical Science[†] | 4.0 |
| 26 | MBB469 | Project and Portfolio VI: Music Business | 3.0 |
| 27 | MUB4716 | Music Supervision | 3.0 |
| 28 | MUB461 | Concert Management and Touring | 4.0 |
| 29 | ENT479 | Project and Portfolio VII: Business and Marketing | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **116** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **64** |

\* This specific course is offered online. Please see course description for details.
[†] This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Music Production
**Undergraduate Degree Program - *Campus & Online***

**OVERVIEW**

With the music industry's growing use of the Internet and the collaborative aspects of the music production environment, the demand for original music content has increased. Full Sail University's Music Production curriculum encompasses music theory and composition, digital recording, and music production. Whether you're a novice or a veteran musician, this degree program provides you with a formal education that can help prepare you for a variety of career paths in the world of music creation and production.

From digital audio principles, digital workstation technology, and digital signal flow to advanced audio production and engineering techniques, music theory, and music history, the curriculum covers many different procedures and applications found in the music production world. Through coursework utilizing a personal production studio consisting of a laptop computer and a variety of professional audio-software programs, you will gain the confidence and skills to help you succeed in a variety of music production environments after graduation.

In addition to music production skills and techniques, you will also develop communication and critical-thinking skills while taking courses in physics, cultural studies, and professional writing. The Music Production curriculum also offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Furthermore, with career-development modules woven throughout the curriculum, you are also provided with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

A team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready to enter the job market. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of music production technology and concepts needed to qualify for entry-level industry positions as audio and sound-effects technicians, independent audio engineers, remote-recording engineers, location audio recordists, project-studio engineers, beat programmers, music editors, mix engineers, songwriters, and a variety of other positions in the audio and entertainment industries.

In addition to gaining technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

Our goal is to provide you with the focused knowledge and understanding of music production technology and concepts needed to qualify for entry-level industry positions as multimedia music composers and producers, audio and sound-effects technicians, music supervisors, music editors, project-studio engineers, beat programmers, music arrangers, songwriters, digital-music recording engineers, postproduction audio engineers, MIDI/digital audio workstation operators and programmers, and a variety of other positions in the audio and entertainment industries.

In addition to gaining technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Music Production
### Undergraduate Degree Program - *Campus & Online*

#### Campus
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
|  | DEP1013 | Psychology of Play | 3.0 |
| 2 | AEM1000 | Audio Arts in the Entertainment and Media Industries | 3.0 |
|  | ENC1101 | English Composition I*† | 4.0 |
| 3 | AUD1923 | Recording Principles | 4.0 |
| 4 | APR1355 | Fundamentals of Music | 3.0 |
| 5 | REC1732 | Sequencing Technology | 4.0 |
|  | MGF1213 | College Mathematics† | 4.0 |
| 6 | REC3414 | Audio Workstations | 4.0 |
|  | AUD119 | Project and Portfolio I: Audio Arts | 3.0 |
|  | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | APR3570 | Musical Structure and Analysis | 4.0 |
| 8 | MPR1202 | Musicianship | 4.0 |
|  | MPB229 | Project and Portfolio II: Music Production | 3.0 |
|  | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | HUM1505 | Popular Culture in Media | 4.0 |
|  | MUH2429 | History of Popular Music | 4.0 |
| 10 | MPB239 | Project and Portfolio III: Music Production | 3.0 |
|  | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | AUD3311 | History of Recorded Music | 3.0 |
| 12 | MPR3113 | Music Genres | 4.0 |
| 13 | PHY1020 | Fundamentals of Physical Science*† | 4.0 |
|  | MPR3311 | Musical Arrangement | 4.0 |
| 14 | MPB349 | Project and Portfolio IV: Music Production | 3.0 |
|  | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | ENC326 | Professional Writing | 4.0 |
|  | MPR3925 | Topics in Music Theory | 3.0 |
| 16 | MPR4416 | Audio Engineering Techniques | 4.0 |
|  | MPB359 | Project and Portfolio V: Music Production | 3.0 |
|  | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | IMK302 | Cultural Studies and the Web* | 4.0 |
|  | MPR3701 | Music Production for Media | 4.0 |
| 18 | MPR4418 | Audio Production for Media | 4.0 |
|  | MPB469 | Project and Portfolio VI: Music Production | 3.0 |
|  | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | AUD3011 | Fundamentals of Music Business | 3.0 |
|  | MPR3452 | Game Music Composition | 3.0 |
| 20 | MPB479 | Project and Portfolio VII: Music Production | 3.0 |
|  | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | **120** |
| BACHELOR'S TOTAL WEEKS: | **80** |
| ASSOCIATE'S TOTAL CREDIT HOURS: | **60** |
| ASSOCIATE'S TOTAL WEEKS: | **40** |

#### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | AEM1000 | Audio Arts in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I† | 4.0 |
| 5 | AUD1923 | Recording Principles | 4.0 |
| 6 | APR1355 | Fundamentals of Music | 3.0 |
| 7 | REC1732 | Sequencing Technology | 4.0 |
| 8 | AUD119 | Project and Portfolio I: Audio Arts | 3.0 |
|  | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | MGF1213 | College Mathematics† | 4.0 |
| 10 | APR3570 | Musical Structure and Analysis | 4.0 |
| 11 | MPR1202 | Musicianship | 4.0 |
| 12 | MPB229 | Project and Portfolio II: Music Production | 3.0 |
|  | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | REC3414 | Audio Workstations | 4.0 |
| 14 | MUH2429 | History of Popular Music | 4.0 |
| 15 | HUM1505 | Popular Culture in Media | 4.0 |
| 16 | MPB239 | Project and Portfolio III: Music Production | 3.0 |
|  | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | AUD3311 | History of Recorded Music | 3.0 |
|  | PHY1020 | Fundamentals of Physical Science† | 4.0 |
| 18 | MPR3113 | Music Genres | 4.0 |
| 19 | MPB349 | Project and Portfolio IV: Music Production | 3.0 |
|  | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 20 | MPR3311 | Musical Arrangement | 4.0 |
| 21 | MPR3925 | Topics in Music Theory | 3.0 |
|  | ENC326 | Professional Writing | 4.0 |
| 22 | MPB359 | Project and Portfolio V: Music Production | 3.0 |
| 23 | MPR4416 | Audio Engineering Techniques | 4.0 |
| 24 | MPR3701 | Music Production for Media | 4.0 |
| 25 | MPB469 | Project and Portfolio VI: Music Production | 3.0 |
| 26 | AUD3011 | Fundamentals of Music Business | 3.0 |
|  | IMK302 | Cultural Studies and the Web | 4.0 |
| 27 | MPR4418 | Audio Production for Media | 4.0 |
| 28 | MPR3452 | Game Music Composition | 3.0 |
| 29 | MPB479 | Project and Portfolio VII: Music Production | 3.0 |
|  | CAR3012 | Career Module V: Networking | 1.0 |
|  | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
|  | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | **120** |
| BACHELOR'S TOTAL WEEKS: | **116** |
| ASSOCIATE'S TOTAL CREDIT HOURS: | **60** |
| ASSOCIATE'S TOTAL WEEKS: | **64** |

## New Media Journalism
### Graduate Degree Program - *Online*

#### OVERVIEW

The New Media Journalism Master of Arts degree program addresses the opportunities for communication in today's media industry, with a focus on the mechanics of current technologies and how they enhance both narrative structure and visual storytelling. As a student in the program, you'll explore methods of research, reporting, and publishing on a variety of multimedia platforms while taking into account different approaches that each platform requires.

Specialized courses teach you how to apply methods of traditional journalism to writing for interactive media, including reporting using online resources and social media, public relations, and addressing and resolving legal issues in the digital domain. You'll also learn how to produce visual and text-based content for multimedia platforms, and publish that content through different digital delivery systems.

You'll apply this collected knowledge to a final capstone project that will consist of a sustained study of a journalistic topic that will be published to a website or blog, and incorporate text, photography, video, graphics, and other storytelling elements. You'll also document the evolution of the project with a supporting thesis paper, giving you a comprehensive communications project to showcase your abilities as a media journalist.

Full Sail University's Career Development department will be on hand to provide support and guidance as you launch your career search in the field of journalism. The assistance of this department is extended to Full Sail graduates for the length of their careers.

#### MASTER'S OBJECTIVE

The New Media Journalism Master of Arts degree program teaches students how new media technology shapes contemporary journalism in philosophy, practice, and delivery. The curriculum addresses the concepts, processes, and tools utilized in digital news production, digital newsroom management, multimedia reporting, and social media writing, as well as the legal and ethical aspects of new media journalism. Completion of the program will enable graduates to take advantage of growing career opportunities for multimedia writers, reporters, producers, managers, and editors.

In addition to technical proficiency and creative development, your education will help you develop critical thinking, problem solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industry.

#### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | NMJ510 | New Media and Communications | 4.0 |
| 3 | NMJ520 | Writing for Interactive Media | 4.0 |
| 4 | NMJ642 | Legal Aspects of Media | 4.0 |
| 5 | NMJ540 | Research and Investigation Skills Development | 4.0 |
| 6 | NMJ550 | Multimedia Development and Editing | 4.0 |
| 7 | NMJ570 | Digital News Production | 4.0 |
| 8 | NMJ590 | Multimedia Reporting | 4.0 |
| 9 | NMJ620 | Social Media and Online Community Engagement | 4.0 |
| 10 | NMJ650 | Public Relations and Reputation Management | 4.0 |
| 11 | NMJ670 | New Media Publishing and Distribution | 4.0 |
| 12 | NMJ690 | New Media Journalism Final Project | 4.0 |

| | |
|---|---|
| TOTAL CREDIT HOURS: | **47** |
| TOTAL WEEKS: | **48** |

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Public Relations

Graduate Degree Program - *Online*

**OVERVIEW**

Throughout the Public Relations master of arts degree program, students will examine how new social tools and communication channels have changed the idea of what it means to be a public relations professional. Students will learn how to leverage social media in order to launch powerful dialogues with an organization's consumers and advocates. Along with learning the new digital tools, the Public Relations master's program will give students a solid foundation in traditional PR. Students will gain a solid grasp of how to plan, research, execute, and evaluate effective PR media plans. During the course of the program and in preparation for their final thesis project, students will build a website and social channels from the ground up, fostering their own professional reputation and audience throughout the degree program.

**MASTER'S OBJECTIVE**

The Internet and new media channels have had a profound impact on the field of public relations. The rise of participatory media such as blogs, Twitter, and content-sharing sites has challenged the traditional ideal of who is a journalist – dramatically altering how publicists and PR professionals engage to share their stories. In addition to traditional news media, today's PR professionals must also identify and develop credible and lasting relationships with influential voices throughout the social media world.

Effective PR messages are informative, newsworthy, and interesting – but not to everyone and not all the time. Online PR professionals must compete with a broad spectrum of challenges and with a variety of social media participants, who all have their individual perspective of public relations and digital marketing strategies.

The Public Relations master of arts degree program is designed to provide students with a practical working knowledge of traditional PR methods and a hands-on understanding of the latest new social tools, communication channels, technologies, trends, and best practices. The 12-month program is focused on developing new media PR professionals with a solid understanding of traditional PR tradecraft, digital media expertise, and technical skills.

*Online*

Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MDL501 | Mastery: Personal Development and Leadership | 3.0 |
| 2 | PBR510 | Public Relations in a Digital World | 3.0 |
| 3 | NMJ520 | Writing for Interactive Media | 4.0 |
| 4 | NMJ642 | Legal Aspects of Media | 4.0 |
| 5 | PBR540 | Innovative Public Relations Tools and Resources | 3.0 |
| 6 | PBR550 | Social Media Metrics and ROI | 3.0 |
| 7 | PBR560 | Market and Consumer Research Analysis | 3.0 |
| 8 | PBR610 | Media Relations | 3.0 |
| 9 | PBR620 | Events Marketing and Production | 3.0 |
| 10 | PBR650 | Reputation Management Strategies | 3.0 |
| 11 | PBR640 | The Online Media Room | 3.0 |
| 12 | PBR699 | Public Relations Final Project and Thesis | 3.0 |
| | | **TOTAL CREDIT HOURS:** | **38** |
| | | **TOTAL WEEKS:** | **48** |

## Recording Arts

Undergraduate Degree Program - *Campus*

**OVERVIEW**

Full Sail University began in 1979 as a recording school. Since then, developments in the recording industry have created new opportunities to build upon the university's foundational recording curriculum. Beyond just teaching you how to capture an artist's sound in the studio, Full Sail University's Recording Arts curriculum encompasses analog and digital recording, live music production, and audio postproduction for film, television, and video games.

From acoustic principles, amplification technology, and signal flow to interactive audio, sequencing techniques, and sound-effect design, this program covers the many different procedures, formats, and applications found in the recording arts world. By working with the same gear found in some of the finest professional studios, you will gain the confidence and skills needed to succeed in these environments after graduation.

In addition to music production skills and techniques, you will also learn physical science, professional writing, critical listening, art history, and how to prepare yourself for the music industry. The Recording Arts curriculum also offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Furthermore, with career-development modules woven throughout the curriculum, the Recording Arts programs provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

A team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready to enter the job market. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The goal of the Recording Arts Associate of Science degree program is to provide you with the focused skills and knowledge of audio engineering needed to qualify for entry-level industry positions as recording engineers, audio editors, assistant mix engineers, music supervisors, audio tools developers, presentation media assistants, technical consultants, and a variety of other positions in the audio industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

**BACHELOR'S OBJECTIVE**

The goal of the Recording Arts Bachelor of Science degree program is to provide you with the focused skills and knowledge of audio engineering needed to qualify for entry-level industry positions as recording engineers, mix engineers, postproduction and game audio engineers, digital audio workstation operators and programmers, music/effects/dialogue editors, live-production engineers, and a variety of other positions in the audio industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Recording Arts

**Undergraduate Degree Program - *Campus***

### Campus

**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | AEM1000 | Audio Arts in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*† | 4.0 |
| 3 | AUD1923 | Recording Principles | 4.0 |
| 4 | APR1355 | Fundamentals of Music | 3.0 |
| 5 | REC1732 | Sequencing Technology | 4.0 |
| | MGF1213 | College Mathematics† | 4.0 |
| 6 | REC3414 | Audio Workstations | 4.0 |
| | AUD119 | Project and Portfolio I: Audio Arts | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | SHP2033 | Introduction to Show Production Systems | 4.0 |
| 8 | REC2132 | Principles of Electronics | 4.0 |
| | AUD229 | Project and Portfolio II: Audio Arts | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | HUM1505 | Popular Culture in Media* | 4.0 |
| | APR3466 | Mixing Techniques | 4.0 |
| 10 | RAB239 | Project and Portfolio III: Recording Arts | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | REC3514 | Critical Listening | 3.0 |
| | AUD3311 | History of Recorded Music | 3.0 |
| 12 | REC3901 | Session Recording | 4.0 |
| 13 | AUD3011 | Fundamentals of Music Business | 3.0 |
| | REC3125 | Vocal Production | 3.0 |
| 14 | PHY1020 | Fundamentals of Physical Science* | 4.0 |
| | RAB349 | Project and Portfolio IV: Recording Arts | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | ENC326 | Professional Writing* | 4.0 |
| | REC3805 | Audio Postproduction | 4.0 |
| 16 | REC4414 | Advanced Audio Workstations | 4.0 |
| | RAB358 | Project and Portfolio V: Recording Arts | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | ART2006 | Art History* | 4.0 |
| | AUD3425 | Sound Design for Games | 4.0 |
| 18 | RAB468 | Project and Portfolio VI: Recording Arts | 3.0 |
| | CAR4001 | Career Module VI: Resume Writing | 1.0 |
| 19 | REC4735 | Advanced Session Recording | 4.0 |
| 20 | RAB479 | Project and Portfolio VII: Recording Arts | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 |

*Bachelor's Program / Associate's Program*

## Show Production

**Undergraduate Degree Program - *Campus***

### OVERVIEW

Our Show Production curriculum provides you with practical and technical skills to prepare for a career in the live-event field of your choice—whether it is the concert and touring market, corporate productions, conventions, audio/visual installations, or other disciplines. You will become immersed in the world of contemporary audio, lighting, video, and concert media design while learning the theories and principles behind these components and getting an extensive and immersive experience with a wide assortment of gear used by professionals in the industry.

Once you are comfortable with production concepts in a classroom setting, you will be able to put your skills to the test in real-world scenarios by collaborating with a live band to design, produce, and manage a full-scale show. You will be able to maintain order when both technical and creative issues arise and ensure that things run smoothly. In addition to show production–specific skills, you will also have courses focusing on physical science, professional writing, leadership, and how to prepare yourself for a career in live-event production.

The Show Production curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with the transition into the entertainment and media industries.

A team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready to enter the job market. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

### ASSOCIATE'S OBJECTIVE

The goal of the Show Production Associate of Science degree program is to provide you with the focused knowledge and understanding of live-event production needed to qualify for entry-level industry positions as presentation setup technicians, theme park technicians, stage hands, recording engineers, audio editors, assistant mix engineers, audio editors, technical consultants, music supervisors, audio tools developers, and a variety of other positions in the audio and entertainment industries.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

### BACHELOR'S OBJECTIVE

The goal of the Show Production Bachelor of Science degree program is to provide you with the focused knowledge and understanding of live-event production needed to qualify for entry-level industry positions in sound reinforcement, lighting, live video and multimedia, automated lighting, concert touring, and audio measurement system analysis. Additional skills you acquire in live-event production will broaden your opportunities in related media fields.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Show Production

**Undergraduate Degree Program - *Campus***

### *Campus*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | AEM1000 | Audio Arts in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*† | 4.0 |
| 3 | AUD1923 | Recording Principles | 4.0 |
| 4 | APR1355 | Fundamentals of Music | 3.0 |
| 5 | REC1732 | Sequencing Technology | 4.0 |
| | MGF1213 | College Mathematics† | 4.0 |
| 6 | REC3414 | Audio Workstations | 4.0 |
| | AUD119 | Project and Portfolio I: Audio Arts | 3.0 |
| | CAR1001 | Career Module I: Personal Branding* | 1.0 |
| 7 | SHP2033 | Introduction to Show Production Systems | 4.0 |
| 8 | REC2132 | Principles of Electronics | 4.0 |
| | AUD229 | Project and Portfolio II: Audio Arts | 3.0 |
| | CAR2001 | Career Module II: Career Research* | 1.0 |
| 9 | HUM1505 | Popular Culture in Media | 4.0 |
| | APR3466 | Mixing Techniques | 4.0 |
| 10 | SPB239 | Project and Portfolio III: Show Production | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals* | 1.0 |
| 11 | SHP3425 | Show Production Systems | 3.0 |
| | TPA3013 | Lighting Concepts and Design | 3.0 |
| 12 | SHP3215 | Audio and Visual Technologies | 4.0 |
| 13 | PHY1020 | Fundamentals of Physical Science*† | 4.0 |
| | SHP3635 | Automated Lighting Technology | 3.0 |
| 14 | SHP4125 | Advanced Show Production Systems | 4.0 |
| | SPB349 | Project and Portfolio IV: Show Production | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning* | 1.0 |
| 15 | MAN3152 | Leadership and Organizational Behavior† | 4.0 |
| | SHP3712 | Live Production Management* | 3.0 |
| 16 | SHP4785 | Advanced Video Production | 4.0 |
| | SPB359 | Project and Portfolio V: Show Production | 3.0 |
| | CAR3002 | Career Module V: Networking* | 1.0 |
| 17 | ENC326 | Professional Writing* | 4.0 |
| | SHP4726 | Concert Media Design | 2.0 |
| 18 | SHP4822 | Sports Broadcast Production | 3.0 |
| | SPB469 | Project and Portfolio VI: Show Production | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing* | 1.0 |
| 19 | SHP4565 | Audio Measurement Systems | 3.0 |
| 20 | SPB479 | Project and Portfolio VII: Show Production | 3.0 |
| | CAR4002 | Career Module VII: Job Interview* | 1.0 |
| | | **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| | | **BACHELOR'S TOTAL WEEKS:** | **80** |
| | | **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| | | **ASSOCIATE'S TOTAL WEEKS:** | **40** |

*(Left margin labels: Bachelor's Program / Associate's Program)*

## Simulation & Visualization

**Undergraduate Degree Program - *Campus***

**OVERVIEW**

In today's digital world, simulation and visualization technologies have become widespread throughout many industries for education, science, training, and entertainment purposes. From creating computerized models for understanding complex data to developing virtual environments for gaming, simulation and visualization technologies solve challenging problems, enable learning, and provide visual insight into abstract problems and ideas. The Simulation & Visualization curriculum was designed to create future engineers who will develop simulation and visualization systems for the twenty-first century. It was also designed to provide you with the technical and critical-thinking skills needed to study, design, develop, and test simulation and visualization systems.

Furthermore, the curriculum allows you to develop your programming skills with hands-on experience in the engineering of simulation and visualization systems. You are trained using real-world approaches and emerging technologies to keep pace with this dynamic industry and prepare you for success in the twenty-first century. In addition to developing your technical expertise and subject knowledge, the Simulation & Visualization curriculum is designed to develop your creativity. You will learn strategies for engineering simulations and visualizations and apply those methods to develop unique engineering projects of your own.

The Simulation & Visualization curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The goal of the Simulation & Visualization Associate of Science degree program is to develop programmers and future engineers with the creative and critical-thinking skills and technical expertise required to produce simulations and visualizations based on real-world needs and applications. In addition to coding skills and a computer-science foundation, this program helps you develop an applicable knowledge of discrete mathematics, linear algebra, object-oriented programming, and physics. The curriculum in this degree program also encompasses courses that address data structures and algorithms, software engineering, applied human-computer interaction, and mythology. The Simulation & Visualization Associate of Science degree is designed to prepare you to engage in constructive simulations and visualizations for training and entertainment applications. Graduates of the Simulation & Visualization Associate of Science degree program will be prepared to enter the workforce as entry-level programmers, developers, scripters, and quality-assurance testers.

**BACHELOR'S OBJECTIVE**

The goal of the Simulation & Visualization Bachelor of Science degree program is to develop engineers with the creative and critical-thinking skills and technical expertise required to produce simulations and visualizations based on real-world needs and applications. You will learn how to test and validate these simulations and visualizations, allowing you to display the skills needed to work in this new and growing industry. The curriculum in this degree program encompasses courses that address programming, simulation electronics, visualization software, artificial intelligence, 3-D rendering, behavior modeling, mission-critical systems, analysis methods, leveraging content libraries, and simulation environments. This program is designed to prepare you to engage in constructive simulations and visualizations for training and entertainment applications. Graduates of the Simulation & Visualization Bachelor of Science degree program will be prepared to enter the workforce as entry-level simulation and visualization engineers.

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Simulation & Visualization
### Undergraduate Degree Program - *Campus*

### Campus
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*† | 4.0 |
| 3 | MAD1100 | Discrete Mathematics | 4.0 |
| 4 | COP1000 | Programming I† | 4.0 |
| 5 | COP2334 | Programming II† | 4.0 |
| 6 | SDV3111 | Systems Programming | 4.0 |
| | COD119 | Project and Portfolio I: Code | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | SDV2213 | Data Structures and Algorithms | 4.0 |
| | GEN242 | Linear Algebra | 4.0 |
| 8 | GDD258 | Software Engineering | 4.0 |
| | SDV3012 | Applied Human-Computer Interaction | 3.0 |
| 9 | GEN262 | Physics | 4.0 |
| | COD229 | Project and Portfolio II: Code | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 10 | SVB239 | Project and Portfolio III: Simulation and Visualization | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | SIM313 | Microcontrollers | 4.0 |
| | GDD291 | Operating Systems | 3.0 |
| 12 | SIM3073 | Simulation and Visualization Software | 3.0 |
| | COD3721 | Computer Networks | 3.0 |
| 13 | SIM3321 | Digital Fabrication | 4.0 |
| 14 | GEN3322 | Probability | 4.0 |
| | SVB349 | Project and Portfolio IV: Simulation and Visualization | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | COD3315 | Computer Graphics | 3.0 |
| | SIM3032 | Data Visualization and Modeling | 3.0 |
| 16 | CAP4053 | Artificial Intelligence | 4.0 |
| | SIM4319 | Virtual and Augmented Reality | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | SIM4175 | Simulation and Visualization Environments | 3.0 |
| | HIS3320 | Historical Archetypes and Mythology† | 4.0 |
| 18 | SVB359 | Project and Portfolio V: Simulation and Visualization | 3.0 |
| | SVB469 | Project and Portfolio VI: Simulation and Visualization | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | SIM4819 | Simulation Production | 3.0 |
| 20 | SVB479 | Project and Portfolio VII: Simulation and Visualization | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 |

## Sportscasting
### Undergraduate Degree Program - *Campus & Online*

**OVERVIEW**

The Sportscasting curriculum presents how new communication technologies are altering the way audiences consume content. By promoting responsiveness and distinction as a sportscaster, this degree equips you to grow within this arena and connect with modern sports fans. Sports media companies have expanded to reach their audiences through a wider array of communication platforms—social, mobile, digital, and virtual. Sports audiences that used to share only a few traditional platforms are becoming more varied and specific across the available methods for consuming media. Because of this changing landscape of the sports industry, creative professionals are in growing demand who understand new communication technologies and the communities who utilize them.

The evolving demands of the sports-content presentation field require you to first have a firm grasp of the core elements of great storytelling. These elements remain applicable to sports media across the board, whether it is among twenty-first-century platforms such as virtual reality experiences, game systems, and mobile devices or traditional platforms such as radio and television. You will explore the fundamentals of understanding audiences, multimedia storytelling, studio production, and broadcasting for advanced technology. The curriculum also provides you with practical opportunities to develop your personal style in processing, creating, and delivering content. This project-based curriculum will culminate with the creation and production of your own demo reel to position you for your entrance into the industry.

The Sportscasting curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to develop your talents and practice your delivery for your future career. These modules focus on strengthening a variety of relevant career skills and professional strategies that will help you with the transition into the world of professional sports-content presentation.

To help you move toward your desired career, our industry experts serving as associate faculty will help guide you in the development and review of your demo reel. Our Career Development department also has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

.

**ASSOCIATE'S OBJECTIVE**

The central goal of the Sportscasting Associate of Science degree program is to provide you a fundamental basis in the core elements of sports and media storytelling. You will develop and refine your skills in basic sports communication—including writing, presentation, and vocal performance. The degree program helps you focus on ways you can maximize your ability to connect with different audiences that would consume your content. You will learn how to utilize the principles of communication in a sports-specific context while implementing original content on multiple technology platforms.

Completing this program will enable you to pursue new and emerging entry-level pathways in the field of sportscasting, sports communication, and sports journalism, including positions such as sports producer, sports journalist, and digital sports content creator.

**BACHELOR'S OBJECTIVE**

The central goal of the Sportscasting Bachelor of Science degree program is to provide you a comprehensive grasp of the core elements of sports and media storytelling. You will develop refined skills in sports communication and sports journalism for presenting content through various media platforms. The degree program outlines the traits that have defined successful sportscasters and leaders throughout the radio, television, and digital eras of sports presentation and translates these characteristics for sportscasters across twenty-first-century sports-media outlets. You will learn the fundamentals of traditional sports storytelling, such as clear writing and vocal communication, as well as more advanced content-creation and studio-production techniques and their applications to emerging technologies and communication channels.

Completing this program will enable you to pursue career opportunities in sports media and sports presentation, including on-air and production positions for traditional news networks, digital sports channels, and new and developing platforms such as video game systems and virtual reality productions.

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Sportscasting
**Undergraduate Degree Program - *Campus & Online***

### Campus
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*† | 4.0 |
| 3 | SCS1101 | Introduction to Sportscasting | 3.0 |
| 4 | HUM1505 | Popular Culture in Media | 4.0 |
| 5 | MCM1203 | New Media Tools | 4.0 |
| 6 | SMM3411 | Sports Digital Production | 4.0 |
| | ENT119 | Project and Portfolio I: Business & Marketing | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | SCS2501 | Broadcast Writing | 4.0 |
| | PHY1020 | Fundamentals of Physical Science*† | 4.0 |
| 8 | MCM2651 | Research in Media Communications | 4.0 |
| | SCB228 | Project and Portfolio II: Sportscasting | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | SCS3201 | Vocal Training for Sportscasting I | 4.0 |
| | MGF1213 | College Mathematics† | 4.0 |
| 10 | SCB239 | Project and Portfolio III: Sportscasting | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | ENC326 | Professional Writing* | 4.0 |
| | SCS3351 | Diversity in Modern Media | 3.0 |
| 12 | MKT2418 | Fundamentals of Public Relations | 4.0 |
| 13 | SCS3401 | Vocal Training for Sportscasting II | 3.0 |
| | SCS4621 | Broadcast for Advanced Technology I | 3.0 |
| 14 | SCB348 | Project and Portfolio IV: Sportscasting | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | MAN3152 | Leadership and Organizational Behavior† | 4.0 |
| | SCS3521 | Advanced Interviewing for Sportscasting | 4.0 |
| 16 | SCB359 | Project and Portfolio V: Sportscasting | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | MCM4429 | New Media Formats | 4.0 |
| | BUL3514 | Intellectual Property† | 4.0 |
| 18 | SCS4111 | Advanced Reporting and Practice | 4.0 |
| | SCB469 | Project and Portfolio VI: Sportscasting | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | SMM3112 | Sports Business Models | 3.0 |
| | SCS4761 | Broadcast for Advanced Technology II | 4.0 |
| 20 | SCB479 | Project and Portfolio VII:Sportscasting | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I† | 4.0 |
| 5 | SCS1101 | Introduction to Sportscasting | 3.0 |
| 6 | HUM1505 | Popular Culture in Media | 4.0 |
| 7 | MCM1203 | New Media Tools | 4.0 |
| 8 | ENT119 | Project and Portfolio I: Business & Marketing | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | SMM3411 | Sports Digital Production | 4.0 |
| 10 | SCS2501 | Broadcast Writing | 4.0 |
| 11 | PHY1020 | Fundamentals of Physical Science† | 4.0 |
| 12 | SCB228 | Project and Portfolio II: Sportscasting | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | MGF1213 | College Mathematics† | 4.0 |
| 14 | MCM2651 | Research in Media Communications | 4.0 |
| 15 | SCS3201 | Vocal Training for Sportscasting I | 4.0 |
| 16 | SCB239 | Project and Portfolio III: Sportscasting | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | MKT2418 | Fundamentals of Public Relations | 4.0 |
| | ENC326 | Professional Writing | 4.0 |
| 18 | SCS3401 | Vocal Training for Sportscasting II | 3.0 |
| 19 | SCS4621 | Broadcast for Advanced Technology I | 3.0 |
| 20 | SCB348 | Project and Portfolio IV: Sportscasting | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | SCS3351 | Diversity in Modern Media | 3.0 |
| 22 | SCS3521 | Advanced Interviewing for Sportscasting | 4.0 |
| | MAN3152 | Leadership and Organizational Behavior† | 4.0 |
| 23 | MCM4429 | New Media Formats | 4.0 |
| 24 | SCB359 | Project and Portfolio V: Sportscasting | 3.0 |
| 25 | SCS4111 | Advanced Reporting and Practice | 4.0 |
| 26 | BUL3514 | Intellectual Property† | 4.0 |
| 27 | SCB469 | Project and Portfolio VI: Sportscasting | 3.0 |
| 28 | SCS4761 | Broadcast for Advanced Technology II | 4.0 |
| | SMM3112 | Sports Business Models | 3.0 |
| 29 | SCB479 | Project and Portfolio VII:Sportscasting | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

**Campus:**
BACHELOR'S TOTAL CREDIT HOURS: **120**
BACHELOR'S TOTAL WEEKS: **80**
ASSOCIATE'S TOTAL CREDIT HOURS: **60**
ASSOCIATE'S TOTAL WEEKS: **40**

**Online:**
BACHELOR'S TOTAL CREDIT HOURS: **120**
BACHELOR'S TOTAL WEEKS: **116**
ASSOCIATE'S TOTAL CREDIT HOURS: **60**
ASSOCIATE'S TOTAL WEEKS: **64**

* This specific course is offered online. Please see course description for details.
† This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Sports Marketing & Media
**Undergraduate Degree Program - *Campus & Online***

### OVERVIEW
Teams, companies, and organizations in the field of sports business are rapidly moving into social, mobile, and digital spaces while targeting opportunities to create content, control their messages, generate revenue, and create fan branding. These businesses are realizing that as the digital universe expands, they can connect with their respective clients and fan bases in a much more intimate way than has ever been possible. Because of this, the sports-business industry has a universal need for creative professionals who understand and utilize technology and are able to communicate the information derived from it.

The Sports Marketing & Media curriculum provides opportunities for you to contribute to the new demands of the evolving field of sports business, particularly from a position where digital art, design, communication, distribution, and marketing intersect. This curriculum will also provide you with a fundamental understanding of how marketing and content creation are becoming more integrated into the everyday operations of sports businesses. Furthermore, the curriculum provides practical, real-time opportunities for you to create, distribute, and market content, and includes topics such as social-media marketing, sports-business models, mobile technology, sports sales and sponsorships, intellectual property, and leadership and organizational behavior. This collaborative, project-based curriculum culminates with you creating and producing a targeted sports-business proposal for a self-selected company such as a team, league, university, or marketer.

The Sports Marketing & Media curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

### ASSOCIATE'S OBJECTIVE
The objective of the Sports Marketing & Media Associate of Science degree program is to help you develop and refine skills in marketing and technology, which will be valuable for all forms of engagement—communication, revenue generation, event operations, marketing, and business development—within the field of sports business. The degree program focuses on ways that you can maximize the connection between fans, teams, brands, and athletes, and you will learn how to utilize the principles of marketing in a sports-specific context while implementing original content on multiple platforms.

Completing the Sports Marketing & Media Associate of Science degree program will enable you to pursue new and emerging entry-level professional pathways in the field of sports business, including positions such as marketing coordinator, marketing analyst, marketing specialist, branding associate, and many others.

### BACHELOR'S OBJECTIVE
The objective of the Sports Marketing & Media Bachelor of Science degree program is to help you develop and refine skills in marketing and technology, which will be valuable for all forms of engagement—communication, revenue generation, event operations, marketing, and business development—within the field of sports business. The degree program focuses on ways that you can maximize the connection between fans, teams, brands, and athletes, and you will learn how to utilize the principles of marketing in a sports-specific context while implementing original content on multiple platforms. Completing the Sports Marketing & Media Bachelor of Science degree program will enable you to pursue new and emerging entry-level professional pathways in the field of sports business, including positions such as sports event coordinator, sports sales associate, client relations supervisor, live events marketing manager, media content producer, and many more.

## Sports Marketing & Media

Undergraduate Degree Program - *Campus & Online*

### Campus
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| | DEP1013 | Psychology of Play | 3.0 |
| 2 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| | ENC1101 | English Composition I*[†] | 4.0 |
| 3 | MKT210 | Introduction to Marketing | 4.0 |
| | MKT163 | Storytelling | 3.0 |
| 4 | MKT1414 | Marketing Research | 4.0 |
| | IMK241 | Fundamentals of Web Design | 4.0 |
| 5 | MGF1213 | College Mathematics[†] | 4.0 |
| 6 | ENC326 | Professional Writing* | 4.0 |
| | ENT119 | Project and Portfolio I: Business and Marketing | 3.0 |
| | CAR1001 | Career Module I: Personal Branding | 1.0 |
| 7 | ACG3223 | Business Accounting | 4.0 |
| 8 | MKT2418 | Fundamentals of Public Relations | 4.0 |
| | ENT229 | Project and Portfolio II: Business and Marketing | 3.0 |
| | CAR2001 | Career Module II: Career Research | 1.0 |
| 9 | MKT3014 | Marketing Law and Contracts | 4.0 |
| 10 | MAR239 | Project and Portfolio III: Marketing | 3.0 |
| | CAR2002 | Career Module III: Résumé Fundamentals | 1.0 |
| 11 | SMM3411 | Sports Digital Production | 4.0 |
| 12 | SMM3112 | Sports Business Models | 3.0 |
| | HUM1505 | Popular Culture in Media | 4.0 |
| 13 | SMM3563 | Social Media Methods | 3.0 |
| | PHY1020 | Fundamentals of Physical Science*[†] | 4.0 |
| 14 | SMM3622 | Sports Events and Entertainment | 3.0 |
| | SMM349 | Project and Portfolio IV: Sports Marketing and Media | 3.0 |
| | CAR3001 | Career Module IV: Career Strategy and Planning | 1.0 |
| 15 | BUL3514 | Intellectual Property[†] | 4.0 |
| | SMM4111 | Business Project Management | 4.0 |
| 16 | SMM3934 | Mobility Technology and Marketing | 3.0 |
| | SMM359 | Project and Portfolio V: Sports Marketing and Media | 3.0 |
| | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | SMM4561 | Sports Sales and Sponsorship | 4.0 |
| 18 | MAN3152 | Leadership and Organizational Behavior[†] | 4.0 |
| | SMM469 | Project and Portfolio VI: Sports Marketing and Media | 3.0 |
| | CAR4001 | Career Module VI: Résumé Writing | 1.0 |
| 19 | SMM4833 | Marketing Plans and Campaign Development | 4.0 |
| 20 | ENT479 | Project and Portfolio VII: Business and Marketing | 3.0 |
| | CAR4002 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 80 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 40 |

### Online
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I[†] | 4.0 |
| 5 | MKT210 | Introduction to Marketing | 4.0 |
| 6 | MKT1414 | Marketing Research | 4.0 |
| 7 | MKT163 | Storytelling | 3.0 |
| 8 | ENT119 | Project and Portfolio I: Business and Marketing | 3.0 |
| | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | IMK241 | Fundamentals of Web Design | 4.0 |
| 10 | MGF1213 | College Mathematics[†] | 4.0 |
| 11 | ENC326 | Professional Writing | 4.0 |
| 12 | ENT229 | Project and Portfolio II: Business and Marketing | 3.0 |
| | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | MKT2418 | Fundamentals of Public Relations | 4.0 |
| 14 | MKT3014 | Marketing Law and Contracts | 4.0 |
| 15 | ACG3223 | Business Accounting | 4.0 |
| 16 | MAR239 | Project and Portfolio III: Marketing | 3.0 |
| | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | SMM3411 | Sports Digital Production | 4.0 |
| 18 | SMM3112 | Sports Business Models | 3.0 |
| | HUM1505 | Popular Culture in Media | 4.0 |
| 19 | SMM3563 | Social Media Methods | 3.0 |
| 20 | SMM349 | Project and Portfolio IV: Sports Marketing and Media | 3.0 |
| | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | SMM3622 | Sports Events and Entertainment | 3.0 |
| 22 | SMM4111 | Business Project Management | 4.0 |
| | PHY1020 | Fundamentals of Physical Science[†] | 4.0 |
| 23 | SMM359 | Project and Portfolio V: Sports Marketing and Media | 3.0 |
| 24 | SMM3934 | Mobility Technology and Marketing | 3.0 |
| 25 | SMM4561 | Sports Sales and Sponsorship | 4.0 |
| 26 | SMM469 | Project and Portfolio VI: Sports Marketing and Media | 3.0 |
| | MAN3152 | Leadership and Organizational Behavior | 4.0 |
| 27 | BUL3514 | Intellectual Property | 4.0 |
| 28 | SMM4833 | Marketing Plans and Campaign Development | 4.0 |
| 29 | ENT479 | Project and Portfolio VII: Business and Marketing | 3.0 |
| | CAR3012 | Career Module V: Networking | 1.0 |
| | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
| | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| BACHELOR'S TOTAL CREDIT HOURS: | 120 |
| BACHELOR'S TOTAL WEEKS: | 116 |
| ASSOCIATE'S TOTAL CREDIT HOURS: | 60 |
| ASSOCIATE'S TOTAL WEEKS: | 64 |

## Web Design & Development

Undergraduate Degree Program - *Campus & Online*

### OVERVIEW

Full Sail University's Web Design & Development curriculum focuses on the design, usability, coding, and programming needed to integrate and deploy modern websites and web applications. You will begin to unlock the secrets of effective web design and development in all of their forms by designing, coding, and publishing standards-based web content for a variety of formats. To develop web-based solutions that are dynamic and engaging, you will use industry-standard tools, including modern client-side and server-side languages, relational and nonrelational database structures, and frameworks used in modern web stacks. You will learn to develop content for a wide range of devices, including desktops, laptops, smartphones, tablets, and other branches of the expanding realm of mobile devices. Each of your acquired skills will be used to create real-world projects and develop a well-rounded portfolio. In addition to gaining experience and completing assignments aimed at making you a well-rounded web designer and developer, you will also have courses focusing on communication skills, English composition, professional presentation, art history, and how to prepare yourself to enter the web design and development industry.

The Web Design & Development curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with the transition into the entertainment and media industries.

To help you move toward your desired career, our Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development services and advisors will be available for support and assistance throughout your career—not just while you are a student.

### ASSOCIATE'S OBJECTIVE

The goal of the Web Design & Development Associate of Science degree program is to provide you with the focused knowledge and understanding of web development and production needed to qualify for entry-level industry positions such as web designer, developer, and scripter. Additional skills you will acquire in customer relations will broaden your opportunities for a variety of positions in the industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

### BACHELOR'S OBJECTIVE

The goal of the Web Design & Development Bachelor of Science degree program is to provide you with the focused knowledge and understanding of web development and production needed to qualify for industry positions such as web designer, developer, and programmer. Additional skills you will acquire in customer relations, copyright law, and corporate branding will broaden your opportunities for a variety of positions in the industry.

In addition to technical proficiency and creative development, your education will help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

* This specific course is offered online. Please see course description for details.
[†] This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Web Design & Development
**Undergraduate Degree Program - *Campus & Online***

## *Campus*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
|  | DEP1013 | Psychology of Play | 3.0 |
| 2 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
|  | ENC1101 | English Composition I*‡ | 4.0 |
| 3 | MAD1100 | Discrete Mathematics | 4.0 |
| 4 | MDV2330 | Scalable Data Infrastructures | 4.0 |
| 5 | ART2006 | Art History | 4.0 |
|  | DEV1425 | Emerging Interface Design | 4.0 |
| 6 | DEV231 | Database Structures | 4.0 |
|  | DEV119 | Project and Portfolio I: Development | 3.0 |
|  | CAR1001 | Career Module I: Personal Branding* | 1.0 |
| 7 | MDV2430 | Advanced Scalable Data Infrastructures | 4.0 |
| 8 | DEV2318 | Interfaces and Usability | 3.0 |
|  | WDD229 | Project and Portfolio II: Web Design and Development | 3.0 |
|  | CAR2001 | Career Module II: Career Research* | 1.0 |
| 9 | MDV1830 | Visual Frameworks | 4.0 |
| 10 | PHY1020 | Fundamentals of Physical Science*‡ | 4.0 |
|  | WDD239 | Project and Portfolio III: Web Design and Development | 3.0 |
|  | CAR2002 | Career Module III: Résumé Fundamentals* | 1.0 |
| 11 | WDD311 | Applied Design Tools and Interfaces | 3.0 |
| 12 | WDD301 | Designing for Web Standards I | 3.0 |
|  | STA3026 | Statistics | 4.0 |
| 13 | WDD322 | Designing for Web Standards II | 3.0 |
| 14 | WDD3322 | Programming for Web Applications | 4.0 |
|  | WDD349 | Project and Portfolio IV: Web Design and Development | 3.0 |
|  | CAR3001 | Career Module IV: Career Strategy and Planning* | 1.0 |
| 15 | WDD434 | Advanced Database Structures | 4.0 |
|  | WDD312 | Design Patterns for Web Programming | 3.0 |
| 16 | WDD353 | Server-Side Languages | 4.0 |
|  | WDD359 | Project and Portfolio V: Web Design and Development | 3.0 |
|  | CAR3002 | Career Module V: Networking | 1.0 |
| 17 | WDD442 | Advanced Server-Side Languages | 4.0 |
| 18 | MAN3152 | Leadership and Organizational Behavior‡ | 4.0 |
|  | WDD469 | Project and Portfolio VI: Web Design and Development | 3.0 |
|  | CAR4001 | Career Module VI: Résumé Writing* | 1.0 |
| 19 | WDD4416 | Web Application Integration | 4.0 |
| 20 | WDD463 | Deployment of Web Applications | 4.0 |
|  | WDD479 | Project and Portfolio VII: Web Design and Development | 3.0 |
|  | CAR4002 | Career Module VII: Job Interview* | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **80** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **40** |

## *Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | GEN1011 | Creative Presentation | 3.0 |
| 2 | DEP1013 | Psychology of Play | 3.0 |
| 3 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 |
| 4 | ENC1101 | English Composition I‡ | 4.0 |
| 5 | MAD1100 | Discrete Mathematics | 4.0 |
| 6 | MDV2330 | Scalable Data Infrastructures | 4.0 |
| 7 | ART2006 | Art History | 4.0 |
| 8 | DEV119 | Project and Portfolio I: Development | 3.0 |
|  | CAR1011 | Career Module I: Personal Branding | 1.0 |
| 9 | PHY1020 | Fundamentals of Physical Science‡ | 4.0 |
| 10 | DEV231 | Database Structures | 4.0 |
| 11 | MDV2430 | Advanced Scalable Data Infrastructures | 4.0 |
| 12 | WDD229 | Project and Portfolio II: Web Design and Development | 3.0 |
|  | CAR2011 | Career Module II: Career Research | 1.0 |
| 13 | DEV1425 | Emerging Interface Design | 4.0 |
| 14 | DEV2318 | Interfaces and Usability | 3.0 |
| 15 | MDV1830 | Visual Frameworks | 4.0 |
| 16 | WDD239 | Project and Portfolio III: Web Design and Development | 3.0 |
|  | CAR2012 | Career Module III: Résumé Fundamentals | 1.0 |
| 17 | WDD311 | Applied Design Tools and Interfaces | 3.0 |
| 18 | WDD301 | Designing for Web Standards I | 3.0 |
| 19 | WDD322 | Designing for Web Standards II | 3.0 |
| 20 | WDD349 | Project and Portfolio IV: Web Design and Development | 3.0 |
|  | CAR3011 | Career Module IV: Career Strategy and Planning | 1.0 |
| 21 | WDD312 | Programming for Web Applications | 4.0 |
|  | STA3026 | Statistics | 4.0 |
| 22 | WDD312 | Design Patterns for Web Programming | 3.0 |
| 23 | WDD359 | Project and Portfolio V: Web Design and Development | 3.0 |
| 24 | WDD434 | Advanced Database Structures | 4.0 |
| 25 | WDD353 | Server-Side Languages | 4.0 |
| 26 | WDD442 | Advanced Server-Side Languages | 4.0 |
|  | MAN3152 | Leadership and Organizational Behavior‡ | 4.0 |
| 27 | WDD4416 | Web Application Integration | 4.0 |
| 28 | WDD463 | Deployment of Web Applications | 4.0 |
|  | WDD469 | Project and Portfolio VI: Web Design and Development | 3.0 |
| 29 | WDD479 | Project and Portfolio VII: Web Design and Development | 3.0 |
|  | CAR3012 | Career Module V: Networking | 1.0 |
|  | CAR4011 | Career Module VI: Résumé Writing | 1.0 |
|  | CAR4012 | Career Module VII: Job Interview | 1.0 |

| | |
|---|---|
| **BACHELOR'S TOTAL CREDIT HOURS:** | **120** |
| **BACHELOR'S TOTAL WEEKS:** | **116** |
| **ASSOCIATE'S TOTAL CREDIT HOURS:** | **60** |
| **ASSOCIATE'S TOTAL WEEKS:** | **64** |

# Extended Studies
**Internship Program - *Campus & Online***

**OVERVIEW**

This program is offered as a free, optional service to qualified students and is available to any Full Sail University graduate in good standing. Upon successful completion of the Extended Studies Internship program, a certificate of completion is issued. This optional, no-cost internship opportunity represents Full Sail's effort to continue the expansion of educational services to our students and the industry.

**OBJECTIVE**

The Extended Studies Internship Program is designed to give students an opportunity to apply what they learned during a comprehensive, hands-on working experience in a real-world environment. Participants will gain a solid understanding of their chosen field.

## *Campus & Online*
Chronological Course Schedule by Weeks

| WEEKS | COURSES | CREDIT HOURS |
|---|---|---|
| 6-24 | Internship | 3-12 |

| | |
|---|---|
| **TOTAL CREDIT HOURS:** | **3-12** |
| **TOTAL WEEKS:** | **6-24** |

Note: Students must graduate from a Full Sail University degree program before applying for an Internship. Consideration will be granted to Active Students who have successfully completed 50% of their degree program and are in Good Standing (both academically and financially) with the University. A certificate is awarded upon successful completion of the Extended Studies Internship Program.

\* This specific course is offered online. Please see course description for details.
‡ This specific course uses the Florida Statewide Course Numbering System (SCNS).



# Courses OF STUDY & Certificate PROGRAMS

## Audio Production

**Undergraduate Certificate Program -** *Online*

**OVERVIEW**

Recent developments in the recording industry have created new opportunities to build upon Full Sail University's foundational recording curriculum. Changes in technology have restructured the industry, making audio production the domain of independent recording engineers, editors, vocal specialists, and other craftspeople who work in small facilities and project studios.

The Audio Production undergraduate certificate program introduces students to the knowledge, skills, and attitudes necessary to conduct business as independent audio creators. The certificate's curriculum encompasses audio basics, listening skills, recording technology, and sequencing. The program focuses on providing professional development training for active audio professionals who seek to enhance their capabilities and credentials as well as aspiring audio professionals looking to enter the discipline.

**OBJECTIVE**

The Audio Production undergraduate certificate program will provide students with a foundational knowledge of the audio production process. Students will be equipped with basic skills in recording and sequencing as well as an understanding of computer-based, project-studio production—a rapidly emerging field in the professional audio industry. Upon completion of this certificate program, the knowledge and skills gained will enhance the craft and marketability of existing and aspiring audio professionals alike.

*Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | AEM1000 | Audio Arts in the Entertainment and Media Industries | 3.0 |
| 2 | AUD1923 | Recording Principles | 4.0 |
| 3 | APR1355 | Fundamentals of Music | 3.0 |
| 4 | REC1732 | Sequencing Technology | 4.0 |
| 5 | REC3414 | Audio Workstations | 4.0 |
| | | TOTAL CREDIT HOURS: | 18 |
| | | TOTAL WEEKS: | 20 |

## Digital Marketing

**Graduate Certificate Program -** *Online*

**OVERVIEW**

Full Sail University's Digital Marketing Graduate Certificate provides specific knowledge that can help you excel in competitive job fields. The certificate is comprised of several courses taken from our Digital Marketing master's degree program and is offered online to fit the schedule of working industry professionals. A bachelor's degree is a prerequisite for any of Full Sail's Graduate Certificates.

It's more important than ever for a marketing professional to understand the possibilities and limitations of digital media and how to best employ sound marketing fundamentals in this rapidly changing technological landscape. The courses in the Digital Marketing Graduate Certificate provide an introductory exploration of digital marketing methodologies, analytics, marketing analysis, and new media.

Through the courses in this Graduate Certificate, you'll gain the necessary foundation to strategically market products and raise brand awareness, giving you tools that are crucial to becoming a twenty-first century marketing leader.

*Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | MAR512 | Digital Marketing Fundamentals | 3.5 |
| 2 | IMK522 | New Media Marketing | 3.0 |
| 3 | DMK512 | Advanced Digital Marketing Strategies | 3.0 |
| 4 | DMK662 | Digital Analytics and Optimization | 3.0 |
| | | TOTAL CREDIT HOURS: | 12.5 |
| | | TOTAL WEEKS: | 16 |

# Instructional Design & Technology

**Graduate Certificate Program - *Online***

**OVERVIEW**

Full Sail University's Instructional Design & Technology Graduate Certificate will give you specific knowledge that can help you excel in competitive job fields. The certificate is comprised of several courses taken from our Instructional Design & Technology Master's Degree Program and is offered online to fit the schedule of working industry professionals. A bachelor's degree is a prerequisite for any of Full Sail's Graduate Certificates.

Today's students are digital natives born at a time where technology is integrated into every aspect of their lives. To connect with them, teachers need to create innovative and inspirational environments that bridge the gap between traditional education and the ever-expanding realm of technology and media, to allow students to learn and grow.

You'll learn to utilize media creation tools and technology to create video presentations, media assets, and more, and you'll study how to incorporate video games, music, and educational multimedia in your classroom. By engaging today's digital natives using the technology they use every day outside the classroom, you'll be able to create a more collaborative atmosphere inside your classroom.

### *Online*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | EDM533 | Visual and Verbal Communication in Instructional Design | 3.0 |
| 2 | IDT574 | Digital Media and Learning Applications | 3.0 |
| 3 | IDT610 | Filmmaking Principles for Instructional Design | 3.0 |
| 4 | EME6226 | Game Strategies and Motivation | 3.0 |
| | | **TOTAL CREDIT HOURS:** | **12** |
| | | **TOTAL WEEKS:** | **16** |

# Intensive English

**Courses of Study - *Campus***

**MISSION STATEMENT**

The mission of Intensive English is to provide a unique, entertainment centered, mobile-learning environment that prepares students for whom English is an additional language for success in postsecondary academic settings and future careers in their chosen industry.

**OVERVIEW**

Full Sail University's Intensive English courses of study focus on the language skills tested in university-recognized, language proficiency exams. They also introduce students to the entertainment and media industry. Students do not need to be proficient in the English language to participate.

If you are seeking a way to build your English language skills while preparing for an educational path in entertainment and media, Full Sail's Intensive English courses can teach you English in a creative, immersive way that fits in with your academic goals.

Over an intensive nine-month period, you'll build your skills in reading, writing, listening, and speaking using rich multimedia learning tools. You'll demonstrate your abilities through creative projects and exercises – including movies, songwriting, blogging, podcasts, art, and more.

As you learn and create within Full Sail's diverse facilities, you'll explore various industry branches such as entertainment, art, video games, and business. You will have opportunities to interact with faculty and students, as well as industry guests and graduates, which will enhance your English fluency and comprehension.

You'll also learn strategies that will enable you to confidently participate in further university programs and academic study. The creative, interdisciplinary approach of the Intensive English courses will allow you to become immersed in Full Sail's culture from day one, giving you a comfortable transition into your next educational journey.

### *Campus*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1 | IEP082 | Fundamentals of English Writing | 2.0 |
| | IEP083 | Fundamentals of Conversational English | 2.0 |
| 2 | IEP084 | Reading 1 | 2.0 |
| | IEP085 | Listening and Speaking 1 | 2.0 |
| 3 | IEP086 | Writing 1 | 2.0 |
| | IEP087 | Grammar 1 | 2.0 |
| 4 | IEP088 | Listening and Speaking 2 | 2.0 |
| | IEP089 | Writing 2 | 2.0 |
| 5 | IEP090 | Reading 2 | 2.0 |
| | IEP091 | Grammar 2 | 2.0 |
| 6 | IEP095 | Reading 3 | 2.0 |
| | IEP093 | Grammar 3 | 2.0 |
| 7 | IEP094 | Listening and Speaking 3 | 2.0 |
| | IEP092 | Writing 3 | 2.0 |
| 8 | IEP096 | Grammar 4 | 2.0 |
| | IEP099 | Writing 4 | 2.0 |
| 9 | IEP098 | Reading 4 | 2.0 |
| | IEP097 | Listening and Speaking 4 | 2.0 |
| | | **TOTAL CREDIT HOURS:** | **36** |
| | | **TOTAL WEEKS:** | **36** |

\*   This curriculum is tailored for students who want to pursue studies in entertainment and media. It is not a stand-alone English language program.

\*\*  The Commission for Independent Education does not license the Intensive English courses of study.

# Media Communications

**Undergraduate Certificate Program -** *Online*

**OVERVIEW**

Skilled communicators are needed within every industry – and especially within the world of entertainment and media. Communications professionals can wear many hats – from creating a social media presence to creating a compelling brand aesthetic – but their common thread is a deep understanding of how to interpret, craft, and relay messages for different audiences.

In the Media Communications undergraduate certificate, your coursework will begin with an introduction to digital media, as well as the fundamentals of communication. You'll familiarize yourself with new media technology and theories of aesthetics and communication, and learn the workflow processes involved in creating your personal brand.

At the heart of good media communications is good storytelling. This program will introduce you to the several narratives found throughout the media industry. You'll learn to appreciate and create an appealing media aesthetic for a variety of digital formats. Using digital media creation tools, you'll develop your personal brand and professional digital presence that will make you stand out to prospective employers.

*Online*

**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| 1<br>2 | MCM1001 | Introduction to Media Communications and Technologies | 4.0 |
| 3<br>4 | MCM1203 | New Media Tools | 4.0 |
| 5<br>6 | MCM1401 | Aesthetics and Theory of Communications | 4.0 |
| 7<br>8 | MCM3003 | Career Development Skills: Media Communications | 4.0 |
| | | **TOTAL CREDIT HOURS:** | **16** |
| | | **TOTAL WEEKS:** | **32** |



# Active Duty Military TRACKS

# Game Design

**Associate's Degree Program - *Online***

**OVERVIEW**

The Game Design curriculum is comprised of high-level game design and production courses that will take you deep into the game development pipeline. You will develop and expand your project and design skills through hands-on exercises in leadership, team management, game design, and marketing, while learning skills required to advance a career in the game production industry. In addition to strengthening these skills, the Game Design curriculum has foundational courses focusing on professional writing and mythology. This well-rounded education will help you hone leadership, design, and project-management skills in preparation for advancing through the game industry.

Project and portfolio courses are threaded throughout the Game Design curriculum and are dedicated to providing you with a relevant and comprehensive project-based learning experience throughout your academic journey. Furthermore, career-development modules are also woven throughout the curriculum that provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

A team of Career Development professionals will be available to help you polish your interviewing skills and résumé and get you ready to enter the job market. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The Game Design Associate of Science degree program will focus on the knowledge and understanding of game development necessary to be successful in qualifying for entry-level design and production positions. Completion of this degree program will greatly enhance your ability to work in the fast-paced environment of a game studio in an entry-level production role. The curriculum in this program develops your project and team-management abilities, production skills, and game design knowledge. In addition, this program will give you the mathematical foundations for successful programming and game development.

Upon completion of the Game Design Associate of Science degree program, you will be prepared to qualify for entry-level industry positions in game design, game testing, interactive design, and a variety of other fields in the game and entertainment industries.

# Game Design

**Associate's Degree Program - *Online***

***Online***
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|---|---|
| 1 2 | GEN1011 | Creative Presentation | 3.0 | | | |
| 3 4 | DEP1013 | Psychology of Play | 3.0 | | | |
| 5 6 | TEM1000 | Technology in the Entertainment and Media Industries | 3.0 | | | |
| 7 8 | ENC1101 | English Composition I[1] | 4.0 | | | |
| 9 10 | OFF | | | | | |
| 11 12 | OFF | | | | | |
| 13 14 | MAD1100 | Discrete Mathematics | 4.0 | | | |
| 15 16 | GDN1151 | Design Tools | 4.0 | | | |
| 17 18 | PHY1020 | Fundamentals of Physical Science[1] | 4.0 | | | |
| 19 20 | IND119 | Project and Portfolio I: Interactive Design | 3.0 | CAR1011 | Career Module I | 1.0 |
| 21 22 | OFF | | | | | |
| 23 24 | OFF | | | | | |
| 25 26 | GDN1231 | Game Design I | 4.0 | | | |
| 27 28 | GDN2001 | Programming Foundations I | 4.0 | | | |
| 29 30 | GDN2130 | Design and Development Analysis | 3.0 | | | |
| 31 32 | IND229 | Project and Portfolio II: Interactive Design | 3.0 | CAR2011 | Career Module II | 1.0 |
| 33 34 | OFF | | 3.0 | | | |
| 35 36 | OFF | | | | | |
| 37 38 | STA3026 | Statistics | 4.0 | | | |
| 39 40 | GDN3632 | Level Design | 4.0 | | | |
| 41 42 | GDN3232 | Building Functional Groups | 4.0 | | | |
| 43 44 | GDN239 | Project and Portfolio III: Game Design | 3.0 | CAR2012 | Career Module III | 1.0 |

| | |
|---|---|
| **TOTAL CREDIT HOURS:** | **60** |
| **TOTAL WEEKS:** | **176** |

[1] This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Media Communications
**Associate's Degree Program - *Online***

**OVERVIEW**

The Media Communications curriculum at Full Sail University prepares you with extensive knowledge to understand and contribute to the field of media communications and to use new media communication technologies. You will survey critical approaches to contemporary media-related issues and communication theory while working within a project-based learning curriculum. You will be immersed in a supportive environment that fosters the development of the strategies and skills necessary to succeed in today's dynamic media industries. The courses in the Media Communications curriculum are designed to prepare you for a wide variety of careers in media and associated fields where media knowledge and skills are an integral part of their operations.

The Media Communications curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. With career-development modules woven throughout the curriculum, the Media Communications programs also provide you with systematic opportunities to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will assist you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are student.

**ASSOCIATE'S OBJECTIVE**

Dramatic changes in communication and technology have influenced every aspect of human culture, including family life, politics, business, international relations, religion, education, entertainment, and recreation. The Media Communications Associate of Science degree program prepares you to recognize, embrace, and strategically manage the inevitable changes in the media landscape. You will acquire the skills you need to best utilize today's media, share knowledge and information, and maximize audience response. You will practice proper research methods, learn the theories and practices of communication, and learn how to edit for the web. Changes in the media industry are contemplated and reflected throughout the degree program's curriculum.

# Media Communications
**Associate's Degree Program - *Online***

## *Online*
**Chronological Course Schedule by Months**

| MONTH | CODE | COURSES | CREDIT HOURS | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|---|---|
| 1 2 | GEN1011 | Creative Presentation | 3.0 | | | |
| 3 4 | DEP1013 | Psychology of Play | 3.0 | | | |
| 5 6 | VEM1000 | Visual Arts in the Entertainment and Media Industries | 3.0 | | | |
| 7 8 | ENC1101 | English Composition I[1] | 4.0 | | | |
| 9 10 | OFF | | | | | |
| 11 12 | OFF | | | | | |
| 13 14 | MCM1002 | Introduction to Media Communications and Technologies | 3.0 | | | |
| 15 16 | MCM1203 | New Media Tools | 4.0 | | | |
| 17 18 | MCM1401 | Aesthetics and Theory of Communications | 4.0 | | | |
| 19 20 | COM119 | Project and Portfolio I: Communications | 3.0 | CAR1011 | Career Module I | 1.0 |
| 21 22 | OFF | | | | | |
| 23 24 | OFF | | | | | |
| 25 26 | ART2006 | Art History | 4.0 | | | |
| 27 28 | MCM2416 | Digital Video and Audio Production | 4.0 | | | |
| 29 30 | MCM2651 | Research in Media Communications | 4.0 | | | |
| 31 32 | COM229 | Project and Portfolio II: Communications | 3.0 | CAR2011 | Career Module II | 1.0 |
| 33 34 | OFF | | 3.0 | | | |
| 35 36 | OFF | | | | | |
| 37 38 | MGF1213 | College Mathematics[1] | 4.0 | | | |
| 39 40 | MCM3855 | Graphic Design and Communications | 4.0 | | | |
| 41 42 | MCM2429 | Editing for the Web | 4.0 | | | |
| 43 44 | MCB239 | Project and Portfolio III: Media Communications | 3.0 | CAR2012 | Career Module III | 1.0 |

**TOTAL CREDIT HOURS:** 60
**TOTAL WEEKS:** 176

[1] This specific course uses the Florida Statewide Course Numbering System (SCNS).

## Sports Media & Marketing
Associate's Degree Program - *Online*

**OVERVIEW**

Teams, companies, and organizations in the field of sports business are rapidly moving into social, mobile, and digital spaces while targeting opportunities to create content, control their messages, generate revenue, and create fan branding. These businesses are realizing that as the digital universe expands, they can connect with their respective clients and fan bases in a much more intimate way than has ever been possible. Because of this, the sports-business industry has a universal need for creative professionals who understand and utilize technology and are able to communicate the information derived from it.

The Sports Marketing & Media curriculum provides opportunities for you to contribute to the new demands of the evolving field of sports business, particularly from a position where digital art, design, communication, distribution, and marketing intersect. This curriculum will also provide you with a fundamental understanding of how marketing and content creation are becoming more integrated into the everyday operations of sports businesses. Furthermore, the curriculum provides practical, real-time opportunities for you to create, distribute, and market content, and includes topics such as social-media marketing, sports-business models, mobile technology, sports sales and sponsorships, intellectual property, and cultural studies. This collaborative, project-based curriculum culminates with you creating and producing a targeted sports-business marketing campaign for a self-selected company such as a team, league, university, or marketer.

The Sports Marketing & Media curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you with the transition into the entertainment and media industries.

To help you move toward your desired career, the Career Development department has a team of professionals who will help you polish your interviewing skills and résumé. In addition, our Career Development advisors and services will be available for support and assistance throughout your career—not just while you are a student.

**ASSOCIATE'S OBJECTIVE**

The objective of the Sports Marketing & Media Associate of Science degree program is to help you develop and refine skills in marketing and technology, which will be valuable for all forms of engagement—communication, revenue generation, event operations, marketing, and business development—within the field of sports business. The degree program focuses on ways that you can maximize the connection between fans, teams, brands, and athletes, and you will learn how to utilize the principles of marketing in a sports-specific context while implementing original content on multiple platforms.

Completing the Sports Marketing & Media Associate of Science degree program will enable you to pursue new and emerging entry-level professional pathways in the field of sports business, including positions such as marketing coordinator, marketing analyst, marketing specialist, branding associate, and many others.

## Sports Media & Marketing
Associate's Degree Program - *Online*

*Online*
Chronological Course Schedule by Months

| MONTH | CODE | COURSES | CREDIT HOURS | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|---|---|---|
| 1 2 | GEN1011 | Creative Presentation | 3.0 | | | |
| 3 4 | DEP1013 | Psychology of Play | 3.0 | | | |
| 5 6 | BEM1000 | Business in the Entertainment and Media Industries | 3.0 | | | |
| 7 8 | ENC1101 | English Composition I[1] | 4.0 | | | |
| 9 10 | OFF | | | | | |
| 11 12 | OFF | | | | | |
| 13 14 | MKT210 | Introduction to Marketing | 4.0 | | | |
| 15 16 | MKT1414 | Marketing Research | 4.0 | | | |
| 17 18 | MKT163 | Storytelling | 3.0 | | | |
| 19 20 | MAR119 | Project and Portfolio I: Marketing | 3.0 | CAR1011 | Career Module I | 1.0 |
| 21 22 | OFF | | | | | |
| 23 24 | OFF | | | | | |
| 25 26 | IMK241 | Fundamentals of Web Design | 4.0 | | | |
| 27 28 | MGF1213 | College Mathematics[1] | 4.0 | | | |
| 29 30 | ENC326 | Professional Writing | 4.0 | | | |
| 31 32 | MAR229 | Project and Portfolio II: Marketing | 3.0 | CAR2011 | Career Module II | 1.0 |
| 33 34 | OFF | | 3.0 | | | |
| 35 36 | OFF | | | | | |
| 37 38 | MKT2418 | Fundamentals of Public Relations | 4.0 | | | |
| 39 40 | MKT3014 | Marketing Law and Contracts | 4.0 | | | |
| 41 42 | ACG3223 | Business Accounting | 4.0 | | | |
| 43 44 | SMM239 | Project and Portfolio III: Sports Marketing and Media | 3.0 | CAR2012 | Career Module III | 1.0 |

**TOTAL CREDIT HOURS:** 60

**TOTAL WEEKS:** 176

[1] This specific course uses the Florida Statewide Course Numbering System (SCNS).



# Completion
## PROGRAMS

## Audio Arts

**Bachelor of Science Completion Program - *Campus & Online***

**OVERVIEW**

The Audio Arts Bachelor of Science program is designed to develop the knowledge and skills of audio professionals in the entertainment and media industries. The program focuses on recording arts, music business, and audio production and provides students with a strong foundation of academic and hands-on coursework. After you complete the core Audio Arts curriculum, you will have the opportunity to choose a concentration in Music Production, Audio Production, Show Production, or Recording Arts.

The Audio Arts curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you transition into the entertainment and media industries.

**OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential recording arts and audio production skills to enhance your ability to qualify for entry-level industry positions, including audio recordist, project studio engineer, music editor, digital audio workstation operator, music supervisor, and more. In addition to academic mastery, technical proficiency, and creative development, it is our goal to help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Audio Arts

**Bachelor of Science Completion Program - *Campus & Online***

### *Program Core Courses*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Bachelor's Program | AUD3011 | Fundamentals of Music Business | 3.0 |
| | ART3006 | Art History | 4.0 |
| | APR3211 | Listening Skills for Audio Professionals | 4.0 |
| | APR3703 | Contemporary Production Techniques | 4.0 |
| | ENC326 | Professional Writing | 4.0 |
| | | *Concentration Course* | 3.0 |
| | AUD349 | Project and Portfolio IV: Audio Arts | 3.0 |
| | CAR3001 | Career Module IV | 1.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | AUD359 | Project and Portfolio V: Audio Arts | 3.0 |
| | CAR3002 | Career Module V | 1.0 |
| | | *Concentration Course* | 4.0 |
| | | *Concentration Course* | 4.0 |
| | AUD469 | Project and Portfolio VI: Audio Arts | 3.0 |
| | CAR4001 | Career Module VI | 1.0 |
| | | *Concentration Course* | 4.0 |
| | AUD479 | Project and Portfolio VII: Audio Arts | 3.0 |
| | CAR4002 | Career Module VII | 1.0 |

| | |
|---|---|
| **\*\*TOTAL CREDIT HOURS:** | **120** |
| **TOTAL WEEKS:** | **40** |

### *Program Concentrations*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Audio Production | APR4111 | Advanced Audio Editing Techniques | 4.0 |
| | APR3703 | Advanced Mixing Techniques | 3.0 |
| | REC4805 | Audio Postproduction | 4.0 |
| | APR4316 | Game Audio Production Techniques | 4.0 |
| | APR3466 | Mixing Techniques | 3.0 |
| | AUD3425 | Sound Design for Games | 3.0 |
| | APR3404 | Vocal Techniques | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Music Production | MPR4416 | Audio Engineering Techniques | 4.0 |
| | MUH3429 | History of Popular Music | 3.0 |
| | MPR4113 | Music Genres | 4.0 |
| | MPR4701 | Music Production for Media | 4.0 |
| | MPR3311 | Musical Arrangement | 3.0 |
| | MPR3202 | Musicianship | 3.0 |
| | MPR3925 | Topics in Music Theory | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Recording Arts | REC4414 | Advanced Audio Workstations | 4.0 |
| | REC4805 | Audio Postproduction | 4.0 |
| | REC3514 | Critical Listening | 3.0 |
| | APR3466 | Mixing Techniques | 3.0 |
| | REC3132 | Principles of Electronics | 3.0 |
| | REC4901 | Session Recording | 4.0 |
| | REC3125 | Vocal Production | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Show Production | SHP4215 | Audio and Visual Technologies | 4.0 |
| | SHP4565 | Audio Measurement Systems | 4.0 |
| | SHP3635 | Automated Lighting Technology | 3.0 |
| | SHP3726 | Concert Media Design | 3.0 |
| | TPA3013 | Lighting Concepts and Design | 3.0 |
| | SHP3712 | Live Production Management | 3.0 |
| | SHP4425 | Show Production Systems | 4.0 |

## Business

**Bachelor of Science Completion Program -** *Campus & Online*

**OVERVIEW**

The Business Bachelor of Science program is designed to develop the knowledge and skills of business professionals in the entertainment and media industries. The program focuses on business management, marketing, and public relations and provides students with a strong foundation of academic and hands-on coursework. After you complete the core Business curriculum, you will have the opportunity to choose a concentration in Entertainment Business, Music Business, Sports Marketing and Media, or Digital Marketing.

The Business curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience through-

out your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you transition into the entertainment and media industries.

**OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential business and management skills to enhance your ability to qualify for entry-level industry positions, including marketing analyst, brand ambassador, promotions manager, public relations assistant, digital marketing strategist, and a variety of other entertainment business positions in the fields of film, music, digital media, broadcasting, and gaming. In addition to academic mastery, technical proficiency, and creative development, it is our goal to help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Business

**Bachelor of Science Completion Program -** *Campus & Online*

### Program Core Courses

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Bachelor's Program* | ENC326 | Professional Writing | 4.0 |
| | ENTB3033 | Data Analysis and Reporting | 3.0 |
| | DMK473 | Digital Analytics and Reporting | 4.0 |
| | ACG3223 | Business Accounting | 4.0 |
| | MAN3152 | Leadership and Organizational Behavior | 4.0 |
| | | *Concentration Course* | 3.0 |
| | EBB349 | Project and Portfolio IV: Business | 3.0 |
| | CAR3001 | Career Module IV | 1.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | EBB359 | Project and Portfolio V: Business | 3.0 |
| | CAR3002 | Career Module V | 1.0 |
| | | *Concentration Course* | 4.0 |
| | | *Concentration Course* | 4.0 |
| | EBB469 | Project and Portfolio VI: Business | 3.0 |
| | CAR4001 | Career Module VI | 1.0 |
| | | *Concentration Course* | 4.0 |
| | EBB479 | Project and Portfolio VII: Business | 3.0 |
| | CAR4002 | Career Module VII | 1.0 |

| | |
|---|---|
| **\*\*TOTAL CREDIT HOURS:** | **120** |
| **TOTAL WEEKS:** | **40** |

### Program Concentrations

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Entertainment Business* | BUL4300 | Business Law | 4.0 |
| | MUM3309 | Business Technology and Design | 3.0 |
| | ENTB3485 | Entertainment Business Models | 3.0 |
| | BUL3514 | Intellectual Property | 3.0 |
| | ENTB4013 | Principles of Business Finance | 4.0 |
| | ENTB4623 | Principles of Entrepreneurship | 4.0 |
| | ENTB3525 | Professional Selling | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Digital Marketing* | IMK322 | Content Strategy, Development, and Marketing | 3.0 |
| | IMK3317 | Display Advertising and Email Marketing | 3.0 |
| | MKT4014 | Marketing Law and Contracts | 4.0 |
| | IMK4410 | Mobile and Emerging Technology Marketing | 4.0 |
| | IMK484 | Principles of Online Campaign Development | 4.0 |
| | IMK381 | Search Engine Optimization | 3.0 |
| | IMK345 | Social Media Marketing | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Music Business* | MUB481 | Artist Management | 4.0 |
| | MUB361 | Concert Management and Touring | 3.0 |
| | MUM4733 | Music Business Marketing | 4.0 |
| | MUB3311 | Music Business Models | 3.0 |
| | MUM4308 | Music Copyright and Publishing | 4.0 |
| | MUB3513 | Music Evaluation for Artists and Repertoire | 3.0 |
| | MUB3361 | Music Retail and Distribution | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Sports Marketing & Media* | MKT4014 | Marketing Law and Contracts | 4.0 |
| | SMM4833 | Marketing Plans and Campaign Development | 4.0 |
| | SMM3934 | Mobility Technology and Marketing | 3.0 |
| | SMM3562 | Social Media and Sports Marketing | 3.0 |
| | SMM3112 | Sports Business Models | 3.0 |
| | SMM3622 | Sports Events and Entertainment | 3.0 |
| | SMM4561 | Sports Sales and Sponsorship | 4.0 |

## Communications

**Bachelor of Science Completion Program - *Campus & Online***

**OVERVIEW**

The Communications Bachelor of Arts program is designed to develop the knowledge and skills of communications professionals in the entertainment and media industries. The program focuses on transmedia writing, creative development, and storytelling and provides students with a strong foundation of academic and hands-on coursework. After you complete the core Communications curriculum, you will have the opportunity to choose a concentration in Media Communications or Creative Writing.

The Communications curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you transition into the entertainment and media industries.

**OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential writing and communication skills to enhance your ability to qualify for entry-level industry positions, including new media strategist, social media manager, copywriter, editor, communications specialist, scriptwriter, comic writer, and a variety of other careers in the communications field. In addition to academic mastery, technical proficiency, and creative development, it is our goal to help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Communications

**Bachelor of Science Completion Program - *Campus & Online***

### *Program Core Courses*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Bachelor's Program | MCM3133 | New Media Tools | 4.0 |
| | MCM3439 | Editing for the Web | 4.0 |
| | ART3006 | Art History | 4.0 |
| | MCM4429 | New Media Formats | 4.0 |
| | HIS3320 | Historical Archetypes and Mythology | 4.0 |
| | | *Concentration Course* | 3.0 |
| | COM349 | Project and Portfolio IV: Communications | 3.0 |
| | CAR3001 | Career Module IV | 1.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | COM359 | Project and Portfolio V: Communications | 3.0 |
| | CAR3002 | Career Module V | 1.0 |
| | | *Concentration Course* | 4.0 |
| | | *Concentration Course* | 4.0 |
| | COM469 | Project and Portfolio VI: Communications | 3.0 |
| | CAR4001 | Career Module VI | 1.0 |
| | | *Concentration Course* | 4.0 |
| | COM479 | Project and Portfolio VII: Communications | 3.0 |
| | CAR4002 | Career Module VII | 1.0 |

**\*\*TOTAL CREDIT HOURS:** 120
**TOTAL WEEKS:** 40

### *Program Concentrations*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Creative Writing for Entertainment* | ECW3722 | Children's Entertainment | 3.0 |
| | ECW4831 | Developing New Worlds: Environment and Historical Research | 4.0 |
| | ECW3521 | Game Writing | 3.0 |
| | ECW3933 | Publishing and Distribution | 3.0 |
| | ECW4055 | Scriptwriting Techniques | 4.0 |
| | ECW3652 | Transmedia Writing | 3.0 |
| | ECW4101 | Writing Workshop | 4.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| *Media Communications* | MCM3312 | Advanced Video | 3.0 |
| | MCM4431 | Aesthetics and Theory of Communications | 4.0 |
| | MCM4436 | Digital Video and Audio Production | 4.0 |
| | MCM3425 | Integrated Marketing | 3.0 |
| | MCM3032 | Introduction to Media Communications and Technologies | 3.0 |
| | MCM3319 | Media Sociology | 3.0 |
| | WEB4550 | Web Design | 4.0 |

# Computer Science

**Bachelor of Science Completion Program - *Campus & Online***

**OVERVIEW**

The Computer Science Bachelor of Science program is designed to develop the knowledge and skills of technologists in the entertainment and media industries. The program focuses on database structures, database systems, and networking technologies and provides students with a strong foundation of academic and hands-on coursework. After you complete the core Computer Science curriculum, you will have the opportunity to choose a concentration in Mobile Development, Web Design and Development, or Cloud Technologies.

The Computer Science curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you transition into the entertainment and media industries.

**OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential information technology and computing skills to enhance your ability to qualify for entry-level industry positions. Depending on your concentration, these may include server administrator, application-systems specialist, hardware technician, mobile application designer, mobile application developer, web designer, web developer, and a variety of other positions in the entertainment, media, and information technology industries. In addition to academic mastery, technical proficiency, and creative development, it is our goal to help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

# Computer Science

**Bachelor of Science Completion Program - *Campus & Online***

## *Program Core Courses*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| **Bachelor's Program** | WDD434 | Advanced Database Structures | 4.0 |
| | CTI3622 | Database Systems | 3.0 |
| | STA3026 | Statistics | 4.0 |
| | CTI3231 | Data Storage Systems | 3.0 |
| | ART3006 | Art History | 4.0 |
| | | *Concentration Course* | 3.0 |
| | TEC349 | Project and Portfolio IV: Computer Science | 3.0 |
| | CAR3001 | Career Module IV | 1.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | TEC359 | Project and Portfolio V: Computer Science | 3.0 |
| | CAR3002 | Career Module V | 1.0 |
| | | *Concentration Course* | 4.0 |
| | | *Concentration Course* | 4.0 |
| | TEC469 | Project and Portfolio VI: Computer Science | 3.0 |
| | CAR4001 | Career Module VI - Campus | 1.0 |
| | | *Concentration Course* | 4.0 |
| | TEC479 | Project and Portfolio VII: Computer Science | 3.0 |
| | CAR4002 | Career Module VII - Campus | 1.0 |

| | |
|---|---|
| **\*\*TOTAL CREDIT HOURS:** | **120** |
| **TOTAL WEEKS:** | **40** |

## *Program Concentrations*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| **Cloud Technologies** | CTI3323 | Cloud Management Platforms | 3.0 |
| | CTI4201 | Information Management and History | 4.0 |
| | CTI4021 | Information Storage Fundamentals | 4.0 |
| | CTI3318 | Introduction to Information Security | 3.0 |
| | CTI4751 | Software-Driven Data Centers | 4.0 |
| | CTI3561 | Systems Performance and Capacity Management | 3.0 |
| | CTI3007 | Virtualization Technologies | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| **Mobile Development** | MDV3550 | Apple Programming Language | 3.0 |
| | DEV3328 | Interfaces and Usability | 3.0 |
| | MDV4810 | Java | 4.0 |
| | MDV4630 | Mobile Development Frameworks I | 4.0 |
| | MDV4730 | Mobile Development Frameworks II | 4.0 |
| | MDV3851 | Mobile Development Frameworks III | 3.0 |
| | MDV3111 | Mobile User Experience | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| **Web Design & Development** | WDD411 | Applied Design Tools and Interfaces | 4.0 |
| | WDD312 | Design Patterns for Web Programming | 3.0 |
| | WDD301 | Designing for Web Standards I | 3.0 |
| | WDD322 | Designing for Web Standards II | 3.0 |
| | DEV3328 | Interfaces and Usability | 3.0 |
| | WDD4322 | Programming for Web Applications | 4.0 |
| | WDD453 | Server-Side Languages | 4.0 |

## Interactive Technology

**Bachelor of Science Completion Program -** *Campus & Online*

### OVERVIEW

The Interactive Technology Bachelor of Science program is designed to develop the knowledge and skills of coding professionals in the entertainment and media industries. The program focuses on programming, human-computer interaction, and various engineering concepts and provides students with a strong foundation of academic and hands-on coursework. After you complete the core Interactive Technology curriculum, you will have the opportunity to choose a concentration in Computer Science, Game Development, Game Design, or Simulation and Visualization.

The Interactive Technology curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you transition into the entertainment and media industries.

### OBJECTIVE

Our goal is to provide you with a focused knowledge and understanding of essential programming, engineering, and development skills to enhance your ability to qualify for entry-level industry positions. Depending on your concentration, these may include simulation and visualization engineer, software engineer, UI developer, computer applications engineer, game programmer, tool builder, engine builder, artificial-intelligence programmer, interface programmer, network programmer, and a variety of other positions in the entertainment and media industries. In addition to academic mastery, technical proficiency, and creative development, it is our goal to help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Interactive Technology

**Bachelor of Science Completion Program -** *Campus & Online*

### Program Core Courses

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Bachelor's Program | GEN3322 | Probability | 4.0 |
| | COD3412 | Digital Logic | 4.0 |
| | GDD393 | Operating Systems | 3.0 |
| | COD3511 | Computer Organization and Architecture | 3.0 |
| | CTI3622 | Database Systems | 3.0 |
| | | *Concentration Course* | 3.0 |
| | COD349 | Project and Portfolio IV: Interactive Technology | 3.0 |
| | CAR3001 | Career Module IV | 1.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | COD359 | Project and Portfolio V: Interactive Technology | 3.0 |
| | CAR3002 | Career Module V | 1.0 |
| | | *Concentration Course* | 4.0 |
| | | *Concentration Course* | 4.0 |
| | COD469 | Project and Portfolio VI: Interactive Technology | 3.0 |
| | CAR4001 | Career Module VI | 1.0 |
| | | *Concentration Course* | 4.0 |
| | COD479 | Project and Portfolio VII: Interactive Technology | 3.0 |
| | CAR4002 | Career Module VII | 1.0 |

| | |
|---|---|
| **\*\*TOTAL CREDIT HOURS:** | **120** |
| **TOTAL WEEKS:** | **40** |

### Program Concentrations

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Computer Science | SDV4213 | Data Structures and Algorithms | 4.0 |
| | COD3622 | Information and Database Systems | 3.0 |
| | SDV3102 | Machine Intelligence Systems | 3.0 |
| | SDV3327 | Software Architecture | 3.0 |
| | SDV4719 | Software Integration | 4.0 |
| | SDV4617 | Software Prototyping | 4.0 |
| | SDV3733 | Software Test and Quality Assurance | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Game Design | GDN4331 | Game Design I | 4.0 |
| | GDN3241 | Game Design II | 3.0 |
| | GDN3842 | Game Development | 3.0 |
| | GDN3341 | Game Mechanics | 3.0 |
| | GDN3920 | Game Systems Integration | 3.0 |
| | GDN4632 | Level Design | 4.0 |
| | GDN4741 | World Building | 4.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Game Development | CAP4053 | Artificial Intelligence | 4.0 |
| | COD3511 | Computer Organization and Architecture | 3.0 |
| | SDV4213 | Data Structures and Algorithms | 4.0 |
| | GDD479 | Engine Development | 4.0 |
| | GDD383 | Game Architecture | 3.0 |
| | GDD3319 | Game Integration | 3.0 |
| | GDD3317 | Game Prototyping | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Simulation & Visualization | SIM3032 | Data Visualization and Modeling | 3.0 |
| | SIM3321 | Digital Fabrication | 3.0 |
| | SIM4318 | Discrete and Continuous Simulation | 4.0 |
| | SIM412 | Microcontrollers | 4.0 |
| | SIM4175 | Simulation and Visualization Environments | 4.0 |
| | SIM3002 | Simulation and Visualization Software | 3.0 |
| | SIM3819 | Simulation Production | 3.0 |

## Visual Arts

**Bachelor of Science Completion Program - *Campus & Online***

**OVERVIEW**

The Visual Arts Bachelor of Arts program is designed to develop the knowledge and skills of visual art professionals in the entertainment and media industries. The program focuses on design and art theory, storytelling, and various aspects of media production and provides students with a strong foundation of academic and hands-on coursework. After you complete the core Visual Arts curriculum, you will have the opportunity to choose a concentration in Computer Animation, Graphic Design, Game Art, Digital Arts and Design, Digital Cinematography, or Film.

The Visual Arts curriculum offers threaded project and portfolio courses that provide you with a relevant and comprehensive project-based learning experience throughout your academic journey. Career-development modules are also woven throughout the curriculum, providing systematic opportunities for you to prepare for your future career. These modules focus on strengthening different career skills and professional strategies that will help you transition into the entertainment and media industries.

**OBJECTIVE**

Our goal is to provide you with a focused knowledge and understanding of essential design and media production skills to enhance your ability to qualify for entry-level industry positions. Depending on your concentration, these may include graphic designer, animator, independent filmmaker, cinematographer, art director, assistant director, production manager, and other various positions in the visual arts. In addition to academic mastery, technical proficiency, and creative development, it is our goal to help you develop critical-thinking, problem-solving, and analytical skills that contribute to lifelong learning, providing you with tools to help sustain a long and productive professional career in the entertainment and media industries.

## Visual Arts

**Bachelor of Science Completion Program - *Campus & Online***

### *Program Core Courses*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Bachelor's Program | FIL3334 | History of Motion Picture Arts | 3.0 |
| | DGT346 | Digital Audio and Video | 3.0 |
| | VIC3003 | History of Visual Communication | 4.0 |
| | GRA3116 | Shading and Lighting | 4.0 |
| | HIS3320 | Historical Archetypes and Mythology | 4.0 |
| | | *Concentration Course* | 3.0 |
| | 3DA349 | Project and Portfolio IV: Visual Arts | 3.0 |
| | CAR3001 | Career Module IV | 1.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | | *Concentration Course* | 3.0 |
| | 3DA359 | Project and Portfolio V: Visual Arts | 3.0 |
| | CAR3002 | Career Module V | 1.0 |
| | | *Concentration Course* | 4.0 |
| | | *Concentration Course* | 4.0 |
| | 3DA469 | Project and Portfolio VI: Visual Arts | 3.0 |
| | CAR4001 | Career Module VI | 1.0 |
| | | *Concentration Course* | 4.0 |
| | 3DA479 | Project and Portfolio VII: Visual Arts | 3.0 |
| | CAR4002 | Career Module VII | 1.0 |

**\*\*TOTAL CREDIT HOURS:** **120**
**TOTAL WEEKS:** **40**

### *Program Concentrations*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Computer Animation | CGA333 | 2-D Animation | 3.0 |
| | CGA4111 | 3-D Animation | 4.0 |
| | CGA362 | Animation Production | 3.0 |
| | CGA442 | Character Design and Creation | 4.0 |
| | CGA365 | Compositing Fundamentals | 3.0 |
| | DIG4301 | Model Creation | 4.0 |
| | DIG3395 | Motion Capture | 3.0 |

### *Program Concentrations*

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Digital Arts & Design | DGT412 | 3-D Arts | 4.0 |
| | DGT333 | 3-D for Motion Design | 3.0 |
| | DGT363 | Editing Digital Video | 3.0 |
| | DGT301 | Graphic Principles I | 3.0 |
| | DGT3371 | Graphic Principles II | 3.0 |
| | DGT441 | Motion Graphics | 4.0 |
| | DGT432 | Typography and Page Layout | 4.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Digital Cinematography | DCN3656 | Art Design and Location Shooting | 3.0 |
| | DCN4107 | Composition and Visual Design | 4.0 |
| | FLM368 | Directing | 3.0 |
| | DCN3111 | Film Criticism | 3.0 |
| | FLM377 | Fundamentals of Production I | 3.0 |
| | FLM478 | Fundamentals of Production II | 4.0 |
| | DCN4317 | Location Lighting | 4.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Film | DCN4107 | Composition and Visual Design | 4.0 |
| | DCN3111 | Film Criticism | 3.0 |
| | FLM3421 | Film Positions I | 3.0 |
| | FLM3422 | Film Positions II | 3.0 |
| | FLM377 | Fundamentals of Production I | 3.0 |
| | FLM478 | Fundamentals of Production II | 4.0 |
| | ECW4055 | Scriptwriting Techniques | 4.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Game Art | CGA333 | 2-D Animation | 3.0 |
| | CGA4111 | 3-D Animation | 4.0 |
| | CGG451 | Art Creation for Games | 4.0 |
| | CGG3555 | Environment Art | 3.0 |
| | CGG333 | Game Animation | 3.0 |
| | DIG4301 | Model Creation | 4.0 |
| | DIG3395 | Motion Capture | 3.0 |

| | CODE | COURSES | CREDIT HOURS |
|---|---|---|---|
| Graphic Design | GRD354 | Creating Brand Experience | 3.0 |
| | DGT301 | Graphic Principles I | 3.0 |
| | DGT3371 | Graphic Principles II | 3.0 |
| | GRD4411 | Interactive Editorial Design | 4.0 |
| | DGT472 | Interactive Media Design and Usability | 4.0 |
| | GRD356 | Logos and Symbols | 3.0 |
| | DGT432 | Typography and Page Layout | 4.0 |



# Course
## DESCRIPTIONS

# Course Descriptions

**CGA221**

## 2-D Animation

The 2-D Animation course develops students' appreciation of the technique and craft involved in hand-drawn 2-D animation and promotes the understanding and successful application of the fundamental principles of animation. Using traditional methodologies to explore this art form, students are physically responsible for controlling and manipulating a subject's volume, weight, proportion, acting, and movement, thus gaining a more thorough understanding of the animation process. The foundation of traditional animation broadens students' skills as computer animators and enhances their creative ability.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**CGA3111**

## 3-D Animation

The 3-D Animation course provides students with the animation tools required to create, manipulate, and refine any computer-animated sequence. Building on the traditional animation fundamentals of motion and timing, the course teaches students computer animation techniques and applies them to the process of animating modeled projects. The course focuses on positional animation and control with the use of keyframing, timing curves, dope sheets, and dependency graphs, as well as the tools to manipulate them.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DGT312**

## 3-D Arts

The 3-D Arts course introduces students to the principles of three-dimensional computer graphics and design. Students will explore the methods and techniques of modeling and texturing using industry-leading software and hardware. The rendered 3-D models can be further used to enhance the students' motion-graphics projects.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GDD245**

## 3-D Content Creation

The 3-D Content Creation course explores techniques used in the professional game industry to create and render content for real-time 3-D games. Topics covered include geometry, lighting, shading, texturing, the rendering pipeline, the content-creation pipeline, animation, and level editors. Student assignments include creating and animating content with 3-D modeling software and using a level editor to create environments for use in a commercial game engine.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**DGT333**

## 3-D for Motion Design

The 3-D for Motion Design course leads students through the methods and techniques of animating virtual objects and environments using industry-leading software and hardware. In this course, students will be introduced to the principles of animating three-dimensional computer graphics. Their rendered 3-D animations will be incorporated with 2-D assets in students' motion-graphics projects.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CGA121**

## 3-D Foundations

The 3-D Foundations course familiarizes students with the fundamentals of creating 2-D and 3-D computer graphics. Students will learn the interface and controls of industry-standard software applications as they develop basic animation skills that prepare them for the more advanced courses later in their program.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**MCM3323**

## Advanced Audio

In the Advanced Audio course, students will explore technologies and techniques for producing and manipulating digital audio for a variety of digital media applications. The course covers desktop digital audio asset creation, editing and restoration, and the application of digital audio to multimedia, broadcast, and other forms of interactive media. Students will combine digital audio asset production skills with effective storytelling to produce captivating audio media.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**APR4111**

## Advanced Audio Editing Techniques

Nonlinear editing and DSP-based effects processing are essential components of contemporary audio production. The Advanced Audio Editing Techniques course covers sophisticated computer-based audio editing as used by top artists and engineers. Building on prior knowledge of digital audio recording, students will learn to apply their workstation skills in larger and more complex projects in editing.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**REC4414**

## Advanced Audio Workstations

The Advanced Audio Workstations course provides students with an opportunity to expand their knowledge and skills in digital audio-workstation theory and techniques. Within this course, students will apply their workstation skills to highly specialized concepts and procedures such as advanced synchronization, surround production, data compression and encoding used for DVDs, and multichannel feature films.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**WDD434**

## Advanced Database Structures

The Advanced Database Structures course continues instruction in database table structures and expands on the concepts taught in the Database Structures course. Students will examine advanced database design in order to gain a full understanding of its nature and scope. This course emphasizes designing databases to create web applications that are frequently used within the industry.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DMK512**

## Advanced Digital Marketing Strategies

The Advanced Digital Marketing Strategies Course addresses all of the marketing strategies that are particular to this extremely competitive digital arena. The goal of this course is to identify the many components of digital marketing and to examine each one of these component's unique marketing approach. This course explores the following: affiliate marketing, email marketing, global marketing, social media marketing, and search engine marketing. A thorough understanding of each one of these aspects is necessary to cultivate a successful digital marketing campaign. Advanced topics are discussed within each type of marketing strategy, and companion case studies align with the course content.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**BUL5629**

## Advanced Entertainment Law

This course explores advanced topics related to entertainment law, with an emphasis on entertainment contracts and intellectual property protection. Students explore, through lectures and case studies, how the digital revolution has impacted the entertainment industry and learn strategies for protecting and exploiting rights within the digital domain, with a focus on the role that entertainment law has played in the industry's evolution. Students also have the opportunity to understand the impact of entertainment law on their specific entertainment field and examine how evolving trends are affecting the way contracts are structured within their respective industry sector.

| Total credit hours | 3.5 |
| Course length | 4 weeks |

**CGG443**

## Advanced Game Characters

The Advanced Game Characters course expands on sculpting techniques to complete a full game character. Students will create production-ready characters that include cloth, gear, and other elements that make game characters unique. Students will focus on realism while adhering to game-engine constraints by building correct topology and materials.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDV3325**

## Advanced Interface Design

The Advanced Interface Design course explores the design philosophies of modern mobile applications with a focus on navigational constructs and visual language. This course challenges students to consider the design process from both functional and visual points of view to deliver immersive experiences for the end user.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SCS3521**

## Advanced Interviewing for Sportscasting

The Advanced Interviewing for Sportscasting course presents the vital elements and professional practices needed to conduct insightful and successful interviews. Interview preparation and execution strategies are broken down through step-by-step instruction, preparing students to thrive in any interview situation—from sit-down, long-form interviews to short, three-question sideline formats. Through analyzing real-world examples, students will identify critical strategies used in the industry. Students will be challenged to practice and hone their skills in various simulated and authentic interviewing scenarios.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**APR4703**

## Advanced Mixing Techniques

In the Advanced Mixing Techniques course, students will refine their mixing skills as they work with more complex material, higher track counts, and a wide range of styles. The course examines optimizing the mixing environment, mixing styles, mixing strategies, aesthetics, and advanced signal processing. Common problems encountered by mix engineers will be discussed, along with creative solutions.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DGT441**

## Advanced Motion Graphics

The Advanced Motion Graphics course teaches students advanced techniques of motion-graphics creation by building on concepts learned in the Motion Graphics course. This course emphasizes problem solving and continues to examine the production-timeline and graphical requirements of a motion-graphics project by demonstrating the manipulation of designed assets in a studio environment. Students will gain a thorough understanding of advanced techniques as they continue to explore special effects, image compositing, and motion graphics.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**CTI3411**

## Advanced Networking Technologies

The Advanced Networking Technologies course examines the design, deployment, and management of modern network architectures. This course expands upon students' basic knowledge of networking and examines converged data, storage and media networks, prioritizing and shaping traffic, and design considerations for multiple tiers of networks. Students will learn how to build distributed networks that are reliable and highly available to transport multiple types of traffic utilizing virtual and physical devices.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DCN4365**

## Advanced Post and Story Development

The Advanced Post and Story Development course introduces students to advanced editing techniques that can have a profound effect upon the mood and pacing of a story. Students will learn how asset considerations, nesting video, unique transition creation, compositing, and timeline management along with proper audio placement play key roles in visual storytelling.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**FLM4418**

## Advanced Production I

The Advanced Production I course is an intensive workshop course in which students will form a crew in their area of specialization. Each crew will then create and complete the development, preproduction, and production processes of their individual projects with mentorship and support from film faculty.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**FLM4419**

## Advanced Production II

The Advanced Production II course is an intensive workshop course in which students will complete their individual projects within their areas of specialization. Each assembled crew will continue to work together on their individual projects with the support and mentorship of film faculty.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

**SCS4111**

## Advanced Reporting and Practice

In the Advanced Reporting and Practice course, students will utilize audio and video equipment to gather and report news for radio, television, and digital outlets. Students will produce and edit television and web news reports under the pressure of deadlines, both for taped and live performances.

| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDV2430**

## Advanced Scalable Data Infrastructures

In the Advanced Scalable Data Infrastructures course, students will learn intermediate programming concepts with an introduction to objects and modular design. Students will gain a deeper knowledge base for developing interactive dynamic content.

| Total credit hours | 4.0 |
| Course length | 4 weeks |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**IMK622**

## Advanced Search Engine Optimization

The Advanced Search Engine Optimization Course builds on previous course content and expands into strategic approaches for search engine optimization (SEO). Organic search methods, directory listings, and paid placement tactics are analyzed for their effectiveness in attaining search-marketing goals. New trends in search engine marketing and search engine optimization are explored through course curriculum and case studies. Additional inherent complexities of the Internet are examined that impact the development of effective search engine optimization practices, for example, websites with abundant content, advanced technology, and more personalization capabilities.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**WDD442**

## Advanced Server-Side Languages

The Advanced Server-Side Languages course reinforces and builds upon concepts and principles outlined in the Server-Side Languages course. Students will expand on the foundation concepts taught in that class by developing even more robust dynamic content and applications. This course teaches students how to write advanced code that will be used to create dynamic web applications that are frequently used within the industry.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**REC4735**

## Advanced Session Recording

The Advanced Session Recording course provides extensive education in the theory, philosophy, and practice of contemporary music production in world-class studio facilities. Emphasis is placed on how to conduct a music session and work with a band in a studio setting. Students will expand their knowledge of studio signal flow, recording techniques, and synchronization. Students will utilize current audio recording technology to gain further expertise in the art and science of music production.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**SHP4125**

## Advanced Show Production Systems

In the Advanced Show Production Systems course, sound-reinforcement concepts and technical skills related to live-event production are fine-tuned. This course also opens new career paths to students by exposing them to opportunities in audio-system design, system gain structure, networking, and installation. Students will learn in-ear monitor system setup and mixing techniques and develop listening skills for engineering. Students will then apply these skills in labs by mixing live multitrack recordings made by previous program students. Students will also interact with performers during live performance labs scheduled throughout the course.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**MCM3312**

## Advanced Video

The Advanced Video course covers techniques and concepts of producing and editing digital video. The concept of visual storytelling will be explored and analyzed within various media applications to demonstrate the importance of constructing a fully developed idea using images. This course reviews the process of video editing throughout the entire development of a media project. There is an emphasis on image sequencing and story continuity and the use of visual effects, color correction, media management, narration, and industry terminology. Students will apply these concepts to a digital video project using technical skills that promote production value and showcase effective storytelling.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**SHP4785**

## Advanced Video Production

The Advanced Video Production course employs technologies used to produce high-definition live-concert video productions. Students will hone their proficiency with broadcast-quality HD production equipment. The course addresses lighting for video, advanced camera operation, directing, and advanced switching. Students will focus on proper lighting procedure, shot composition, and switching techniques to prepare them to direct and produce their concert series labs.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**CWM680**

## Advanced Visual Storytelling

In the Advanced Visual Storytelling course, students will create visual representations of their stories and scripts. The course exposes students to all stages of the production process—from development to preproduction, production, and postproduction. Students will construct a production treatment of a previous creative work and draft the final production script. They will then move into the next stages of production and prepare a call sheet, produce the visual creative work, and edit the final project.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**MCM1401**

## Aesthetics and Theory of Communications

In the Aesthetics and Theory of Communications course, students will consider the important role aesthetics plays in engaging and appealing to an audience. The course examines the theories of sight, sound, and motion as applied to the design of communication products for different media formats. Students will learn strategies for creative composition and will consider the psychological and physiological implications of images. The course also examines the differences in aesthetics across cultures and how these differences impact professional media projects.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**IMK444**

## Affiliate Marketing

In the Affiliate Marketing course, students will examine this powerful and longstanding marketing method. The course explores how this type of marketing rewards affiliates of Internet businesses for every visitor, subscriber, customer, and/or sale provided by their efforts. Students will examine processes that assist the affiliate marketing structure including search engine optimization (SEO), paid search engine marketing, email marketing, and display advertising. Students will be able to determine if affiliate marketing is a suitable route for their product or service and will also create financial overviews for an affiliate marketing campaign.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**MBG551**

## Agile Software Engineering

Students in the Agile Software Engineering Course will demonstrate their understanding of the software process structure, scheduling, risk management, process models, and benefits of Agile Development with an emphasis on mobile applications. Students will apply the principles of software engineering to design and to satisfy the requirements of stakeholders and synthesize these concepts with emerging technology and trends in software engineering for innovation and process improvement.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**CGA462**

## Animation Production

The Animation Production course develops students' ability to plan, coordinate, and study assets, using traditional methods to demonstrate their learned strengths as 3-D artists. Working from photograph and video reference, students will explore and develop characters, environments, vehicles, rigs, and animation ideas. Students will learn to use high-quality references and artistic studies to create production blueprints.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**MDV3550**

## Apple Programming Language

The Apple Programming Language course focuses on application development utilizing Apple mobile operating-system standards. In this course, students will investigate core object-oriented programming concepts such as encapsulation, inheritance, and polymorphism.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**WDD311**

## Applied Design Tools and Interfaces

The Applied Design Tools and Interfaces course focuses on combining the knowledge of graphic-design software with the theories of web usability and interface creation. Students will use industry-standard graphic-design applications and prototype interface designs while adhering to interface-usability guidelines. This course explores functional interface theory and design principles for the web.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**SDV3012**

## Applied Human-Computer Interaction

The Applied Human-Computer Interaction course explores human-computer interaction (HCI) from an interdisciplinary perspective, utilizing concepts from computer science, design, and psychology. Topics covered will include input/output devices, mobile-device constraints, universal design, interaction styles, cognitive load, and information processing. Students will discover emergent technologies in HCI research, learn how to conduct HCI research and analyze human-computer informatics, and be able to apply derived recommendations to software development through appropriate user-interface design. By the end of the course, students will learn how to build accessible and efficient interfaces through the application of HCI principles.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**MBG531**

## Approaches to Game Design

Students in the Approaches to Game Design Course will use the theoretical background drawn from a wide variety of arts and sciences disciplines to define and refine their capstone game idea using techniques for fostering interactivity and player-centered game play. Students will also apply their knowledge of design frameworks, motivational strategies, decision-making, flow theory, community building, game theory, mechanics and balancing and emergent phenomena to course-related programming projects.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**CGG351**

## Art Creation for Games

The Art Creation for Games course introduces students to the process of modeling and texturing real-time 3-D content. Students will develop gaming models of simple and complex props and various game environments. Special attention will be paid to the creation of clean and optimized models for use in games.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**DCN3656**

## Art Design and Location Shooting

The Art Design and Location Shooting course introduces students to the artistic considerations of using location venues for production. This course challenges students to look at set choices and production venues through the logistical needs of the camera. Students will focus on the decision-making process to align a script with location scouting and art direction.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**MUB481**

## Artist Management

The Artist Management course explores the career path of the manager. This position plays a significant role in the entertainment business community and in the career of the artist or band. Course topics include the artist/manager relationship, launching an artist's career, management contracts, the development of an artist's career path, and sustaining an artist's career.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**ART2006**

## Art History

The Art History course surveys influential works of art and architecture in the Western tradition, from the prehistoric to the postmodern. Students will study architecture, painting, sculpture, and other media in their cultural and historical contexts. They will understand and discuss these works from various social perspectives to recognize, analyze, and value artistic expressions, functions, and effects. Works of art will be explored as aesthetic and material objects as well as cultural artifacts and forces. This course provides a solid foundation in art and design, allowing students to think critically about the visual arts, media, and architecture.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**CAP4053**

## Artificial Intelligence

In the Artificial Intelligence course, students will learn techniques for designing and creating lifelike and intelligent behaviors in characters. These techniques will be used in games and simulations to provide realism and computer opponents that challenge users even after repeated use. Such character behaviors include searching, game playing, decision making, and learning. Various techniques for modeling realistic behaviors are also studied.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

**GDM625**

## Asset Management

Game projects typically have thousands of assets that are created for every game. Managing the people and the content they produce requires management strategies that encompass foresight, a clear current view, and how to get or stay on track. In the Asset Management course, students will learn how to plan and organize their game assets by evaluating a variety of asset management strategies. Course applications building from this foundation include planning the production of assets to ensure they are on schedule and tracking assets as they move through the development process and into the final game.

**Total credit hours**            **3.5**
**Course length**            **4 weeks**

**ENTB4212**

## Audience Metrics

The Audience Metrics course examines how companies in the entertainment industry use key measurements and data sources to make business decisions. Students will assess how audience data is used for content development and media buying. Students will also learn how companies collect, analyze, summarize, and interpret real-world data related to media.

**Total credit hours**            **3.0**
**Course length**            **4 weeks**

**SHP3215**

## Audio and Visual Technologies

In the Audio and Visual Technologies course, students will be introduced to the rapidly growing field of audio and visual technologies for the live-production field. This course is dedicated to building confidence in the area of multimedia-conference meetings and corporate-presentation skills. The course familiarizes students with basic audio, lighting, and video technology used by today's audiovisual (A/V) event technician. Areas of study include breakout-room setups, video display systems, intercom communications, and video-switching procedures. Students will apply these skills in lab while setting up a simulated corporate multimedia event.

**Total credit hours**            **4.0**
**Course length**            **4 weeks**

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

### AEM1000
### Audio Arts in the Entertainment and Media Industries

The Audio Arts in the Entertainment and Media Industries course examines the various and interrelated sectors of the industry, enabling students to develop a view of it from the perspective of a professional. Students will explore terms common across the audio arts industries as a means of studying the discipline from a wide-angle view. In addition, students will examine current industry trends and the variety of careers available in the audio arts, with an eye toward developing the requisite skills for their discipline of study.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### MPR4416
### Audio Engineering Techniques

The Audio Engineering Techniques course focuses on professional audio recording, mixing, and editing. Students will develop workflows and strategies for producing the highest-quality results in their music-production projects.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### SHP4565
### Audio Measurement Systems

The Audio Measurement Systems course provides students with training in the analysis of room acoustics. Visualization programs for real-time audio analysis are studied. The course covers topics such as sound-system tuning, diagnostics-interface programs, and computer-aided analysis. Students will use software and hardware for real-time sound-system measurement, optimization, and control to analyze audio in real-time, enabling them to maximize the quality of sound across different engineering environments.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### REC3805
### Audio Postproduction

The Audio Postproduction course provides students with an overview of production sound and audio postproduction sound design for film and television. Subjects include the history of the audio postproduction process, the recording of production sound, timecode and synchronization, the film-audio postproduction process, and the television-audio postproduction process.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### MPR4418
### Audio Production for Media

The Audio Production for Media course introduces the advanced skills required to produce audio content for specialized media contexts. Students will explore the tools and techniques of professional workflows in audio mastering, game sound, and audio postproduction.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### REC3414
### Audio Workstations

The Audio Workstations course explores the digital audio workstation environment through an overview of digital audio concepts and practices. Students will receive instruction and practical experience with powerful computer-based recording systems typically found in the modern recording and show production industry.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### SHP3635
### Automated Lighting Technology

In the Automated Lighting Technology course, students will be immersed in the virtual world of lighting design and programming. The course focuses on meeting the needs of current industry trends with an emphasis on programming, design layouts, and control of automated lighting systems. Multiple lighting systems ranging from stationary lighting to moving fixtures are covered in lectures and labs. Students will learn to operate programmable fixtures and design lighting cues while working at consoles and computer programming workstations. The cues they design may be loaded and used during future live labs.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### CTI3111
### Automating Resource Deployment

In the Automating Resource Deployment course, students will apply their scripting skills to create processes that automate data and resource deployment on a server. This is a key concept in information technology and a necessary skill for an industry professional virtualizing data for worldwide use. Students will create scripts that control the automation of distributed data.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### MDM530
### Brand Development

Understanding a company or institution's brand and knowing how to research, analyze, and promote its core values is essential in developing effective marketing communications. In the Brand Development Course, students will explore the history and processes of brand development in media design through case studies and learn how to utilize some of the basic tools used in the marketing profession. In applying this knowledge to creative projects, students will gain additional insight into their research that they can then utilize in future projects.

| | |
|---|---|
| Total credit hours | 5.0 |
| Course length | 4 weeks |

### SCS4621
### Broadcast for Advanced Technology I

The Broadcast for Advanced Technology I course teaches new and progressive technologies, such as virtual reality and augmented reality, and their applications for audience engagement. The course focuses on strategic journalism and broadcast presentation possibilities for emerging technology platforms. Students will learn the fundamentals of new technology applications along with the history of their development.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### SCS4761
### Broadcast for Advanced Technology II

The Broadcast for Advanced Technology II course instructs students in creating broadcast opportunities for new and progressive technologies, such as virtual reality and augmented reality. The course explores the audience-engagement potential of these advanced communication technologies. Students will apply their knowledge and skill base from previous courses in reporting, presentation, storytelling, and hosting to design and generate these new opportunities.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### DGT432
### Broadcast Design

The Broadcast Design course builds upon the 3-D skills taught in previous courses and teaches students how to create sequential animations that incorporate 2-D and 3-D assets. Students will follow a professional workflow by creating storyboards and design compositions and then delivering a motion-graphics project that is designed for delivery across multiple media platforms.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### FLM3413
### Broadcast Production I

In the Broadcast Production I course, students will examine the techniques and technologies involved in creating multi-camera shoots for the news and narrative broadcast television genres. Students will explore the unique logistical, structural, and aesthetic methodologies that distinguish broadcast production from other types of production.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### FLM3415
### Broadcast Production II

In the Broadcast Production II course, students will use the skills acquired in Broadcast Production I to explore the various roles through work performed in practical labs. Students will expand their understanding of preproduction, location shooting, editing, graphics, and writing for these modes of production.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### SCS2501
### Broadcast Writing

The Broadcast Writing course introduces the writing and reporting skills essential to sports journalism, broadcasting, and broadcast storytelling. Students will learn how news is gathered, evaluated, and distributed. They will also further explore the role that sports journalism and broadcasting play in the progressive media landscape. Focus will be placed on understanding the dynamic that exists between reporters, hosts, and sports organizations.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### GDN3232
### Building Functional Groups

The Building Functional Groups course investigates the collaborative techniques and communication skills critical to today's game design teams. Functional teams are the basis of all game-development environments. Building these groups requires the understanding of the elements necessary for successful construction and the process agility to maintain them. Students will learn how to survey, develop, and employ unique, team-specific communication, decision-making, problem-solving, and conflict-resolution techniques. The objective of this course is to expose student groups to the foundational basics needed to act as functional group organizers and team members in any environment.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### ACG3223
### Business Accounting

In the Business Accounting course, students will examine the accounting cycle and the preparation and interpretation of basic financial statements. Students will learn the concept of profitability, principles of cost models and controls, and various operational planning techniques used to evaluate the performance of a company. The role of accountants in the entertainment and media industries is examined through the use of real-world accounting software.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

### IEN535
### Business Feasibility

Students in the Business Feasibility Course will assess the viability of opportunities by understanding key industry factors, market conditions, competitive forces, and customers' needs. Students will utilize previous research-based coursework and refine a customer-centric solution that addresses a problem that exists in the current marketplace. Development of a viable and feasible venture will form the basis for the student's business model.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### BEM1000
### Business in the Entertainment and Media Industries

The Business in the Entertainment and Media Industries course explores the evolving infrastructures across various industry sectors. Students will examine emerging innovative business strategies within these creative industries as well as current business trends. Students will also identify the variety of careers available for business professionals in these industries and their respective skill sets, with an eye toward developing the abilities are vital to their chosen fields.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### BIN560
### Business Intelligence Analytics

The Business Intelligence Analytics Course provides an overview of fundamental concepts, tools, and techniques used to extract meaningful information from an organization's data in order to support effective decision making. The course will further develop students' understanding of statistical and analytic techniques used in forecasting and predictive analysis. Special emphasis will be placed on probability and an introduction to the Bayesian Paradigm and Bayesian statistical methods. Lessons will cover topics including statistical inference, decision making under uncertainty, predictive modeling, and modeling of random processes. Assignments will emphasize the role of business process analysis and critical thinking in the planning of BI projects and data warehouse projects.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### BIN680
### Business Intelligence Capstone

The Business Intelligence Capstone Course will provide students with an opportunity to demonstrate mastery of program curriculum as they deliver their data warehouse and present key findings to colleagues and project stakeholders. Students will present a final thesis document that summarizes the project, methodologies, key results, and recommendations. In addition to presenting a functional data warehouse and executive dashboard, students will deliver a presentation that summarizes their project, results, and recommendations through the effective use appropriate data visualization and infographics. The final presentation will emphasize professional communication and critical thinking skills as much as technical competence.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

### BIN660
### Business Intelligence Case Studies

The Business Intelligence Case Studies Course will synthesize student learning through case analysis and the practical application of business intelligence (BI) analytic processes to a range of business problems. Throughout the course, students will use a series of case studies to address a variety of real-world problems involving enterprise level business analysis. The course will focus use of BI processes, tools, and techniques to generate viable solutions to complex problems in a variety of domains. Activities will focus on developing the creative problem solving and critical thinking skills to support the range of BI decision-making processes from identification and analysis of problems to the presentation of results. Students will practice virtual meetings, interviews, and presentation skills in a variety of group and individual exercises.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**BIN650**
## Business Intelligence Leadership & Communication Skills

The Business Intelligence Leadership and Communication Skills Course will refine students' abilities to listen, ask questions, and explain complex processes, policies, and results to variety of audiences across an organization. Students will match visualizations and infographics with text and motion graphics to create effective, informative, and engaging presentations in a range of media. Lessons cover a variety of operational topics including vendor selection, management reporting, and legal issues that affect business intelligence (BI) policy and implementation. Exercises will emphasize skills necessary for successful BI professionals including listening, negotiation, and meeting management. Students will also work to finalize their capstone project presentation.

**Total credit hours** 3.0
**Course length** 4 weeks

**BUL2100**
## Business Law†

The Business Law course provides an overview of general business practices, including entity formation, insurance, taxes, and accounting. Students will study the laws protecting intellectual property in relation to protecting their own work and legally incorporating the works of others. Students will also study the law and practices of contracts and negotiations. All concepts are explored through legal case studies and applied business projects.

**Total credit hours** 4.0
**Course length** 4 weeks

**BIN550**
## Business Intelligence Technologies

The Business Intelligence Technologies Course develops students' understanding of data management technologies and processes that support successful business intelligence (BI) systems with an emphasis on the design and creation of a data warehouse. Lessons cover the practical planning and management of data warehouse projects including architecture and physical design. Topics include the basics of extract, transform, and load (ETL) processes as well as the implementation and management of data warehouses. Students will explore common BI systems architecture and the operational dimensions of BI technology including database administration, data warehousing, and data mining. The course will also examine the role of transactional databases and online transactional processing (OLTP) and explore common BI tasks including reporting, performance monitoring, and forecasting. Students will learn how technologies such as data warehouses, data cubes, data marts, and online analytic processing (OLAP) are used to access, analyze, and distribute organizational information. Case analysis and real-world examples will provide students with an introduction to basic statistical and analytic tools used by BI to solve problems and improve decision making in a variety of industries and contexts.

**Total credit hours** 3.0
**Course length** 4 weeks

**IEN555**
## Business Model Development

Students in the Business Model Development Course will explore the range and diversity of successful business models for customer-centric companies, with a focus on the key elements that contribute most to the success of the business. Students will be exposed to the wide array of skills, perspectives, tools and concepts necessary to identify and create new revenue streams. Topics include the elements of strategic research, maintaining a customer-centric focus, and positioning for competitive advantage.

**Total credit hours** 3.0
**Course length** 4 weeks

**IEN680**
## Business Model Implementation and Management

Students in the Business Model Implementation and Management Course learn about the process of bringing a business model to life, launching a new business, and confronting the reality of day-to-day management . Drawing from prior coursework, students will refine their business model, including sections on market research, industry trends analysis, competitive analysis, strategic positioning, and demonstration of financial viability.

**Total credit hours** 3.0
**Course length** 4 weeks

**MAN2021**
## Business Management

The Business Management course analyzes the management principles that sustain a successful company. Students will learn about performance management, team management, and leadership in a business environment. This course examines various types of organizational structures and corporate cultures. Students will also gain insight on the importance of creativity and innovation in making business decisions. Other business topics include human resources, time management, effective communication, productive meetings, and role reviews.

**Total credit hours** 4.0
**Course length** 4 weeks

**IEN699**
## Business Model Presentation and Thesis

Students in the Business Model Presentation and Thesis Course will complete their business model. Students will tell the story of their proposed model through a series of written proposals and a formal live presentation. Students will consider sources and uses of funds, working capital requirements, and the launch timetable. During the course, students will target the various audiences to which they will present the details regarding their company and its products and services.

**Total credit hours** 3.0
**Course length** 4 weeks

**FPR680**
## Business of Film

The Business of Film Course integrates a student's technical and conceptual understanding of filmmaking with the practical dimensions of a managing career in the film industry. Students will examine current industry business models and develop plans to advance their careers in filmmaking. The course curriculum will help students understand the marketing of films through film festivals and the preparation of supporting materials, including press kits, film trailers, and film art. The course will also examine sale licenses, the role of sales agents, and the process of negotiating a deal to represent a film. Upon completion of this course, students will have created a trailer for their film and presented an effective marketing strategy. Topics include networking, negotiation, film festivals, marketing, financing, and international markets.

**Total credit hours** 5.0
**Course length** 4 weeks

**GEB612**
## Business Plan Development

The Business Plan Development Course requires students to incorporate the business skills students have developed over their course of study into research for their own business plan. In this course, students draw on their business, management, and technical knowledge to create and develop a formal business plan. Throughout the course, students receive feedback from their instructors and peers concerning the viability of their business plan in the entertainment industry.

**Total credit hours** 3.5
**Course length** 4 weeks

**SMM4111**
## Business Project Management

The Business Project Management course directs students through business management organizational structures. The course presents an interactive examination of the principles of organizing, operating, financing, and employing single- and mixed-use projects from a business executive's perspective. Students will construct strategic plans in the selection and development of sports business initiatives and will strengthen their understanding of analytical tools and the industry at large. Students will also begin developing their individual business proposals, gleaning ideas from their program of study and exploring their businesses' potential viability.

**Total credit hours** 4.0
**Course length** 4 weeks

**IEN551**
## Business Venture Research

Students in the Business Venture Research Course will build their understanding of various available research methods and tools. Students will utilize qualitative and quantitative research data, as well as primary and secondary sources. Students will understand the benefits and drawbacks of the major types of research such as interviews, surveys, and direct observation. Students will finalize the ideation process to move forward with their business concepts.

**Total credit hours** 3.0
**Course length** 4 weeks

**MAR630**
## Business Storytelling and Brand Development

This course covers the two main aspects of building a strong presence in the business and consumer market: storytelling and brand development. In this course, students learn how to implement brand development strategies that help companies become icons within their industry. Students also learn how to use storytelling principles to strengthen a business and deliver a superior customer experience. Finally, students develop their own personal brand identity and create tools for real-world business use.

**Total credit hours** 3.5
**Course length** 4 weeks

**MUM4309**
## Business Technology and Design

The Business Technology and Design course explores how emerging technologies impact business management within the entertainment industry. In this course, students study the proliferation of new technologies and how they are utilized to achieve business goals. Students will create multimedia assets using software commonly used in the industry to optimize a company's brand. Students will learn how to evaluate design strategies to achieve business goals and will explore creative resources online to help them stay current with emerging technologies and software.

**Total credit hours** 3.0
**Course length** 4 weeks

**MCC3003**
## Career Development Skills: Media Communications

The Career Development Skills: Media Communications Course will assist the student in understanding all of the various career fields available to today's media communications professional. The course will review career sources and various types of employment information that students can use to research their desired career field. Along with this course, the student will begin to work with Full Sail's Career Development Department. The Career Development Department specializes in providing specific career support skills and assists the student with the job-seeking process.

**Total credit hours** 3.50
**Course length** 8 weeks

**CAR1001  CAR1011**
## Career Module I: Personal Branding

In Career Module I: Personal Branding, students will learn foundational practices for marketing themselves, their work, their skills, and their careers. Through structured learning activities, this module explores how to build a brand and an online presence, as well as the importance of personal brand awareness.

**Total credit hours** 1.0
**Course length** 4 weeks

**CAR2001  CAR2011**
## Career Module II: Career Research

In Career Module II: Career Research, students will have the opportunity to conduct guided career research and explore their career interests. Through structured learning activities, students will acquire an understanding of their chosen industry, career-development resources, job-search engines, and their personal career goals.

**Total credit hours** 1.0
**Course length** 4 weeks

**CAR2002  CAR2012**
## Career Module III: Résumé Fundamentals

In Career Module III: Résumé Fundamentals, students will assess their skills in the context of their career goals and learn strategies for developing career skills. Through structured learning activities, students will understand the importance of developing these skills to remain globally competitive and successful in the workplace.

**Total credit hours** 1.0
**Course length** 4 weeks

**CAR3001  CAR3011**
## Career Module IV: Career Strategy and Planning

In Career Module IV: Career Strategy and Planning, students will plan and prepare for their short-term and long-term career goals. Through structured learning activities, students will create a career-strategy map that identifies opportunities, establishes goals, and create a strategy for achieving those goals. Students will also establish a professional relationship with a career mentor and learn how to best utilize the services of the Career Development department.

**Total credit hours** 1.0
**Course length** 4 weeks

**CAR3002  CAR3012**
## Career Module V: Networking

In Career Module V: Networking, students will learn various networking strategies for accessing resources and opportunities, such as funding, customers, partners, mentors, and professional advice. Through structured learning activities, students will establish a professional social-media presence and learn innovative approaches to developing a powerful professional network.

**Total credit hours** 1.0
**Course length** 4 weeks

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**CAR4001  CAR4011**
### Career Module VI: Résumé Writing

In Career Module VI: Résumé Writing, students will learn strategies for crafting a résumé and writing professionally. Through structured learning activities, students will write a résumé that is tailored toward their chosen field. They will also write, review, and critique original cover letters. Students will also explore creative and unconventional methods for résumé building and delivery for demonstrating skills in a tangible way.

| | |
|---|---|
| **Total credit hours** | 1.0 |
| **Course length** | 4 weeks |

**CAR4002  CAR4012**
### Career Module VII: Job Interview

In Career Module VII: Job Interview, students will learn how to prepare for a job interview, effective methods for following up after an interview, and interviewing tips and techniques for face-to-face, online, and phone interviews. Through structured learning activities, students will practice answering interview questions, collect reference letters, and research a company and position of interest in preparation for an interview.

| | |
|---|---|
| **Total credit hours** | 1.0 |
| **Course length** | 4 weeks |

**CGA4014**
### Character Animation

The Character Animation course focuses on strengthening students' animation skills by exploring methods for creating movement that is entertaining, appealing, and clearly driven by the characters' emotions and personality. Students will also analyze methods for creating solid acting choices that are unique and interesting. Through discussion and analysis, students will be introduced to the importance of evaluating their own work as well as the work of their peers. This will enable them to critique each others projects with the intent of implementing what they have learned into their own animation, preparing them for situations encountered in the real world.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CWM540**
### Character Creation and Development

In the Character Creation and Development course, students are introduced to tools to develop the psychological foundation for characters and will utilize the character need and want to develop solid character motivation. Character backstory and influences are analyzed and used to create character dossiers, dialogue, and short scenes that demonstrate three-dimensional, well-rooted characters.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CGA342**
### Character Design and Creation

In the Character Design and Creation course, students will learn how purpose dictates process while developing organic models for a 3-D pipeline. Students will enhance their modeling skills while examining and practicing techniques used by current industry professionals.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CGA3312**
### Character Rigging

The Character Rigging course introduces students to the process of adding joints and controls to a character to allow the animator to make the character move in a realistic manner. Students will also explore the process of binding and weighting the skin on models to deform in an organic manner based on preproduction research. Similar to making a puppet, rigging gives the artist the ability to control a computer-generated (CG) character, making it a pivotal step in the animation process.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**ECW3722**
### Children's Entertainment

In the Children's Entertainment course, students will learn about both classic and contemporary children's literature and its place within the context of writing for print, television, film, and animation. Students will also explore different avenues of publication and distribution.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**CTI3323**
### Cloud Management Platforms

The Cloud Management Platforms course explores the concepts and architecture of public, private, and hybrid cloud-management stacks and software; how to design and deploy a multilayered and partitioned system; and the principles of managing these systems. Students will apply the virtualization, networking, storage, and scripting skills they have gained using proprietary and open-source cloud software. Knowledge of the architecture of cloud-management platforms will be further implemented in advanced courses.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CTI2511**
### Cloud Networking

The Cloud Networking course explores network services in addition to principles of network addressing and interconnection. Students will route data through various types of networks and connect cloud services through virtual private networks by interconnecting services at different locations. They will create reliable networks across regions that meet data performance needs by utilizing common industry protocols and services.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MGF1213**
### College Mathematics†

The College Mathematics course introduces students to fundamental concepts in math and algebra through real-world learning activities in personal finance, business, and quantitative reasoning. Through the simulation of practical situations, students will master basic operations with whole numbers and integers and be able to perform operations with decimals, fractions, and geometric figures. Students will also be able to use measurements and solve mathematical equations.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**GRD324**
### Color Theory

The Color Theory course exposes students to the theories and application of color as it relates to both print and screen. Historical and geographical perspectives will be discussed. Students will review methods and techniques for using color to create impact as well as necessary color-correction practices for the various delivery options. In this course, students will learn how color can impact original design concepts across multiple media types.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CGA356**
### Compositing and Scene Finishing

The Compositing and Scene Finishing course broadens the base of students' knowledge by offering insight into the process of combining computer-generated imagery (CGI) with video and film elements. By learning what happens when rendered imagery is integrated into the postproduction process, students will better understand the core principles of proper compositing and finishing practices. Students will be introduced to node-based compositing systems, 3-D camera tracking tools, and common rendering methods used in current postproduction pipelines. The course also introduces rendering techniques employed to properly composite both render layers and render buffers derived from professional 3-D software.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CGA365**
### Compositing Fundamentals

The Compositing Fundamentals course introduces students to both beginning and intermediate compositing techniques commonly used in games, film, video, and image editing. The course focuses on the art of observation and core techniques, concepts, and workflows for the seamless integration of computer-generated elements. Students will work in an industry-proven, node-based compositing environment. Additionally, students will learn the art of research and problem solving for a visual effects (VFX) compositing pipeline that deals with the digital manipulation of images, layering operations, and 2-D/3-D compositing workflows to achieve a final image that is believable to the audience and delivers the director's vision.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**DCN1107**
### Composition and Visual Design

In the Composition and Visual Design course, students will examine how images are designed, framed, composed, and arranged to tell and enhance visual stories. Students will explore composition, the framing of elements and principles of design, and the impact of designing with light, movement, and space. Additionally, they will learn to recognize and engage the visual qualities of the lens through an understanding of depth of field, lens selection, and exposure control. Emphasis will be placed on integrating classical design fundamentals into their student work.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**CTI1105**
### Computer Operating Systems

The Computer Operating Systems course explores the concepts of operating systems and how they interface with hardware and application software. Principles of kernels, processes, device drivers, file systems, and user permissions are examined. Students will understand how to install and configure various types of operating systems and how to use this knowledge to restrict access to certain users.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**COD3315**
### Computer Graphics

In the Computer Graphics course, students will learn the foundations required for using modern software and hardware 3-D rendering systems. Students will learn core computer-graphics concepts such as rasterization, interpolation, and the 3-D transformation pipeline. Students will apply these concepts within the framework of a modern hardware-based rendering application-program interface (API).

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**COD3721**
### Computer Networks

The Computer Networks course explores the design and analysis of computer networks and the issues and structures common in the construction of distributed computing systems. Students will examine the concepts, principles, and practices of computer-communication networks and learn how to evaluate distributed system technologies through an exploration of architectures, protocols, and standards. Topics covered include interprocess communication, distributed file systems, internetworking, remote invocation, data replication, distributed transaction mechanisms, and middleware.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**CTI1120**
### Computer Systems

The Computer Systems course introduces students to the principles of computer architecture and exhibits how to apply these principles to current technologies. Fundamentals of processing, storage, and input/output are explored as well as how those apply to past, current, and emerging technologies. Students will learn about various types of processor architecture and how to utilize this knowledge when working with computers to store and distribute data.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**COD3511**
### Computer Organization and Architecture

The Computer Organization and Architecture course explores computing hardware components, organization, and architecture. In addition to exploring the relationship between high-level programming languages and the hardware they compile and run on, this course also examines techniques for system evaluation and selection. Students will learn how to utilize hardware and software tools for digital system analysis and synthesis. Topics covered include memory operations, bitwise manipulation, performance calculation, processor datapath, clock cycles, pipelining, and memory hierarchy.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MBG521**
### Computer Science for Engineers

Students in the Computer Science for Engineers Course will demonstrate proficiency in programming and computer science fundamentals. Students will also analyze graduate level algorithm design and analysis, meta-algorithms, optimization techniques, and application development.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**GRD473**
### Concepts in Advertising

The Concepts in Advertising course provides an in-depth, foundation-based exploration of advertising—from the conceptual phase to the release to the customer—through the creation of multiformat media campaigns. Students will assume the role of creative director as they create content for all aspects of their campaigns.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**GRD162**
### Concepts in Photography

In the Concepts in Photography course, students will learn basic camera operation while focusing on postproduction techniques to improve the quality of their images. Students will learn strategies in file management and metadata that will build their professional production workflow. In this course, students will be asked to shoot and present their work over various delivery platforms. The design concepts reinforced in this course can be applied across all types of media.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MUB461**
### Concert Management and Touring

The Concert Management and Touring course covers a variety of topics that are specific to concert production and the touring industry. This course takes a ground-level approach to concert-promotion basics, including production management and how to develop and execute an artist's tour. Students will explore public-safety guidelines, contract riders, unions, staff and equipment booking, and the daily execution of tour schedules.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

134  FULL SAIL UNIVERSITY

COURSE DESCRIPTIONS  135

# Course Descriptions

**SHP4726**

### Concert Media Design

The Concert Media Design course teaches students visual media server concepts, integration, programming, and operation for live productions. The course covers media servers, technical systems interface, and content development. Students will design and prepare content for upcoming live productions using integrated media-server technology.

**Total credit hours** — 2.0
**Course length** — 4 weeks

**CTI2701**

### Configuration Management Programming

The Configuration Management Programming course introduces concepts of configuration management software, web protocol standards, and API access. Students will employ programming principles using configuration management software in order to manage systems and states within a standardized environment. Web communication protocols and data structures will be applied to manage external systems through API calls. Deployment of resources, operating systems, and software packages will be explored using common configuration management and automation tools.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**IMK592**

### Consumer Behavior and Analysis

The Consumer Behavior and Analysis Course explores consumer behavior and analyzes methods that motivate consumers to purchase products and/or services. The emphasis of this course is to identify specific digital marketing campaigns and gauge their success and/or failure in inspiring the consumer to purchase the product or service. One approach studied is personalized marketing—a valuable tactic which allows a marketer to track specific consumer interests and make suggestions on future purchases. This course examines how to develop digital marketing plans that incorporate a consumer behavioral analysis.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**APR2703**

### Contemporary Production Techniques

Contemporary music production integrates sampling, loops, MIDI, and live recording to craft modern hits. In the Contemporary Production Techniques course, students will learn to use industry-standard tools for computer-based music creation.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**IMK322**

### Content Strategy, Development, and Marketing

The Content Strategy, Development, and Marketing course examines the life cycle of content creation and delivery, from the development of strategies and processes to the evaluation of results. Students will learn how to create and distribute relevant and valuable content to defined target audiences in order to achieve specific marketing goals. By examining a variety of content-marketing techniques, students will learn to create editorial calendars, assess which distribution channels will best help them reach their audiences, and evaluate the success of each type of content-marketing strategy.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**IDT552**

### Corporate Training and Motivational Development

The Corporate Training and Motivational Development Course examines instruction methodologies and media design techniques used in training environments. In this course, students will learn to create and evaluate their presentation style and content in order to motivate learners and staff. Students will also learn how to evaluate return on investment for training and how to develop and use assessments and surveys.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**GRD354**

### Creating Brand Experience

The Creating Brand Experience course builds upon concepts learned in prior courses and focuses on what makes an effective brand. Students will explore branding as they discover how users experience brands and how businesses manage their brands across multiple media types.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**GEN1011**

### Creative Presentation

In the Creative Presentation course, students will learn the foundations of oral communication by building and delivering presentations of their own. Through this guided process, students will learn to effectively utilize visual storytelling techniques, create meaningful content, and apply lessons from myths and movies to shape the audience's journey. Multiple learning activities will allow students to creatively develop and analyze the core aspects of presentation, including audience, delivery, message, and the visual story.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**ECW1224**

### Creative Skills Development

The Creative Skills Development course introduces students to the tools for developing a creative method. Through building brainstorming techniques, discovering methods for overcoming writer's block, and drawing inspiration from the world around them, students learn how to spark and maintain their creative flow.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**CWM640**

### Creative Writing Portfolio I

The Creative Writing Portfolio I Course requires students to select an entertainment media genre and distribution method for their final thesis project. The final thesis project will consist of a Creative Writing Portfolio that includes a professional, viable script with evidence of incorporated culminating components of the degree program including visual storytelling, narrative structures, character creation, and storyboarding. In addition, the Creative Writing Portfolio will document research students conducted to develop and expand authentic and compelling storylines. Students will "pitch" their concept scripts to faculty and peers and justify selected writing elements based on the specific entertainment media genre and distribution method of choice. Feedback will be provided within these contexts as well as application of current writing trends, authenticity, compelling qualities, and feasibility.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**CWM650**

### Creative Writing Portfolio II

In the Creative Writing Portfolio II Course, students will reevaluate the writing elements, authenticity, compelling qualities, and feasibility of their concept scripts for their chosen entertainment media genres and distribution methods based on the feedback received from faculty and peers in the Creative Writing Portfolio I course. Students will then implement their project plans and begin the writing process. Final scripts will be properly formatted to meet the expectations of the chosen entertainment media genres and distribution methods within the entertainment media industry and will be ready to be pitched to potential employers upon graduation.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**IEN515**

### Creativity and Innovation

Students in the Creativity and Innovation Course will review relevant theories and identify opportunities for customer-centric new ventures and a process for talking to potential customers and stakeholders. This will provide a framework for understanding and applying theoretical principles based on academic and practical research, while exploring the relationship between innovation and economic growth. Students will develop an understanding of the process through which innovation benefits from academic and applied research.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**REC3514**

### Critical Listening

The Critical Listening course focuses on developing listening skills to enhance audio engineering and production through the analysis of sound, recorded signals, signal processing, sonic environments, music, and film. Course topics include the physics of sound, acoustics and psychoacoustics, sound analysis, the identification of various production techniques, and application of those techniques. Students will also hone their critical listening skills through project-based assignments that allow them to develop a connection between sound waves, audio signals, the acoustic environment and individual perceptions of sound.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**IMK302**

### Cultural Studies and the Web

The Cultural Studies and the Web course emphasizes the relationship between cultural context and promotional content on the web. Students will examine the significance of cultural variation to consumer segmentation, targeted marketing, and consumer receptivity. Case studies and empirical research will be evaluated to explore the costs and benefits of cultural relevance as a component of strategic planning practices.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**ENTB2714**

### Data Analysis and Reporting

The Data Analysis and Reporting course teaches students to use Microsoft Excel for common business purposes, including analysis and reporting. Course topics include working with formulas and functions, formatting spreadsheets for effective analysis, creating charts, selecting appropriate chart types, and analyzing entertainment-business data. Students will identify trends in data and leverage data to convey various business messages.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**BIN580**

### Data Mining

The Data Mining Course will examine how data mining tools, techniques, and intelligent processes are used to identify patterns in data that yield information, insight, and enterprise intelligence. Students will explore data mining concepts and practical techniques and methodologies for extracting information from large data sets using algorithms. Lessons will cover a variety of data mining and machine-learning processes and concepts including clustering, association, classification, and outlier analysis. Students will apply course concepts as they use professional data-mining tools on large data sets. This course will also address estimating the value of data mining insights and examine project management and reporting issues specific to data mining.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**CTI3231**

### Data Storage Systems

In the Data Storage Systems course, students will learn how data is stored and accessed locally and remotely. Students will learn the workflow and strategies used by the industry to distribute data across a network. Students will be able to apply redundancy and security concepts to storage systems.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**SDV2213**

### Data Structures and Algorithms

The Data Structures and Algorithms course covers the organization of data and the algorithms that are used for sorting, searching, and problem solving. Students will learn how fundamental data structures and algorithms function and are implemented. Topics addressed in this course include managing complexity, linked structures, abstraction, analysis, vectors, lists, stacks, queues, trees, heaps, and graphs.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**BIN630**

### Data Visualization and Creative Reporting

The Data Visualization and Creative Reporting Course will sharpen students' abilities to present complex results to a wide range of audiences across an organization. Students will learn about practical techniques and the latest tools for developing impactful data visualizations and infographics. The course will address concepts and design considerations for dashboards, user interface, and web-based reporting and examine how each supports a variety of knowledge management requirements. The course will address the use of dashboards, including web-based and desktop widgets and stand-alone software applications. Students will also explore current technical and user interface considerations of responsive web design as well as data-fusion techniques and the presentation of real-time, location-based, and social network data.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**SIM3032**

### Data Visualization and Modeling

The Data Visualization and Modeling course covers techniques that allow developers to integrate large data sets from disparate sources and create visualizations of sample data. Data collection is a key part of simulation, but accurate use of that data is equally important. Developing good statistical models and understanding probabilistic distributions can help an engineer build a more accurate simulation.

**Total credit hours** — 3.0
**Course length** — 4 weeks

**DEV231**

### Database Structures

In the Database Structures course, students will learn how to access and process stored data and become familiar with the benefits that creating database structures can provide in regard to such concepts as data optimization and table normalization. Students will also explore the differences between relational and nonrelational databases.

**Total credit hours** — 4.0
**Course length** — 4 weeks

**CTI3622**

### Database Systems

In the Database Systems course, students will exercise their knowledge of database software to build scalable, secure, and reliable systems. This course explores topics such as replication and data distribution, security practices, performance, capacity management, essential backup, and recovery skills. Commercial cloud-based database services are investigated as well as integrating local and remote software and systems.

**Total credit hours** — 3.0
**Course length** — 4 weeks

---

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**MDM525**

## Defining Client Needs

Successful media designers understand their clients' industries and can implement design strategies that can elevate their brand in a competitive marketplace. In the Defining Client Needs Course, students explore the designer-client relationship and investigate research strategies and methods for developing effective multi-media campaigns. Assignments address target markets and methods for testing prototypical design solutions.

**Total credit hours** 5.0
**Course length** 4 weeks

**WDD463**

## Deployment of Web Applications

In the Deployment of Web Applications course, students will learn the processes involved in deploying an interactive solution for final distribution. This course demonstrates current operational methods for moving web-based applications from development environments to production environments.

**Total credit hours** 4.0
**Course length** 4 weeks

**ART1201**

## Design and Art Theory†

The Design and Art Theory course provides an understanding of composition, design, art, basic color, and graphics through a study of varied artistic styles and their sociological and psychological effects throughout history. This course is essential in the world of design, where traditional art forms are often blended with current imagery to create new and significant artistic genres.

**Total credit hours** 4.0
**Course length** 4 weeks

**GDN2130**

## Design and Development Analysis

The Design and Development Analysis course teaches students techniques used to deconstruct, reproduce, and improve existing games based on a thorough analytical process. The ability to critically analyze others' work is essential to the design phase of any project, and video-game projects are no exception. By playing and deconstructing games, students will learn the complicated design systems running behind the scenes in games and will compose documents to support their findings.

**Total credit hours** 3.0
**Course length** 4 weeks

**MDM620**

## Design Integration

In the Design Integration Course, research, critical thinking, discussion, and critique help to provide students with a solid foundation from which to proceed in exploring new directions in their design projects. Techniques of incorporating innovation and methods of developing creativity are explored as students further expand their capabilities and refine their work. Through the integration of new ideas and methods of utilizing media, students prepare for the ever-changing landscape of the media design profession.

**Total credit hours** 5.0
**Course length** 4 weeks

**WDD312**

## Design Patterns for Web Programming

The Design Patterns for Web Programming course explores development techniques that transcend procedural programming, such as object-oriented programming (OOP). Students will be introduced to concepts including composition, aggregation, encapsulation, abstraction, and refactoring. Students will also learn object-model implementation of industry-standard techniques such as reusability and efficiency.

**Total credit hours** 3.0
**Course length** 4 weeks

**MDM565**

## Design Research

Translating concepts into visual communications requires the ability to research information, explore options, and apply critical thinking skills to find the most appropriate solutions. In the Design Research Course, students learn the process of exploring and evaluating design options as they investigate many of the research methods and tools used in the profession. Application of these strategies leads to more informed design decisions.

**Total credit hours** 5.0
**Course length** 4 weeks

**MDM615**

## Design Strategies and Motivation

In the Design Strategies and Motivation Course, students refine the concepts developed in previous courses with the objective of maximizing the impact and effect of their communications. By combining research and online creative resources with 21st century skills, students create a range of professional visualizations of their concepts and ideas. The exploration of various design options and strategies along with an understanding of how best to implement and apply them, teaches the critical skills necessary for success in the design industry.

**Total credit hours** 5.0
**Course length** 4 weeks

**GDN1151**

## Design Tools

In the Design Tools course, students will gain exposure to the tools used by game designers in the industry. Students will learn the structure of game-industry teams and how different tools are used in team environments. Students will also learn how to create game design documentation, simulate using spreadsheets, brainstorm effectively, and present ideas in a group setting. The intent of the course is to provide a solid foundation of the basic tools that game designers use.

**Total credit hours** 4.0
**Course length** 4 weeks

**WDD301**

## Designing for Web Standards I

The Designing for Web Standards I course examines the process of creating functional, standards-based content for the Internet. Students will learn how to use HTML along with other standards to develop websites. They will also explore the correct usage of semantic markup elements to ensure that web-page content is well-formed and easily understood.

**Total credit hours** 3.0
**Course length** 4 weeks

**WDD322**

## Designing for Web Standards II

The Designing for Web Standards II course continues the process of creating functional, standards-based content for the Internet. Students will learn how to use CSS and other standards to enhance web pages easily and effectively. This course explores standards-based design for a slimmer, faster, and more responsive approach to designing for the web.

**Total credit hours** 3.0
**Course length** 4 weeks

**ECW2841**

## Developing New Worlds: Environment and Historical Research

In the Developing New Worlds: Environment and Historical Research course, students will conduct research specifically tailored for building the worlds in which their stories take place. In addition to researching environments, students will explore cultures and the sets of tools through which cultures communicate, maps, and histories. Students will also hone their critical-thinking skills as they apply their findings to create the time period and environment within their writing, be it the past, present, or future, and whether it is historically accurate or anachronistic.

**Total credit hours** 4.0
**Course length** 4 weeks

**DMK662**

## Digital Analytics and Optimization

The goal of analyzing web metrics is to create and provide a measuring system that defines a trend or a characteristic within a company's digital marketing structure. As presented in the Digital Analytics and Optimization Course, metrics can be used to explain an outcome, correct a problem, chart a future trend, and/or gauge the success of a marketing endeavor. Understanding metrics and being able to craft reporting structures that meaningfully analyze this data will assist a marketing team to make productive decisions that facilitate growth and strengthen the company's marketing goals.

**Total credit hours** 3.0
**Course length** 4 weeks

**DMK473**

## Digital Analytics and Reporting

The Digital Analytics and Reporting course shows students how to evaluate whether they are accomplishing their marketing objectives and how to report the results to a company or client. This data is critical for securing financial investment in marketing efforts and is also vital to forecasting how future investments should be made. This course shows students how to identify and resolve issues that might affect a marketing campaign.

**Total credit hours** 3.0
**Course length** 4 weeks

**DGT346**

## Digital Audio and Video

The Digital Audio and Video course is a production course that introduces the concepts of timeline-based editing for audio and video. Students will be introduced to the primary concepts of storytelling, sound design, imaging, and editing while adhering to the process of a professional production workflow.

**Total credit hours** 3.0
**Course length** 4 weeks

**DMK542**

## Digital Design and Usability

Students in the Digital Design and Usability Course will demonstrate their understanding of web design and user interface principles that will help them achieve their marketing goals. Students will also analyze web standards, web design fundamentals, web interface and usability, and web design issues that influence search engine rankings.

**Total credit hours** 3.0
**Course length** 4 weeks

**IMK4311**

## Digital Entrepreneurship

The Digital Entrepreneurship course examines methodologies and strategies to launch new businesses, products, and services. Students will learn how to research business ideas, design a business model, identify target audiences, collect and analyze customer feedback, and differentiate their business from those of their competitors. The course will also examine and analyze the key characteristics of successful entrepreneurs and the importance of entrepreneurialism in the economy.

**Total credit hours** 3.0
**Course length** 4 weeks

**SIM3321**

## Digital Fabrication

Digital fabrication is the process of using rapid prototyping and CAD/CAM software and equipment to convert CAD drawings into objects. This rapidly evolving field is transforming the manufacturing industry, and many companies are developing prototypes by providing greater flexibility and enhanced capabilities. Students in the Digital Fabrication course will be introduced to the process of digital fabrication using 3-D design software and computer-aided design/computer-aided manufacturing (CAD/CAM) equipment.

**Total credit hours** 4.0
**Course length** 4 weeks

**COD3412**

## Digital Logic

The Digital Logic course presents an overview of logic design and symbolic logic to support the fundamentals of computer organization and architecture. Students will apply knowledge of binary systems and Boolean logic to engineer the fundamental elements of modern computing systems.

**Total credit hours** 4.0
**Course length** 4 weeks

**MAR681**

## Digital Marketing

The Digital Marketing Course focuses on the development of effective marketing plans that promote entertainment within a dynamic digital environment. The course takes an integrated approach to digital marketing through a combination of hands-on exercises, case analysis, and current industry research. Students will explore how to coordinate marketing initiatives across online and offline channels and between Desktop and Mobile audiences. In addition to understanding the tools and techniques required to create a digital marketing plan, students will develop the skills to manage their own professional presence online.

**Total credit hours** 3.5
**Course length** 4 weeks

**DMK691**

## Digital Marketing Campaign Development

The Digital Marketing Campaign Development Course addresses how to analyze the best campaign strategies and how to create these campaigns. The goals of this course are to understand the strategic value of all types of digital marketing campaigns and to be able to create a successful campaign. Along with understanding the various campaign models, the psychology of the consumer is analyzed to determine if a campaign will be effective with its target market. A variety of marketing campaign case studies also reinforce the concepts of the course.

**Total credit hours** 3.0
**Course length** 4 weeks

**MAR512**

## Digital Marketing Fundamentals

Students in the Digital Marketing Fundamentals Course will analyze the growing influence of digital marketing and how to harness the power of the Internet and technology to help an organization become a strategic force on the web. Students will also analyze the best strategic methods for success in the ever-changing digital realm.

**Total credit hours** 3.5
**Course length** 4 weeks

**DMK672**

## Digital Marketing and the Law

The Digital Marketing and the Law Course addresses emerging topics relating to the legal aspects of digital marketing. Topics covered include intellectual property, copyright, domain names, trademark issues, and the First Amendment. From a marketing approach, legal considerations are presented that can potentially affect the development of a marketing campaign. Students explore, through the course content and case studies, the impact of the Internet and technology on the legal arena. The course traces regulatory issues concerning the Federal Trade Commission and the Federal Communications Commission, among others.

**Total credit hours** 3.0
**Course length** 4 weeks

**IDT574**

## Digital Media and Learning Applications

The Digital Media and Learning Applications Course examines digital media and how it can be used in learning applications. The curriculum provides learners with a microcosm of the instructional design process and software that explores digital media techniques. Along with understanding the mechanisms of digital art, students will learn how to support their design approaches with established learning theories. They will also explore how to engage today's digitally savvy learner within an online learning community.

**Total credit hours** 3.0
**Course length** 4 weeks

† This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**NMJ570**

## Digital News Production

The Digital News Production Course prepares students to work in the evolving media environment by introducing them to the theories, techniques, and skills used in online newsrooms and for news-related websites. The goal of the course is for students to develop the fundamental skills necessary to take assembled journalistic content and distribute the content across integrated platforms in the format of a newscast or news report. The course provides students the conceptual skills necessary to integrate interactive content and to present online journalism holistically.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GRD344**

## Digital Publishing

The Digital Publishing course offers students a progressive approach to advanced design through a hybrid of print fundamentals, breakthrough digital technology, and inspired research. Students will develop their understanding of form, function, and structure through content and technique. Students will embrace the creative process through curated discussions and relevant case studies. Students will follow practical approaches to creative organization, preproduction, time management, and other workflows that are commonly used in professional practice.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**MAR632**

## Digital Storytelling and Branding

Students in the Digital Storytelling and Branding Course will learn how to define a brand's voice to create consistent and meaningful customer experiences at every brand touch point. Students also learn how to use storytelling principles to strengthen a business and make deeper connections with their customers. Finally, students develop and articulate their own personal brand identities for real-world business use.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

**DGT466**

## Digital Studio

The Digital Studio course introduces students to working in a studio environment. Students will learn techniques in art direction while creating a series of design concepts. They will work together to develop client-based campaigns across multiple mediums.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MCM2416**

## Digital Video and Audio Production

The Digital Video and Audio Production course covers the fundamental techniques and concepts of the preproduction and production processes. Students will explore the aesthetics of bringing video and audio together to create a dynamic presentation for a variety of media communications applications. The course examines scripting, treatments, visual and audio storytelling, storyboarding, editing, sound, media management, narration and industry terminology, and application.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**FLM368**

## Directing

The Directing course utilizes a collaborative learning environment to introduce basic and advanced directing techniques. Students will learn theoretical considerations and techniques for directing, acting, casting, and composition. Directing is examined through the phases of preproduction to postproduction delivery. An emphasis is placed on critical evaluation as part of the directing process.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**FPR550**

## Directing Talent

In the Directing Talent Course, students investigate the unique roles and responsibilities of the film director. The course curriculum will examine the scope of a director's creative and operational tasks from pre-production, to the set, and through post-production. The course will address the art of collaborating with actors and writers to achieve dramatic goals. Students will also evaluate working with technical crew and producers to craft scenes that must often meet dynamic artistic, budgetary, and scheduling constraints. This course explores these topics through the lens of production management and emphasizes hands-on, collaborative teamwork.

| | |
|---|---|
| Total credit hours | 5.0 |
| Course length | 4 weeks |

**MAD1100**

## Discrete Mathematics

The Discrete Mathematics course provides an introduction to basic concepts of mathematics and mathematical reasoning. Students will explore propositional and symbolic logic, sets and relations, sequences, functions, algorithms, matrices, number theory, combinatorics, probability, and Boolean algebra. Students will also use sets, truth tables, and other data structures to recognize and express mathematical ideas graphically, numerically, symbolically, and in writing.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**IMK4317**

## Display Advertising and Email Marketing

Display Advertising and Email Marketing allow brands to directly reach consumers with targeted messaging. In the Display Advertising and Email Marketing course, students will explore the advantages of understanding these concepts and the potential impact they may have on an organization. Students will also learn the best strategic methods for positioning a product or service for success. Students will be able to determine if these marketing routes are good fits for their brands and will understand how to produce effective campaigns that facilitate sales and customer loyalty.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CTI4421**

## Distributed Data

In the Distributed Data course, students will learn how to utilize cloud storage and APIs, replicate data through remote storage, and utilize federated systems. Students will conduct industry analysis to understand current best practices for the use and performance of distributed systems, APIs, and federated identity systems. Students will learn how to solve and manage data-distribution problems across multiple platforms and determine the effectiveness of their solutions.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SCS3351**

## Diversity in Modern Media

The Diversity in Modern Media course focuses on the importance of discovering and telling stories across race, religion, gender, class, and diverse cultural backgrounds. Students will explore the roles of journalists and broadcasters as agents of social change and responsibility. The impact of diversity on media and media access will also be examined. Students will consider the range of cultural settings navigated by journalists and broadcasters and the necessity of reaching audiences from various backgrounds.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**DGT363**

## Editing Digital Video

The Editing Digital Video course covers the art and science of nonlinear editing. In this course, students will learn how editing choices impact the way a project will be perceived and ultimately influence its success. Students will be introduced to the advanced concepts of imaging and editing, as well as the production model of editing video in the industry. Students will also participate in group discussions about editing choices and audience considerations.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MCM2429**

## Editing for the Web

The Editing for the Web course is designed for students to learn the best practices for developing content for the interactive web. In addition to analyzing a wide variety of websites, students will explore blogs, web series, podcasts, and more to learn content-optimization techniques—both in terms of the message and the media—while also learning techniques for incorporating multipage integration. Students will also be introduced to the concepts of usability and user experience and how they guide web content–development strategies.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**MDM555**

## Effective Copywriting

Successful media designers are visual and verbal communicators. The Effective Copywriting Course prepares students for the profession by teaching the nuances of writing for advertising, corporate communications, and presentations. Students complete a series of projects that help to develop their skills in writing persuasively while explaining and defending the rationale behind their decisions based on research. Throughout the course, students are required to polish their writing skills in order to extend the power of their design and to craft effective communications.

| | |
|---|---|
| Total credit hours | 5.0 |
| Course length | 4 weeks |

**DCN3435**

## Electronic Field Production

In the Electronic Field Production course, students will be introduced to the genres of documentary film/television and reality television. Students will explore the unique logistical, structural, and aesthetic methodologies that distinguish field production from other types of production. Students will focus on research, interviewing, and other specific logistical and technical requirements. An emphasis will be placed on the philosophy of ethics and exploration as it pertains to the creation of nonfiction visual storytelling.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DEV1425**

## Emerging Interface Design

The Emerging Interface Design course focuses on the industry-standard tools used to create the visual elements of user interfaces for varying screen sizes and devices. Students in this course will identify common design elements and the techniques used to create these elements. Applying the concepts and techniques learned in this course will increase students' ability to design intuitive, user-friendly interfaces.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GDD379**

## Engine Development

The Engine Development course focuses on rendering and animation in a game engine. Students will explore and implement an optimized rendering system. The course also covers advanced rendering topics, including postprocessing, shadows, and normal mapping.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**ENC1101**

## English Composition I†

The English Composition I course introduces students to the principles of writing. Within the context of academic writing, students will learn how to develop ideas, control the voice and style of their writing, and formulate a thesis. Students will also learn to compose logical sentences and paragraphs in order to represent ideas and create rhetorical cohesion. Special attention is given to selecting and refining topics, identifying the audience, developing a purpose, and revising written work.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**ENC1102**

## English Composition II†

The English Composition II course builds upon the competencies acquired in English Composition I and further refines students' writing process. Students will develop proficiency in academic writing, information literacy, and critical thinking. Through the study of argument and persuasive appeals and by learning to identify and avoid logical fallacies, students will learn to generate sophisticated written arguments.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**BIN530**

## Enterprise Data Management

The Enterprise Data Management Course explores the "big picture" of enterprise data systems and sources, taking a holistic approach to knowledge management within organizations. This course will introduce enterprise and management-level information systems that support business processes including enterprise resource planning (ERP), decision support systems (DSS), supply chain management (SCM), knowledge management systems (KMS), customer relationship management (CRM), and human resources information systems (HRIS). Students will explore the impact of the Internet on traditional IT systems management with particular focus on the technical and policy impact personal smart devices and the unique security issues raised by mobile applications, social media, and cloud-based systems. The course will also introduce students to the fundamentals of logical data models and database design. Assignments focus on the communication and presentation of complex technical information to a range of non-technical audiences. Students will receive their Capstone business case that they'll use to develop a project plan, data warehouse, final report, and presentation to be delivered at the completion of their degree Month 12.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GEB6508**

## Entertainment Business Finance†

The Entertainment Business Finance Course focuses on the financial decisions and issues facing the entertainment industry professional. During this course, students identify and evaluate entertainment business opportunities and projects using financial principles, while also learning how to raise the necessary finances to fund an entertainment company and/or project. Students develop financial projections including startup funds and pro forma income statements for their chosen business. Additional topics in the course include the development of financial decision-making skills, financial planning, capital management, operations expense management and personal finance.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**ENTB4485**

## Entertainment Business Models

The Entertainment Business Models course provides students with an overview of the entertainment business. It examines the various ways that entertainment organizations operate and generate profit from operations. Students will analyze traditional and emerging business models in various segments of the industry. Students will also explore career opportunities based on current and evolving models.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MMC6257**

## Entertainment Media Publishing and Distribution†

The Entertainment Media Publishing and Distribution Course focuses on issues currently affecting media publishing and distribution. Students will study traditional as well as new digital publishing and distribution models. The course also addresses issues within the industry such as piracy, social media, digital rights management and legislation. Students will explore strategies for protecting and monetizing their creative content and will utilize traditional as well as new distribution models to develop a publishing and distribution plan for their chosen business.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**MMC6257**

## Entertainment Media Publishing and Distribution

The Entertainment Media Publishing and Distribution Course focuses on issues currently affecting media publishing and distribution. Students will study traditional as well as new digital publishing and distribution models. The course also addresses issues within the industry such as piracy, social media, digital rights management and legislation. Students will explore strategies for protecting and monetizing their creative content and will utilize traditional as well as new distribution models to develop a publishing and distribution plan for their chosen business.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**IEN630**

## Entrepreneurial Finance

Students in the Entrepreneurial Finance Course will review the unique financial issues facing creative entrepreneurial enterprises. Students will learn how to quantify sales and expense estimates and create pro forma financial projections. Students will also examine short-term and long-term financial planning, business valuation, exit strategies, and other issues relating to the creation of a viable financial plan as part of a comprehensive business model. Topics include debt versus equity financing, how businesses are valued, the decision to go public or remain private, methods for alternative financing, and personal financial issues facing entrepreneurs.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**ENTB4623**

## Entrepreneurship In The Entertainment Business

The Entrepreneurship In The Entertainment Business course examines the role of entrepreneurs in the entertainment industry and their effect on the global economy. The behaviors and motivations of entrepreneurs are explored. Students will learn the steps required to launch a start-up company. Other topics covered include types of business entities and tax implications, business licenses, competitive advantage, and operations. This course provides an examination of the challenges and benefits of choosing entrepreneurship as a career path.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**CGG4555**

## Environment Art

The Environment Art course trains students in the techniques involved in modern game-environment creation. Students will gain a deeper technical understanding and will develop assets for use in a game engine. The course focuses on the modularity of materials and meshes that adhere to industry standards, both visually and technically.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CWM570**

## Episodic and Serial Writing

The Episodic and Serial Writing Course will teach students the elements of structure, character, and formatting specific to episodic and serial stories for television, comics and the web. Students will gain experience developing original episodic and serial stories, as well as with writing spec episode ideas of existing series. Students will learn the process of breaking episode storylines, planning multi-episode plot and character arcs, and the collaborative process of working as part of a writing team.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**ENTB410**

## Event Management

The Event Management course examines the business of event management, which has developed into a vital marketing tool for a variety of organizations. Students will examine what is involved in researching a product and company brand, identifying a target audience, creating an event concept, and developing a project-management plan. This course covers the application of project-management tools for successful event planning and management.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**PBR620**

## Events Marketing and Production

Today's public relations professionals often create thematic events to generate buzz, build excitement, and stir interest for their professional community. From press conferences to flash mobs, digital media plays a critical role in ensuring that events are well publicized and organized. In the Events Marketing and Production Course, students will explore the role of public and digital events that support PR efforts and how these events generate awareness for their clients and/or company. Students will examine how PR is used to support and enhance events such as trade shows, product launches, and press conferences. Students will also consider the roll of meet-ups, digital presentations, mobile apps, and other initiatives that enhance the effect of both digital and real-world interactions.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MAN630**

## Executive Leadership

This course examines the qualities necessary to be an executive leader in today's entertainment business field. Various industries are examined to ensure an understanding of a given industry's leadership styles and traits. Students explore effective decision-making processes, power and influence, mentoring, leading organizational change, and investing in and managing relationships to achieve business goals.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**FPR560**

## Experimental Filmmaking

The Experimental Filmmaking Course provides students with an overview of traditional and independent film production methods, but will focus on the nontraditional methods to visual storytelling. Students will research and explore experimental approaches to content, structure, style, and technology in filmmaking. Students will create concept scripts that must be shot with iPads, smartphones, still cameras, or any other recording device. By understanding these experimental methods of filmmaking, students will gain a deeper knowledge of visual storytelling, as well as how to utilize emerging technologies for the art of filmmaking. The use of mobile devices and mobile applications will be emphasized.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**DCN4111**

## Film Criticism

The Film Criticism course explores critical approaches to the study of film through an introduction to classical and contemporary film and media theory. Students will gain an appreciation for how filmmakers create meaningful experiences for their audiences. Issues relating to production, audience reaction, aesthetics, and ethics will be explored. The course will also analyze films that have sparked critical debate and challenged the theoretical suppositions of their time. The course navigates how the aesthetics of audiovisual images both draw context from and add context to their contemporary cultural, social, and political climate. Students will develop skills in critiquing others' works and in managing critiques with clients.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**FLM3421**

## Film Positions I

In the Film Positions I course, students will explore the various roles above and below the line and the technical skills and techniques synonymous with each department. The production, camera, sound, grip, electrical, and art departments will be examined. Emphasis is placed on developing the critical and interpretive skills necessary for serving and understanding the roles within the realms of film, television, and new media genres.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**FLM3422**

## Film Positions II

The Film Positions II course expands and nurtures the student's individual and unique voice by allowing students to select specific departments for further examination. Students will hone in on mastering the key techniques of their departmental choice, thus gaining more expertise in visual storytelling.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**FPR610**

## Film Production Thesis I: Pre-Production

The Film Production Thesis I: Pre-Production Course provides students with the conceptual and practical foundations required to produce their own film project. Students will consider the creative direction for their projects as they review production phases and begin the pre-production phase of their final project. Project-based learning will encourage students to consider the role collaboration plays in the creative process of filmmaking and implications on their own project as they begin to select team members. The course will also reinforce film production skills as students begin to turn their scripts into a film.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**FPR620**

## Film Production Thesis II: Production

The Film Production Thesis II: Production Course allows students to further develop their final film project. This course represents the production phase of the student's film project. In this course, students will apply the skills and knowledge gained from previous courses to the production of their own film. They will also practice techniques of directing and cinematography as they create their film through project-based learning. Leadership skills will be developed as students manage and work collaboratively with members of their production team. Topics include mise-en-scène, continuity, lighting, uses of lenses, and camera operation.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**FPR650**

## Film Production Thesis III: Post-Production

In the Film Production Thesis III: Post-Production Course, students will master the post-production phase of filmmaking. Hands-on exercises will enable the student to leverage the appropriate tools and technologies for editing their film project. Faculty-led reviews and discussions will direct students toward using the most effective editing strategies and assist in understanding aesthetic choices. Through project-based learning activities, students will learn both aesthetic and practical approaches to edit rough cuts of their film. These edits will then be used to gain feedback from mentors and the instructor. High-end digital post-production approaches will be emphasized.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**FPR660**

## Film Production Thesis IV: Film Assembly

The Film Production Thesis IV: Film Assembly Course will focus on editing and sound. In this first part of this course, students will focus on editing their film using appropriate technologies, color correction tools, and techniques for generating high-quality films. This part of the editing process will prepare the student's film to be in audio post-production. In the second part of this course, students will examine sound design, as well as utilize sound-editing strategies and technologies. Students will design and sound-edit their films and integrate various audio elements into a final mixed soundtrack. Upon completion of this course, students will have finished their student film and be prepared for presentation.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**FPR520**

## Filmmaking Concepts and Practices

In the Filmmaking Concepts and Practices Course, students will explore the theory and practice of film production. Students will learn how to apply filmmaking concepts and theory to the practice of film production in terms of production design, cinematography, and film aesthetics. The course will also cover production planning techniques and professional practices in film production, with special attention given to the roles of the filmmaking team. Topics include creating images for film, psychology of film, film research methodologies, advanced composition, and performance design.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**IDT610**

## Filmmaking Principles for Instructional Design

This course explores the components of filmmaking, video creation, and the concept of visual literacy. Students will learn a variety of video techniques that can enhance their instructional modules. Along with understanding how video is developed, students examine the importance of visual literacy, visual learning, and how to create and communicate with visual images. This course also explores visionary filmmakers and how their approaches can be applied to create a compelling learning or training product.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**EBM692**

## Final Project: Business Plan

The Business Plan is a comprehensive academic examination of a topic selected by the student. The project encompasses academic objectives and concepts learned from each course in the degree program. In their final course, students complete the written business plan and present the plan to faculty and peers. The completion of the Final Project Business Plan is a requirement of graduation for the Entertainment Business Master of Science Degree Program.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**BIN520**
### Foundations of Business Intelligence

The Foundations of Business Intelligence Course introduces students to the core concepts, processes, and tools of Business Intelligence. Lessons will introduce business process analysis (BPA) and cover the core business processes that business intelligence (BI) systems seek to address including finance and accounting, marketing, operations, and human resources. Students will explore the basics of common network, Internet, and BI architecture and technologies including data warehouses, data marts, and reporting tools and dashboard. Students will also develop a foundational knowledge of project management considerations for the design, development, and implementation of effective BI systems. Case study and interactive assignments will illustrate how elements of an effective BI system are used to solve a variety of real-world business problems. Finally, students will explore the structure of a formal literature review as they contrast business and academic research methods in preparation for the selection of their Capstone Thesis topic.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**CGA101**
### Fundamentals of Art I

The Fundamentals of Art I course introduces students to the language of visual arts. This class includes discussions, peer critiques, mentoring, specialized workshops, and small-group collaboration. Students will use a variety of media to complete exercises and projects based on their industry interests and their artistic skill level.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**CGA103**
### Fundamentals of Art II

The Fundamentals of Art II course builds on the skills and knowledge developed in Fundamentals of Art I and prepares students for subject matter essential to artists in the 3-D arts industry. This class includes discussions, peer critiques, mentoring, specialized workshops, and small-group collaboration. Students will use a variety of media to complete projects based on their industry interests and their artistic skill level.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**IEP083**
### Fundamentals of Conversational English

Fundamentals of Conversational English provides practice in basic listening, speaking, vocabulary, and introductory grammar as students are exposed to the attitudes, lifestyles, values, and themes common in the United States. Activities include role plays, oral presentations, and basic video creation.

| | |
|---|---|
| **Total credit hours** | **2.0** |
| **Course length** | **4 weeks** |

**IEP082**
### Fundamentals of English Writing

Fundamentals of English Writing provides practice in foundational English writing skills including basic sentence structure, capitalization, punctuation, and vocabulary development. Basic grammar tenses will be reviewed. Students will learn the importance of academic skills such as time management, academic integrity, and communication etiquette.

| | |
|---|---|
| **Total credit hours** | **2.0** |
| **Course length** | **4 weeks** |

**APR1355**
### Fundamentals of Music

The Fundamentals of Music course explores harmony, melody, rhythm, and form with an introduction to music notation and ear training. Relevant musical structures are examined and discussed in the context of popular music using common industry terms.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**AUD3011**
### Fundamentals of Music Business

The Fundamentals of Music Business course examines the structures of various types of music businesses. The music industry is composed of various players: companies, unions, not-for-profit associations, and other entities that influence the music production and live-event fields. Students will examine these different components as they relate to the music industry. The course also addresses the topics of copyright collectives, performance-rights organizations, music business deal structures, music distribution, and the tour-industry model.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**PHY1020**
### Fundamentals of Physical Science†

The Fundamentals of Physical Science course teaches students how to interpret the world through a variety of scientific concepts such as Newtonian mechanics, properties of matter, electromagnetism, the nature of waves and sound, and cosmological phenomena. Application of physical theories and mathematical formulas are explored through the interpretation of real and dramatized events.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**FLM280**
### Fundamentals of Production I

The Fundamentals of Production I course introduces students to the production process, including preproduction and production workflows. In the preproduction phase of the course, elements of planning, scheduling, and logistics are explored as they relate to various types of production formats and individual project needs. In the production phase, students will focus on completion of a shoot with an emphasis on set etiquette, safety, and collaboration.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**FLM378**
### Fundamentals of Production II

The Fundamentals of Production II course continues examining the production process by engaging students in the postproduction workflow. Students will focus on editing theory, including pacing, cut choices, conveying emotion, transitions, dialogue editing, sound effects, and editing. Students will learn how to apply editing theory to projects to complete a compelling visual story. Emphasis will be placed on examining the role of editor as visual storyteller.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**MKT2418**
### Fundamentals of Public Relations

The Fundamentals of Public Relations course focuses on the use of technology, created content, distribution, and new media in contemporary public relations. Students will learn how companies, organizations, and brands use traditional and new media to align their business objectives with their communications strategies. The course examines organizations' ways of managing various forms of media to communicate specific messages to distinct audiences. Students will develop a listening process to understand how the public perceives brands in the online community. This course will also present new technologies to reach consumers creatively and show students how to become the creative bridges between a business or brand and its consumers.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**IMK241**
### Fundamentals of Web Design

In the Fundamentals of Web Design course, students will learn the importance of facilitating an organization's success through the process of website creation. Students will be introduced to information architecture, HTML, and CSS and will analyze best practices in design to enhance the entity's marketing message and to promote consumer sales. This course covers advertising principles, website design and functionality, consumer experience, and branding, as well as the evolution of the web from the 1990s and into the future.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CGG333**
### Game Animation I

The Game Animation I course provides students with their first opportunity to produce animated sequences and cycles for gameplay. Students will develop an overall understanding of animation as it applies to the game industry with a focus on game-engine constraints and requirements. Students will pay special attention to character anatomy, rigging constraints, and reusability within all aspects of a game.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CGG4316**
### Game Animation II

The Game Animation II course introduces the process of incorporating in-game cinematic animated sequences. Students will develop their characters through acting and performance while adhering to game-engine constraints.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDD483**
### Game Architecture

In the Game Architecture course, students will plan and pitch the genre and scope of their game, considering factors such as design, interactivity, theme, art style, and potential project issues. Students will decide on the game's features, design the story, determine the needed assets, and designate the roles of team members for the project.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**APR4316**
### Game Audio Production Techniques

The Game Audio Production Techniques course provides students with an advanced view of the process of creating sound for video games. The course focuses on creative design and addresses the considerations of audio behavior for games. Video games require a unique understanding of the various sound elements as well as the specific tool sets that govern them. Students will produce documentation relevant to the game-development industry and learn how game-audio professionals network in this expanding field.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDN4319**
### Game Balancing

The Game Balancing course teaches students how to use level-design and gameplay-design fundamentals to create levels that capitalize on the strengths of their own designs. Students will also learn about communicating to the player through a user interface. In addition, students will learn how to call certain design elements final and when to cut features that are deprecated or not synergistic with the overall design direction.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CGG3447**
### Game Characters

The Game Characters course focuses on the elements of accurate high-resolution character sculpting. The course material covers proper anatomy, proportion, and fine details. Students will create assets implementing advanced techniques while maintaining realistic surface quality and likeness of reference. Students completing this course will develop a deeper understanding of digital sculpting, topology, texturing, and the use of generated maps.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GDM541**
### Game Design

Design is the foundation of the development process, encompassing the creation of the elements that shape a player's interactions within a game. This includes crafting systems of rules, environments, narratives, and aesthetics to evoke the intended moods and communicate the themes that express a game's meaning. To this end, the course covers a variety of topics, including game history, projected future tracks, genre – including genre creation and genre blending – world building, mechanics, and audience demographics. Students will conduct research on a variety of design topics, and then apply their knowledge through the creation of documentation and prototypes based upon both client and student design concepts.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**GDN1231**
### Game Design I

The Game Design I course examines the active role of game designers by breaking down game ideas into discrete, functional, and logical systems. Since designers are responsible for all features of any given game, such as player goals, choices, and game rules, students will observe and analyze different game designs to understand how these elements interact. They will further hone their design and technical-writing skills by creating game prototypes and revising and editing flowcharts, outlines, and research data through multiple iterations of analog games.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDN4241**
### Game Design II

The Game Design II course allows students to mature their game design skills. Students will read some of the top writing in game studies, on topics related to both theory and practice. Students will also play games that illustrate various design principles and prepare them for project tasks. Ultimately, students will be tasked with creating their own games, playtesting them, and analyzing their own work as well as the work of other students.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDN4542**
### Game Design Preproduction

The Game Design Preproduction course requires students to collaborate as they would in a professional game-development environment, working in teams to document and develop a gameplay prototype. Each team will learn how to balance a demanding workload in which multiple deliverables must be managed concurrently. The students' work will be further developed from a concept into a comprehensive portfolio piece.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GDN3842**
### Game Development

The Game Development course provides a practical approach to design and implementation across multiple phases of development. Simplified versions of video games, referred to as prototypes, will be developed as students become experts at game scripting. Upon successful completion of this course, students will possess the abilities, tools, and research methods necessary to deliver a game from concept to completion.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MBG541**
### Game Development Frameworks

Students in the Game Development Frameworks Course will connect mobile and micro-console technologies to various platforms and operating systems to analyze how they influence the design, functionality, and delivery of a game. Students will also evaluate the limits various technologies place on game design, with special attention given to hardware resource contention and software stack limitations.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

## GDD4319
### Game Integration

The Game Integration course involves the maintenance of technical-design documentation, the implementation of game technology, and the preparation and presentation of alpha and beta milestones. Students will continue working on their game projects and integrating assets toward final milestones.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## GDN3341
### Game Mechanics

The Game Mechanics course explores the theories and principles employed in game rule-based systems. Students will learn how pacing and thematic structures incorporate conflict resolution and generate a plausible challenge-and-reward system. Students will understand the use of feedback mechanisms by employing a heuristic testing process. After completing this course, students will have a better idea of how to sync gameplay decisions to a specified target audience.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## MPR3452
### Game Music Composition

Creating music for game audio requires a radical shift in production strategy because of the conditional-access design of games. In the Game Music Composition course, students will study game music and design, analyze design approaches, and synthesize and use a toolbox of production strategies. Students will continue to develop their music skills through group collaboration and the construction and production of a game music project.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## CGG382
### Game Production

The Game Production course allows students to use tools, techniques, workflows, and artistic skills and apply them to the creation of portfolio assets. Students will develop skills in time management, production workflow, and portfolio presentation. After successfully completing this course, students will possess a high-quality game-art portfolio piece and presentation images and/or a movie for use in portfolio assembly.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## GDM615
### Game Production Tools

Building on the skills from the Production Management Principles course, the Game Production Tools Course equips students with tools used in the processes of software production and project management. Students in this course will be familiarized with and conduct applied research related to project management software that aids in the management, workflow, and documentation of projects – including Microsoft Project, Visio, asset management systems, defect tracking systems, and more.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

## GDN4920
### Game Systems Integration

In the Game Systems Integration course, students will work in teams to take an existing game that is near completion and learn how to perform testing, improve existing mechanics, add visual and audio player feedback, and more. Upon completion of this course, teams will have concrete examples of their design decisions that are polished, professionally formatted, and ready to be presented and shared.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## GDM680
### Game Project Practicum

The Game Project Practicum Course is designed to allow students the opportunity to apply the game design and production knowledge, skills, and techniques gained throughout the program toward their capstone efforts. Group critiques and progress reporting will be integral to this course, helping students to continue to hone the communication, analysis, and critical thinking skills that are so vital in the game development process.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

## EME6227
### Game Strategies and Motivation

The Game Strategies and Motivation course teaches educators and staff trainers game design techniques and strategies that will motivate learners to engage in an instructional activity. A variety of gaming models and methods are examined, along with academic theories and psychological methods to support the game design applications. Students will then design games to take learners from the beginning of a complex topic and carefully navigate them through to academic mastery. In addition, students will explore how games can be evaluated for assessment goals.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## GDM670
### Game Usability and Testing

The Game Usability and Testing Course is a blend of academic and applied science, targeting core design principles through scholarly research methods and applied usability techniques. Building upon the core principles of applied research (validity) learned in the first months of the program, this course will allow the student to understand the core principles of applied design (usability). A human design approach will allow students to test commercial products and video games. Students will move past surface level references to game design mechanics, endeavoring to explore complex game mechanic constructs such as reward systems, timing, skills, rules, immersion, mental models, knowledge structures, and more.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

## ECW3521
### Game Writing

The Game Writing course introduces students to special demands and concerns involved in writing for games and the techniques used to address these needs. Game writing is the foundation for and paragon of interactive writing and usually takes place in a highly collaborative environment. Students in this course will practice the techniques of game writing and the cooperative skills needed to succeed in this atmosphere. They will use these skills to form collaboration teams that will produce a gaming script and story.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## MCM3333
### Gaming and Transmedia Storytelling

The Gaming and Transmedia Storytelling course explores the impact of transmedia on audience behavior and media culture as well as its relevance as a media communication tool. Students will survey the history of transmedia, theories of industry pioneers, and trends created by current leaders in the field. Students will also examine how gaming influences transmedia marketing and audience engagement. Students will also learn how to use a variety of media metrics to measure a transmedia story's impact. Additionally, students will be able to differentiate between transmedia and cross media campaigns and entertainment franchises. Finally, students will be able to delineate between passive transmedia narratives and interactive alternate reality games.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## ENTB3314
### Global Media Management

The Global Media Management course addresses the complexity and diversity of business practices in the global media marketplace. This course explores topics such as consumer differences across key international markets, global marketing strategies, economic policies, as well as political and cultural environments and their effect on media. Students will also examine the impact of geography on business transactions and media distribution and the laws, treaties, and international labor issues that affect global business.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

## IEP087
### Grammar 1

Grammar 1 expands student competencies in verb tenses, gerunds, regular and irregular verb use, common phrasal verbs, and prepositions. Students will continue to build vocabulary as they experience increased exposure to authentic American English via various forms of American media. Activities include journaling and oral presentations that allow students to put new knowledge into practice.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

## IEP091
### Grammar 2

In Grammar 2, students build on English grammar knowledge (e.g. reviewing irregular verb conjugation, past and present perfect tenses, and phrasal verbs), basic idiomatic expressions, and vocabulary (e.g. informal and academic). Students will apply new knowledge through conversation, visual resume development, on-camera interviews, and writing activities.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

## IEP093
### Grammar 3

In Grammar 3, students will improve their lexicogrammatical accuracy and fluency in various contexts as they learn grammar for effective communication in everyday academic and nonacademic domains. The course offers interactive, personalized learning using mobile applications and multimedia activities and enables students to continue to generate more comprehensible spoken and written communication. Students will participate in events both on and off campus to enrich their cultural experience and gain a deeper understanding of various degree programs offered at Full Sail University.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

## IEP096
### Grammar 4

Grammar 4 further develops students' capacities in English grammar as they learn techniques for improving language fluency. This course covers topics such as gerund phrases, conditionals, and noun and adjective clauses while supporting student capacities in essential verb tenses and academic vocabulary. Activities include poetry analysis, journaling, and multimedia presentations.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

## MCM3855
### Graphic Design and Communications

In the Graphic Design and Communications course, students will examine principles, concepts, and applications that will strengthen communication efforts within graphic-design projects. The course guides students through the process of creating, producing, and distributing compelling still and animated visual communication. Students will review how words and images are coupled to convey data, concepts, and emotions. In addition, students will explore the developmental phases of the graphic communications process from the origination of the idea to the reproduction, finishing, and distribution of multimedia products.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## DGT101
### Graphic Principles I

The Graphic Principles I course is designed to teach students basic levels of graphics creation through the use of software programs employed by design, animation, and interactive-media companies worldwide. This course emphasizes vector graphic design from a production point of view, as students gain a thorough understanding of input/output techniques, color theory, and tools for graphic design and image creation.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## DGT201
### Graphic Principles II

The Graphic Principles II course is designed to teach students advanced levels of graphics creation through the use of software programs employed by design, animation, and interactive-media companies. This course emphasizes raster graphic design from a production point of view and expands students' knowledge of digital color models and image-compositing techniques.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## DIG3100
### Graphic Web Design

The Graphic Web Design course examines the process of creating exciting, functional content for the web. Students will expand on the design skills that they have learned throughout the degree program. They will gain understanding of HTML and web standards as they learn how to create, producing, and distributing a professional website within a web-authoring tool and complementary software applications.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## HIS3320
### Historical Archetypes and Mythology

The Historical Archetypes and Mythology course introduces students to the connections between history, mythology, and iconic archetypes and the influence these relationships have had on classical and contemporary cultures of the world. Color symbolism is also explored in order to better appreciate folklores, heroes, and monsters of various cultures. In addition to composing original myths and stories, students will complete a personal assessment that identifies characteristics of their individual archetypes. They will use this knowledge to identify, relate to, and relate to mythological characters and characters of their own creation. The course also enhances students' ability to analyze and evaluate information.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

## FIL1036
### History of Motion Picture Arts†

The History of Motion Picture Arts course explores the motion picture as an art form, a business, and a representation of society. Students will examine how film has become a dominant force in American culture through study of the birth of film, the golden age of silent films, World War II, non-Hollywood films, the New Cinema of the 1960s era, and the Hollywood Renaissance.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**MUH2429**

### History of Popular Music

The American music industry has generated hits and new styles throughout every decade. The History of Popular Music course surveys this rich evolution from its roots through the 1960s, establishing major musical milestones that have become the precedents of today's industry genres. By examining the development of each musical style through a sociological and technological lens, students will gain insight into the conditions that have made American music distinctly unique.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**AUD3311**

### History of Recorded Music

The History of Recorded Music course illustrates how the music industry evolved under the transformative catalysts of music technology and the media. Beginning with the popular music revolution of the late 1960s, the course covers how Bob Dylan, the Beatles, and James Brown expanded the subject matter of popular lyrics to include political awareness. Students will examine how technical innovations in the recording studio, concert staging, and delivery formats multiplied the palette of available sounds and presentation methods. The course also explores how record labels' saturation of the media converged with film, magazines, broadcasting technology, cable television, and the Internet for increased sales.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**VIC3003**

### History of Visual Communications

The History of Visual Communications course surveys how people have used the visual arts to communicate stories and concepts throughout history and across disciplines. From cave paintings to digital media, students will explore how visual techniques have been used to communicate emotions, break sociocultural boundaries, and share new ideas. Special attention will be given to the emerging forms of art and media that have developed through the workings of human-computer interaction and the implications of these new forms on the future of visual communication.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**COD3622**

### Information and Database Systems

In the Information and Database Systems course, students will gain essential skills in databases and database management systems. This course focuses on relational databases, tables, normalizations, indexing, and relationships among tables. Students will learn the purposes of functions, stored procedures, triggers, backups, tuning, and programming interfaces as well as security and authorization. Through database design and manipulation using Structured Query Language (SQL), students will gain experience with these systems. Students will also explore the database-management and design tools used to implement a client-sever relational database management system (RDBMS).

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CTI1201**

### Information Management and History

In the Information Management and History course, students will learn about the history of computing, including the current state of the industry, human-computer interaction, business-technology use cases, and how to manage technology projects. Students will investigate and research how different solutions have been deployed and why in the realm of information technology, providing insight into choices to implement particular solutions. This course will provide a clear understanding of both the human and technological aspects of selecting and executing an information technology solution.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**CTI3021**

### Information Storage Fundamentals

The Information Storage Fundamentals course introduces concepts of database management systems and data storage systems. Principles of database storage, retrieval, and security are explored and implemented within popular relational and nonrelational database systems. Students will also learn the concepts and architecture of data storage systems, storage networks, and storage protocols used in the industry. The use of role-based access control is applied to control permissions to data and databases.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**PBR540**

### Innovative Public Relations Tools and Resources

Like the tools in a toolbox, different media techniques and technologies can solve different communication problems. In the Innovative Public Relations Tools and Resources Course, students will examine the unique characteristics of popular technologies such as social networks (Facebook), real-time media (Twitter), and content sharing (YouTube, Flickr). Students will also investigate behaviors including crowd sourcing, feed aggregation, and content curation. The role of technologies such as RSS, HTML5, and emerging mobile platforms will also be explored. The course will offer students a deeper understanding of the unique properties of each platform as well as examine the kinds of tactical and strategic problems each technology addresses in the context of a PR campaign.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**IEN670**

### Innovative Work Environments

Students in the Innovative Work Environments Course will establish a work environment that supports constant innovation, by communicating the entrepreneurial vision, developing collaborative teams, and creating a culture of creativity and innovation. Students will learn strategies that successful companies use for managing innovation, design, concept creation, and workflow. They will explore how the workplace environment supports creativity, profitability, innovation, communication, and collaboration, and fosters the development of new products, services, and revenue streams.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**IDT562**

### Instructional Design and Evaluation

In the Instructional Design and Evaluation Course, students will explore various design strategies to effectively communicate learning objectives within instructional settings. In addition to learning a variety of instructional design approaches, students will learn how to evaluate a design strategy and examine which approach is best for their academic or staff training environments. Along with traditional learning theories, the multiple learning theory and emotional intelligence theory will be examined and evaluated for design and implementation in various learning environments. Students will also learn how to manage an education or a training project utilizing media through the entire process.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**IDT690**

### Instructional Design and Technology Final Project

In the final course in the Instructional Design & Technology degree program, students will reflect on their personal and professional evolution throughout their program and create a final instructional project based on their current or future career paths. In addition to the project, students will develop a research component that describes the methodologies that were required to complete the project. Students will draw from previous assignments and projects to create a media-rich final project that will be evaluated by both peers and faculty.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MCM3425**

### Integrated Marketing

The Integrated Marketing course examines the applications of a consistent brand message across both traditional and nontraditional marketing channels. Students will explore promotional methods strategically designed to reinforce brand contact with target markets and stakeholders. In this course, students will examine the integration of marketing channels and public relations by using digital media to develop strategies and creative campaigns. Students will work with relevant case histories and survey contemporary topics. This course incorporates multiple disciplines such as advertising, public relations, promotion, and social media.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDV4921**

### Integrated Product Deployment

The Integrated Product Deployment course builds upon the planning and research previously completed within the degree program. This course allows students to execute their plans by simulating the conditions of a professional environment in which students will be required to develop and deploy their mobile applications for targeted devices.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDV4910**

### Integrated Product Development

The Integrated Product Development course provides an opportunity for students to identify and plan the most effective and highest-quality professional products possible by targeting specific users and approaching application development from a needs-based perspective. To capture a holistic perspective of the mobile development process, outside research and critical thinking are encouraged within assignments and discussions. Basic concepts regarding metrics are introduced, such as return on investment (ROI) usage and mobile application–marketing strategies, which frame the potential success of an application.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**BUL3514**

### Intellectual Property†

The Intellectual Property course examines how artists, athletes, game creators, filmmakers, and businesses use trademarks, copyrights, publicity rights, trade secrets, and patents to enhance goodwill and generate revenue from ideas and properties. Students will explore the ownership, licensing, and transfer of rights as well as infringement, prevention, and enforcement measures. Students will also explore the impact of technological and cultural evolution and privacy restraints on the creation, ownership, and spread of content in the sports and entertainment industries.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GRD4411**

### Interactive Editorial Design

The Interactive Editorial Design course teaches students to combine theories and skills taught in previous courses with usability concepts in order to lay out information across multiple types of media. Students will explore how designs translate between print and interactive media.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DGT372**

### Interactive Media Design and Usability

The Interactive Media Design and Usability course introduces students to the tools and concepts of user-interface (UI) design combined with a method of project development that utilizes an industry-proven production process. The course explores both behavioral and structural patterns of UI design along with information architecture (IA) for interactive deployment, user navigation techniques, and page layout for the interactive medium. Students will gain an extensive knowledge of usability patterns and production methodologies as they implement project documentation for the milestones of a user-interface design.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DEV2318**

### Interfaces and Usability

The Interfaces and Usability course focuses on designing intuitive, usable interfaces for varying screen sizes and devices. Students will learn fundamental interaction-design and usability principles coupled with proven user interface–design patterns. Applying the concepts learned in this course will increase students' ability to create effective user experiences optimized for the targeted device.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CTI3001**

### Introduction to Application Servers

The Introduction to Application Servers course presents the concepts of server virtualization, application server software, and enterprise distributed authentication systems. Popular web-server, email, and network application services are installed, configured, and secured on open-source and proprietary operating systems. Students will learn how to integrate multiple server applications and apply authentication models to control access to server resources.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**ECO2005**

### Introduction to Economics

The Introduction to Economics course examines the principles of economics that influence decision makers, both consumers and producers, within the global economic system. Students will examine the features of and reasons for different economic systems throughout the world. Supply and demand, fiscal and monetary policies, and international trade benefits and costs are discussed. The course provides a solid understanding of economics and how it affects various industries.†

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**CTI2318**
## Introduction to Information Security

The Introduction to Information Security course presents the concepts of network security, encryption, and security policies. Students will learn security principles and how to apply this knowledge throughout future courses. Role-based access control, trusted parties, risk assessment, and incident response management practices are applied to business policies and technology systems to protect data and preserve records. The use of encryption in computer, network, and storage systems is studied and applied.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MKT210**
## Introduction to Marketing

The Introduction to Marketing course explores foundational marketing concepts, including target-market segmentation, product distribution, and promotion. Students will examine traditional marketing avenues, such as print, television, and radio, as well as newer practices in modern technology. In this course, students will construct strategic plans for the selection and development of goods and services. Consumer behavior and its effects on the success of marketing efforts will be inspected and evaluated by students to introduce the human aspect within the business field.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**SCS1101**
## Introduction to Sportscasting

The Introduction to Sportscasting course will expose students to the fundamentals of sportscasting, including basic television and production terminology. Students will learn the art of creating and executing a sportscast and gain experience writing their own material, appearing on camera, and recording voice-over. They will build their essential skill set for functioning in any newsroom, including the ability to read a rundown, run a teleprompter, and edit simple audio.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MCM1002**
## Introduction to Media Communications and Technologies

The Introduction to Media Communications and Technologies course provides students with a brief history and an overview of contemporary forms of media communication. Students will examine a variety of analytical and strategic perspectives while being introduced to industry-production tools and techniques. Areas of study highlight the many roles of media professionals, the media-campaign creation process, and the impact of new-media technologies. Students will learn how to make sense of the dynamic field of media communications through a critical analysis of real-world media campaigns, which will serve as a foundation to build their own media strategies.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SHP2033**
## Introduction to Show Production Systems

The Introduction to Show Production Systems course introduces students to the basic concepts of live-event terminology and technical systems. Production equipment overviews and basic interfacing are introduced in preparation for future lab sessions, and additional emphasis is placed on defining live-production components and system interfaces.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**MDV3810**
## Java I

The Java I course helps students transfer existing programming knowledge to the Java language. Students in this course will explore the fundamentals of the language and existing Java and Android application-program interfaces (APIs) as they apply to the Android platform.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**MDV3830**
## Java II

The Java II course builds upon the fundamentals covered in Java I to enable students to construct applications that utilize the Android software-development kit (SDK) to create feature-rich mobile experiences. The course focuses on code optimization and extensibility as well as application scalability within a diverse mobile landscape.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**MAN3152**
## Leadership and Organizational Behavior‡

The Leadership and Organizational Behavior course consists of an inquiry into the leadership characteristics that inspire others to take action. Students will learn how leadership and organizational structures affect human behavior within organizations. This course includes an in-depth self-assessment that allows students to identify their personal strengths and weaknesses and understand how these qualities affect other individuals as well as group behavior. This course also provides strategies for decision making and building effective teams and encourages students to explore the difficulties, compromises, and rewards of collaboration and of different leadership models.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**IEN560**
## Legal Issues for Entrepreneurs

Students in the Legal Issues for Entrepreneurs Course will examine legal challenges entrepreneurs face as they launch their business ventures. Students will learn how the location of their venture will affect many business decisions, as the laws of the states and municipalities vary. They will also learn how to efficiently interact with attorneys in order to keep their legal costs as affordable as possible. Students will use the information from this course to develop their own individual legal plan.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**EME6630**
## Learning Management Systems and Organization

In the Learning Management Systems and Organization Course, students explore how to present and deliver instructional content through a variety of content delivery methodologies. Students will examine the tools that enable synchronous and asynchronous learning, and explore which curriculum is more suitable for each delivery method.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**NMJ642**
## Legal Aspects of Media

The Legal Aspects of Media Course identifies complex media legal issues presented by the expansion of digital and mobile technologies, and helps students think critically about how to resolve these issues. The course explores whether or not traditional media laws and regulations apply to the Internet, and if so, which laws and in what application. Students will discuss First Amendment rights and media law, including libel and slander, privacy, as well as ethical dilemmas faced by media professionals. Finally, students will examine these legal issues in the context of current technologies and future trends.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**BUL5582**
## Legal Issues in Sports

This course provides an overview of the legal issues that impact the sports industry, with an emphasis on contracts, licensing, and risk management. Students in this course explore how the digital revolution has impacted the industry and learn strategies for protecting and exploiting rights in the digital domain. Students also analyze case studies to understand how the sports industry has evolved in light of changing technologies and the law. Finally, students in this course have the opportunity to focus on the impact of the law on sports and examine how evolving trends are affecting the way sports agreements are structured.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**CGG452**
## Level Assembly and Lighting

The Level Assembly and Lighting course builds on students' understanding of game requirements to construct a playable level. Students will design, build, texture, light, and add effects for a level. Students will learn to develop content for game environments.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GDN3632**
## Level Design

The Level Design course teaches students how to analyze game levels and break them down into their basic components. Students will learn to ask the right questions when designing a level: What purpose does a particular object in a level serve? Is it functional, or is it there for purely aesthetic reasons? What sort of guidance (if any) should a player receive? Does this level have any ties to previous or future levels? Students will also learn about such concepts as level pacing and flow, setting clear goals for a player, and the importance of visuals. The ever-elusive fun factor will also be covered as a way of tying the individual components together.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**TPA3013**
## Lighting Concepts and Design

The Lighting Concepts and Design course is dedicated to conventional lighting-system concepts and introduces students to color theory, photometrics, truss systems, conventional fixtures, dimmers, and terminology. Emphasis is placed on defining live lighting components and system interfaces.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GEN242**
## Linear Algebra

The Linear Algebra course covers selected topics in geometry, algebra, and trigonometry. Students will complete learning activities that address collision detection and the motion of objects to increase their ability to visualize and understand multidimensional concepts. The course introduces students to vectors, matrices, and quaternions, which are utilized to predict and control the way objects move and interact in computer applications. Using these concepts of linear algebra, students will develop their programming skills by creating libraries of code functions.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**APR3211**
## Listening Skills for Audio Professionals

In the Listening Skills for Audio Professionals course, students will be challenged to develop their listening skills and acquire the knowledge, skills, and discipline to continue a lifelong process of growth. They will learn to distinguish frequencies, dynamics, common audio processes, and various types of noise and distortion.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**IEP085**
## Listening and Speaking 1

Listening and Speaking 1 emphasizes the development of speaking skills and listening comprehension. This course focuses on tools such as basic interviewing practice, speech development, presentation, and improvisation to improve students' ability to clearly communicate basic information in English. Topic areas include American broadcast media, authentic news, and entertainment interviews.

| | |
|---|---|
| **Total credit hours** | **2.0** |
| **Course length** | **4 weeks** |

**IEP088**
## Listening and Speaking 2

Listening and Speaking 2 teaches strategies for developing and improving academic listening comprehension. Students will actively engage with peers in discussion groups and participate in activities such as listening to and orally interpreting products of creative expression and media. Special attention is given to introduction and practice of basic note-taking skills, learning strategies, and the development of personal educational goals.

| | |
|---|---|
| **Total credit hours** | **2.0** |
| **Course length** | **4 weeks** |

**IEP094**
## Listening and Speaking 3

Listening and Speaking 3 will improve students' listening and speaking skills as they develop competency in everyday and formal discourses. Students will learn effective strategies for presenting in English and will have the opportunity to develop their skills through public speaking, role-playing, and podcast exercises.

| | |
|---|---|
| **Total credit hours** | **2.0** |
| **Course length** | **4 weeks** |

**IEP097**
## Listening and Speaking 4

In Listening and Speaking level 4, students learn and discuss the role of art, communication, and media in American society, building upon the English language listening, speaking, vocabulary, and writing skills learned in prior courses. This course examines the core components of creative expression, offering students insight and instruction on listening and speaking through presentations, class debate, and critical thinking. Students also exercise advanced listening, writing, and vocabulary skills in preparation for the online-based Accuplacer exam, taken at the conclusion of the program.

| | |
|---|---|
| **Total credit hours** | **2.0** |
| **Course length** | **4 weeks** |

**ECW3111**
## Literary Genre I: Comedy and Tragedy

The Literary Genre I: Comedy and Tragedy course introduces students to two fundamental traditions in media and literature. Through the study of a variety of modern works of comedy and tragedy, students will learn what moves an audience to laughter or tears. Character psychology and narrative structure are emphasized as students learn how humorous and tragic stories are developed. Students will work in teams, as well as directly with the instructor, to incorporate elements associated with comedy and tragedy in their own writing.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**ECW3211**
## Literary Genre II: Horror, Mystery, and Suspense

The Literary Genre II: Horror, Mystery, and Suspense course introduces students to the conventions and techniques of horror, mystery, and suspense writing and the relevance of these styles to all forms of writing. Students will examine what drives mysteries, the tension that defines suspense, and the fear of death, failure, and the unknown that makes horror piquant. This course presents the works of key creators of these genres in media from the short story to the monster movie to survival-themed games.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

‡ This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**ECW3311**

### Literary Genre III: Science Fiction and Fantasy

The Literary Genre III: Science Fiction and Fantasy course introduces students to the specific appeal and techniques of science fiction and fantasy, including hard science fiction, space opera, epic fantasy, speculative fiction, and alternative history. Students in this course will learn about the appeal of escapist fiction and how these speculative genres often shed light on human nature and the human condition in ways that are difficult to accomplish in more realistic genres. The tendency for games and comics to fall under the sci-fi and fantasy realm will also be examined.

**Total credit hours** 4.0
**Course length** 4 weeks

**ECW2123**

### Literary Techniques and Story Development

The Literary Techniques and Story Development course provides a broad spectrum and intensive study of authorial choices and literary techniques that bring meaning and direction to stories. By employing literary devices, authors play upon their readers' conscious and unconscious experiences and archetypes, which in turn shapes the interpretation by and impact on the audience.

**Total credit hours** 4.0
**Course length** 4 weeks

**DAD464**

### Live Event Design

In the Live Event Design course, students take the graphic and motion-design concepts taught in previous courses and combine them to create graphics and animations for live-event production. Concepts in experiential design and projection mapping are used to extend their work beyond the screen. Students will incorporate 2-D, 3-D, and video assets into a unified multiscreen experience.

**Total credit hours** 4.0
**Course length** 4 weeks

**SHP3712**

### Live Production Management

The Live Production Management course explores the principles, personnel, and skills needed to plan and execute various live events. Students will focus on technology implementation, systems design, documentation, and techniques used in developing preproduction strategies and post-event evaluations.

**Total credit hours** 3.0
**Course length** 4 weeks

**DCN3317**

### Location Lighting

The Location Lighting course emphasizes professional techniques and protocol relevant to lighting in the world of digital production. Emphasis is placed on creative lighting design while working within a fixed budget. Students will employ color correction, camera filtration, and lighting techniques to shape and emotionally impact a scene.

**Total credit hours** 3.0
**Course length** 4 weeks

**GRD356**

### Logos and Symbols

The Logos and Symbols course builds upon the concepts learned in previous courses. Students will be exposed to the work of notable graphic designers and will learn the advanced techniques used in creating these pieces of visual poetry. Students will also explore what makes a logo or symbol effective and instantly recognizable. The design concepts reinforced in this course can be applied across all types of media.

**Total credit hours** 3.0
**Course length** 4 weeks

**SDV4102**

### Machine Intelligence Systems

In the Machine Intelligence Systems course, students will explore the technical aspects of the applications and technologies that are used for gathering, storing, analyzing, and accessing information to help make better business decisions. Students will investigate how to model, design, and utilize business-intelligence systems by using both online transaction processing (OLTP) and online analytical processing (OLAP) systems for operational data and data warehousing. Topics include systems-requirement gathering, data-integration frameworks (DIF), data-warehouse modeling, independent data marts, architectural approaches, and systems support.

**Total credit hours** 4.0
**Course length** 4 weeks

**PBR560**

### Market and Consumer Research Analysis

In the Market and Consumer Research Analysis Course, students will learn how to examine various professional public relations and marketing resources to identify their market, competition, and consumer. After learning how to research for this information, the student will learn how to target their public relations campaigns to attract their desired client. In support of this objective, students will examine how to capture and retrieve demographic and industry data using a variety of tools ranging from surveys and focus groups to public data, third-party web metrics. Students will then investigate how to analyze, evaluate, and present industry data within a professional context. Finally, students will consider how to select the appropriate digital medium/channel mix for their campaign by matching the right communication tool to both the right organizational objective and the right audience.

**Total credit hours** 3.0
**Course length** 4 weeks

**MKT3014**

### Marketing Law and Contracts

The Marketing Law and Contracts course provides an overview of legal practices typically encountered within marketing businesses. This course examines legal terminology, the role of contracts in marketing, and drafting a basic contract. Students will explore theories of negotiation and strategy in developing solution-oriented processes for achieving results in business. They will investigate the legal relationships between companies, organizations, sponsors, vendors, and consumers. Students will also explore topics such as content creation, intellectual property protection, and risk management.

**Total credit hours** 4.0
**Course length** 4 weeks

**SMM4833**

### Marketing Plans and Campaign Development

The Marketing Plans and Campaign Development course is designed to give students an interactive opportunity to develop a client marketing plan and/or business activation campaign from start to finish. Students will research and analyze case studies, both domestic and international, and will formulate a project that enables them to create their own campaigns. Students will begin with the creative process and then move into the managerial and process-defining role involved in developing communication and marketing plans. This course presents students with the design, technology, and presentation tools for developing messaging and branding for any type of sports business.

**Total credit hours** 4.0
**Course length** 4 weeks

**MKT1414**

### Marketing Research

The Marketing Research course explores how vital it is to know how to extract data that will provide information about products and services in relation to consumer behavior. A marketing vision must be constructed and substantiated based on data and facts to validate the financial investment of a company. This course compares and contrasts research methodologies; explores marketing strategies and tactics; and examines the roles that design, implementation, analysis, interpretation, and reporting of research play in influencing marketing decisions. Students will learn to exercise appropriate research design, conduct research, and interpret data for conclusions.

**Total credit hours** 4.0
**Course length** 4 weeks

**IEN620**

### Marketing Strategies for Entrepreneurs

Students in the Marketing Strategies for Entrepreneurs Course will explore the development of marketing strategies, branding and positioning, pricing, and promotion strategies including digital and direct selling. Students will also learn about customer development and the importance of establishing relationships. The course stresses the importance of differentiation and brand development in presenting and communicating the story of a new venture's offerings.

**Total credit hours** 3.0
**Course length** 4 weeks

**MDL501**

### Mastery: Personal Development and Leadership

The Mastery: Personal Development and Leadership course allows students to map their own path toward achievement by providing a holistic understanding of success, personal motivation, resiliency, and intellectual commitment. Through historical and contemporary case studies that demonstrate a wide range of individual potential, graduate students will explore the psychology and strategy behind lifelong learning and personal fulfillment. Students will apply this insight to steer their personal and professional progress throughout their academic journey and beyond.

**Total credit hours** 3.0
**Course length** 4 weeks

**MDM640**

### Measuring Design Effectiveness

By exploring the various ways to measure the success of design solutions, students gain a better understanding of how design work is perceived and interpreted by target audiences. To capture a holistic perspective of the media design experience, students in the Measuring Design Effectiveness Course examine multiple points of view, further their research, and apply higher-level critical thinking skills through a variety of assignments and discussions. Basic concepts regarding metrics and marketing strategies and how they are implemented in the industry are also discussed as students refine their presentation skills.

**Total credit hours** 5.0
**Course length** 4 weeks

**IDT680**

### Media Asset Creation

The Media Asset Creation Course explores the power of a variety of media assets that are available to instructors and corporate trainers in developing online learning products, in-class presentations, and corporate learning modules. Students will examine specific techniques regarding how to create the best media for a project, while also taking into account the limitations of delivery methods and the learners' technical ability.

**Total credit hours** 3.0
**Course length** 4 weeks

**MCM4441**

### Media Entrepreneurship

The Media Entrepreneurship course introduces students to the basics of entrepreneurship and the evolving business models for media. The course investigates general concepts of entrepreneurship and how digital technologies and the Internet are transforming media economics. Students will use recent news and communication start-ups as case studies for applying entrepreneurial principles.

**Total credit hours** 4.0
**Course length** 4 weeks

**DGT375**

### Media Integration

The Media Integration course focuses on the implementation of engaging and interactive content for web-based designs. Students will learn how to integrate this content by utilizing various industry-standard programming languages and authoring tools. Students will study how to troubleshoot and employ a variety of programming languages. They will build upon many of the concepts learned in the previous web courses in order to add interactivity and rich media to their web designs.

**Total credit hours** 4.0
**Course length** 4 weeks

**SCS3833**

### Media Law and Ethics

The Media Law and Ethics course examines legal practices common to the realm of media. This course presents the logistics of entity formation, media rights and acquisition, liability, and contracts and negotiations. Students will explore theories of negotiation and strategy in developing solutions-oriented processes

for the business of media. Students will investigate the relationships between networks and other distribution outlets, rights holders, organizations, sponsors, vendors, and fans and consumers. Additional topics include content creation, conflict and dispute resolution and remedy, journalistic integrity and credibility, creativity in contract writing, and enforcement of terms.

**Total credit hours** 4.0
**Course length** 4 weeks

**PBR610**

### Media Relations

Journalists have traditionally provided PR professionals with an opportunity to have their story told to a large audience by a trusted source. In the Media Relations Course, students will consider who the journalist is in the digital space and how the traditional objective for a journalist has changed as a result of the Internet and participatory media. Students will explore how a public relations professional must understand their media community and the best way to engage with the media in a professional manner to achieve their public relations goals. Students will examine how to engage both the advocates and skeptics of their organization with the media; they will also learn how to leverage their community's subject matter experts to represent their mission with authority.

**Total credit hours** 3.0
**Course length** 4 weeks

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**MCM4319**

## Media Sociology

The Media Sociology course teaches students how to evaluate the psychological and cultural aspects of media. The field of media sociology encompasses both the individual and societal experiences of media from affective, cognitive, and behavioral perspectives. These studies will cover two important angles, including how people impact the media and how media impacts individuals and society as a whole. During this course, students will explore historical media formats such as pictures, sound, graphics, and content. They will also investigate diverse types of contemporary media including emerging technologies and communications.

**Total credit hours** 3.0
**Course length** 4 weeks

**GDM551**

## Methods and the User Experience

The Methods and the User Experience course provides a scientific framework for defining and testing variables that exist within the sometimes-ambiguous process of game design. The design of video games involves a variety of creative as well as technical tasks and behaviors, spanning the concepts of gameplay, game design, game art, genre, and player experience. In order to create an engaging game, user engagement must first be defined, allowing for valid measures to be developed to evaluate its success. This course will equip the game designer with the scientific design tools and research skills required for defining and evaluating games for success.

**Total credit hours** 3.5
**Course length** 4 weeks

**SIM313**

## Microcontrollers

The Microcontrollers course is a practical electronics course for any engineer developing peripherals for simulation. The course presents an understanding of basic electronics and covers theory, history, soldering, and components for USB sensing and control from a PC.

**Total credit hours** 4.0
**Course length** 4 weeks

**APR3466**

## Mixing Techniques

The Mixing Techniques course explores the use of audio processors and mixers to shape high-quality mixes, building on the students' gear knowledge and listening skills. Students will learn to use principles of blend, contrast, space, and dynamics to build listener interest.

**Total credit hours** 4.0
**Course length** 4 weeks

**IMK4410**

## Mobile and Emerging Technology Marketing

The Mobile and Emerging Technology Marketing course covers all aspects of mobile-consumer interaction through SMS, MMS, email, apps, and other mobile technologies. Students will learn how mobile apps and other mobile technologies are strategically used to raise brand awareness and to create effective calls to action. Students will also delve into mobile websites and responsive web design elements. The course also places focus on the changes in consumer behavior brought about by new and emerging technologies.

**Total credit hours** 4.0
**Course length** 4 weeks

**MDV3630**

## Mobile Development Frameworks I

The Mobile Development Frameworks I course focuses on mobile-application development by exploring Apple software-development kits (SDKs). In this course, students will explore the basic techniques and concepts involved in developing mobile applications using mobile user-interface (UI) frameworks. By using these techniques, students will develop mobile applications that incorporate mobile frameworks to meet functional requirements that adhere to industry best practices.

**Total credit hours** 4.0
**Course length** 4 weeks

**MDV3730**

## Mobile Development Frameworks II

In the Mobile Development Frameworks II course, students will continue to explore the benefits of using Apple frameworks that enable deep-system integration to build immersive mobile applications that take full advantage of the Apple mobile platform. Students will be challenged to research and implement advanced features and functionality to take advantage of device integration and modern complementary frameworks.

**Total credit hours** 4.0
**Course length** 4 weeks

**MDV3851**

## Mobile Development Frameworks III

The Mobile Development Frameworks III course explores the deep-device integration required to develop mobile applications on the Android platform. Students will utilize device hardware, advanced operating-system integration, and platform conventions to build immersive mobile applications.

**Total credit hours** 3.0
**Course length** 4 weeks

**MBG630**

## Mobile Game Development I

The Mobile Game Development I Course is the first of two courses in the Mobile Gaming Master of Science degree program that focus exclusively on the development of the students' own mobile game. In this course, students will work on the production of their mobile game through directed engineering and programming exercises. Topics will include development life cycles, issues of reverse engineering, and utilizing the appropriate programming language.

**Total credit hours** 3.0
**Course length** 4 weeks

**MBG650**

## Mobile Game Development II

The Mobile Game Development II Course is the second of two courses in the Mobile Gaming Master of Science degree program that focus exclusively on the development of the students' own mobile game. In this course, students will further the development of their mobile game by completing directed engineering and programming exercises. Topics will include object-oriented programming, merging classes, memory limitations, screen limitations, obtaining resources, solo testing, and improved performance.

**Total credit hours** 4.0
**Course length** 4 weeks

**MBG660**

## Mobile Game Testing

The Mobile Game Testing Course focuses on the testing of students' mobile game. Students will address issues of quality assurance and attend to detected program errors, bug fixes, and overall game improvement. Students will work collaboratively as game testers to provide game play feedback on each other's games. Students will also learn to write analytical reports based on the comprehensive testing strategies and tools utilized during this course. Testing types and tools include functionality testing, environmental testing, performance testing, OTA testing, simulators, and mobile emulators.

**Total credit hours** 3.0
**Course length** 4 weeks

**MBG610**

## Mobile Gaming Business

The Mobile Gaming Business Course introduces students to the business of mobile gaming, with an emphasis on publishing, marketing, distribution, and monetization. Students will learn how mobile games are distributed and priced, looking at how these various modes of distribution and pricing structures affect downloads and purchases. Students will also look at options for cross-platform deployment and how to utilize social media to draw attention to their mobile games. Issues of game cloning, copyright, and patents will also be explored.

**Total credit hours** 3.0
**Course length** 4 weeks

**MBG680**

## Mobile Gaming Thesis: Technical Writing & Professional Presentation

In the Mobile Gaming Thesis: Technical Writing and Professional Presentation Course, students will complete their mobile game projects by developing the element of formal presentation. Students will expand upon the creative and technical assets they created in previous courses as they write and present the specifications of their mobile game. In doing so, students will develop their game-writing skills and clearly demonstrate their technical proficiency through written and oral communication. Students will also learn how to present their end product to broadcast and web specifications, allowing their videos to be viewable from any device or medium.

**Total credit hours** 3.0
**Course length** 4 weeks

**MDV3111**

## Mobile User Experience

The Mobile User Experience course investigates heuristics guidelines and usability standards for mobile applications on a given platform. This course explores platform guidelines and the means to apply standards to achieve highly usable interfaces that consider user preferences as well as functional requirements. In addition, to facilitate user-centric design, this course explores user definitions and profiles and audience-identification methods.

**Total credit hours** 3.0
**Course length** 4 weeks

**DCN4421**

## Mobility and Data Management

The Mobility and Data Management course surveys the tools students will need to effectively manage their video and other assets during the production process and upon delivery to multiple end platforms. Students will learn backup and archive strategies, metadata logging, container codecs and formats, and industry-accepted workflows for video data management. Students will learn how to configure their end product to broadcast and web specifications, allowing their videos to be viewable from any device or medium.

**Total credit hours** 4.0
**Course length** 4 weeks

**SMM3934**

## Mobility Technology and Marketing

The Mobility Technology and Marketing course introduces students to mobility technology through the eye of strategic sports marketing, including mobile applications and their use, activation, and revenue-generating opportunities. Students will also explore the fundamentals of mobile-phone content development. Students will apply their knowledge of design, research, entrepreneurship, and business development to the mobile arena.

**Total credit hours** 3.0
**Course length** 4 weeks

**DIG1301**

## Model Creation†

The Model Creation course teaches computer modeling with polygon surfaces. Students will focus on developing their skills as computer-graphic (CG) artists, leveraging the traditional fine-arts principles of shape and silhouette, scale and proportion, and edge quality and integrating them with strategies to build better CG models. Students are introduced to a variety of modeling tools, the capabilities of each tool, and the results of interactions between tools. Students will develop techniques and strategies for efficiently creating virtual models for animation, film, and games.

**Total credit hours** 4.0
**Course length** 4 weeks

**DIG3395**

## Motion Capture†

The Motion Capture course teaches students techniques to digitize motion, edit sequences, and analyze the nature of simulated motion. Students will explore motion-capture setup, shooting, data tracking, skeleton retargeting, and animation correction and enhancement. This course provides students with an in-depth understanding of film and game motion-capture pipelines.

**Total credit hours** 4.0
**Course length** 4 weeks

**DGT341**

## Motion Graphics

The Motion Graphics course trains students in basic techniques of motion-graphics creation through the use of software programs employed by design and animation companies. This course emphasizes design from a problem-solving point of view and explores the production-timeline and graphical requirements of a motion-graphics project by demonstrating the manipulation of designed assets. In this course, students will gain a thorough understanding of animation techniques, special effects, image compositing, and motion graphics.

**Total credit hours** 4.0
**Course length** 4 weeks

**DGT461**

## Motion Graphics Production

The Motion Graphics Production course trains students in advanced techniques of motion-graphics creation through the use of software programs utilized by design and animation companies worldwide. This course emphasizes design from a problem-solving point of view as well as the production-timeline and graphical requirements of a motion-graphics campaign project. Students will work on their own projects, demonstrating competence in the areas of image compositing and motion graphics.

**Total credit hours** 4.0
**Course length** 4 weeks

**MDM650**

## Multi-Platform Delivery

Today's professional media designer is knowledgeable in the various types of media available for communicating information. In the Multi-Platform Delivery Course, students develop a plan for creating professional-quality deliverables from the research and exploration completed in the previous courses. Emphasis is placed on designing for a variety of possible platforms with the goal of developing a unified multi-media campaign. The work is evaluated through critique and refined through iteration in preparation for its presentation.

**Total credit hours** 5.0
**Course length** 4 weeks

**CWM670**

## Multimedia Adaptation

In the Multimedia Adaptation course, students will learn how to adapt their stories and scripts into other written and visual mediums, considering the parameters of each format. Students will write a beat sheet, a short adapted screenplay or comic script, a promotional plan, and two promotional pieces to publicize their adaptation.

**Total credit hours** 4.0
**Course length** 4 weeks

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**NMJ550**

## Multimedia Development and Editing

The Multimedia Development and Editing Course is an introduction to the multimedia news production process focusing on news communication technologies that have created new media, new language, and new video interfaces, and how the principles and concepts of visual communication are employed in digital media. Students in this course learn best practices of photography, photo management, video production, audio production, web skills, and advanced postproduction techniques, and then apply these visual information skills to upload content to a website, mobile device, or application. Students also learn how to deploy these technologies to produce and edit sophisticated multimedia content for multiple platforms, including converged environments.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**NMJ590**

## Multimedia Reporting

In the Multimedia Reporting Course, students learn how to access, transfer and process electronic information, and how to gain ownership of a story by presenting that information in a visual, useful, and factual way. Students become proficient in conceiving stories and packages that will work well on the web, practice on-camera presentation for Web and multimedia stories, and learn how to organize raw material into a news-oriented narrative. The course provides instruction towards visual storytelling and story advancement and evolution, with guidance regarding hardware and software that journalists must know for multimedia reporting.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MUS6018**

## Music and Audio for Instructional Design

The Music and Audio for Instructional Design Course teaches students how to produce media with proper auditory stimulation for various learning environments. Areas of emphasis include music for personal branding, recording professional-quality voiceovers, the connections among music, language, and memory in a learning environment, producing original music for various learning applications, music and audio in video, and reaching aural and kinesthetic learning styles through music.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MUM3733**

## Music Business Marketing†

The Music Business Marketing course explores marketing concepts as they relate to the nuances of the music business. Students will construct strategic plans in the selection and development of music business products and integrate traditional and nontraditional promotional avenues. In addition, students will strengthen their understanding of the analytical tools and strategic analysis of the music business, providing them with real-world marketing knowledge that will facilitate the success of their creative work.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MUB3311**

## Music Business Models

The Music Business Models course provides students with an overview of music business corporate structure and the support companies that assist in the development, distribution, and sale of music. The course also covers management configuration for each type of entity, from the organizational structure to the specific job responsibilities of various positions within these companies.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MUM3308**

## Music Copyright and Publishing†

The Music Copyright and Publishing course teaches students how to protect their creative works and provides an overview of the business mechanisms that can affect the use of their songs and those of their clients. Along with the global topics of copyright and music publishing, the course also covers the history of the music-publishing industry, royalties, the songwriter's contract, publishing options, and an overview of publishing companies.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MUB3513**

## Music Evaluation for Artists and Repertoire

The Music Evaluation for Artists and Repertoire course focuses on developing listening skills through critically evaluating recorded music and live concert material as the basis for talent scouting and artists and repertoire (A&R) in the music industry. For students with little or no formal training in music, this course explores the elements of music, music terminology, song structure, the acoustic environment, and individual perceptions of sound in a nontechnical way. The course also delves into the historical significance of genres and styles with the intent to isolate musical origins and discuss evolving trends.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MPR3113**

## Music Genres

The Music Genres course studies the stylistic traits of various historical genres and the programming skills vital to their successful realization. Composers who can produce music in many styles have more variety and potential to offer their clients. Students will build these foundational competencies by arranging and producing song fragments that make use of specific genre attributes.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MPR3701**

## Music Production for Media

Students in the Music Production for Media course will create music to fit within typical modern broadcast branding and advertising. Students will explore music in branding and marketing as they learn to discern the elements that constitute standards in professional commercial music production. Students will expand their music skills while constructing and producing advertisement and jingle campaign packages as well as a website-branding project.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MUB4361**

## Music Retail and Distribution

The Music Retail and Distribution course focuses on the retail process and the various distribution channels available amid the music industry. Students will examine the importance of branding and how it relates to product presentation at the retail level, explore the timeline of product development, and learn how to distribute their product to a retail environment. All types of distribution channels are examined in this course, from traditional big-box retailers to digital retail and the mobile platform. In addition, this course examines the exploitation of a music product for optimal monetization and the new business models for creating revenue streams.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MUB4716**

## Music Supervision

In the Music Supervision course, students will learn how to serve as a creative liaison between the music industry and the visual-media industries, including film, television, video games, and advertising. Students will develop their ability to determine the musical vision, tone, and style that best suit a given multimedia project. Students will learn to identify, secure, and supervise music-related talent, including composers, songwriters, recording artists, musicians, and producers. They will also learn how to effectively communicate and negotiate with talent representation to obtain necessary clearances.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**MPR3311**

## Musical Arrangement

The Musical Arrangement course addresses instrumentation and arranging techniques. This course focuses on developing an understanding of the nature and limitations of acoustic and electronic instruments, as well as effective formulaic techniques for successful arrangement. Instrument families explored in the course include bowed strings, woodwinds, and brass, and arranging techniques include pads, two-part melodic harmonization, and mechanical voicings. The course also surveys creating a musical score, exporting MIDI data from Sibelius, and mixing tracks in Apple's Logic Pro software to create a synthesized performance.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**APR3570**

## Musical Structure and Analysis

The Musical Structure and Analysis course builds on previously learned concepts to enhance and develop musical-production skills. Advanced harmonic, melodic, and rhythmic concepts are identified and explored in a popular music format. The course places emphasis on practical application in a project-studio environment.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MPR1202**

## Musicianship

The Musicianship course continues an in-depth exploration of the workings of musical structure with an increased focus on applied skills. The course explores topics such as compound meter, functional harmony in major and minor keys, music notation, and an introduction to composition. Students will also develop their musical skills through efforts in vocal and keyboard performance, ear training, score analysis, and sequencing projects.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MAN6447**

## Negotiation and Deal-Making†

Negotiation and deal-making are essential business skills that enable entertainment business professionals to grow companies, establish a strong business presence, and enhance product development. In this course, students explore the skills needed to become a strong negotiator and dealmaker, through instruction in topics like deal-structuring skills, self-awareness and negotiation skill development, tools and concepts for negotiation preparation, development of deal memos and contracts, negotiation and deal-making role-playing and critiquing the role-playing scenarios.

| | |
|---|---|
| **Total credit hours** | 3.5 |
| **Course length** | 4 weeks |

**CTI2006**

## Networking Technologies

The Networking Technologies course introduces students to the principles of network architecture, network protocols, application protocols, and Internet design. Students will learn how to identify local- and wide-area networks and their specific standards as well as how Internet data is delivered.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

**CTI4001**

## Network Security and Software

The Network Security and Software course examines network security and software-defined networks. This course builds upon the networking knowledge students have gained and tasks them to build virtual software-defined networks through software automation and cloud-based systems. Students will learn how to secure and validate networks against threats and attacks, identify and respond to instances of malicious network access, and operate the tools and software used to maintain network integrity.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**NMJ510**

## New Media and Communications

In preparing graduate level students to work in the changing media universe, the New Media and Communications Course aims to foster effective communication in digital and online environments. Students gain an understanding of the unique possibilities and limitations of new media by learning the technology, techniques, and methods of storytelling on multimedia platforms. The course introduces students to the concepts of how individual journalists can use new media presentation tools to make sure important work reaches its intended audiences.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**MCM4429**

## New Media Formats

In the New Media Formats course, students will break from the conventions of traditional modes of visual storytelling to explore short-form, web-based, interactive, and digital-media creation methods. Primary focus will be on the formats of web production, music videos, commercials, and short films. In addition, the course will also explore the innovative ways these formats have diverged and grown from the more conventional approaches to visual storytelling.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**NMJ690**

## New Media Journalism Final Project

In the New Media Journalism Master of Arts Degree Program, students must complete a capstone New Media Journalism Final Project as a requirement for graduation. To complete this project, students utilize what they have learned about the mission, methods, and experience of multimedia reporting to undertake a comprehensive, sustained study of a single subject. The final project consists of a journalistic package that combines the elements of text, photos, video, graphics, and other elements to tell that story. Each student publishes a blog and/or establishes a website that includes multimedia pieces that document his or her project in evolution and writes a research-based and supported thesis paper that serves as an in-depth exploration of the project.

| | |
|---|---|
| **Total credit hours** | 4.0 |
| **Course length** | 4 weeks |

**IMK522**

## New Media Marketing

Students in the New Media Marketing Course will learn how an organization determines which new media approaches will accomplish its marketing goals and further its success. Students will analyze the ways in which organizations identify and engage influencers in its target market using mobile, social media, content marketing, online video, and location-based technologies.

| | |
|---|---|
| **Total credit hours** | 3.0 |
| **Course length** | 4 weeks |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**NMJ670**

### New Media Publishing and Distribution

The New Media Publishing and Distribution Course examines the broad economic issues facing the field of journalism in the digital age: global competition, multiple distribution platforms, evolving technology and consumer behaviors, and fractionalized revenue streams. Students explore the concepts of interactive publishing and management by learning how to marry journalism fundamentals with the technologies of interactive publishing. Course instruction addresses issues of newsroom organization, content development, budgeting, responsibilities, and standards in a 24-hour multimedia news environment.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**MCM1203**

### New Media Tools

In the New Media Tools course, students will evaluate new-media tools along with past methods and media outlets. Students will examine these communication avenues and their effectiveness. Students will explore a variety of media used in digital and online environments to accomplish course projects and further their understanding of new-media tools, including images, text, and streaming video and audio. Students will gain an understanding of the unique possibilities and challenges of new media by learning the technology, techniques, and methods of storytelling on multimedia platforms. By studying examples of existing interactive programs, students will develop strategies to solve real-world problems, which will assist them in their future media careers.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GDD291**

### Operating Systems

In the Operating Systems course, students will learn the functions of modern operating systems and how they impact the code they create. Students will also learn how to construct multithreaded applications that are critical for utilizing modern multicore processors to their fullest extent. Students will learn to better design code that efficiently utilizes the operating systems and CPU hardware of almost any arrangement. Various APIs for multithreading are examined as well as a more "learning-friendly" API.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDM570**

### Organizational Structures

In the Organizational Structures Course, students learn to organize, process, and evaluate information obtained from their research. By creating media applications derived from earlier investigations, students utilize processes and workflow consistent with professional practice in many of today's top design firms. Emphasis is placed on creativity, innovation, and bringing work to a professional level of execution. Students receive feedback on their work in a way that promotes teamwork and collaboration with peers.

| | |
|---|---|
| Total credit hours | 5.0 |
| Course length | 4 weeks |

**BIN610**

### Patterns and Recognition

The Patterns and Recognition Course will examine advanced data-mining concepts and techniques used to identify meaningful statistical patterns and relationships in data. Students will explore the use of algorithms in a variety of BI processes from basic pattern recognition to search engines and real-time analysis (RTA). Assignments will use case studies to emphasize the role of data mining in supporting effective organizational decision making. Students will also examine how algorithms are used to support social network analysis as well as speech and image recognition. Students will apply course concepts using data-mining tools to examine live data sets that support development of their capstone project.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GEN262**

### Physics

The Physics course explores fundamental physics concepts using calculus-based mathematical models that describe real-world phenomena. Students will learn the physical formulas for motion, forces, energy, electromagnetism, and circuits that they can later apply to predict real-life outcomes. With this mathematical understanding of physics, students will evaluate computer simulations and perform several hands-on activities and experiments that include building and analyzing an electric motor to strengthen their problem-solving skills.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**HUM1505**

### Popular Culture in Media

The Popular Culture in Media course examines the role and importance of popular culture, providing a rich background for students to appreciate the historical and social impact of popular culture. Students will be introduced to media milestones in popular culture history, and they will explore the influence of popular culture on social trends. Course topics include genre studies, the uses of celebrity, the power of the audience, and the effects of new technology and media. Students will develop a critical approach to analyzing broadcasts, advertisements, films, print, audio recordings, games, and websites that make up and shape popular culture.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**ENTB3013**

### Principles of Business Finance

The Principles of Business Finance course provides students with the skills needed to make financial decisions in a business environment. Students will examine the process of financial analysis, financing operations and growth, and the concept of risk versus return. In addition, fundamental financial topics are covered, such as the time value of money, capital budgeting, business valuation, risk management, and personal finance.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**MAR3111**

### Principles of Digital Marketing

The Principles of Digital Marketing course examines the role of marketing in the twenty-first century. Students will explore digital and mobile marketing, discussing the most prevalent types of tools, their purposes, and their effectiveness in relation to the entertainment industry. Traditional marketing tactics and examples of current marketing mixes are also addressed. In addition, this course builds students' understanding of search-engine optimization and social-media marketing tools.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**REC2132**

### Principles of Electronics

The Principles of Electronics course teaches the fundamentals of electricity as it relates to the professional needs of the entertainment industry. With an emphasis placed on safety procedures, students will gain knowledge of electrical systems as they apply to studio and live-event production. The course covers Ohm's law, AC power, test equipment, soldering, troubleshooting, and grounding schemes, as well as the fundamental concepts required to understand the electronic circuits found within audio, video, and lighting equipment. Students will be challenged to solve a variety of real-world technical problems that often arise in the audio industry.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**ENTB3623**

### Principles of Entrepreneurship

The Principles of Entrepreneurship course examines the role of entrepreneurs in the entertainment industry and their effect on the global economy. The behaviors and motivations of entrepreneurs are explored. Students will learn the steps required to launch a start-up company. Other topics covered include types of business entities and tax implications, business licenses, competitive advantage, and operations. This course provides an examination of the challenges and benefits of choosing entrepreneurship as a career path.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**IMK484**

### Principles of Online Campaign Development

In the Principles of Online Campaign Development course, students will examine pay per click as an online advertising model. In this model, advertisers bid against one another for ad space and positioning and only pay when their ad is clicked. Google AdWords is the dominant platform in the pay-per-click arena, and students will work toward becoming an AdWords Certified Partner throughout the course. Significant focus is placed on crucial elements of pay-per-click advertising including Quality Score, ad-copy writing, keyword relevance, and bid amounts across both the search and content networks. Students will also be exposed to relevant industry software to build their expertise.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GEN3322**

### Probability

The Probability course explores probability theory and statistical methods, particularly through engineering and programming applications. Students will understand and discuss the rules of probability and will be able to solve problems using probability. Students will also learn how to classify and collect data, make hypothesis statements, perform appropriate hypothesis testing, and interpret results in context. Students will also be able to conduct regression and correlation studies in order to make estimations and predictions.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**FLM464**

### Producing

The Producing course explores the world of line producing, from preproduction to final deliverable. Focus will be placed on the many responsibilities of the producer, including script supervision, cast and crew selection, location logistics, budgeting, and scheduling. Students will be tasked to generate a variety of industry-accepted documentation for a project.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**BIN620**

### Process Modeling and Analysis

The Process Modeling and Analysis Course will address how business intelligence systems are used to support the analysis and improvement of business processes. In addition to an exploration of business process modeling (BPM), process simulation modeling (PSIM), and enterprise risk modeling the course will examine a variety of statistical simulation and modeling concepts including model validation, sensitivity estimation, and Monte Carlo simulation. Lessons will also cover AB testing and optimization through simulation, including the use of Bayesian statistics in simulations used to support optimization processes. Selected cases and assignments will explore practical application of business-process analytics in solving real-world quality control, user-experience, and process-improvement problems. Students will also explore the application of course concepts in decision support systems (DSS) and the selection of key performance indicators (KPIs), including the use of balanced scorecards to monitor organization performance.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**EBM591**

### Product and Artist Management

The Product and Artist Management Course addresses management issues and scenarios that apply to artist management and gives students tools and strategies to help resolve these issues. Students in this course also address product management and its unique issues including the interconnectivity of artist and product management activities. Finally, students have the opportunity to apply these advanced management techniques to their specific entertainment field and examine how these principles can be applied to their business projects.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

**IEN540**

### Product Design and Development

Students in the Product Design and Development Course will focus on the design, development, and introduction of new products and services. Students will address the design process and how to develop products and services that customers need and want. Students will analyze case studies and create plans to launch new products or services for their new or existing business.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CGA352**

### Production Modeling

The Production Modeling course develops students' understanding of model development as it applies to production in the animation industry. The course builds on the computer animation foundation courses that precede it and parallels the industry workflow for developing portfolio models. Students will explore a variety of topics including developing surface flow, anatomically correct models, and pipeline techniques.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GDM691**

### Production Research Capstone

As the final course in the Game Design master's degree program, Production Research Capstone requires students to create a final portfolio containing a postmortem of their capstone experience, along with an article that will be submitted to a game-industry publication. In addition, students will deliver a presentation of their postmortem, which will be evaluated by faculty, graduates and peers. This culminating project will showcase the students' understanding of research and application of the skills developed throughout the program. Students will also provide documentation of the game capstone project and produce a game conference-style presentation. This course allows students to compose a collection of literature that demonstrates their ability to synthesize the theoretical and practical concepts of the program.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

**MDM691**

### Professional Practice

Today's Media Designer works in a highly competitive field. To achieve success, designers must articulate and manage processes, understand legal and ethical issues on a global scale, and be able to present themselves and their capabilities at the highest level of professionalism. The Professional Practice course provides the platform and the tools to achieve these goals, and helps the designer find and navigate the pathways to success in the media design profession.

| | |
|---|---|
| Total credit hours | 5.0 |
| Course length | 4 weeks |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**ENTB4525**

## Professional Selling

The Professional Selling course teaches students the importance of the business-development and client-relationship management roles in both large and small companies. Students learn best practices in a professional sales environment and develop methods to overcome common hurdles in meeting sales objectives. This course explores topics such as building the customer relationship, distinguishing types of sales, the relationship and differences between sales and marketing, and methods of sales forecasting and reporting. Students will also learn how to deliver an effective sales presentation and will survey the array of related career opportunities within the industry.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**ENC326**

## Professional Writing

The Professional Writing course prepares students to write effectively and apply contemporary technologies in today's world. Students will learn to recognize the connection between the development of their writing skills and their career success. With a focus on persuasion, students will discover best practices for conveying messages through their writing. From concept to practice, students will learn and apply different writing formats, styles, and techniques in writing letters, negative messages, positive messages, and proposals.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**WDD3322**

## Programming for Web Applications

The Programming for Web Applications course continues teaching client-side technologies used for creating dynamic content for the web. Students in this course will expand upon their knowledge by learning more advanced concepts of scripting languages such as JavaScript. They will explore new behavioral technologies to circumvent redundancy and latency associated with client requests or hosting server interaction.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GDN2001**

## Programming Foundations I

The Programming Foundations I course teaches the JavaScript programming language using the Perlenspiel engine as a foundation for creating games through scripting. Students will learn basic JavaScript coding syntax and grammar and the fundamental skills needed for designing and building programs. These skills will help designers break down the aspects of a game into core components and provide a better understanding of how data and interaction mesh together to create a game.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GDN3242**

## Programming Foundations II

The Programming Foundations II course focuses on architecture and problem solving, which are useful during the process of crafting a game. Students will learn how to decide which programming components to use and how to arrange them in useful ways. Students will also learn additional advanced programming techniques in JavaScript, including object prototyping, algorithms, and simple finite-state machines.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**COP1000**

## Programming I†

The Programming I course covers fundamental computer science and programming topics such as algorithms, software problem solving, input/output, control flow, functions, object-oriented programming, and references. Students will learn how to program software in a modern high-level programming language.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**COP2334**

## Programming II†

The Programming II course teaches advanced object-oriented programming concepts, focusing on inheritance and events as tools for creating programs. Students in this course will also learn file input/output (I/O) as well as several abstract data types that will be useful in designing and building larger programs. Students will also be introduced to additional foundational skills such as sorting algorithms and recursion.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**3DA119**

## Project and Portfolio I: 3-D Arts

The Project and Portfolio I: 3-D Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will use artistic skills and technical knowledge to create hard-surface models and quality texture maps based on reference material they have compiled. Using reflection and independent study to reinforce discipline topics, students will work through practical exercises and refine their work for presentation in a student portfolio. This course prepares students to experience production deadlines and constraints.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**AUD119**

## Project and Portfolio I: Audio Arts

The Project and Portfolio I: Audio Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will begin the development of a portfolio that will showcase their accomplishments as aspiring audio professionals. This first project will demonstrate the ability to integrate learned skills in sequencing, audio recording, and music theory to construct cohesive musical content.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**ENT119**

## Project and Portfolio I: Business and Marketing

The Project and Portfolio I: Business and Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will explore, build, and assess their professional brand identity, points of differentiation, and areas of expertise to highlight online. Students will create a digital portfolio website to serve as the foundation for all portfolio pieces throughout the program. By the end of the course, students will have a digital platform to showcase their future work and continually enhance their appeal to future employers and industry professionals.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**COD119**

## Project and Portfolio I: Code

The Project and Portfolio I: Code course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will build a project using the C-style Win32 API. The Win32 API is examined in order to gain a full understanding of its nature and scope, with particular attention paid to message-driven architecture and how programming with the Win32 API is different from console techniques. Students will also explore dialog boxes, Windows common controls, the Win32 GDI, dynamic-link libraries, and multitasking.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**COM119**

## Project and Portfolio I: Communications

The Project and Portfolio I: Communications course combines hands-on learning experiences with summative and formative portfolio assessments. This course will lay the foundation for student professional development throughout the program. Students will analyze and identify historical trends and strategies of various media campaigns. Using this information, students will conceptualize and plan a future-focused media campaign utilizing current media-relevant tools and strategies.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**COS119**

## Project and Portfolio I: Computer Science

The Project and Portfolio I: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will build a project using the C-style Win32 API. The Win32 API is examined in order to gain a full understanding of its nature and scope, with particular attention paid to message-driven architecture and how programming with the Win32 API is different from console techniques. Students will also explore dialog boxes, Windows common controls, the Win32 GDI, dynamic-link libraries, and multitasking.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**DES119**

## Project and Portfolio I: Design

The Project and Portfolio I: Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course builds upon skills taught in previous courses and gives students the opportunity to review and assess their abilities. Students will develop research and preproduction techniques that will become the foundation of their design portfolio.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**DEV119**

## Project and Portfolio I: Development

The Project and Portfolio I: Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course explores the various production workflows, programming methodologies, and logical approaches to business solutions for planning and executing technical projects.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**ENG119**

## Project and Portfolio I: Engineering

The Project and Portfolio I: Engineering course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply their knowledge of business use cases, project management, network design, server operating systems and hardware to build a department network project. Through this course, students will demonstrate the design, installation, and configuration of a client-server network system with user access rights. Students will also create a written project plan documenting the system and justifying their design decisions based on client use case research.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**FAV119**

## Project and Portfolio I: Film and Video

The Project and Portfolio I: Film and Video course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will write an outline that will later be crafted into a short and also create a trailer for their short. During the process of creation, the technical basics of cinematic direction, art direction, sound, and editing will be woven into the students' activities. Students will build an understanding of how cinematic, audio, and editing principles work together to tell a story.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**IND119**

## Project and Portfolio I: Interactive Design

The Project and Portfolio I: Interactive Design course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will construct their first computer instructions to demonstrate their knowledge of the building blocks of games. Students will create their first programs using a game engine and computer scripting language. Throughout this process, students will demonstrate an understanding of procedural logic and linear thinking.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MAR119**

## Project and Portfolio I: Marketing

The Project and Portfolio I: Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will be introduced to the concept of personal branding. Every person has a personal brand that is projected to their audience, whether that audience is made up of friends, fans, employers, customers, or strangers. By better understanding the unique voice of their personal brands, students will be able to connect with their audiences while infusing personality into their communication efforts. Throughout the course, students will evaluate their current brand, identify their goals, and develop a plan for cultivating a strong brand that will align them with achieving those goals.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**STO119**

## Project and Portfolio I: Storytelling

The Project and Portfolio I: Storytelling course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create a collection of short fiction and a film script by using their knowledge of word economy, visual storytelling, screenplay format, character development, and story structure.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**3DA229**

## Project and Portfolio II: 3-D Arts

The Project and Portfolio II: 3-D Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will use the principles of animation to create animated sequences based on reference material they have compiled. Using reflection and independent study to reinforce discipline topics, students will work through practical exercises and refine their work for presentation in a student portfolio. This course prepares students to work with production deadlines and constraints.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**AUD229**

## Project and Portfolio II: Audio Arts

The Project and Portfolio II: Audio Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply the basic concepts of audiovisual production for live events and meetings, including the practical application of video equipment, projectors and displays, and lighting and the integration of audio for corporate-style presentations and events. Students will document system requirements as well as record presentations for evaluation and critique.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**APB229**

## Project and Portfolio II: Audio Production

The Project and Portfolio II: Audio Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop portfolio-ready work to demonstrate their audio editing and processing abilities. Through an iterative model of critique and improvement, students will develop their creative and technical skills while priming themselves for the professional production workflow in the industry.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

† This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**ENT229**
## Project and Portfolio II: Business and Marketing

The Project and Portfolio II: Business and Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will analyze an entertainment company to explore the various departments and operations of a business. This includes an analysis of the organization's strengths, weaknesses, opportunities, and threats (SWOT); competitor research; and financial information. By understanding the fundamentals of what makes a business successful, students will be better positioned to make informed decisions in their careers.

**Total credit hours** 3.0
**Course length** 4 weeks

**COD229**
## Project and Portfolio II: Code

The Project and Portfolio II: Code course combines hands-on learning experiences with summative and formative portfolio assessments. This course is designed to communicate the important techniques used by programmers and designers during a typical production cycle. Student assignments include implementing reusable application technology, performing algorithm analysis, using industry tools and platforms, and completing projects.

**Total credit hours** 3.0
**Course length** 4 weeks

**COM229**
## Project and Portfolio II: Communications

The Project and Portfolio II: Communications course combines hands-on learning experiences with summative and formative portfolio assessments. Building on the media campaign conceptualized in Portfolio I, students will develop and record a presentation that demonstrates how to use research to establish a working social-media strategy. The project will challenge students to synthesize concepts and techniques introduced in previous coursework and the introductory portfolio course.

**Total credit hours** 3.0
**Course length** 4 weeks

**COS229**
## Project and Portfolio II: Computer Science

The Project and Portfolio II: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. Students will learn to recognize usability and design concerns present in a project's scope in order to facilitate the delivery of dynamic content for an interactive application. This course explores the requirements for presenting content to users on a targeted device.

**Total credit hours** 3.0
**Course length** 4 weeks

**DES229**
## Project and Portfolio II: Design

The Project and Portfolio II: Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course builds upon skills taught in previous courses and assesses the students' graphic design skill set. Students will learn strategies to help develop design concepts that will be applied to future projects.

**Total credit hours** 3.0
**Course length** 4 weeks

**ENG229**
## Project and Portfolio II: Engineering

The Project and Portfolio II: Engineering course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will extend their existing project by applying their knowledge of system scripting, application servers, and storage systems to build a networked multiple-server project. Students will demonstrate the design, installation, and configuration of a web- and database-server system using scripting automation and network storage. They will also complete a written project plan documenting the system and design decisions that were made based on research of industry best practices.

**Total credit hours** 3.0
**Course length** 4 weeks

**MAR229**
## Project and Portfolio II: Marketing

The Project and Portfolio II: Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create a comprehensive business analysis, which will include an analysis of the organization's strengths, weaknesses, opportunities, and threats (SWOT); competitor research; and financial information. By understanding the tenets of what makes a business successful, students will be better positioned to make informed decisions in their careers.

**Total credit hours** 3.0
**Course length** 4 weeks

**FAV229**
## Project and Portfolio II: Film and Video

The Project and Portfolio II: Film and Video course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will write a short script based on their previous story idea and generate storyboards and a preproduction plan to support it. Students will also be given footage that they will use to demonstrate basic editing skills, including shot selection and placement, timing and pacing, audio mixing, and graphics application. Students will expand their understanding of storytelling by employing editing, sound design, and graphics to help tell a story.

**Total credit hours** 3.0
**Course length** 4 weeks

**IND229**
## Project and Portfolio II: Interactive Design

The Project and Portfolio II: Interactive Design course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will use knowledge gained from previous classes to research, document, design, implement, and playtest an original analog game. Focus is placed on the mechanics, flow, fun, and unique play aesthetics of student projects. Students will learn to appreciate the design process through the hands-on application of design principles.

**Total credit hours** 3.0
**Course length** 4 weeks

**MDV229**
## Project and Portfolio II: Mobile Development

The Project and Portfolio II: Mobile Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course identifies usability and design concerns present in the project scope to facilitate the delivery of dynamic content for an interactive application. This course explores the requirements for presenting content to users on a targeted device.

**Total credit hours** 3.0
**Course length** 4 weeks

**MPB229**
## Project and Portfolio II: Music Production

The Project and Portfolio II: Music Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will demonstrate increased mastery of musical structures and production techniques. They will compose and program original loop-based sequences using digital audio workstation software. Special emphasis is given to current trends in hip-hop, electronic, and other relevant styles of popular music.

**Total credit hours** 3.0
**Course length** 4 weeks

**SCB228**
## Project and Portfolio II: Sportscasting

The Project and Portfolio II: Sportscasting course combines hands-on learning experiences with summative and formative portfolio assessments. This course prepares students for a working sports newsroom environment. Students will develop multimedia production and editing skills. They will also understand the value of story packaging and distribution and grasp the importance of developing and telling stories on a digital platform. Students will expand their ability to write for the web, produce content for a website, and curate content. Emphasis will be placed on best practices for digital sports journalism and webcasting.

**Total credit hours** 3.0
**Course length** 4 weeks

**STO229**
## Project and Portfolio II: Storytelling

The Project and Portfolio II: Storytelling course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will utilize authorial choices and world-building research skills to apply concepts ranging from allegory to unreliable narrators to their short creative works of fiction. Students will also demonstrate accuracy with characters, locations, social conventions, and eras garnered through research and collected into a story bible.

**Total credit hours** 3.0
**Course length** 4 weeks

**WDD229**
## Project and Portfolio II: Web Design and Development

The Project and Portfolio II: Web Design and Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course identifies usability and design concerns present in the project scope to facilitate the delivery of dynamic content for an interactive application. This course explores the requirements for presenting content to users on a targeted device.

**Total credit hours** 3.0
**Course length** 4 weeks

**APB239**
## Project and Portfolio III: Audio Production

The Project and Portfolio III: Audio Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create a recording comparable to a songwriter's demo. This course will draw on previous topics such as recording, editing, mixing, and musical structure. Students will be required to create and adhere to a production plan that emulates highly compressed real-world deadlines. The finished product will be a portfolio-ready recording.

**Total credit hours** 3.0
**Course length** 4 weeks

**CTB239**
## Project and Portfolio III: Cloud Technologies

The Project and Portfolio III: Cloud Technologies course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will extend their existing project by applying their knowledge of enterprise authentication, network security, and risk assessment to create a project of multiple integrated servers that have been secured. Upon completion of this course, students will have demonstrated the design, installation, configuration, and validation of a properly secured system using shared authentication and network security rules. They will also complete a written project plan documenting the system and design decisions that were made based on research of risk-management and security best practices.

**Total credit hours** 3.0
**Course length** 4 weeks

**CAB239**
## Project and Portfolio III: Computer Animation

The Project and Portfolio III: Computer Animation course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will use higher-order thinking skills and project-based learning to create a hard-surface project and an animated sequence. The course prepares students for project deadlines and pipeline procedures as well as for creating assets for use in a student portfolio.

**Total credit hours** 3.0
**Course length** 4 weeks

**COS239**
## Project and Portfolio III: Computer Science

The Project and Portfolio III: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. This course revolves around a development project with an emphasis on teamwork and project planning and documentation. Students are also introduced to a software quality-assurance cycle with an emphasis on peer review and proper defect-reporting mechanisms. Student assignments include milestone planning, implementing features, and designing and implementing a quality-assurance cycle.

**Total credit hours** 3.0
**Course length** 4 weeks

**CWB239**
## Project and Portfolio III: Creative Writing for Entertainment

The Project and Portfolio III: Creative Writing for Entertainment course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will utilize their knowledge of formatting conventions and proper submission guidelines to write and publish an e-book and write a professional press release. Students will also be expected to create a sample writing portfolio as well as a résumé .

**Total credit hours** 3.0
**Course length** 4 weeks

**DAD239**
## Project and Portfolio III: Digital Arts and Design

The Project and Portfolio III: Digital Arts and Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course teaches students how to build upon previous design skills and develop projects that demonstrate mastery of design theory and technique.

**Total credit hours** 3.0
**Course length** 4 weeks

**DCB239**
## Project and Portfolio III: Digital Cinematography

The Project and Portfolio III: Digital Cinematography course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will complete a three- to five-minute short project based on the script, storyboard, trailer, and outline created in previous project and portfolio courses. A résumé and reel will also be presented and reviewed as part of the student portfolio. Students will complete twenty-four hours of documented production work and will gain perspective on what goes into completing a project.

**Total credit hours** 3.0
**Course length** 4 weeks

**ENT239**
## Project and Portfolio III: Entertainment Business

The Project and Portfolio III: Entertainment Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create a prospectus for a music video or feature film. They will draft a summary that highlights the points of differentiation for their product to attract potential partners. Students will also compile portfolio assets developed throughout the program for their digital portfolio.

**Total credit hours** 3.0
**Course length** 4 weeks

**FBS239**
## Project and Portfolio III: Film

The Project and Portfolio III: Film course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will complete a three- to five-minute short project based on the script, storyboard, trailer, and outline created in previous project and portfolio courses. A résumé and reel will also be presented and reviewed as part of the student portfolio. Students will complete twenty-four hours of documented production work and will gain perspective on what goes into completing a project.

**Total credit hours** 3.0
**Course length** 4 weeks

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**GAB239**
### Project and Portfolio III: Game Art
The Project and Portfolio III: Game Art course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply higher-order thinking skills and project-based learning to generate a hard-surface project and an animated sequence. The course prepares students for working with project deadlines, following pipeline procedures, and creating assets for use in a student portfolio.

Total credit hours          3.0
Course length          4 weeks

**GDN239**
### Project and Portfolio III: Game Design
The Project and Portfolio III: Game Design course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will conduct rigorous documented playtests; revise their work based on peer, playtest, and industry feedback; and work toward the goal of publishing their titles. The focus in this course is on iteration and bringing project work up to releasable standards.

Total credit hours          3.0
Course length          4 weeks

**GDB239**
### Project and Portfolio III: Game Development
The Project and Portfolio III: Game Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course revolves around a development project with an emphasis on teamwork as well as project planning and documentation. Students will be introduced to a software quality-assurance cycle with a focus on peer review and proper defect-reporting mechanisms. Student assignments include milestone planning, implementation of features, and design and implementation of a quality-assurance cycle.

Total credit hours          3.0
Course length          4 weeks

**GRD239**
### Project and Portfolio III: Graphic Design
The Project and Portfolio III: Graphic Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course teaches students how to build upon previous design skills and develop projects that demonstrate mastery of design theory and technique.

Total credit hours          3.0
Course length          4 weeks

**MAR239**
### Project and Portfolio III: Marketing
The Project and Portfolio III: Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will be introduced to the practice of intrapreneurship. Students will learn how to analyze and present a compelling innovation or process change within an organization while considering how to diplomatically introduce the solution to peers and decision makers. Students will then produce an internal business proposal and visual presentation.

Total credit hours          3.0
Course length          4 weeks

**MCB239**
### Project and Portfolio III: Media Communications
The Project and Portfolio III: Media Communications course combines hands-on learning experiences with summative and formative portfolio assessment. Students will create a branded one-page website showcasing the media campaign planning and research completed in their previous portfolio courses. Students will create additional graphics and web-based assets to further support their media campaign and highlight their emerging personal brand. The one-page website will serve as both portfolio and visual résumé .

Total credit hours          3.0
Course length          4 weeks

**MDV239**
### Project and Portfolio III: Mobile Development
The Project and Portfolio III: Mobile Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course synthesizes usability, programming, and design techniques to enable students to design and build an interactive application. These applications will allow users to traverse and display dynamic content deployed to a targeted device.

Total credit hours          3.0
Course length          4 weeks

**MPB239**
### Project and Portfolio III: Music Production
The Project and Portfolio III: Music Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will showcase their musical sensibilities and engineering skills through the writing and production of an original song. Informed by popular music history and culture, this industry-standard demo project will capture each student's unique talents and perspective.

Total credit hours          3.0
Course length          4 weeks

**RAB239**
### Project and Portfolio III: Recording Arts
The Project and Portfolio III: Recording Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will combine the knowledge and skills they have developed to create a recording comparable to a songwriter's demo. This course draws on previous topics, including recording, editing, mixing, and musical structure. Students will be required to create and adhere to a production plan emulating highly compressed real-world deadlines. The finished product will be a portfolio-ready recording.

Total credit hours          3.0
Course length          4 weeks

**SCB239**
### Project and Portfolio III: Sportscasting
The Project and Portfolio III: Sportscasting course combines hands-on learning experiences with summative and formative portfolio assessments. The course surveys the nature of modern media audiences. Students will learn how the media measures audience size and engagement levels. In addition, they will examine the tools used to conduct those measurements. The course explores how the behavior of modern audiences can vary based on the platform through which an audience experiences content. Applying their knowledge of audience behavior, students will pitch story ideas and develop effective content strategies.

Total credit hours          3.0
Course length          4 weeks

**SPB239**
### Project and Portfolio III: Show Production
In the Project and Portfolio III: Show Production course, students will utilize the production techniques they have learned to produce a basic "songwriter's night" live event. Students in this course will draw on their audio, video, and lighting skills to produce a video and audio recording of a solo or duo live performance.

Total credit hours          3.0
Course length          4 weeks

**SVB239**
### Project and Portfolio III: Simulation and Visualization
The Project and Portfolio III: Simulation and Visualization course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will work on a development project with emphasis on teamwork as well as project planning and documentation. Students are also introduced to a software quality-assurance cycle with an emphasis on peer review and proper defect-reporting mechanisms. Student assignments include milestone planning, implementation of features, and design and implementation of a quality-assurance cycle. These activities are designed to provide a strong foundation for delivering milestones in subsequent courses.

Total credit hours          3.0
Course length          4 weeks

**WDD239**
### Project and Portfolio III: Web Design and Development
The Project and Portfolio III: Web Design and Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course synthesizes usability, programming, and design techniques to enable students to design and build an interactive application. These applications will allow users to traverse and display dynamic content deployed to a targeted device.

Total credit hours          3.0
Course length          4 weeks

**APB349**
### Project and Portfolio IV: Audio Production
The Project and Portfolio IV: Audio Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop a musical work in multiple versions and genres. Through an iterative model of critique and improvement, students will continue to develop their creative and technical skills and their readiness for professional production .

Total credit hours          3.0
Course length          4 weeks

**CTB349**
### Project and Portfolio IV: Cloud Technologies
The Project and Portfolio IV: Cloud Technologies course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will extend their existing project by applying their knowledge of distributed networks, enterprise compute virtualization, data storage systems, and private cloud-management platforms. Students will design and create a working proof-of-concept, private cloud-based system accompanied by a written project plan documenting their design decisions based on research of private cloud systems used in the industry.

Total credit hours          3.0
Course length          4 weeks

**CAB349**
### Project and Portfolio IV: Computer Animation
The Project and Portfolio IV: Computer Animation course combines hands-on learning experiences with summative and formative portfolio assessments. This course uses progress monitoring to evaluate discipline topics by reinforcing production deadlines and constraints. The course encourages students to use higher-order thinking to create quality assets. This course emphasizes modeling based on compiled reference material for use in a student portfolio.

Total credit hours          3.0
Course length          4 weeks

**COS349**
### Project and Portfolio IV: Computer Science
The Project and Portfolio IV: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply knowledge of human-centered development to create a data-visualization tool. Students will apply knowledge of data integration, visualization approaches, software testing, and usability to build a coherent and user-friendly application that makes data more accessible to the user.

Total credit hours          3.0
Course length          4 weeks

**CWB349**
### Project and Portfolio IV: Creative Writing for Entertainment
The Project and Portfolio IV: Creative Writing for Entertainment course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will utilize film- or television-script formatting, children's picture-book conventions, or young-adult story writing to create a comic or tragic script or story.

Total credit hours          3.0
Course length          4 weeks

**DAD349**
### Project and Portfolio IV: Digital Arts and Design
The Project and Portfolio IV: Digital Arts and Design course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply the skills learned in previous courses to the development and assessment of students' portfolio projects. In this stage of the portfolio process, students will implement design research, project management, and techniques to manage client interactions.

Total credit hours          3.0
Course length          4 weeks

**DCB349**
### Project and Portfolio IV: Digital Cinematography
The Project and Portfolio IV: Digital Cinematography course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will shoot and edit a four- to six-minute video. In this video, students will demonstrate the proper use of color and mood in lighting, location selection, art design, and camera techniques in relevance to their story. During this process, students will submit location-scouting photos, lighting plots, legal documents, and storyboards to demonstrate their understanding of production and storytelling process.

Total credit hours          3.0
Course length          4 weeks

**DMK349**
### Project and Portfolio IV: Digital Marketing
The Project and Portfolio IV: Digital Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will demonstrate expertise in understanding and utilizing online analytic tools to make effective strategic decisions. Students will apply their understanding of analytics and statistics to prepare to take the Google Analytics Individual Qualification exam, a valued accreditation in the industry.

Total credit hours          3.0
Course length          4 weeks

**EBB349**
### Project and Portfolio IV: Entertainment Business
The Project and Portfolio IV: Entertainment Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop original content geared toward promoting their personal brand or an external company. Students will practice building an organic audience through a directed social-media strategy using multiple platforms and an editorial calendar. Students may choose to develop a podcast, blog, video, photo series, or other content to promote their own client for the portfolio, which could include a nonprofit company, a small business, or their own business idea.

Total credit hours          3.0
Course length          4 weeks

**FBS349**
### Project and Portfolio IV: Film
The Project and Portfolio IV: Film course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will declare an area of specialization and will meet with a mentor to plan their goals for either a demo reel or final portfolio. Students will complete seventy-two hours of documented production work within their area of specialization, which must be above the role level of Production Assistant. Students will be assessed on their ability to grasp and implement the higher concepts of their specialization as well as their collaborative and professional skills.

Total credit hours          3.0
Course length          4 weeks

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**GAB349**

### Project and Portfolio IV: Game Art

The Project and Portfolio IV: Game Art course combines hands-on learning experiences with summative and formative portfolio assessments. This course gives students the opportunity to create full, production-ready props, including meshes and materials. Building on the skills and techniques from previous courses, students will create high-resolution meshes, in-game meshes, materials, and in-game renders for presentation. Assets created for this course will be used in students' presentation images for their digital portfolios.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDN349**

### Project and Portfolio IV: Game Design

The Project and Portfolio IV: Game Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course allows students to customize their digital projects created in previous technical classes by adding new and interesting mechanics in order to make the game unique and personal. This allows students to show mastery of the technical aspects of recent classes along with the design aspects of earlier coursework.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDB349**

### Project and Portfolio IV: Game Development

The Project and Portfolio IV: Game Development course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply graphical features and techniques available on modern 3-D hardware to build a rendering module. Students will be exposed to a broad variety of techniques used in the video-game and simulation industries to create attractive 3-D visuals.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GRD349**

### Project and Portfolio IV: Graphic Design

The Project and Portfolio IV: Graphic Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course applies the skills learned in previous courses to the development and assessment of students' portfolio projects. In this stage of the portfolio process, students will implement design research, project management, and techniques to manage client interactions.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MCB349**

### Project and Portfolio IV: Media Communications

The Project and Portfolio IV: Media Communications course combines hands-on learning experiences with summative and formative portfolio assessment. Building on concepts introduced in Digital Video and Audio Production, Advanced Video and Advanced Audio, students will complete a video/audio portfolio component which they can add to their portfolio website that includes personal branding assets, such as infographics and rich media, to feed multiple outputs including video résumés, project proposals, and product branding campaigns.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MDV349**

### Project and Portfolio IV: Mobile Development

The Project and Portfolio IV: Mobile Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course enables students to synthesize their development and design skills for the Apple mobile platform to plan, develop, and deploy an interactive mobile application for use on Apple devices.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MBB349**

### Project and Portfolio IV: Music Business

The Project and Portfolio IV: Music Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop an artist pitch for a record label or music company using talent-evaluation skills and analysis. Students will find an unsigned artist, conduct an interview, and use research methods to gather the information for the pitch. By the end of the course, students will create a one-sheet as well as a short presentation that represents the selected artist from both a musical and business perspective.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MPB349**

### Project and Portfolio IV: Music Production

The Project and Portfolio IV: Music Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will integrate historical perspectives of recorded music with relevant style traits to produce an original composition in a chosen genre. Students' projects will demonstrate instrumentation and music-programming techniques appropriate to the authentic realization of the specific style.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**RAB349**

### Project and Portfolio IV: Recording Arts

The Project and Portfolio IV: Recording Arts course enables students to plan, develop, and assess their portfolio of work, with an emphasis on mixing. Students will engage in a simulated scenario where they have been contracted by a label to mix a new artist's first single. Using knowledge, skills, and assets developed in prior courses, students will create a professional-level mix that showcases their abilities.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SPB349**

### Project and Portfolio IV: Show Production

The Project and Portfolio IV: Show Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will continue to apply their knowledge of audio-, video-, and lighting-production techniques. With their knowledge of production concepts and technique, students will research and complete production documentation with an emphasis on lighting design and programming.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SVB349**

### Project and Portfolio IV: Simulation and Visualization

The Project and Portfolio IV: Simulation and Visualization course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will define the basic concepts of modeling and simulation and build the basic framework for solving problems using models. They will also identify and perform the practical components of problem formation and model building. The course culminates in the development of a physical model.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SCB348**

### Project and Portfolio IV: Sportscasting

The Project and Portfolio IV: Sportscasting course combines hands-on learning experiences with summative and formative portfolio assessments. The course provides an overview of the philosophy and practice of modern sports journalism, including its influences, significant players, and events. By studying relevant theories of human behavior and media consumption, students will be able to critically analyze current methods and technology used for audience engagement. They will also begin to develop creative content-development skills and define the personal presentation styles they will adopt in this evolving setting. In addition, students will explore the relationship between sports, sports businesses, and society, including consumers and fans.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SMM349**

### Project and Portfolio IV: Sports Marketing and Media

The Project and Portfolio IV: Sports Marketing and Media course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop a revenue model for created content. Over the course of the program, students will learn skills in both content creation and revenue generation. They will develop their own created content for a sports business initiative and will then take a strategic marketing approach for the deployment of that content. The marketing approach students will devise will outline revenue models and additional projects that can be developed from their content.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**WDD349**

### Project and Portfolio IV: Web Design and Development

The Project and Portfolio IV: Web Design and Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course examines the process of implementing web technologies to create a functional, standards-based project. Students will leverage the knowledge gained from previous courses to utilize web standards–based methodologies coupled with a professional web development–workflow model to create a web application.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**APB359**

### Project and Portfolio V: Audio Production

The Project and Portfolio V: Audio Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create a business plan that incorporates an array of relevant supporting documents. Students will integrate their knowledge of recording industry history with effective writing skills to build an entrepreneurial business plan for iterative review and critique.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**CTB359**

### Project and Portfolio V: Cloud Technologies

The Project and Portfolio V: Cloud Technologies course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will extend their existing project by applying their knowledge of database performance, distributed databases, and scripting configuration-management tools to deploy a cloud-based system on multiple nodes. Students will deploy a private cloud-based system with optimized database servers accompanied by a written project plan documenting the implementation and their design rationale.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**CAB359**

### Project and Portfolio V: Computer Animation

The Project and Portfolio V: Computer Animation course combines hands-on learning experiences with summative and formative portfolio assessments. This course uses progress monitoring to evaluate discipline topics by reinforcing production deadlines and constraints. This course encourages students to use higher-order thinking to create quality assets, with a focus in animation, based on compiled reference material for use in a student portfolio.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**COS359**

### Project and Portfolio V: Computer Science

The Project and Portfolio V: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop an application for mobile and/or wearable devices. Students will concentrate on the integration of networking, database, and mobile platform technology. Special attention will be paid to the functionality, usability, and practicality of the final product. By the end of this course, students will have an application ready for deployment on standard mobile devices.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**CWB359**

### Project and Portfolio V: Creative Writing for Entertainment

The Project and Portfolio V: Creative Writing for Entertainment course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will utilize the formatting, structure, and techniques used within the genres of science fiction, fantasy, horror, mystery, and suspense to create a television script.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**DAD359**

### Project and Portfolio V: Digital Arts and Design

The Project and Portfolio V: Digital Arts and Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course builds upon skills taught in previous courses and gives students the opportunity to research and apply new technologies to their portfolio projects. Students will develop prototypes that demonstrate the application of new technologies or techniques.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**DCB359**

### Project and Portfolio V: Digital Cinematography

The Project and Portfolio V: Digital Cinematography course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will direct, shoot, and edit, a two- to four-minute narrative. Students will also plan and record a casting session in preparation for the shoot. The narrative will demonstrate their ability to direct talent for performance, show adequate and well-composed camera coverage, select suitable and relevant art and sound design, and make effective editing choices for their chosen genre. The videos submitted will be reviewed by faculty and peers.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**DMK359**

**Project and Portfolio V: Digital Marketing**

The Project and Portfolio V: Digital Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will prepare for the Google Ads certification, an industry-standard accreditation offered by Google to demonstrate expertise as an online advertising professional. The course begins with preparation for the Google Ads Fundamentals exam and also includes preparation for either the Search or Display Advertising exams. Optionally, students may also prepare for the Shopping Advertising certification and/or the Video Advertising certification.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**EBB359**

**Project and Portfolio V: Entertainment Business**

The Project and Portfolio V: Entertainment business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop a premise for a unique piece of entertainment media and create a distribution plan to connect with potential consumers. Students will explore the steps involved in publishing and/or distributing a physical or digital media product. They will also research actual publishers, distributors, and aggregators who can help distribute an entertainment media product and write an original distribution plan for their selected film, television pilot, music release, or other media product.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**FBS359**

**Project and Portfolio V: Film**

The Project and Portfolio V: Film course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will complete a documented production experience in a key role capacity within their area of specialization. Students will be assessed by their mentors on their grasp of the advanced concepts and mastery of skill in their respective area of specialization. Students will begin a rough-cut assembly of their final reel under the tutelage of their mentors.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GAB359**

**Project and Portfolio V: Game Art**

The Project and Portfolio V: Game Art course combines hands-on learning experiences with summative and formative portfolio assessments. This course provides students the opportunity to create full, production-ready animated sequences. Building on the skills and techniques from previous courses, students will create animated sequences that adhere to game-engine requirements. Assets created for this course will be used in students' presentation images for their digital portfolios.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GDN359**

**Project and Portfolio V: Game Design**

The Project and Portfolio V: Game Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course allows students to iterate upon a digital game project using concepts and content from the previous courses. In this course, students will customize an existing project in order to add new mechanics and create new designed experiences while simultaneously showcasing technical ability to achieve these new features.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GDB359**

**Project and Portfolio V: Game Development**

The Project and Portfolio V: Game Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course focuses on game-engine systems for handling dynamic interaction between 3-D objects. Students will extend and apply their knowledge of game engines to build systems for detecting and reacting to collision between objects. Students will also develop acceleration structures to reduce pairwise tests for collision detection and the building of the visible set for rendering. Approaches for physics simulations are also applied, allowing for more believable dynamic movement of 3-D objects in games.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GRD359**

**Project and Portfolio V: Graphic Design**

The Project and Portfolio V: Graphic Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course builds upon skills taught in previous courses and gives students the opportunity to research and apply new technologies to their portfolio projects. Students will develop prototypes that demonstrate the application of new technologies or techniques.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MCB359**

**Project and Portfolio V: Media Communications**

The Project and Portfolio V: Media Communications course combines hands-on learning experiences with summative and formative portfolio assessment. Building on research conducted in Portfolio II, students will review a related industry business and analyze its current marketing strategy for cohesiveness of brand messaging. Students will suggest improvements through a marketing project proposal, which will focus on employing traditional and nontraditional marketing channels. Students will apply their previous portfolio course knowledge of research, graphic design, digital branding, and business principles. Self-directed students may also explore relevant personal projects or internships during the course.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDV359**

**Project and Portfolio V: Mobile Development**

The Project and Portfolio V: Mobile Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course provides students the opportunity to investigate and explore the Android and Apple mobile ecosystems and philosophies to gain a more complete understanding of the mobile industry and application development as a whole. Students will explore the Android and Apple markets, application trends, user demographics, and other nondevelopment factors in the mobile industry.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MBB359**

**Project and Portfolio V: Music Business**

The Project and Portfolio V: Music Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop an idea for a new record company, including a company name, logo, value proposition, competitive advantages, potential roster, and budget. Students will explain the story of their proposed record label in a creative way. They will also apply lessons learned from other record labels' past mistakes in striving to achieve success when starting their own record label.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MPB359**

**Project and Portfolio V: Music Production**

The Project and Portfolio V: Music Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will compose an instrumental piece of music that demonstrates their synthesis of advanced concepts of harmony, meter, rhythm, and melody with the production techniques unique to the sequencing environment. Digital tools for the modern composer are leveraged to enhance the dynamism and musicality of each student's project.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**RAB358**

**Project and Portfolio V: Recording Arts**

The Project and Portfolio V: Recording Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will be granted an advanced view of the audio postproduction process for producing a final mix of a film or television soundtrack. This course focuses on the creative development of audio postproduction elements, such as sound-effect design, music editing, dialogue editing, and the final mixing process.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SPB359**

**Project and Portfolio V: Show Production**

The Project and Portfolio V: Show Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will continue to apply production techniques learned in previous courses. Additionally, students will apply management and leadership concepts while working as part of a live event–production team. Students will also begin to prepare video content for use in later courses.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SVB359**

**Project and Portfolio V: Simulation and Visualization**

The Project and Portfolio V: Simulation and Visualization course combines hands-on learning experiences with summative and formative portfolio assessments. This course will define the practical aspects of mathematical modeling for solving problems using mathematical models. Armed with an understanding of computational modeling approaches, students will apply real-time mathematical models to prototype and iterate a working continuous simulation of a real-world process or system.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SCB359**

**Project and Portfolio V: Sportscasting**

The Project and Portfolio V: Sportscasting course combines hands-on learning experiences with summative and formative portfolio assessments. This is a production course in which students will study the various techniques and practices involved in studio production. Students will become familiar with all aspects of television production in its three stages: preproduction, production, and postproduction. Students will work both individually and in groups to complete various studio and field projects throughout this course. Students will also gain an understanding of the ethical issues faced when creating media.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SMM359**

**Project and Portfolio V: Sports Marketing and Media**

The Project and Portfolio V: Sports Marketing and Media course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will complete a clearly defined plan for one of a variety of types of sports business projects from development to delivery. Students will identify how their projects will add value to a proposed organization and the possible reception of its stakeholders. Students will outline their project's objectives, overview, budgeting, event planning, timeline, and criteria for evaluation.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**WDD359**

**Project and Portfolio V: Web Design and Development**

The Project and Portfolio V: Web Design and Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course mirrors workflow models used in professional web development. Students will define the scope of a project, including usability concerns, asset development, the technologies that will be used, and the time required to develop the project through completion. This course presents the framework for a cohesive web-workflow plan to ensure the efficient and effective delivery of web-application projects.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**APB469**

**Project and Portfolio VI: Audio Production**

The Project and Portfolio VI: Audio Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will focus on audio production for visual media. Students will apply their understanding of audio development for both linear and nonlinear media to yield a functional and polished portfolio piece. In creating audio for visual media, students will demonstrate their grasp of dialogue, foley, game engines, and appropriate sound design in their projects.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**CTB469**

### Project and Portfolio VI: Cloud Technologies

The Project and Portfolio VI: Cloud Technologies course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will extend their existing project by applying their knowledge of cloud storage, APIs, system capacity, and performance management to scale their cloud-based system for greater performance. Students will learn to implement a system using performance-monitoring tools. They will be able to quickly scale systems up and down using APIs and automation tools and will be able to provide technical documentation about the system.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CAB469**

### Project and Portfolio VI: Computer Animation

The Project and Portfolio VI: Computer Animation course combines hands-on learning experiences with summative and formative portfolio assessments. This course uses progress monitoring to evaluate discipline topics by reinforcing production deadlines and constraints. This course encourages students to use higher-order thinking to create quality assets, with a focus in compositing, based on compiled reference material for use in a student portfolio.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**COS469**

### Project and Portfolio VI: Computer Science

The Project and Portfolio VI: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. This course focuses on the design of students' software applications. Students will design a storyboard for their software and create product wireframes and analysis. By the end of this course, students will determine the purpose of their software and outline a set of definite requirements for development.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**CWB469**

### Project and Portfolio VI: Creative Writing for Entertainment

The Project and Portfolio VI: Creative Writing for Entertainment course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will choose to employ either the comic-book or game-script format or children's picture-book or young-adult story conventions to create a short story, script, or game cutscene script.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**DAD469**

### Project and Portfolio VI: Digital Arts and Design

The Project and Portfolio VI: Digital Arts and Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course assesses students on the development of their design objectives as they create a personal brand that will extend across all aspects of their professional portfolio. Students will be required to explain their research, techniques, and methodologies in group and one-on-one settings.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**DCB469**

### Project and Portfolio VI: Digital Cinematography

The Project and Portfolio VI: Digital Cinematography course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will submit a video pitch/proposal detailing their selected project to a faculty mentor committee. Students will create and submit a business plan for either an independent production or a development using a commercial production house. They will create a budget, develop a cast and crew list, plan a marketing strategy, and propose assets for their reel and website.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**DMK469**

### Project and Portfolio VI: Digital Marketing

The Project and Portfolio VI: Digital Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will begin to use their marketing skills, knowledge, and expertise to conceptualize and build a business prototype and then launch and evaluate the performance of a microbusiness. In this course, students will define a product or service to be offered by their microbusiness, outline the business strategy, identify methods for generating leads, and build a business prototype.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**EBB469**

### Project and Portfolio VI: Entertainment Business

The Project and Portfolio VI: Entertainment Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will use multimedia and design skills to create assets such as brochures, posters, videos, photos, and marketing materials in support of a brand. Students will showcase their creativity by enhancing their evolving digital portfolio website with multimedia assets and effective design strategy.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**FBS469**

### Project and Portfolio VI: Film

The Project and Portfolio VI: Film course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will continue assembly of their final reel with guidance from their mentors. Students will gain insight on how to take their skills to the next level through mentor and peer assessments and experiences. Students will complete documented production experience in a key role capacity within their area of specialization and will be assessed by their mentors on their grasp of advanced concepts and mastery of skill.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GAB469**

### Project and Portfolio VI: Game Art

The Project and Portfolio VI: Game Art course combines hands-on learning experiences with summative and formative portfolio assessments. This course gives students the opportunity to create full, production-ready assets that fit within their chosen industry discipline. Building on the skills and techniques from all previous courses, students will create animations, props and environments, or characters while adhering to current game-engine requirements and visual quality standards. Assets created for this course will be used in students' presentation images for their digital portfolios.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GDN469**

### Project and Portfolio VI: Game Design

The Project and Portfolio VI: Game Design course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will work iteratively on ideas that will become the focus of the work in their final portfolio. The mechanism of this iteration will be a project pitch in which students cultivate an idea and work to answer questions suggested by the idea under the guidance of peers and professional staff.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GDB469**

### Project and Portfolio VI: Game Development

The Project and Portfolio VI: Game Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course immerses students in a game development project with an emphasis on teamwork. The project is composed of two milestones. Students will apply the skills developed in previous classes and begin work on their project by coding their core gameplay and major features for their game.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GRD469**

### Project and Portfolio VI: Graphic Design

The Project and Portfolio VI: Graphic Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course assesses students on the development of their design objectives as they create a personal brand that will extend across all aspects of their professional portfolio. Students are required to explain their research, techniques, and methodologies in group and one-on-one settings.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MCB469**

### Project and Portfolio VI: Media Communications

The Project and Portfolio VI: Media Communications course combines hands-on learning experiences with summative and formative portfolio assessment. Students will plan, create, and distribute a transmedia narrative by applying the technical proficiencies gained in previous courses. The transmedia narrative will highlight their work as media strategists and content creators as well as demonstrate the delivery of a message to a specific audience. All media content will be aesthetically appropriate and genre specific, in addition to being screened for rights of use. Students will write an assessment of current adherence to legal intellectual-property rules and will make any necessary changes to stay within rights of use. Self-directed students may also explore relevant personal projects or internships during the course.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MDV469**

### Project and Portfolio VI: Mobile Development

The Project and Portfolio VI: Mobile Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course enables students to synthesize their development and design skills for the Android mobile platform to plan, develop, and deploy an interactive mobile application for use on Android devices.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MBB469**

### Project and Portfolio VI: Music Business

The Project and Portfolio VI: Music Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create a distribution plan for a musical product of their choosing. Students will use their creativity to delve into both physical and digital distribution opportunities for their chosen single, album, compilation, or other product. Students will explore developing a social-media strategy, building a fan base, soliciting reviews, releasing the product, and maintaining and increasing a fan base.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**MPB469**

### Project and Portfolio VI: Music Production

The Project and Portfolio VI: Music Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will apply their prior commercial music experience with advanced audio-engineering skills. As they score to locked picture, students will compose music for dramatic settings and interact with the instructor in a way that closely simulates real-world collaboration between a producer and client.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**RAB468**

### Project and Portfolio VI: Recording Arts

The Project and Portfolio VI: Recording Arts course combines hands-on learning experiences with summative and formative portfolio assessments. This course provides an advanced view of the process of creating sound for video games. Students will build upon their knowledge base to produce sound for a video-game project. In addition, students will produce deliverables relevant to the industry and gain exposure to how game-audio professionals network in this expanding field.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SPB469**

### Project and Portfolio VI: Show Production

The Project and Portfolio VI: Show Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will continue developing video content and apply video field-production techniques as a part of the content-creation process. Students will also begin creating media-server assets for application in later courses.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SVB469**

### Project and Portfolio VI: Simulation and Visualization

The Project and Portfolio VI: Simulation and Visualization course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will be assigned to a simulation project, and depending on the scope and progress of the project, will be designing, developing, fabricating, and assembling elements of the working deliverable.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SCB469**

### Project and Portfolio VI: Sportscasting

The Project and Portfolio VI: Sportscasting course combines hands-on learning experiences with summative and formative portfolio assessments. Students will be challenged to consider content creation and organization from the viewpoint of a twenty-first-century producer or executive. Through lessons, case studies, and projects, students will learn creative strategies for content production. They will explore audience development, programming distribution, and content strategy for evolving distribution channels. Students will apply knowledge from this and previous courses to devise a content plan for a digital channel with an emphasis on strategic creativity.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SMM469**

### Project and Portfolio VI: Sports Marketing and Media

The Project and Portfolio VI: Sports Marketing and Media course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop a complete sponsorship activation plan. Students will base their plan around an aspect of created content, be it a new application, distribution channel, or other development, and then integrate that content into a larger sponsorship initiative. Students will learn how to expand the scope of sponsorships to new platforms and technology and will recognize the potential revenue opportunities that this opens up.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**WDD469**

### Project and Portfolio VI: Web Design and Development

The Project and Portfolio VI: Web Design and Development course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will identify and plan the scope of a project, including the concept, design, and production pace. Students will expand on the preproduction methods learned in the Project and Portfolio V: Web Design and Development course by creating the necessary preproduction documentation to ensure the successful delivery of their project. By the end of the course, students will have an intimate knowledge of the requirements needed to complete their project.

Total credit hours     3.0
Course length     4 weeks

**APB479**

### Project and Portfolio VII: Audio Production

The Project and Portfolio VII: Audio Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will develop a professional-quality portfolio piece while working against a deadline. Students will apply knowledge acquired in their degree to improve their artistic sensibilities, workflow, technical knowledge, and personal time management. Students will work through a critique and review process with the faculty to develop high-quality content. Their experiences in this course will help prepare them for the methods, demands, and conditions they will encounter in a professional production workflow.

Total credit hours     3.0
Course length     4 weeks

**CTB479**

### Project and Portfolio VII: Cloud Technologies

The Project and Portfolio VII: Cloud Technologies course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will extend their existing project by applying their knowledge of software-defined data centers and reflecting upon the process of creating an entire cloud-based project. Students will also validate the security of their system and plan and test strategies for disaster recovery. Students will demonstrate a complete cloud-based system and will provide a written report on their experience and how they plan to improve the design. Students will also learn how to revise a program proposal to meet a client's needs.

Total credit hours     3.0
Course length     4 weeks

**CAB479**

### Project and Portfolio VII: Computer Animation

The Project and Portfolio VII: Computer Animation course combines hands-on learning experiences with summative and formative portfolio assessments. This course uses progress monitoring to evaluate discipline topics by reinforcing production deadlines and constraints. The course encourages students to use higher-order thinking to create quality assets based on compiled reference material for use in their student portfolio.

Total credit hours     3.0
Course length     4 weeks

**COS479**

### Project and Portfolio VII: Computer Science

The Project and Portfolio VII: Computer Science course combines hands-on learning experiences with summative and formative portfolio assessments. This course focuses on polishing, packaging, and distributing an application. Students will address and correct all remaining software defects in their applications and prepare the software for standard distribution channels according to industry practices.

Total credit hours     3.0
Course length     4 weeks

**CWB479**

### Project and Portfolio VII: Creative Writing for Entertainment

The Project and Portfolio VII: Creative Writing for Entertainment course combines hands-on learning experiences with summative and formative portfolio assessments. Students will utilize the formatting conventions of game design, transmedia, or film to create a film or game script or a transmedia campaign. Students will also revise and add polish to selected works for their final portfolio submission.

Total credit hours     3.0
Course length     4 weeks

**DAD479**

### Project and Portfolio VII: Digital Arts and Design

The Project and Portfolio VII: Digital Arts and Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course assesses all aspects of the students' graphic design portfolio. Students will distribute their portfolios as both print and interactive media.

Total credit hours     3.0
Course length     4 weeks

**DCB479**

### Project and Portfolio VII: Digital Cinematography

The Project and Portfolio VII: Digital Cinematography course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will create their own personal branded website to either promote themselves as an independent production company or promote a specific project. This website will include the properly transcoded final edit of their selected project in addition to showcasing different styles of their work. The student's personal design aesthetic will be clearly evident throughout the site, and a personal introduction video and employment résumé appropriate to the independent contract industry will be developed.

Total credit hours     3.0
Course length     4 weeks

**DMK479**

### Project and Portfolio VII: Digital Marketing

The Project and Portfolio VII: Digital Marketing course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will expand upon their defined microbusiness concept. They will launch the business, establish a monitoring plan, and measure the business's performance. Through this project, students will demonstrate the comprehensive suite of skills and knowledge they will have gained throughout their program of study.

Total credit hours     3.0
Course length     4 weeks

**EBB479**

### Project and Portfolio VII: Entertainment Business

The Project and Portfolio VII: Entertainment Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will select a current business problem related to the entertainment industry, assess potential action steps, and develop strategic plans to propose a solution. Through this process, students will evaluate the management, marketing, financial, legal, and ethical factors that influence real-world business decisions. Students will also assess external entrepreneurial opportunities that these scenarios may generate.

Total credit hours     3.0
Course length     4 weeks

**FBS479**

### Project and Portfolio VII: Film

In the Project and Portfolio VII: Film course, students will complete and assemble their portfolio work. Guided by their specialization mentor, students will identify their specialty skill levels and assemble an industry résumé, reel, and/or selection of work examples. Students' work will be assessed on their ability to grasp and implement the higher concepts of their chosen specialization.

Total credit hours     3.0
Course length     4 weeks

**GAB479**

### Project and Portfolio VII: Game Art

The Project and Portfolio VII: Game Art course combines hands-on learning experiences with summative and formative portfolio assessments. This course provides students an opportunity to create full, production-ready assets that fit within their chosen industry discipline. Building on the skills and techniques from all previous courses, students will create animations, props and environments, or characters while adhering to current game-engine requirements and visual quality standards. Assets created for this course will be used in students' presentation images for their digital portfolios.

Total credit hours     3.0
Course length     4 weeks

**GDN479**

### Project and Portfolio VII: Game Design

The Project and Portfolio VII: Game Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course serves as the final checkpoint for students' culminating work in the program. In this course, students will put the finishing touches on their digital project, preparing it for submission to festivals and release to the general public.

Total credit hours     3.0
Course length     4 weeks

**GDB479**

### Project and Portfolio VII: Game Development

The Project and Portfolio VII: Game Development course combines hands-on learning experiences with summative and formative portfolio assessment. Students will begin their software quality-assurance cycle, emphasizing proper defect-reporting mechanisms and correction. Student assignments include the maintenance of technical-design documentation, the implementation of game technology, the implementation of a quality-assurance cycle, and continued work on and completion of game projects.

Total credit hours     3.0
Course length     4 weeks

**GRD479**

### Project and Portfolio VII: Graphic Design

The Project and Portfolio VII: Graphic Design course combines hands-on learning experiences with summative and formative portfolio assessments. This course assesses all aspects of the students' graphic design portfolio. Students will distribute their portfolio through both print and interactive media.

Total credit hours     3.0
Course length     4 weeks

**MDV479**

### Project and Portfolio VII: Mobile Development

The Project and Portfolio VII: Mobile Development course combines hands-on learning experiences with summative and formative portfolio assessments. This course simulates the conditions of a professional environment in which students will be required to deploy their mobile applications for multiple devices. In addition, students will deliver all of their design work and process pieces, academic research, and code for review. The Mobile Development team will then critique students' work for product functionality and design.

Total credit hours     3.0
Course length     4 weeks

**MCB479**

### Project and Portfolio VII: Media Communications

The Project and Portfolio VII: Media Communications course combines hands-on learning experiences with summative and formative portfolio assessments. Students will implement the technical and creative competencies mastered along the program combined with new brain-based strategies to demonstrate their ability to design and execute an effective media campaign. Focusing on themselves as the product, students will leverage new media formats by deciding how to deliver their self-promotion media piece. Students will exercise the diverse proficiencies gained throughout the portfolio series to support their successful transition from the academic environment to a professional arena. Self-directed students may also explore relevant personal projects or internships during the course.

Total credit hours     3.0
Course length     4 weeks

**MBB479**

### Project and Portfolio VII: Music Business

The Project and Portfolio VII: Music Business course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will select a current business problem related to the music industry, assess potential action steps, and develop strategic plans to propose a solution. Through this process, students will evaluate the management, marketing, financial, legal, and ethical decisions that affect real-world business decisions. Students will also assess external entrepreneurial opportunities that these scenarios may generate.

Total credit hours     3.0
Course length     4 weeks

**MPB479**

### Project and Portfolio VII: Music Production

The Project and Portfolio VII: Music Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will conceptualize, produce, document, and notate a project focus of their choice to demonstrate their artistry and technical abilities in their desired career path. Project options include producing a song as an independent artist, composing and submitting library tracks, composing music for a game by collaborating with a game-design team, composing a film soundtrack, and composing music for an advertising campaign.

Total credit hours     3.0
Course length     4 weeks

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**RAB479**

### Project and Portfolio VII: Recording Arts

The Project and Portfolio VII: Recording Arts course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will focus on the delivery of a final master recording. Utilizing assets created in preceding courses, students will be tasked with delivering a release-ready, single for an artist. This course focuses on mix delivery and advanced music mastering, editing, and delivery requirements. The finished product will exemplify students' ability to build a comprehensive recording arts portfolio.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SPB479**

### Project and Portfolio VII: Show Production

The Project and Portfolio VII: Show Production course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will produce a live concert event with a full band in a professional performance venue. Students will design, manage, and engineer all elements of the show. Student production team members will be responsible for show marketing, production management, stage management, visual media, and all audio, video, and lighting of the event. In addition, students will produce an audio and video recording of the event.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SVB479**

### Project and Portfolio VII: Simulation and Visualization

The Project and Portfolio VII: Simulation and Visualization course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will be assigned to a simulation project, and depending on the scope and progress of the project, will be tasked with designing, developing, fabricating, and assembling. Many simulators have critical components that, if improperly implemented, can cause failure in sensitive systems. The final module of this course covers the identification, implementation, and testing of these mission-critical systems.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SCB479**

### Project and Portfolio VII: Sportscasting

The Project and Portfolio VII: Sportscasting course combines hands-on learning experiences with summative and formative portfolio assessments. This course focuses on advanced studio production for broadcast, podcast, and digital sports programming. Students will experience the elements of a live sports programming environment. They will enterprise their own stories and write, edit, and deliver content at the level required to succeed in the professional world. Students will work primarily in their areas of focus and collaborate to present different types of structured, informative, studio-based programming while under the deadlines of a working newsroom.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**SMM479**

### Project and Portfolio VII: Sports Marketing and Media

The Project and Portfolio VII: Sports Marketing and Media course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students are presented with complex, real-world scenarios related to the sports business industry. Students will analyze the scenarios, assess potential action steps, and further cultivate their strategic plans for resolution. Students will develop their complete strategic marketing plan for a sports business and present it live, both verbally and with supporting visuals.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**WDD479**

### Project and Portfolio VII: Web Design and Development

The Project and Portfolio VII: Web Design and Development course combines hands-on learning experiences with summative and formative portfolio assessments. In this course, students will synthesize all of the skills they have developed over the course of the degree program. Students will produce a project that demonstrates all components of a functioning web-based application, including the methods and techniques used to integrate and deploy their project. During this course, faculty will evaluate the completeness of students' progress. Students will be evaluated based on milestones, solution integration and deployment methods and techniques, and corresponding documentation.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**GDM570**

### Prototyping and Content Creation

Building upon concepts from the Game Design course, the Prototyping and Content Creation course focuses on providing students with the tools and techniques required for the development of functional prototypes, allowing them to test and refine their design concepts. As a part of this process, students will become familiar with the utilization of game development tools for a variety of distribution platforms.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

**MAN603**

### Project and Team Management

Students in the Project and Team Management Course are responsible for two main objectives. The first involves learning the principles of project management, including: creating a project management plan, correctly ordering tasks, understanding and considering all factors that contribute to a successful project, and staying within budget. The second objective requires students to explore the various factors of team management and creating a productive team, including: matching project objectives to team member skill sets, motivating a team to accomplish project goals, empowering team members to take ownership of a project's success, and providing mentorship to aid the team's success.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

**GDN4141**

### Prototyping

In the Prototyping course, students will create their first team-based digital game prototype. Each student will apply what he or she has learned individually in order to create a small prototype of a game mechanic. Students will then team up to create a prototype of a much larger scope using disciplines learned throughout the program to devise a unique concept design. They will then prototype this concept over the course of two milestones. Throughout this project, students will refine the skills learned in previous classes while working in a team environment during the development process.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**DEP1013**

### Psychology of Play

In the Psychology of Play course, students will explore how the field of psychology values the concept of play as a mechanism that allows a person to apply game strategies to accomplish life goals. Students will examine how the action of play shapes the brain, develops critical-thinking skills, and strengthens the ability to collaborate with others in social and professional settings. By exploring the key works of historical and current researchers and theorists, students will learn about the value of play and how to apply techniques of play in developing cognitive strategies to complete creative, professional, and social tasks. This course enables students to utilize perspectives in psychology to examine how play relates to their life, education, and chosen creative field.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**NMJ650**

### Public Relations and Reputation Management

The Public Relations and Reputation Management Course addresses the ethical responsibilities of multimedia journalists as they apply to story development, audience reaction, story evolution, and personal and organizational message control. Students learn how consumers absorb, act, and react upon news based on media format and content emphasized in that format. The course also provides an overview of the media industry landscape, examining how the different players interact and how they balance being news gatherers and content creators for the purpose of generating revenue from the content.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**PBR699**

### Public Relations Final Project and Thesis

Students in the Public Relations Final Project and Thesis Course will deliver a capstone project as a requirement for the completion of their graduate education. This project will consist of a detailed public relations plan that demonstrates an in-depth understanding of the knowledge and concepts across the Public Relations Master of Arts Degree Program curriculum. In addition to the digital media public relations plan, students will prepare a website that includes multimedia assets and a channel mix that support the public relations plan criteria and demonstrate a competency in the technical skills, research skills, and writing skills students have acquired in the degree. Students will also deliver a final thesis, which presents an examination of the plan and an analysis of key topics.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**PBR510**

### Public Relations in a Digital World

In the Public Relations in a Digital World Course, students will examine the dramatic impact of the Internet and a 24/7 media environment on the public relations (PR) process. Students will examine how the Internet and digital media have influenced not only the development of the PR profession but how PR is planned, distributed, and controlled. Through the development of the course, students will explore the role of PR across various departments within an organization and how a public relations team responds to a range of circumstances and priorities. By examining how PR is used to address a variety of strategic communication requirements and organizational goals, students will leave the course with a foundation for further exploration of these initiatives in a dynamic business environment.

| | |
|---|---|
| Total credit hours | 3.0 |
| Course length | 4 weeks |

**ECW2953**

### Publishing and Distribution

Students in the Publishing and Distribution course will learn how to publish and distribute their screenplays, television shows, comic books, videogame scripts, and novels. Students will demonstrate their understanding of the evolution of the entertainment industry, including the process through which projects are developed, produced, and distributed.

| | |
|---|---|
| Total credit hours | 4.0 |
| Course length | 4 weeks |

**GDM635**

### Quality Assurance

Quality assurance is an integral component of the game design process, as the successful delivery of a game is dependent on an effective QA system that covers both the verification and validation of the product. Topics in the Quality Assurance Course include requirements generation, test plan planning and development, defect tracking, and user experience and playtest assessments. Students will research available theory and case studies in this field to develop a continuous process improvement program for their capstone project and utilize current tools to identify, classify, and track bugs in real-world game development projects. This course provides students with the skills to design and implement an effective QA testing program from the beginning of the development cycle to the end.

| | |
|---|---|
| Total credit hours | 3.5 |
| Course length | 4 weeks |

**IEP084**

### Reading 1

In Reading 1, students will learn practical skills for developing reading comprehension, including identification of main ideas, use of prefixes and suffixes, expansion of critical vocabulary, and basic analysis of simple academic texts. Students will be presented with authentic materials such as magazines, newspapers, and comics and engage in vocabulary note-taking, journaling, and group work.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

**IEP090**

### Reading 2

In Reading 2, students develop reading techniques, expand vocabulary, and build grammar skills to help increase their English comprehension. Students are presented with materials from American Pop culture (e.g. magazine and newspaper headlines, comics, and product labels) for analysis. Class activities incorporate live journals, student-developed news stories, and oral presentations based on independent reading.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

**IEP095**

### Reading 3

In this course, students acquire reading comprehension skills (e.g., implied and stated main idea, supporting details, purpose and audience, inference) by applying metacognitive reading strategies to high-intermediate texts, relating key details through multimedia presentation tools, and by engaging the writing process. Topics, assignments and projects are designed to develop self-aware and self-regulated learners. Grammar mini-lessons may also be included and tailored to the needs of each class as appropriate.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

**IEP098**

### Reading 4

In Reading 4, students will develop strategies in advanced reading comprehension, such as skimming, scanning, and previewing. Students' academic and professional vocabulary will be expanded through practicing the use of synonyms, antonyms, and contextualization. The course also addresses marketing concepts, advertising and promotional tools, and the local and international forces that drive innovation in various spheres of American life. Activities include song-lyric analysis, summarizing peer-reviewed articles, and résumé development.

| | |
|---|---|
| Total credit hours | 2.0 |
| Course length | 4 weeks |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

**AUD1923**

## Recording Principles

The Recording Principles course introduces students to the theory and operation of essential audio tools ranging from microphones to mixers. Primary topics include audio basics, signal flow, basic microphone techniques, gain staging, audio processors, and basic file and session management.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**PBR650**

## Reputation Management Strategies

In the Reputation Management Strategies Course, students will learn how to monitor and respond to changes in sentiment and conditions that impact organizational initiatives and long-term strategic communication objectives. In addition to monitoring conversations, sentiment, and search ranking, students will also examine how to report social metrics and web analytics – translating this information into effective planning and decision-making. Students will also examine options for defending and repairing reputations, as well as addressing social threats such as dated and inaccurate information in the press, misinformation, and critics on the web. Finally, students will consider how they can use these same strategies to monitor and manage their own online reputations as they develop their careers.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**NMJ540**

## Research and Investigation Skills Development

The Research and Investigative Skills Development Course examines the massive shifts in the media environment and challenges students to re-imagine how they can uncover, research, and produce investigative stories in that environment. Students will study the fundamentals of research, examine the relationship between research and theory, and explore research ethics. The course also helps students experience the process of online research and how to build credible sourcing to substantiate their work. The course addresses topics that require students to contemplate the validity of conclusions formed from online research and to consider alternative strategic approaches for comprehensive completed projects.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**MCM2651**

## Research in Media Communications

The Research in Media Communications course introduces students to the theories and practices used for research in media communications. Students will compare research methodologies and communication theories while learning to differentiate between topics of study. Students will conduct qualitative and quantitative research through the development of basic data-gathering tools, literature review creation and analysis, and data visualization. Students will also be introduced to basic search engine optimization (SEO) methods, using analytics and data analysis to drive choices that maximize audience and customer response.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GDM512**

## Research in Team Dynamics

The process of producing video games involves a team of highly technical individuals, and the effectiveness of game projects depends very much on the extent to which the team can work together. The Research in Team Dynamics course examines the theoretical basis for assessing team motivation, as well as several effective approaches to influencing behavior and facilitating high performance for individuals and the team as a whole. Students will be introduced to the scientific method and will develop critical thinking skills necessary for both research and effective performance in production teams.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**MDV2330**

## Scalable Data Infrastructures

The Scalable Data Infrastructures course teaches students the fundamental concepts and strategies needed for programming. In this course, students will examine the foundations of programming, including syntax, structures, and data.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CWM550**

## Script Analysis and Criticism

In the Script Analysis and Criticism Course, students will learn to recognize elements that create powerful narratives and how they can be best integrated in various multimedia formats. Students will analyze films, TV, animation, and games for structure, style, and content and identify how traditional scripts differ across multimedia formats and are transformed into visual narratives. An objective of the course is for students to learn the correct questions to ask themselves when preparing scripts for production in different visual contexts.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**FPR530**

## Script Production and Analysis

The Script Production and Analysis Course explores the tools, techniques, and tradecraft used to write film scripts and develop engaging stories. Learning activities will investigate the components of dramatic storytelling such as character, theme, tension, and conflict. The course will address how these elements are developed through the creation of effective scenes. Throughout the course curriculum, students will be working on their own film scripts in this comprehensive writing course. A final script will be achieved through engagement with the course instructor, in-class readings, collaborative reading exercises, and formal processes of oral and written feedback. Topics will include narrative structures, storytelling principles, and scriptwriting techniques.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

**ECW3055**

## Scriptwriting Techniques

The Scriptwriting Techniques course introduces students to the foundation of successful writing for film and television. Students will learn the fundamentals of formatting using industry-standard software, structural techniques, character development, conflict, and scene construction. The similarities and differences among formats will be evaluated, enabling students to make successful writing choices for each platform.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**IMK481**

## Search Engine Optimization

The Search Engine Optimization course introduces students to the complex topic of search engine optimization (SEO), which is the process of improving the volume and quality of consumer traffic to a website from search engines through search results. This course addresses topics such as link building, site structure improvements, conversion tracking, strategic keyword development, and understanding the barriers to SEO. Students will examine SEO strategies and develop methods to increase quality website traffic.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CTI3933**

## Securing Systems and Data

In the Securing Systems and Data course, students will explore the differences between securing data and applications on one network and securing data across multiple networks. They will examine the challenges and professional workflows that each requires to successfully safeguard data from malicious sources, respond to threats, and recover from disasters. Students will be able to identify and assess risks and create a security plan for both cloud and intercloud security issues.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**REC1732**

## Sequencing Technology

The Sequencing Technology course explores the use of MIDI-based hardware and software in music production, live performance, and studio control. Musical Instrument Digital Interface (MIDI) is the electronic marriage of music and computer technology that revolutionized music composition, recording, performance, and arrangement. Students will be introduced to the history, principles, and varied uses of MIDI, as well as sequencing techniques, synchronization, troubleshooting, and MIDI system design. Students will survey the effect of MIDI on the modern recording-studio environment and examine live MIDI applications.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**GRA1161**

## Shading and Lighting†

The Shading and Lighting course investigates how mood and lighting, look and feel, shadows and shading, and reflections and atmospheres bring scenes and models to life. Students will develop an eye for texturing and lighting modeled objects and scenes that parallel the real world. This course builds on the concepts established in previous courses, including surface lighting and shadow observations and techniques.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**WDD353**

## Server-Side Languages

The Server-Side Languages course examines the benefits of a server-side scripting language to heighten human-computer interaction with web content. In this course, students will learn how to take their existing knowledge of static-based web content and implement a server-side scripting language to develop a more robust web application. By implementing server-side languages within standards-compliant HTML web pages, students will be able to deploy dynamic content to further the level of interaction between client and server communication.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**REC3901**

## Session Recording

The Session Recording course walks students through the theory, philosophy, and practice of contemporary music production in a world-class studio facility. The course introduces the theory and operation of large-format audio consoles. Emphasis is placed on the means to conduct a music session and work with a band in a studio setting. Studio signal flow and recording techniques will be studied and practiced. Students will utilize modern audio-recording technology to gain expertise in the art and science of music production.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**SIM3073**

## Simulation and Visualization Software

Software plays a critical role in simulating and visualizing processes, whether in simulating accurate analogs of dynamic entities/processes or in visualizing the process of using models to derive predictions about real-world events. The Simulation and Visualization Software course introduces students to available software applications and the art of building simulation software.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SHP3425**

## Show Production Systems

The Show Production Systems course covers intermediate technical concepts as well as the skills required of today's live event–production teams. Classroom overviews of the equipment and of the signal flow within systems prepare students for future labs and production work. With a focus on the construction and interface of show-production systems, the course reveals the wiring and internal mechanisms of each major system component. Understanding these inner workings of industry gear will provide students great insight throughout their education and career.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SIM4175**

## Simulation and Visualization Environments

There are many and varied elements involved in the way a simulation environment or modeled data is visualized. The Simulation and Visualization Environments course will touch on the fundamental elements of the environmental aspect of a simulation and visualization, including the differences between various implementation approaches such as virtual reality and augmented reality.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SIM4819**

## Simulation Production

The Simulation Production course incorporates the math and programming concepts of earlier courses with the fabrication, electronic, and simulation software skills to enable students to participate in the development of a simulation project.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**NMJ620**

## Social Media and Online Community Engagement

The Social Media and Online Community Engagement Course is an examination of how information is shared outside professional journalism, how journalists can interact with communities, and the ways in which social technology shapes cultures, governments, and communications. Students learn theoretical and practical approaches to understanding, designing, building, and using virtual communities, and how user-generated content within those communities expands the definition of news. The course also helps journalists understand how to leverage social media to find story ideas, engage audiences, and promote their work.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**SMM3562**

## Social Media and Sports Marketing

The Social Media and Sports Marketing course examines the methodology inherent in marketing through social-media applications and applies social media to situations for revenue generation and brand awareness in the sports industry. Students will explore the avenues by which teams and organizations can use social and digital media to grow brand awareness and fan/consumer loyalty. They will also learn to utilize these methods to engage consumers and inspire them to tell others about the products or services being marketed. Students will learn how to evaluate if and when specific marketing approaches are appropriate for their product and/or brand—they will also be tasked with creating and producing their own social media and viral-marketing campaign.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

\* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

† This specific course uses the Florida Statewide Course Numbering System (SCNS).

# Course Descriptions

**IMK345**

### Social Media Marketing

In the Social Media Marketing course, students will explore how social media is an integral part of a successful marketing campaign. A progressive aim of any social media effort is to add value to the online community experience and to strengthen the brand's presence within these communities. Evaluating the consumer's mindset and altering the marketing efforts to match these demands completes this complicated task. Throughout this course, students will learn how to incorporate these methodologies into their marketing campaign to create a strong presence in online communities.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SMM3563**

### Social Media Methods

The Social Media Methods course examines the methodology inherent in marketing through social-media applications and applies social media to situations for revenue generation and brand awareness. Students will explore the avenues by which teams and organizations can use social and digital media to grow brand awareness and fan/consumer loyalty. They will also learn to utilize these methods to engage consumers and inspire them to tell others about the products or services being marketed. Students will learn how to evaluate if and when specific marketing approaches are appropriate for their product and/or brand—they will also be tasked with creating and producing their own social-media campaign.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**PBR550**

### Social Media Metrics and ROI

The ability to measure and evaluate the impact of public relations efforts is critical to ensuring the success of any marketing and/or public relations campaign. In the Social Media Metrics and ROI Course, students will learn how to track, report, and analyze a variety of metrics that describe audience behavior and attitudes. In the course, students will learn how to use numeric information to describe and explain performance in relation to campaign goals and objectives. Students will examine quantitative and qualitative measurements to help provide context for audience search trends, website traffic, and social behavior such as sharing content. In addition to exploring these metrics, students will also learn how to integrate these measures into their professional planning. The course will provide students with an understanding of both traditional and contemporary metrics and reporting tools for analyzing data. Ultimately, students will learn how to develop and create reports, which will develop a stakeholder's understanding and confidence in the public relations process.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SDV4327**

### Software Architecture

The Software Architecture course focuses on software construction. Students will work on engineering and writing an application. By the end of this course, students will be able to move on to the testing phase of the software-development life cycle.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**GDD258**

### Software Engineering

In the Software Engineering course, students will learn commonly used design patterns, practices, and principles involved in the process of constructing software. Students will be working inside a prebuilt software solution wherein they will find and fix various kinds of software bugs, add new features to the software, and track the changes made by using version-control tools.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**SDV4719**

### Software Integration

The Software Integration course focuses on application testing, release, and maintenance. Students will utilize various tools and methodologies to test their software applications, including static and dynamic analysis. Students will also beta test real-world usability and practice response execution. Attention will be focused on product security, usability, assessment, debugging, and increased functionality.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SDV4733**

### Software Test and Quality Assurance

The Software Test and Quality Assurance course explores software-project integration and testing and teaches students how to define and assess software quality. Students will analyze how a developed system conforms to specific requirements by utilizing various tools and techniques for software-quality assessment, including review/inspection techniques for nonexecutable software, black-box and white-box testing techniques for executable software, and test-result analysis. Students will apply testing standards and strategies to their own software projects and write a test-analysis report. Topics include quality assurance, boundary value, equivalence class, control paths, data-flow paths, traceability matrix, functional testing, unit testing, compatibility testing, component and system/regression tests, and the defect life cycle (DLC).

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**CTI4751**

### Software-Driven Data Centers

In the Software-Driven Data Centers course, students will finish building a network system. Students will create and measure the performance of virtualized data to complete a software-driven data center, providing insight on the critical issues concerning virtualized distributed data.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**AUD3425**

### Sound Design for Games

The Sound Design for Games course provides students with the fundamental tools and techniques required to create and implement sound for video games. Among the topics covered are nonlinear and event-based audio triggering, digital audio processing and manipulation, and synthesis. In addition, students will gain an understanding of game engines and their role in audio implementation.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**SHP4822**

### Sports Broadcast Production

The Sports Broadcast Production course focuses on the technical fundamentals of audio, video and communications systems needed for the production of live broadcast events. Areas of study include intercom-communications systems, radio frequency (RF) systems and coordination, broadcast systems signal flow, and record/playback systems. Additionally, microphone and camera types and proper operation and techniques will be examined.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SMM3112**

### Sports Business Models

In the Sports Business Models course, students will develop an understanding of the principles of economics that influence individual decision makers, both consumers and producers, within an economic system. They will also explore the function of product markets as they relate to sports. Students will examine the different types of relationships forged between sports organizations, their consumers, and their business partners and how industry businesses develop and nurture streams of revenue through those relationships.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**SMM3411**

### Sports Digital Production

The Sports Digital Production course introduces students to the foundational elements of still photography and video production for the purpose of content creation. Students will learn the skills required of professional photographers and picture editors in creating photographic and multimedia packages. By studying field-producing techniques and methods for reporting, messaging, and storytelling through video, students will practice learning still and video camera functions and begin to train their critical eye.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**SMM3622**

### Sports Events and Entertainment

The Sports Events and Entertainment course serves as an examination of sports business event management and the strategies used to market conferences, meetings, and special events. This course will also examine the marketing and packaging of sports and entertainment events. Students will explore event planning, promotion, and production for a variety of events and conferences with a targeted emphasis on the roles technology and design play in their success. This course guides students through budgeting, planning, staff and equipment management, video and graphics production, interactive marketing, signage, and the development of strategic partnerships. Students will also be presented with project management tools used in event planning and development.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**MAN6224**

### Sports Management and Operations

This course addresses management practices within the sports and entertainment industry, with an emphasis on sports management practices and operational scenarios. Students in this course explore professional and amateur athletics, organizational structures, sports operations and logistics, and sports business models. Students also formulate a sports management plan for their Business Plan Thesis project.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**MAR6112**

### Sports Marketing and Sponsorship Sales

This course explores topics and concepts pertaining to sports marketing and the role of sports sponsorships and the media. Student are placed in real-world scenarios requiring the application of problem-solving techniques to resolve sports marketing and sponsorship issues. Student also examine sports organizations, advertisers, and the media and each one's approach to marketing, promotions, and sponsorship sales. Students then apply their knowledge to develop a sports marketing plan for their Business Plan Thesis project.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**SMM4561**

### Sports Sales and Sponsorship

The Sports Sales and Sponsorship course provides students with an overview of current factors and issues related to sports sponsorship, including planning, sales and negotiations, proposals, and evaluations. Students will explore sports organizations' relationships with businesses, universities, corporate sponsors, advertising agencies, and individual ticket consumers. This course concentrates on the notions of communication and branding through sales, the value of sponsorship, and the alignment of marketing concepts for each respective client base.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**STA3026**

### Statistics

The Statistics course provides students with an introduction to basic statistics. Students will learn data collection methods, organization of data, descriptive analysis, and visual representation of data. Students will also examine counting rules, sample spaces, and probability rules. Students will apply concepts associated with statistics and probability together to perform statistical analyses in order to make informed decisions. The course culminates with students presenting a small-scale research study. Students will use Microsoft Excel to organize, analyze, and present data.

| | |
|---|---|
| **Total credit hours** | **4.0** |
| **Course length** | **4 weeks** |

**MAR6112**

### Sports Marketing and Sponsorship Sales

This course explores topics and concepts pertaining to sports marketing and the role of sports sponsorships and the media. Student are placed in real-world scenarios requiring the application of problem-solving techniques to resolve sports marketing and sponsorship issues. Student also examine sports organizations, advertisers, and the media and each one's approach to marketing, promotions, and sponsorship sales. Students then apply their knowledge to develop a sports marketing plan for their Business Plan Thesis project.

| | |
|---|---|
| **Total credit hours** | **3.5** |
| **Course length** | **4 weeks** |

**MBG620**

### Storyboard and Game Design

The Storyboard and Game Design Course focuses exclusively on the development of the students' own mobile game design. Building upon the knowledge and research conducted in the previous courses, students will be able to effectively design and develop their mobile game. Students will begin this process by creating game storyboards and scripts that clearly illustrate their visions and ideas. Wireframes and mock-ups will also be created to demonstrate the game's design and architecture. Students will collaborate with one another to provide constructive criticism on each game's design and will learn how to apply this feedback to make improvements to their own mobile games. Topics include game level design, game environments, and character development.

| | |
|---|---|
| **Total credit hours** | **3.0** |
| **Course length** | **4 weeks** |

**FPR630**

### Story Development for Film

The Story Development for Film course prepares students for work within the development stage of production. Students will evolve their understanding of visual storytelling by focusing on how the various elements of imagery and sound expand and enrich the narrative structure of their script. To do this, students will research character building, including backstory and motivation, along with world building such as location design and time frame. Additionally, students will learn tools of pre-visualization including packaging, storyboards, shot lists and preparing for production. Lastly, students will learn to professionally convey their story concepts through the pitching process; practicing with elevator and longer pitches.

| | |
|---|---|
| **Total credit hours** | **5.0** |
| **Course length** | **4 weeks** |

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

# Course Descriptions

## MKT163
### Storytelling

The Storytelling course introduces branding and examines the keys to creating a sustainable and effective brand utilizing digital storytelling concepts. Students will explore the mechanics of storytelling and identify how marketers and content developers convey themes through their writing. Techniques and methods for researching, reporting, messaging, and storytelling will be explored to help students learn how to best structure stories for their audiences via different delivery systems.

Total credit hours 3.0
Course length 4 weeks

## IMK642
### Strategic Internet Public Relations

When a bad product review arises on a blogger's website, how can a company reach out to this consumer and correct the problem? How do you combat this potentially harmful issue in a proactive way that will strengthen your brand and protect your company? Internet public relations requires an individual who understands the open community of the Internet and how to initiate positive public relations strategies. The Strategic Internet Public Relations Course examines proactive public relations methods that are unique to the Internet. In addition, the course addresses how a publicist can become an integral part of protecting the image of a company and how relationship management must be aggressive in this highly accessible medium.

Total credit hours 3.0
Course length 4 weeks

## IDT520
### Strategies for Learner Engagement

In this course, students explore cognitive, learning, and motivation theories as a first step toward understanding how to create engaging curriculum for a variety of learning styles and settings. Students explore design strategies that enhance learner engagement, including the use of media, games, interactive technologies, and collaboration. Students are introduced to and begin to explore ideas for their capstone research project.

Total credit hours 3.0
Course length 4 weeks

## CTI2111
### System Scripting Fundamentals

In the System Scripting Fundamentals course, students will learn the fundamentals of using programming languages to make logic decisions, control the operating system, and automate systems management. The use of libraries and user-defined functions will be applied to scripts. Operating system shell scripts and interpreted scripting languages will be explored. This course clarifies the types of languages used in this industry and their successful application in controlling servers.

Total credit hours 3.0
Course length 4 weeks

## CTI3561
### Systems Performance and Capacity Management

In the Systems Performance and Capacity Management course, students will be introduced to techniques to measure and thereby improve system performance. Topics such as cloud and virtualization performance and capacity management will be explored. Industry-standard tools to measure such performance will be introduced as well as the means to successfully utilize them. Students will be able to identify which metrics are vital and how to leverage them to increase the performance and capacity of a data system.

Total credit hours 3.0
Course length 4 weeks

## SDV3111
### Systems Programming

The Systems Programming course explores techniques and methods used in object-oriented programming (OOP) languages through an architecture-focused approach. Students will be introduced to the core OOP concepts of inheritance, encapsulation, interfaces, abstract classes, and polymorphism. Students will also learn to apply industry-standard techniques such as reusability and efficiency in object-model implementation. This course also looks at the principal advantages of OOP compared to procedural programming techniques.

Total credit hours 4.0
Course length 4 weeks

## GDN4002
### Systems Thinking

The Systems Thinking course examines the holistic impact of systems within games. Considering player choice, resource acquisition and allocation, game economies, and more, this course focuses on the integrity of complex ecosystems within games. Additional exploration into internal discrete-monetization schemas and their relationships with external economic factors will develop students' analytical prowess in designing game systems to achieve desired outcomes.

Total credit hours 3.0
Course length 4 weeks

## CGA4631
### Technical Animation

The Technical Animation course moves beyond traditional keyframe animation to explore systems that allow for the creation of more complex animation tasks such as cloth, hair, water, and other physics-based motion.

Total credit hours 3.0
Course length 4 weeks

## ENC2110
### Technical Writing

The Technical Writing course teaches students to write and organize effective technical documents for specialized audiences. The ability to clearly put into words how products are installed, configured, customized, and deployed is essential in launching new products. Careful consideration must be taken to identify specific audiences and develop documentation to meet their individual needs. This course covers various styles of technical writing as well as their associated drafting and revising techniques.

Total credit hours 4.0
Course length 4 weeks

## TEM1000
### Technology in the Entertainment and Media Industries

The Technology in the Entertainment and Media Industries course examines the impact of technology and technological innovations across various industries. Students will explore a variety of interactive forms, media types, programming languages, and organizational structures and will also learn how these various components can be combined to create professional technology-based projects. In addition, students will learn how emerging technologies are shaping entertainment and media industries and how to prepare for careers in this dynamic field.

Total credit hours 3.0
Course length 4 weeks

## ECW3702
### Television Writing

The Television Writing course provides a challenging opportunity for students to adapt principles and concepts gleaned from previous writing courses to develop proficiency with the creative process used by professional television writers. Students are required to think visually in order to develop a workable premise for an episode of a current television series that will later be converted into a working script.

Total credit hours 3.0
Course length 4 weeks

## CGG432
### Texture Painting and Sculpting

The Texture Painting and Sculpting course instructs students in techniques for creating textures and materials for video games by utilizing traditional art skills and industry-standard tools. Using digital sculpting, painting, and photo-sourcing techniques, students will create and apply textures and materials for use in current game engines.

Total credit hours 3.0
Course length 4 weeks

## CWM510
### The Art of Visual Storytelling

In The Art of Visual Storytelling Course, students study the universal themes of traditional storytelling as well as their applications to visual narrative design and new nonlinear and interactive forms of media. Students will analyze historical examples of visual narratives and then convey ideas and emotions through the use of images and traditional storytelling techniques in order to design new narratives in a variety of entertainment media formats.

Total credit hours 4.0
Course length 4 weeks

## CWM690
### The Business of Creative Writing

In The Business of Creative Writing Course, students will learn about the business of creative writing as well as similarities and differences among different entertainment media genres and distribution methods. This course will complement students' writing skills with the marketing, publishing, and legal basics necessary to be successful creative writers in the entertainment media industry. In addition, current issues, topics, and trends that may impact the careers of graduates will be addressed, such as the roles of literary agents and unions, new technologies, and new opportunities.

Total credit hours 4.0
Course length 4 weeks

## MDM690
### Thesis: Presentation of Design Solution

This course simulates the conditions of a professional working environment in which each student is required to make an online presentation of their thesis project to a panel of professionals. Using established criteria and guidelines, students in the Thesis: Presentation of Design Solution Course will present their projects and explain how their research, preliminary investigations, and applications contributed to the process used to arrive at their final design solutions.

Total credit hours 5.0
Course length 4 weeks

## PBR640
### The Online Media Room

The traditional pressroom or media room is the hub of an organization's media outreach and engagement efforts to their consumer and/or client. In the online environment, this effort is typically reflected within a portion of the organization's webpage. In The Online Media Room Course, students will examine how to develop, integrate, and manage online media assets within the organization's webpage to support both external and internal public relations messages. Students will review topics ranging from the development and usability of digital media assets to the incorporation of progressive online media methods to strengthen a corporate web presence. Students will also examine how to integrate digital media assets with existing third-party social platforms such as Facebook and Twitter. Finally, students will explore best practices for managing and updating online media assets to encourage participation from across an organization.

Total credit hours 3.0
Course length 4 weeks

## MPR3925
### Topics in Music Theory

Students in the Topics in Music Theory course will build upon their prior theory training toward a more comprehensive knowledge of musical structure. The course will cover chromatic harmony, diatonic modes, counterpoint, and advanced rhythmic techniques. Students will also continue to develop their musicianship through vocal and keyboard performance, ear training, and score analysis.

Total credit hours 3.0
Course length 4 weeks

## ECW3652
### Transmedia Writing

The Transmedia Writing course examines the full range of media landscape and charts the progress of a story across multiple platforms. Television shows are often no longer an isolated experience, and the storyline frequently continues after the credits roll each week. Driven by the audience's appetite for more, this cross-platform approach provides a strategic marketing plan and solid entertainment.

Total credit hours 3.0
Course length 4 weeks

## DGT332
### Typography and Page Layout

The Typography and Page Layout course introduces students to the world of professional typography. Students will learn how to use typography as a critical part of page layout as they continue to build upon their knowledge of design concepts. This course also trains students to perceive the printed or viewed page as an integrated graphic element. Students will participate in group discussions and critiques as they work through projects using the latest publishing software.

Total credit hours 4.0
Course length 4 weeks

## MBG581
### Usability Engineering

Students in the Usability Engineering Course will learn how to use qualitative and quantitative research techniques for evaluating the user experience including talk-aloud methods, coding schemes, measurement scales and surveys. Students will also complete a usability analysis, develop a capstone game prototype, review existing usability reports of mobile games, and complete their capstone game proposal.

Total credit hours 3.0
Course length 4 weeks

## CTI1301
### Virtual Computing

Students in the Virtual Computing course, will learn about computer hardware virtualization, container technologies, and virtualization software. Students will deploy Linux and Windows operating systems using virtualization software and will apply these technologies throughout future courses as they build more complex systems. This course will provide a clear understanding of virtual machines and containers and how each are managed and implemented.

Total credit hours 4.0
Course length 4 weeks

## CTI3007
### Virtualization Technologies

The Virtualization Technologies course explores the virtualization of resources and their implementation. Various virtualization models, hypervisor types, resource pools, and virtual machine migrations are introduced using open-source and proprietary software utilized by the industry. This course prepares students to apply different virtualization methods and demonstrate problem-solving skills while integrating disparate systems.

Total credit hours 3.0
Course length 4 weeks

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.

180    FULL SAIL UNIVERSITY

COURSE DESCRIPTIONS    181

# Course Descriptions

**SIM4319**
### Virtual and Augmented Reality
The Virtual and Augmented Reality course will introduce students to the concepts and technology at the forefront of development in virtual reality and augmented reality. Students will study the incorporation of current consumer-grade equipment and peripherals as well as the development of new devices. This course will expand students' knowledge of the various elements involved in designing the way a simulation environment or modeled data is visualized.

**Total credit hours** 3.0
**Course length** 4 weeks

**EDM533**
### Visual and Verbal Communication in Instructional Design
Students in the Visual and Verbal Communication in Instructional Design course will develop their knowledge and skills in writing manuscript for course content that is appropriate for the selected medium, the subject matter, and the intended target audience. Students will study visual design theories, including the use of color, typography, images, composition, and sequence. Students will apply these theories in the development of presentations, written instructions, and online training modules."

**Total credit hours** 3.0
**Course length** 4 weeks

**VEM1000**
### Visual Arts in the Entertainment and Media Industries
The Visual Arts in the Entertainment and Media Industries course examines the various industries that utilize visual storytelling, including film, digital cinematography, creative writing, and media communications. The course familiarizes students with the different types of visual art forms, genres, scripting styles, and organizational structures that each discipline utilizes, as well as how formatting of visual art might be redesigned for transmedia impact. Students will also build a firm understanding of the various skill sets common in the visual arts industries in order to develop the skills most sought after in their prospective careers.

**Total credit hours** 3.0
**Course length** 4 weeks

**CGA366**
### Visual Development
The Visual Development course provides students with further knowledge of texture painting, lighting and rendering, and effects. Students will continue to develop texturing skills by reviewing real-world visual references and studying lighting as it applies to mood and rendering.

**Total credit hours** 4.0
**Course length** 4 weeks

**MDV1830**
### Visual Frameworks
The Visual Frameworks course introduces application architecting as it relates to programmatic theories and visual constructs of mobile platforms. This course explores how to identify specific use cases for mobile applications and how to create an appropriate application flow that supports programming logic, usability, and overall user experience. Students will research and compare current mobile applications to explore the range of strengths and weaknesses among various implementations. Students will also design user interfaces (UI) that employ proper visual components and maintain consistency across UIs, thus building a more cohesive and intuitive experience for the user.

**Total credit hours** 4.0
**Course length** 4 weeks

**FLM1423**
### Visual Storytelling I
The Visual Storytelling I course examines the fundamental disciplines and principles inherent within the world of film, television, and digital media production. During the course, students will learn how writing, directing, producing, cinematography, art direction, makeup, and sound function as elements of the filmmaking process as well as how these specializations intersect during preproduction and production. Students will learn aspects of theory related to each department. An emphasis will be placed on the study of filmmaking as an artistic and technical industry, and students will hone important skills of collaboration, artistic expression, and technique.

**Total credit hours** 4.0
**Course length** 4 weeks

**FLM2427**
### Visual Storytelling II
In the Visual Storytelling II course, students will build upon the specializations within visual storytelling to learn how sound and editing function as parts of the filmmaking process during the production and postproduction stages. Focus will be on postproduction theory. Students will learn problem-solving techniques to apply to logistical, aesthetic, and technical components of telling a story.

**Total credit hours** 4.0
**Course length** 4 weeks

**FPR580**
### Visual Storytelling Techniques and Technology
The Visual Storytelling Techniques and Technology Course examines the processes and tools used by filmmakers to evoke specific emotional responses in an audience. The course curriculum will build upon themes from introductory courses to illustrate how directors enhance the dramatic effect of scenes through lighting, location, blocking, movement, and other techniques. Students will explore a variety of interdisciplinary topics that inform the selection and use of filmmaking methods from fields such as physics, neuroscience, psychology, and the humanities. Students will also learn advanced camera techniques, from camera operation to visual composition and cinematography. Topics include film aesthetics, visual image design, staging, and technical operations.

**Total credit hours** 5.0
**Course length** 4 weeks

**ECW1410**
### Visual Thinking and Writing
The Visual Thinking and Writing course introduces students to the creative structure of the visual medium. Students learn the building blocks of visual storytelling, such as how to communicate moods, emotions, ideas, sounds, and scenery through props. In this course, students learn how to translate the four-dimensional world into clear and evocative writing.

**Total credit hours** 4.0
**Course length** 4 weeks

**REC3125**
### Vocal Production
The Vocal Production course specifically addresses the production of vocal tracks and voice-overs for various media and musical applications. The creative component of this course explores techniques and strategies for capturing the best vocal performance from an artist. The course also examines preproduction with vocalists, establishing producer/vocalist rapport, conducting a vocal session, vocal compilation and background vocals, microphone selection, and signal processing and mixing for vocals and voice-overs.

**Total credit hours** 3.0
**Course length** 4 weeks

**APR4404**
### Vocal Techniques
In the Vocal Techniques course, students will learn to time and tune vocals as they refine their editing skills. This course explores dedicated software tools used in contemporary vocal production to manipulate pitch and timing, along with the creative and aesthetic ramifications of such tools. Topics include techniques and strategies for enabling and capturing outstanding vocal performances, creating background vocals, and recording voice-overs and dialogue.

**Total credit hours** 3.0
**Course length** 4 weeks

**SCS3351**
### Vocal Training for Sportscasting I
Vocal presentation impacts every aspect of broadcasting and communication. The Vocal Training for Sportscasting I course demonstrates how to recognize and develop vocal richness and authenticity at an introductory level. Students will explore the philosophy of communicating with audiences and study the pillars of vocal communication. Students will also perform basic vocal exercises and drills to start developing their vocal instrument.

**Total credit hours** 4.0
**Course length** 4 weeks

**SCS3401**
### Vocal Training for Sportscasting II
Skill in vocal performance is crucial for any successful sports broadcaster and communicator. The Vocal Training for Sportscasting II course continues to train students in voice control and quality at an advanced level. Students will begin to develop their personal vocal brand and philosophy for connecting with audiences. Students will also perform advanced vocal exercises and drills to progress in developing their vocal instrument.

**Total credit hours** 3.0
**Course length** 4 weeks

**SDV4116**
### Wearable Computing
The Wearable Computing course covers the basics of usability, user experience, and human-factors science. The course focuses on wearable technology such as smart watches and headsets to prepare students to work in a multidisciplinary environment that integrates programming and design. Students will develop and execute usability and user-experience tests using the principles of human-computer interaction and human-factors studies, evaluating the results and developing reports that inform the software-development process.

**Total credit hours** 4.0
**Course length** 4 weeks

**WDD4416**
### Web Application Integration
In the Web Application Integration course, all of the elements of web development come together with an emphasis on the integration of complex, interactive solutions being prepared for deployment. Students will complete the process of integrating and optimizing a web-based solution that is compatible with various platforms and targeted devices. This course teaches skills required to produce web solutions within modern production environments.

**Total credit hours** 4.0
**Course length** 4 weeks

**WEB4550**
### Web Design
In the Web Design course, students will explore the multifaceted discipline of web design from a strategic media perspective. Students will gain a basic understanding of website wireframes, information architecture, and target audience analysis. The web will be examined as a platform for the production, promotion, and distribution of media and personal branding; as an interactive medium of communication; and as an art form.

**Total credit hours** 4.0
**Course length** 4 weeks

**GDN3741**
### World Building
The World Building course teaches students how to create a level based on game interactions and features. Designing a level by interaction allows the game designer to map out the perfect game scenarios to give to the player. Since games allow a degree of free will, it is the designer's responsibility to present the player with optimal situations to utilize and master game features. This is achieved by linking well-thought-out interactive scenarios. Advanced concepts such as interaction-driven level, modularity, and combat scenarios are also covered in this course.

**Total credit hours** 4.0
**Course length** 4 weeks

**IEP086**
### Writing 1
Writing 1 emphasizes the development of basic competencies in written English. This course focuses on vocabulary and paragraph development (e.g. self- and peer-editing, audience awareness, and mind mapping) to improve students' ability to communicate basic information clearly in American English. Topic areas include American literature and songwriting. Students will also have the opportunity to create their own poems, songs, and simple, short narratives.

**Total credit hours** 2.0
**Course length** 4 weeks

**IEP089**
### Writing 2
In Writing 2, students will learn to write basic academic compositions. Skill development areas include strategies for idea organization, simple essay structure, English grammar review, and effective construction of sentences expressing the main idea. Students will also learn basic writing mechanics and techniques for editing. Activities include campus exploration, journal writing, and song critiques.

**Total credit hours** 2.0
**Course length** 4 weeks

**IEP092**
### Writing 3
In Writing 3, students will learn how to move from the standard paragraph to well-organized, basic academic essays in various genres. Topics include identifying purpose and audience awareness, developing grammar and academic vocabulary, and understanding organization patterns.

**Total credit hours** 2.0
**Course length** 4 weeks

**IEP099**
### Writing 4
In Writing 4, students will apply critical-thinking and storytelling skills to develop original compositions and expand their vocabulary. Emphasis on APA citation, research, and the writing process, from prewriting to proofreading, is designed to transition students into writing responsibilities at the university level. Activities include blog writing, academic essay development, and journaling, as well as working with Full Sail's Library and Writing Center.

**Total credit hours** 2.0
**Course length** 4 weeks

**CWM621**
### Writing for Film and Animation
In the Writing for Film and Animation course, students will apply what they learned in previous courses by writing their own short screenplays. The course will focus on reinforcing student knowledge of film structure, character types, and plot points. Students will create original material utilizing these skills and write a short script using proper formatting. The course will also emphasize the development of professional habits when rewriting and editing work based on creative and technical critique.

**Total credit hours** 4.0
**Course length** 4 weeks

* This course is only offered online. It is conducted over the Full Sail Online Learning Environment – a web-based platform which employs modern multimedia technologies, requires a logon for entry, and is accessible 24 hours a day via the Internet. Completion of the course is based on participation and successful completion of assignments.



# FACULTY
## ROSTER

# Faculty Roster

**Acosta, Keyvan**
Course Director, Game Design BS
BS Universidad de Puerto Rico
AS Full Sail University

**Adkins, Steven**
Course Director, Entertainment Business MS
DBA Nova Southeastern University
MBA & BS Western Illinois University

**Albershardt, Susan**
Course Director, Creative Writing BFA
MFA Full Sail University
MBA & BA Rollins College

**Arbuckle, Heather**
Course Director, Web Design and Development BS
BS The Art Institute of Pittsburgh

**Argo, Bartley**
Course Director, Media Design MFA
MFA Savannah College of Art and Design
BA Rollins College

**Arlen, Philip**
Course Director, Digital Marketing MS
Ph.D University of California
BS Cornell University

**Arley, Douglas**
Course Director, Mobile Development BS
BS Full Sail University

**Arndt, Richard**
Course Director, Simulation Visualization BS
BS University of Central Florida

**Austin, Grover**
Course Director, Creative Writing BFA
MFA Full Sail University
BA University of South Florida

**Bahin, Richard**
Course Director, Math
MS & BS Herbert H. Lehman College

**Baker, Randell**
Course Director, Film BS
BS Ball State University

**Baldowski, William**
Course Director, Media Design MFA
MFA & BFA Savannah College of Art and Design
MA Feilding Graduate University

**Barbey, Brad**
Course Director, Recording Arts BS
BA Ohio University

**Barran, Rishi**
Course Director, Sportscasting BS
BA University of Maryland

**Barrett, Charles**
Course Director, Creative Writing BFA
MFA American Film Institute
BA Indiana University

**Bartels, Eric**
Course Director, Sports Marketing and Media BS
MSA Ohio University
BS East Carolina University

**Bathke, Nicole**
Course Director, Entertainment Business BS
MBA Rollins College
BS University of Missouri

**Bawathneh, Zyad**
Course Director, Math
Ph.D University of Central Florida
MS & BS Brooklyn College

**Beaulieu, Noel**
Course Director, Sports Marketing and Media BS
MBA University of Florida
BA University of Toronto

**Beaumont, Kenneth**
Course Director, Film BS
BA University of Central Florida

**Becker, Theresa**
Course Director, Mobile Gaming MS
Ph.D & MS University of Central Florida
BA University of Arizona

**Begley, Joshua**
Course Director, Creative Writing BFA
Ph.D Indiana University of Pennsylvania
MA Eastern Kentucky University
BA Alice Lloyd College

**Benningfield, Aaron**
Course Director, Creative Writing BFA
MFA & BS Full Sail University

**Bernath, Sean**
Course Director, Web Design and Development BS
BS & AS Full Sail University

**Berzins, Eric**
Course Director, Audio Production BS
MFA, MA & BFA Savannah College of Art and Design

**Bissett, Michael**
Course Director, Film BS
BS & AS Full Sail University
AAS Brown Mackie College-Cincinnati

**Bowman, Stanley**
Course Director, Computer Animation BS
BFA Ringling School of Art and Design

**Branzei, Laura**
Course Director, Art History
MA University of South Florida
BA University of Florida

**Brehm, Alexia**
Course Director, Entertainment Business BS
MBA & BA Rollins College

**Brook, Eric**
Course Director, Music Production BS
MA University of Minnesota
BM Oberlin College

**Brown, Malyn**
Course Director, Game Design MS
MFA & BA University of Central Florida

**Brown, Brandon**
Course Director, Web Design and Development BS
BS Full Sail University

**Brown, Mark**
Course Director, Game Design BS
BS Full Sail University

**Buchanan, Seth**
Course Director, Simulation and Visualization BS
MS & BS University of Central Florida

**Burhoe, Steven**
Course Director, Entertainment Business MS
Ph.D University of Missouri
MS & BS Virginia Polytechnic Institute and State University

**Burkholder, Matthew**
Course Director, Show Production BS
BA Huntington University
AS Full Sail University

**Burnum, Jeremy**
Course Director, Recording Arts BS
BA Bethany College
AS Full Sail University

**Butler, David**
Course Director, Digital Marketing MS
BA University of Central Florida

**Buzbee, Thompson**
Course Director, Digital Arts and Design BS
MFA The University of Alabama
BFA Temple University

**Cabibbo, John**
Course Director, Web Design and Development BS
MS Full Sail University
BS University of Central Florida

**Campos Dao, Alejandro**
Course Director, Web Design and Development BS
MFA, BS, & AS Full Sail University

**Canacari, Elizabeth**
Course Director, Mobile Development BS
MS & BS Full Sail University

**Canton, Daniel**
Course Director, Film BS
BFA School of Visual Arts

**Carlisle, Kimberly**
Course Director, Film BS
BA State University of New York at Oswego

**Caroti, Simone**
Course Director, Creative Writing BFA
Ph.D & MA Purdue University
MA University of Trieste

**Carson, Catherine**
Course Director, English
MFA & BA University of Central Florida

**Carstens, James**
Course Director, New Media Journalism MA
Ph.D The University of North Carolina at Chapel Hill
MA University of South Florida
BA Colorado State University

**Caruso, Scott**
Course Director, Mobile Development BS
BS Full Sail University

**Cavagna, Joseph**
Course Director, Mobile Development BS
BS Full Sail University

**Chapman, Christopher**
Course Director, Web Design and Development BS
AS The Art Institute of Pittsburgh

**Charlton, Erin**
Course Director, Sports Marketing and Media BS
JD University of Florida
BA Florida Southern College

**Chiodini, Carol**
Course Director, Creative Writing BFA
BA University of Central Florida

**Choi, Soo**
Course Director, Intensive English Program
MEd Boston University
BA University of Florida

**Chu, Jenn-Luen**
Course Director, Mobile Gaming MS
Ph.D University of Central Florida
MA Wayne State University
MA York University
BS Chung Yuan Christian University

**Clark, Stacie**
Course Director, Math
MEd William Carey University
BS The University of Southern Mississippi

**Clavan, Michael**
Course Director, Computer Animation BS
BS & AS Full Sail University
AA Miami-Dade Community College

**Clemens, Brent**
Course Director, Sports Marketing and Media BS
MFA & AS Full Sail University
BA Muhlenberg College

**Cleveland, Colleen**
Course Director, Media Design MFA
Ph.D & MA Fielding Graduate University
MS & BA University of Central Florida

**Cochie, Meredith**
Course Director, New Media Journalism MA
MA & BS University of Florida

**Coffey, Corin**
Course Director, Math
MS Florida Institute of Technology
BS Clarion University

**Compel, Corbett**
Course Director, Show Production BS
BS University of Miami

**Conley, Benjamin**
Course Director, Recording Arts BS
BS & AS Full Sail University

**Cook, Scott**
Course Director, Digital Arts and Design BS
BS Full Sail University

**Cook, Aaron Brent**
Course Director, Game Design BS
MBA & BS Liberty University

**Corinella, Michael**
Course Director, Game Art BS
BS & AS Full Sail University

**Corlew, Nathan**
Course Director, Recording Arts BS
BS Oral Roberts University

**Cornell, Timothea**
Course Director, Digital Marketing MS
MBA Regis University
BS University of South Florida

**Cortez, Oscar**
Course Director, Web Design and Development BS
BS Full Sail University
AA Florida Christian College

**Cossin, Kenneth**
Course Director, Digital Marketing BS
MA Rollins College
BS University of Central Florida

**Coup, Chad**
Course Director, Creative Writing BFA
BA Florida State University

**Cox, Carol**
Course Director, Digital Marketing BS
MA Emory University
BA University of Florida

**Cox, Margaret**
Course Director, Entertainment Business BS
MBA Florida Institute of Technology
BA Middlebury College

## Faculty Roster

**Craft, Kimberly**
Course Director, Entertainment Business MS
JD John Marshall Law School
MM & BM DePaul University

**Crespo, Alfonso**
Course Director, Game Design BS
BS The Art Institute of Fort Lauderdale

**Czaban, John**
Course Director, Simulation and Visualization BS
BS & AS Full Sail University

**Dacosta, Patricia**
Course Director, Mobile Development BS
BS Full Sail University

**Dammen, Brian**
Course Director, Game Design BS
BS & AS Full Sail University

**Daniel, Laura**
Course Director, Art History
MFA Full Sail University
BFA University of Central Florida

**De La Cruz, Miguel**
Course Director, Game Development BS
BS Full Sail University

**De La Cruz, Fernando**
Course Director, Game Design BS
BS & AS Full Sail University

**Dean, David**
Course Director, Show Production BS
BS & AS Full Sail University

**Deason, Christopher**
Course Director, Instruction Design & Technology MS
Ed.D & MED Texas Tech University
BA Angelo State University

**DeGillio, Kenneth**
Course Director, Entertainment Business MS
MS Florida State University
MS Full Sail University
BS University of Florida

**Dela Cerna, Kevin**
Course Director, Media Communications BS
MA & BA University of Central Florida

**DeLeon, Roxanne**
Course Director, Media Communications BS
MS Full Sail University
BA University of Central Florida

**Dennis, Thomas**
Course Director, Digital Cinematography BS
BS Full Sail University

**Diaz, Diane**
Course Director, Digital Marketing MS
MBA University of Central Florida
BS The University of West Florida

**Dickinson, Scott**
Course Director, Music Production BS
Ph.D University of Miami
MM DePaul University
BM University of North Florida

**DiGiacomo, Grace**
Course Director, Intensive English Program
MA Teachers College Columbia University
BS University of Santo Tomas

**Diltz, Ronald**
Course Director, Digital Cinematography BS
MFA, MS & BS Full Sail University
BA University of Florida

**Dinsmore, Brian**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Dobry, Diane**
Course Director, New Media Journalism MA
Ed.D Teachers College Columbia University
MA Columbia University
BA Suny-College at Old Westbury

**Donets, Vitaly**
Course Director, Cloud Technologies BS
BS Full Sail University
AS Daytona State College

**Dowhen, Garrick**
Course Director, Creative Writing BFA
BS University of Maryland

**Downey, Gregory**
Course Director, Digital Cinematography BS
BS Full Sail University

**Duda, Derek**
Course Director, Recording Arts BS
BS & AS Full Sail University

**Dunn, Michael**
Course Director, Media Communications BS
MS Full Sail University
BA University of Central Florida

**Durlin, Henry**
Course Director, Recording Arts BS
MS & BS Full Sail University

**Eason, Jonathan**
Course Director, Film Production MFA
MA American University
BA Florida State University

**Edwards, Jared**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Dinsmore, Brian**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Enger, Ryan**
Course Director, Intensive English Program
ME University of Central Florida
MA Florida International University
BA Flagler College

**Episcopo, Peter**
Course Director, Media Communications BS
MS Full Sail University
BA Seton Hall University

**Erickson, Marjorie**
Course Director, Music Business BS
MS Full Sail University
ABJ University of Georgia

**Fairchild, John**
Course Director, Game Design BS
BS & AS Full Sail University

**Faria, Isabel**
Course Director, Media Communications BS
MS Full Sail University
BA University of Central Florida

**Fatka, Adam**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Ferrara, Edward**
Course Director, Creative Writing BFA
MFA Full Sail University
BA Drew University

**Ferrari, Neal**
Course Director, Entertainment Business BS
BA & BS University of Central Florida

**Ferraro, Michael**
Course Director, Creative Writing BFA
MS Florida State University
BA University of Central Florida

**Ferrer, Jenelle**
Course Director, Media Communications BS
MS Full Sail University
BA Southern University

**Fleming, Daniel**
Course Director, Show Production BS
BA Virginia Tech University

**Flores, Pedro**
Course Director, Recording Arts BS
BA University of Puerto Rico in Carolina

**Foley, Christy**
Course Director, New Media Journalism MA
JD Cuny School of Law
BS Boston University

**Fonseca, Vidal**
Course Director, Digital Marketing MS
MBA Webster University
BA The City College of New York

**Forsyth, Stephen**
Course Director, Game Art BS
BS Full Sail University
BFA University of Delaware

**Fox, Rachelle**
Course Director, English
MA University of Southern Mississippi
BFA Savannah College of Art and Design

**Frank, Troy**
Course Director, Recording Arts BS
BA Florida Atlantic University

**Frazer, Kyle**
Course Director, Digital Cinematography BS
BS & AS Full Sail University

**Frederick, Lester**
Course Director, Entertainment Business MS
Ed.D Nova Southeastern University
MBA Liberty University
MA Luther Rice University
BA Trinity Baptist College

**Funk, Edward**
Course Director, Digital Cinematography BS
MFA, BS & AS Full Sail University

**Galbreath, William**
Course Director, Digital Arts and Design BS
MEd American Intercontinental University
BA University of Central Florida

**Gallina, Dino**
Course Director, Film Production MFA
MFA & BA University of Central Florida

**Gallo, Justin**
Course Director, Game Design BS
MS, BS & AS Full Sail University

**Garlic, Jessica**
Course Director, Web Design and Development BS
MS New York University
BS Florida State University

**Garraway, Andrew**
Course Director, COR4
BA University of Southern Mississippi
AS Full Sail University

**Gazaway, Dax**
Course Director, Game Design BS
BS Kansas State University

**Geimer, Andrew**
Course Director, COR4
MFA, MS & BS Full Sail University

**Gibson, Chad**
Course Director, Mobile Development BS
BS & AS The Art Institute of Pittsburgh

**Gibson, Meagan**
Course Director, Media Communications BS
BA Purdue University

**Gillett, Jason**
Course Director, Media Communications BS
MS Full Sail University
BA St. Leo University

**Gillett, Shannon**
Course Director, Media Communications BS
MS Full Sail University
BA St. Leo University

**Ginzo, Alejandro**
Course Director, Digital Cinematography BS
BS Full Sail University

**Gold, Stephen**
Course Director, Computer Animation BS
BA The Pennsylvania State University
AS Full Sail University

**Gordon, Peter**
Course Director, Film Production MFA
MFA Carnegie-Mellon University
BA Yale University

**Gorney, Allen**
Course Director, Film Production MFA
MA & BA University of Central Florida

**Graves, Charles**
Course Director, Game Development BS
MS & BS Webster University

**Green, Aaron**
Course Director, Compute Animation BS
BS Full Sail University

**Greenlee, Abby**
Course Director, Media Communications BS
MFA & BS Full Sail University

**Greenwood Ericksen, Adams**
Course Director, Game Design MS
Ph.D & MS University of Central Florida
BS Washington and Lee University

**Griffin, Charles**
Course Director, Music Production BS
Ph.D University of Minnesota
MA & BA Queens College City University of New York

**Groff Alarcon, Robin**
Course Director, Mobile Development BS
Ed.S & MS Nova Southeastern University
BS Florida Atlantic University

**Gunshanan, James**
Course Director, Creative Writing BFA
BA University of Central Florida

**Hall, Bryan**
Course Director, Audio Production BS
MS, BS & AS Full Sail University

**Hancock, David**
Course Director, Sports Marketing and Media BS
MS Saint Thomas University
BA Rollins College

**Hanly, Michael**
Course Director, Digital Cinematography, BS
MS Full Sail University
BA Columbia College

**Harvin, Derrick**
Course Director, Audio Production BS
BS & AS Full Sail University

## Faculty Roster

**Havrilesko, Kyle**
Course Director, Game Art BS
BS Full Sail University

**Hayek, Thomas**
Course Director, Film BS
BFA School of Visual Arts

**Hayes, Bruce**
Course Director, Music Production BS
BS Full Sail University

**Haynes, William**
Course Director, Film BS
BS Full Sail University

**Higashiguchi, Helena**
Course Director, Intensive English Program
MA University of London
BA University of Illinois

**Higley, Rachel**
Course Director, Web Design and Development BS
BS Full Sail University

**Hofmann, Robin**
Course Director, Math
MA & BS University of Central Florida

**Hosie, Justin**
Course Director, Entertainment Business BS
MS & BS University of Central Florida

**Hughes, Brent**
Course Director, Show Production BS
BS Auburn University
AS Full Sail University

**Hughes, Thomas**
Course Director, Audio Production BS
MA Southern Illinois University
BA Auburn University

**Imhoff, Kevin**
Course Director, Web Design and Development BS
BS Full Sail University

**Jackson, Erik**
Course Director, Audio Production BS
MS & BS Full Sail University

**Jackson, Milena**
Course Director, Digital Arts and Design BS
MFA Full Sail University
BFA Georgia State University

**Jacques, Lionel**
Course Director, COR4
MS Full Sail University
BA Rollins College

**Jarvis, Jennifer**
Course Director, Film Production MFA
MFA Queens University of Charlotte
MA University of North Florida
BFA Florida State University

**Johnson, Suzanne**
Course Director, Graphic Design BS
BFA & BA University of Central Florida

**Johnston, Muara**
Course Director, Creative Writing BFA
MFA American Film Institute
BS University of Maryland

**Johnstone, Rosemeire**
Course Director, Intensive English Program
MA University of Central Florida
BA University of Guarulhos

**Jordan, Tyron**
Course Director, Computer Animation BS
BS Florida State University
AS Full Sail University

**Juras, Ted**
Course Director, Film BS
BAA Central Michigan University

**Kalis, Andrea**
Course Director, Art History
MA & BFA University of Florida

**Kaplan, Jacob**
Course Director, Media Communications BS
BA University of Central Florida

**Kegel, Paul**
Course Director, Innovation & Entrepreneurship MS
DBA Rollins College
MIM American Graduate School of International Management
BA University of Florida

**Kelland, Matthew**
Course Director, Mobile Development BS
MA & BA Cambridge University

**Kelleher, Susan**
Course Director, Show Production BS
MFA Virginia Tech University
BS Siena College

**Kelly, Patrick**
Course Director, Game Development BS
MS Full Sail University
BS Arizona State University

**Kendall, Shawn**
Course Director, Game Design BS
MS Full Sail University
BS & BA University of Central Florida

**Kennedy, Robert**
Course Director, Game Design MS
Ph.D & MS University of Central Florida
MBA University of Phoenix
BS Excelsior College

**Kinchlow, Sean**
Course Director, Film BS
BS Full Sail University

**Knight, Alexander**
Course Director, Music Business BS
BA Faulkner University

**Kost, Jonathan**
Course Director, Show Production BS
MS Full Sail University
BS Kutztown University
AS Northampton Community College

**Kovaleski, Lindsey**
Course Director, Sports Marketing and Media BS
MS University of Texas Austin
BS University of Florida

**Kratz, Andrea**
Course Director, Media Design MFA
MFA Full Sail University
BFA Rochester Institute of Technology

**Kropf, David**
Course Director, Music Production BS
MM & BM The University of Memphis

**Kropf, Shannon**
Course Director, Music Production BS
MM & BM The University of Memphis

**Kurash, Lis**
Course Director, Intensive English Program
MA & BA Universidad Catolica de Manizales

**Lacinak, Philip**
Course Director, Media Communications BS
BS University of Central Florida

**Lake, Wendy**
Course Director, Social Science
MA & BA University of Central Florida

**Landon, Cara**
Course Director, Digital Cinematography BS
BS & AS Full Sail University

**Lang, Jeffrey**
Course Director, Digital Arts and Design BS
MFA Full Sail University
BFA Virginia Commonwealth University

**Latham, Christopher**
Course Director, Music Production BS
BS Middle Tennessee State University

**Lawrence, Robert**
Course Director, Film BS
BS Full Sail University

**Lebo, Michael**
Course Director, Game Development BS
BS & AS Full Sail University

**Lee, Latoya**
Course Director, Public Relations MA
MA Norfolk State University
BS Florida A&M

**Leonard, Luke**
Course Director, Film BS
MFA Full Sail University
BS Full Sail University

**Lewis, Harry**
Course Director, Entertainment Business BS
MS Mountain State University
BS University of Phoenix

**Lewis, Jonathan**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Lewis, Lee**
Course Director, Web Design and Development BS
BA Rollins College

**Lipham, Donald**
Course Director, Innovation & Entrepreneurship MS
MS Troy University
BS Florida Southern College

**Lomas, Kimberly**
Course Director, Digital Arts and Design BS
MA George Washington University
BA Furman University

**Mack, Justin**
Course Director, Sports Marketing and Media BS
MS,BS & AS Full Sail University

**Makki, Houssein**
Course Director, Cloud Technologies BS
MGA University of Maryland University College
BS Geneva College

**Malcomb, Darryl**
Course Director, Game Design BS
MS, BS & AS Full Sail University

**Mandigo, Gregg**
Course Director, Show Production BS
MS & BS Full Sail University

**Mann, Brian**
Course Director, Creative Writing BFA
MFA Spalding University
MA University of North Alabama
BS University of Southern Mississippi

**Manson, Van**
Course Director, Film Production MFA
MFA, MS & BS Full Sail University

**Mapes, Daniel**
Course Director, Simulation and Visualization BS
MS University of Central Florida
BS Carnegie Mellon University

**Maras, Tami**
Course Director, Public Relations MA
JD Pepperdine University
BS Westmont College

**Marcus, Gregory**
Course Director, Digital Arts and Design BS
BS University of Florida
AS Full Sail University

**Marron, Heather**
Course Director, Sports Marketing and Media BS
MA University of Central Florida
BS University of Wisconsin-Parkside

**Martinez, Billy**
Course Director, Cloud Technologies BS
BS & AS Full Sail University

**Marunowski, Derek**
Course Director, Game Design BS
BS & AS Full Sail University

**Mason, Monika**
Course Director, Recording Arts BS
BA University of Pittsburgh

**Matthias, Andy**
Course Director, Media Communications BS
BS & AS Full Sail University

**Maxwell, Christopher**
Course Director, Mobile Development BS
BS & AS Full Sail University

**McBride, Reo**
Course Director, Instructional Design and Technology MS
Ph.D & BS Brigham Young University
MA East Carolina University

**McCarrick, Jennifer**
Course Director, Mobile Development BS
BS University of Central Florida

**McClung, Ryan**
Course Director, Media Design MFA
MFA & BS Full Sail University

**McDaniel, Darren**
Course Director, Graphic Design BS
MA Vanderbilt University
MA The University of Mississippi
BS Northwestern University

**McGlinchy, April**
Course Director, Entertainment Business BS
MS Full Sail University
MBA & BS University of Phoenix

**McKenna, Elizabeth**
Course Director, English
MA University of Central Florida
BA University of Florida

**McNeilly, George**
Course Director, Sports Marketing and Media BS
MS Troy University
BA University of Central Florida

**Merritt, Gerard**
Course Director, Game Design MS
MBA Rollins College
BS University of Central Florida

**Meyer, Ean**
Course Director, Cloud Technologies BS
BS & AS ITT Technical Institute

**Michon, Mark**
Course Director, Web Design and Development BS
BA University of Central Florida

**Mickley, Ryan**
Course Director, Digital Marketing BS
BS Full Sail University
BS University of Florida

## Faculty Roster

**Middleton, Eileen**
Course Director, Computer Animation BS
BA Sheridan College Institute of Technology and Advanced Learning

**Miles, Eric**
Course Director, Entertainment Business MS
JD Florida A&M University
BS University of Phoenix

**Miller, Jennifer**
Course Director, Digital Cinematography BS
MA The New School
BA LaRoche College

**Mink, Emily**
Course Director, Film BS
BA University of Central Florida

**Moore, Darrell**
Course Director, COR4
MS Full Sail University
BFA School of the Art Institute of Chicago

**Moore, Duane**
Course Director, Film BS
BA University of Central Florida

**Moore, Wendy**
Course Director, English
MFA Full Sail University
BA University of Central Florida

**Morrison, Jennifer**
Course Director, Music Business BS
BS & AS Full Sail University

**Moxley, Nathen**
Course Director, Film BS
BS & AS Full Sail University

**Moye, Daniel**
Course Director, Graphic Design BS
BA Flagler College

**Moye, Rodney**
Course Director, Game Development BS
AA Northwest Florida State University

**Murphree, Jay**
Course Director, Math
MS Baylor University
BS University of Texas at Arlington

**Murray, Genon**
Course Director, Digital Marketing BS
MFA Full Sail University
MA Rollins College
BS University of Nebraska

**Mussi, Jorge**
Course Director, Game Art BS
BFA University of Central Florida

**Myers, Jamie**
Course Director, COR4
BS & AS Full Sail University

**Nash, Jon**
Course Director, Entertainment Business BS
MBA University of Rochester
BS Oral Roberts University

**Neeves, Liliana**
Course Director, Intensive English Program
MEd Framingham State College
BS Pontifical Catholic University of Rio de Janeiro

**Neff, Elizabeth**
Course Director, Music Business BS
BA University of Central Florida

**Negroni, Jennifer**
Course Director, Game Art BS
BFA Kendal College of Art and Design

**Nichols, Kristopher**
Course Director, Music Business BS
JD Barry University
BA University of Central Florida

**Nichols, Timothy**
Course Director, Film BS
BA University of Akron

**Nicholson, Anthony**
Course Director, Entertainment Business BS
BS Boston University

**Nieto Hernandez, Denise**
Course Director, Intensive English Program
MLS Rollins College
BA New Mexico State University

**Nolan, Elena**
Course Director, Social Science
MA Argosy University
MBA Florida Institute of Technology
BA University of Central Florida

**Norman, Kenneth**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Norman, Louis**
Course Director, Cloud Technologies BS
MS Florida Institute of Technology
MBA University of Central Florida
BS SUNY University at Buffalo

**Norri, Lari**
Course Director, Mobile Game MS
MS, BS & AS Full Sail University

**Norris, Matthew**
Course Director, Game Development BS
BS & AS Full Sail University

**Nowak, Paul**
Course Director, Game Design BS
MS Full Sail University
BS St. John's University

**O'Brien Daniel**
Course Director, Show Production BS
BS Full Sail University

**O'Connor, Andrew**
Course Director, Game Design BS
BS Full Sail University

**O'Leske, John**
Course Director, Game Development BS
BS & AS Full Sail University

**O'Loughlin, Fialishia**
Course Director, Web Design and Development BS
MA Rensselaer Polytechnic Institute
BS & AS Purdue University

**O'Nale, Ann**
Course Director, Entertainment Business BS
MA Central Michigan University
BA Marietta College

**O'Neill, Kevin**
Course Director, Film BS
BS Full Sail University

**O'Steen, Claude**
Course Director, Digital Cinematography BS
MFA New York University
BBA The University of Texas at Arlington

**Oberndorf, Douglas**
Course Director, Game Design BS
MFA Digital Media Arts College
BA University of Central Florida

**Odom, Christopher**
Course Director, Creative Writing MFA
MFA University of California Los Angeles
BA Georgia State University

**Olsen, Peter**
Course Director, Digital Arts and Design BS
MFA Full Sail University
BFA New School for Social Research/Parsons School of Design

**Omoto, Loren**
Course Director, Sports Marketing and Media BS
MS Full Sail University
BA Michigan State University

**Onesemo, Natalie**
Course Director, Music Business BS
BS University of Maryland

**Oquendo, Nicole**
Course Director, Creative Writing BFA
MFA & BA Florida Atlantic University

**Otero, Rene**
Course Director, Media Communications BS
BFA Florida State University

**Palmer, Richard**
Course Director, Audio Production BS
MA University of Central Florida
BS Indiana University

**Palmisano, Ginger**
Course Director, Public Relations MA
MBA Rollins College
MA & BA Pensacola Christian College

**Papp, Roy**
Course Director, Game Design MS
BFA Thomason Rivers University

**Parker, Andrew**
Course Director, Cloud Technologies BS
BBA University of Central Florida

**Patterson, Charles**
Course Director, Simulation and Visualization BS
MS & BS Full Sail University

**Penney, Nicholas**
Course Director, Mobile Game MS
MS Full Sail University
BS SUNY Institute of Technology

**Perez, Elbert**
Course Director, Software Technology BS
BS & AS Full Sail University

**Perry, Elizabeth**
Course Director, Media Communications BS
MS Full Sail University
BA University of Central Florida

**Peters, Matthew**
Course Director, Creative Writing BFA
MFA University of New Orleans
BA University of Central Florida

**Phalen, Sean**
Course Director, Cloud Technologies BS
MA Rollins College
BS Florida State University

**Pierro, John**
Course Director, Computer Animation BS
BFA Pratt Institute

**Pinsky, Marc**
Course Director, Audio Production BS
BS University of Florida

**Pollpeter, Chad**
Course Director, Computer Animation BS
BS Florida State University

**Pribble, Brett**
Course Director, Creative Writing BFA
MFA Full Sail University
BA University of Central Florida

**Price, Karen**
Course Director, English
MA Long Island University
BA Cedarville University

**Price, Brandy**
Course Director, Music Business BS
MA & BA University of Central Florida

**Pursell, Mark**
Course Director, Game Design BS
MFA & BA University of Central Florida

**Pynn, Michael**
Course Director, Creative Writing BFA
MFA Full Sail University
BA University of Central Florida

**Rainey, Charles**
Course Director, Game Development BS
BA University of Central Florida

**Ramirez, Shirley**
Course Director, Digital Arts and Design BS
MS & AS Full Sail University
BFA University of North Florida

**Ramos, Rolando**
Course Director, Business Intelligence MS
MBA & BBA University of Miami

**Raut, Andrew**
Course Director, Digital Cinematography BS
MBA Webster University
BM University of Cincinnati

**Razabdouski, Raymond**
Course Director, Music Business BS
MBA Florida State University
BA University of South Florida

**Redman, Phyllis**
Course Director, Media Communications BS
MA Southeast Missouri State University
MFA University of Central Florida
BA McNeese State University

**Reizes, Doron**
Course Director, Recording Arts BS
BA American University
AS Full Sail University

**Reneski, John**
Course Director, Digital Marketing MS
MBA & BS University of Phoenix

**Richardson, Keith**
Course Director, Digital Arts and Design BS
BA Columbia College Chicago

**Riebold, Daniel**
Course Director, Computer Animation BS
BFA California Institute of the Arts

**Rivera, Fernando**
Course Director, Game Design BS
MS University of Central Florida
BS Florida State University

**Roddenberry, Kip**
Course Director, Entertainment Business BS
MS Full Sail University
BS Ft. Lauderdale College

**Rogalle, Elena**
Course Director, Media Design MFA
MFA Full Sail University
MA & BA University of Central Florida

# Faculty Roster

**Rohrbaugh, Linda**
Course Director, Sports Marketing and Media BS
JD University of Florida
BA University of Maryland

**Rojas, Milagros**
Course Director, Intensive English Program
MEd Grand Canyon University
BA Hunter College of the City University of New York

**Rosenberg, Timothy**
Course Director, Music Business BS
DMA & MM Michigan State University
BM Ithaca College

**Rowney, Elisabeth**
Course Director, Digital Cinematography BS
MA University of South Florida
BA Florida State University

**Rutan, Brian**
Course Director, Digital Arts and Design BS
MFA Full Sail University
BA Columbia College Chicago

**Sakson, Anthony**
Course Director, Computer Animation BS
BM Temple University
BS Full Sail University

**Sakson, Kathleen**
Course Director, Music Production BS
MA University of Central Florida
BM & BME Temple University

**Sanborn, Michael**
Course Director, Computer Animation BS
BFA Ringling College of Art and Design

**Saphirstein, David**
Course Director, Sports Marketing and Media BS
MBA University of Harford
BS Hofstra University

**Scanlon, Patrice**
Course Director, Recording Arts BS
MFA Mills College
BM Stetson University

**Scarsella, Marcus**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Schaetzel, Jeffrey**
Course Director, Sportscasting BS
BA Hofstra University

**Schiciano, Michael**
Course Director, Music Production BS
BM Capital University

**Schneider, Darren**
Course Director, Recording Arts BS
BS Full Sail University

**Schumann, Melissa**
Course Director, Sports Marketing and Media BS
MBA Rollins College - Crummer School of Business
BS Arizona State University

**Seitz, John**
Course Director, Game Development BS
BS University of Colorado
BS Michigan State University

**Setz, Travis**
Course Director, Mobile Development BS
BS Full Sail University

**Shapins, Marc**
Course Director, COR4
MS Full Sail University
BFA University of Central Florida

**Sharon, Jeffrey**
Course Director, New Media Journalism MA
MS Syracuse University
BA University of Central Florida

**Shaunnessey, Michael**
Course Director, Cloud Technologies BS
MS Northwestern University
BS Illinois Institute of Technology

**Sheckels, Joseph**
Course Director, Mobile Development BS
BS Full Sail University

**Sherry, Linda**
Course Director, Entertainment Business BS
BS New York University

**Shiaw, Horn-Yeu**
Course Director, Business Intelligence MS
Ph.D Tufts University
MS Rensselaer Polytechnic Institute
BS Southern Connecticut State University

**Siegel, Daniel**
Course Director, Instructional Design and Technology MS
Ph.D University of Central Florida
MEd & BA Florida Atlantic University

**Silvestro, Crystal**
Course Director, Web Design and Development BS
MBA Stayer University
BS & AS Florida Metropolitan University

**Silvia, Lesley**
Course Director, Digital Arts and Design BS
MFA Pacific Northwest College of Art
BA Rollins College

**Sirkin, Robert**
Course Director, Audio Production BS
MM Duquesne University
BM University of Miami

**Sloan, Robert**
Course Director, Film Production MFA
MS & BS Full Sail University

**Smith, Preston**
Course Director, Cloud Technologies BS
MS & BS Full Sail University

**Smith, Steven**
Course Director, Music Production BS
BM Jacksonville University

**Socha, Robyn**
Course Director, Intensive English Program
MA University of Central Florida
BA Assumption College

**Sotillo Turner, Mercedes**
Course Director, Math
Ph.D, MA & BS University of Central Florida

**Soutullo, Peter**
Course Director, Graphic Design BS
MFA Full Sail University
BA University of Central Florida

**Spellman, Daniel**
Course Director, Entertainment Business MS
Ph.D & MS Rollins College – Crummer Graduate School of Business
BS Florida State University

**Spitale, Maria**
Course Director, Music Business BS
MBA NOVA Southeastern University
BS University of Central Florida

**Spoto, Angela**
Course Director, Social Science
MA Full Sail University
MS & BS University of Florida

**Stabile, Brian**
Course Director, Game Design BS
BA University of Central Florida

**Stafford, Shawn**
Course Director, Game Design MS
Ph.D, MS & BA University of Central Florida

**Stewart, George**
Course Director, Cloud Technologies BS
MS University of Phoenix
BS University of Florida

**Stimmel, Stephanie**
Course Director, COR4
BA University of Central Florida

**Stoeffler, Rodney**
Course Director, Game Development BS
BS & AS Full Sail University

**Stork, Edward**
Course Director, Digital Cinematography BS
BS Full Sail University

**Strudgeon, Elizabeth**
Course Director, Media Communications BS
MEd American Intercontinental University
BA University of Central Florida

**Stuart, Kathryn**
Course Director, Sports Marketing and Media BS
MS & BS Florida State University

**Suarez, Luis**
Course Director, Computer Animation BS
BS & AS Full Sail University

**Summers, Ryan**
Course Director, Recording Arts BS
BS Liberty University

**Swan, George**
Course Director, Digita Cinematography BS
MBA Everest University
BS Florida State University

**Swan, Sara**
Course Director, Entertainment Business BS
BS & AS Full Sail University

**Sweaton, Amanda**
Course Director, Game Art BS
BS Full Sail University

**Tabb, Michael**
Course Director, Creative Writing MFA
BFA New York University

**Tackett, Justin**
Course Director, Computer Science BS
BS & AS Full Sail University

**Tagtekin, Orcun**
Course Director, Web Design and Development BS
MS Utica College
BA Rollins College

**Tardiff, Matthew**
Course Director, Game Art BS
BS & AS Full Sail University

**Taylor, Michael**
Course Director, Business Intelligence MS
MBA University of College
MS & BS Northeastern University

**Thomas, Dana**
Course Director, Sports Marketing and Media BS
MBA Jacksonville University
BA University of North Florida

**Thomas, Mark**
Course Director, Creative Writing BFA
MFA Lesley University
MA Eastern Kentucky University
BA University of Kentucky

**Thompson, William**
Course Director, Entertainment Business MS
MBA & BS University of Central Florida

**Tinkler, Dustin**
Course Director, Recording Arts BS
BS & AS Full Sail University

**Tinley, Edward**
Course Director, Recording Arts BS
BS DePaul University

**Tong, Xin**
Course Director, Computer Science BS
BS University of Central Florida
BA University of Florida

**Torres Alvarado, Natly**
Course Director, Innovation & Entrepreneurship MS
JD University of Florida
BA The George Washington University

**Trask, John Peter**
Course Director, Social Science
MA & BA University of Wisconsin Milwaukee

**Troupos, Marianthy**
Course Director, COR4
MS Full Sail University
BS Indiana University of Pennsylvania

**Tyrrell, Genevieve**
Course Director, Creative Writing BFA
MFA University of Central Florida
BS Towson University

**Uribe, Pedro**
Course Director, Recording Arts BS
MBA Regis University
BS Universidad Technologica Vicente Perez Rosales

**VanZandt, Stephen**
Course Director, Game Development BS
BS Full Sail University

**Velez, Herberto**
Course Director, Digital Cinematography BS
BS Full Sail University

**Vincze, Christopher**
Course Director, Web Design and Development BS
BA Rollins College

**Walker, James**
Course Director, Digital Arts and Design BS
BA St. Thomas University

**Walker, Tekerren**
Course Director, Sports Marketing and Media BS
MS Webster University
BS University of Central Florida

**Waller, Jerry**
Course Director, Music Business BS
MBA & BS Almeda University
BS Full Sail University

**Washington, David**
Course Director, Game Art BS
BS & AS Full Sail University

**Watkins Copeland Amy**
**Course Director, English**
MFA Spalding University
BA University of Central Florida

**Wawoe, Robert**
**Course Director, Media Communications BS**
MS,BS & AS Florida Institute of Technology

**Webb, Charles**
**Course Director, Recording Arts BS**
BS Full Sail University

**Wheeler, Stephen**
**Course Director, Music Production BS**
MM University of Miami
BM Purchase College State University of New York

**White, David**
**Course Director, Film BS**
BS University of South Florida

**Whitehurst, Rodney**
**Course Director, Computer Animation BS**
BFA Ringling College of Art and Design

**Willard, Cassandra**
**Course Director, Entertainment Business MS**
JD University of Florida College of Law
BS University of Central Florida

**Williams, Amy**
**Course Director, Digital Arts and Design BS**
BFA Ringling College of Art and Design

**Williams, Daniel**
**Course Director, Web Design and Development BS**
BS Purdue University

**Williams, Sidney**
**Course Director, Creative Writing BFA**
MFA Goddard College
BA Louisiana College

**Willson, Nicole**
**Course Director, Film BS**
MS & BS Full Sail University

**Winn, Christine**
**Course Director, Entertainment Business BS**
MS Full Sail University
BA University of Georgia

**Wolfe, Marla**
**Course Director, Intensive English Program**
MA Saint Michael's College
BA Trevecca Nazarene University

**Wonsavage, Carol**
**Course Director, Entertainment Business BS**
MA & BA University of North Carolina

**Wood, Sabrina**
**Course Director, Web Design and Development BS**
BS University of Central Florida

**Woodward, Christopher**
**Course Director, Entertainment Business MS**
MBA & BS Wagner College

**Wray, Emily**
**Course Director, Media Communications BS**
MS Full Sail University
BA & BS Florida State University

**Wylie, Kerry**
**Course Director, Music Business BS**
JD Barry University
MS Full Sail University
BA University of Central Florida

**Wyly, Sharon**
**Course Director, Instructional Design and Technology MS**
Ed.D & BA University of Central Florida
MA University of Texas

**Young, Elizabeth**
**Course Director, Entertainment Business BS**
JD University of Florida
BS Florida State University

**Ziegler, Steven**
**Course Director, Digital Cinematography BS**
BS & AS Full Sail University

**Zimmerman, Kristen**
**Course Director, Sports Marketing and Media BS**
MS Full Sail University
BA University of Central Florida



# General
## INFORMATION

# Admissions

## Undergraduate Admissions Requirements

Applicants must submit the following to be considered for admission:
- **Application for Admission**—Applicants must submit the completed application and fulfill all the requirements therein.
- **Admissions Interview**—Applicants must complete an admissions interview.
- **Documentation of High School Graduation**, **General Educational Development (GED)** scores, or other equivalent, state-approved diploma examination—Full Sail requires that all applicants have completed high school and received a standard high school diploma or have passed the GED. Applicants must provide documentation of their high school graduation, or passing GED scores prior to starting a program. Applicants who hold a GED must submit GED test score results and/or their GED diploma.

The GED must be approved by a State Department of Education to be considered. Note that GED Tests cannot be taken online and can only be taken at an official testing center.

Full Sail may request additional documentation to verify the successful completion of high school (such as, but not limited to, student transcripts) and/or to assess the preparation provided by the issuing institution. In all cases, Full Sail retains the sole discretion to determine whether or not the secondary training completed by the applicant is sufficient to satisfy the high school graduation admission requirement.
- **Government Issued Photo Identification**—Applicants must submit a government issued photo ID. Such as:
  » Copy of a Valid State Issued Driver's License
  » Copy of a Valid State Issued Identification Card
  » Copy of a Valid Passport
- **Complete the Technology Assessment** for your program of study.
- **Language Proficiency**—If primary language is not English, verification of language proficiency is required. All required documentation that is not in English must be accompanied by a certified English translation.
- Domestic/United States applicants with international/foreign transcripts will need those transcripts to be translated and evaluated by a 3rd party.

**Computer Animation** and **Game Art** Degree Program applicants should possess artistic skills. Traditional art classes are recommended prior to entering the program. A foundation of sketching, sculpting, and painting are important for the animation industry and are essential in developing the 3D artist.

**Game Development**, **Computer Science** and **Simulation and Visualization** Degree Program applicants must demonstrate knowledge of Algebra II, Pre-Calculus, and Trigonometry. Introductory programming classes are also highly recommended. Applicants must complete the Math Self-Evaluation and obtain a satisfactory score on a Skills Assessment Test to enter the Game Development, Simulation & Visualization, or the Computer Science program.

A Skills Assessment Test covering advanced mathematical concepts will be administered during the enrollment process to determine the path of each applicant in these programs. The potential paths are listed below.

| SCORE | OUTCOME |
| --- | --- |
| 70 | Applicant will be admitted into the degree program |
| 69-30 | Applicant will be placed in a mandatory remedial math course |
| 29-0 | Applicant will not be admitted into the program |

### Military Program Track Applicants

Applicants to a military program track (MPT) must meet all of the University's admission requirements (see Requirements for Admission section). MPT applicants must also be active members of the armed forces.

### Completion Programs & Concentrations

Applicants for Completion Programs & Concentrations must meet all of the University's admission requirements (see Requirements for Admission section) and:
- **Documentation of Earned Associate's or Higher- Level Degree**—Applicants must provide documentation of their earned associate's or higher-level degree from an accredited postsecondary educational institution that is related to the educational program objectives of the baccalaureate degree completion program prior to starting.

### Online Admissions

Applicants to online-only degree programs will be required to complete a technology assessment. The assessment will determine whether students have the skills, competencies, and access to technology necessary to succeed in a distance education environment prior to their enrollment in the program or course of study.

Once enrolled into a program, students will complete the orientation module. The module explains the best practices for conducting online learning, overall operation of the online platform, procedures for troubleshooting problems and contacting the technical support team, and general school policy as it applies to the online format.

Applicants to online degree programs are required to have access to a reliable computer or tablet capable of running multimedia applications and navigating media-rich websites. Applicants are also required to have access to a reliable high-speed Internet connection.

### Graduate Admissions Requirements

Graduate School applicants must possess one of the following to be eligible:
- A Full Sail Bachelor's Degree with a minimum cumulative GPA of 2.0.
- A baccalaureate or higher level degree from another accredited postsecondary educational institution recognized by the U.S. Department of Education. Degree held must be of similar scope and subject matter as to prepare applicants for the educational program objectives of the Graduate School Degree Program, with a transfer academic average of 2.0. Applicants who meet these criteria will be considered for admission pending an evaluation of a copy of official transcripts. Transcripts are required to include graduation date, final GPA and degree earned. Documentation of high school graduation or GED is not required.

Applicants to the **Game Design**, M.S. program must possess a baccalaureate or higher level degree from an accredited postsecondary educational institution recognized by the U.S. Department of Education. Degree held must be of similar scope and subject matter as to prepare applicants for the educational program objectives of the **Game Design**, M.S. program, with a minimum cumulative GPA of 2.5. Applicants who meet these criteria will be considered for admission pending an evaluation of a copy of official transcripts. Transcripts are required to include graduation date, final GPA, and degree earned.

**Game Design** Master of Science Program applicants should have extensive academic coursework in **Computer Animation**, **Game Art**, **Game Design**, **Game Development**, **Mobile Development**, or **Computer Science**. Applicants are strongly encouraged to review the **Game Design Master of Science** curriculum before applying to ensure they have acquired the requisite skills in order to be successful in the program.

**Creative Writing, M.F.A.** applicant's career objectives will be considered when an admission decision is made.

## International Undergraduate Admissions Requirements:

International applicants must meet all of the University's admissions requirements (see requirements for Admissions section). In addition, International applicants must meet the following requirements in order to be considered for admissions:
- **Language Proficiency*** - Applicants whose native language is not English must demonstrate the required level of language proficiency by providing documentation of one of the following:
  **TOEFL** (Test of English as a Foreign Language)
  » Paper and pencil test: minimum score accepted is 550
  » Computer-based test; minimum score accepted is 213
  » New internet-based test; minimum score accepted is 79
  **IELTS** (International English Language Testing System)
  » The minimum required score is 6
  **Accuplacer**
  » Achievement of appropriate official scores from certified independent online based English Language assessment test (Accuplacer) Additional language proficiency exams may be accepted. Contact your admissions representative for more information.
- **Financial Guarantee** - must be provided to verify available funding for tuition and related expenses for the first academic term of the chosen degree program.
- **Documentation of High School Graduation** - Full Sail requires that all applicants who have completed high school at a foreign institution must provide official documentation to the International Department to determine U.S. equivalency.
- **Foreign School Credentials** - must be submitted to an outside evaluation service for determination of U.S. equivalency. Please contact your Admissions Representative or an International Liaison for recommended evaluation services.
- **English Translation** - any documentation not in English must be accompanied by a certified English translation.
- **Obtain Visa** - applicants for a campus-based degree program are required to obtain the proper visa in order to study full time. (not required for online-based degree programs)
- **Complete the Technology Assessment** for your program of study.

NOTE:  REQUIREMENTS FOR ADMISSION APPLY EQUALLY TO ALL APPLICANTS WITHOUT REGARD TO RACE, COLOR, NATIONAL ORIGIN, SEX, DISABILITY, AGE, SEXUAL ORIENTATION, OR MARITAL STATUS.

* INTENSIVE ENGLISH APPLICANTS ONLY:  A LANGUAGE PROFICIENCY ASSESSMENT IS REQUIRED PRIOR TO PLACEMENT IN THE IE CERTIFICATE.

## International Graduate Admissions Requirements

International applicants must meet all of the University's admissions requirements (see requirements for Admissions section). In addition, college transcripts must be submitted to an outside evaluation service for determination of U.S. Bachelor equivalency. Please contact the International Department for recommended evaluation services.

## Admissions Application Process

The Admissions Department is prepared to assist with completing the application process. To apply:
- Complete an interview with your Admissions Representative.
- Complete the Application for Admission.
- Submit $75 registration fee.
- To reserve a seat for a program start date, a $200 deposit is required.
- If applying for an additional program, a $200 deposit is required for each additional program.

Once all documents are completed and submitted, applicants will be notified in writing of admission decision. The registration fee and deposit(s) are credited to the cost of tuition but are not covered by financial aid. All deposits are fully refundable.

## Transfer Credit

### Credit for Previous Education

Students with previous postsecondary education may request credit for previous education.

### Transfer Credit

Those seeking transfer credit from another accredited postsecondary school while attending Full Sail must submit must submit a copy of official transcripts to the Document Management Team. To receive transfer credit, students must have successfully completed courses similar in scope and content to Full Sail courses. The submission of a copy of official college transcripts must occur within the first two weeks of attendance at Full Sail.

For those classes that begin the first week in a degree program, a copy of official college transcripts must be received before class begins. The right to receive transfer credit for a course is only granted for successful completion of prior education in subjects that have received a grade of C or better. Transfer credits are awarded based on courses already completed and recommendations to attend courses at other institutions cannot be provided. Acceptance of transfer credit may change a student's eligibility for certain types of financial aid. All credits will be automatically applied to the end of the student's academic program, unless specification not to transfer some or all of the credits is received.

Full Sail may request additional documentation to verify and/or assess the preparation provided by the issuing institution. In all cases, Full Sail retains the sole discretion to determine the transferability of credits.

### Procedure:
- Upload a copy of official transcripts through Launch (the student portal).
- Transcripts will be reviewed by the Document Management Team.
- Applicants will be notified of transfer credit approval or denial prior to their expected start date.

To determine the cost and transferability of credits, contact Full Sail's Admissions Department.

# Admissions

### Credit by Examination

Undergraduate, campus-based students are eligible for credit by examination (CE) to earn credit toward graduation. Undergraduate campus students who have work experience or who cannot provide a college transcript prior to the deadline for submission, may take a CE test in each course for which credit is being sought and must obtain a score of 75 percent or better in order to receive credit. CE tests must occur within the first two weeks of attendance at Full Sail. For those classes that begin the first week, the test must be taken before the course begins. A minimum of 25 percent of an undergraduate degree program's semester hours or equivalent must be taken to receive a degree from Full Sail University. Matriculation agreements with other postsecondary institutions or universities are handled on an individual basis and may negate the usual testing procedure.

CE tests can only be taken one time. There is no fee to take the exam, but it must be scheduled through Enrollment or the Student Success Department prior to the beginning of a course. If a student starts a course, they are no longer eligible to take the CE test for that course.

Graduate, online students who have at least five years of management and/or leadership experience may be eligible for credit by examination. For the following graduate degree programs: Business Intelligence Master of Science, Entertainment Business Master of Science, or Digital Marketing Master of Science, a maximum of five courses may be considered for credit by examination. Prospective students will be asked to submit their undergraduate transcript, a résumé, and a letter of intent to qualify for credit by examination. The final decision to allow CE tests rests with the Program Director of the graduate degree program. Not all courses in these programs are eligible for credit by examination. Students must achieve a score of 85 percent or better in order to receive credit. A majority of the credits required for a graduate degree program must be completed at Full Sail University.

### Credit for Military Education and Training

Students who have completed Military Courses or Military Experience can submit a copy of their Joint Service Transcript (Army, Navy, Marine Corps and Coast Guard) or Community College of the Air Force transcript to the Document Management Team. Consideration for the possibility of awarding credit will also be given for any course or experience that has an ACE credit recommendation. Please be aware that the credit recommended by ACE does not guarantee the awarding of Full Sail University credit for that course or experience.

Active military students should audit and review their military transcripts periodically (every 6 months if on active duty) for updates and modifications. Speak with your academic advisor if there have been updates.

### Transferability of Credit

Questions regarding matriculation should be directed to the institution at which continued education is being sought. The transferability of credit from Full Sail to another institution is at the discretion of the accepting institution. It is the student's responsibility to confirm whether or not credits will be accepted by another college.

## Individual Courses

Some courses may be taken on an individual basis. A $200 deposit for each individual course must be included with the application. The balance of tuition is due on or before the first day of class. Individual course students are not eligible for financial aid.

Most individual courses have prerequisites. Acceptance into a course is determined by the respective Program Director and/or the Director of Student Affairs. Contact an Admissions Representative for more information.

## Full Sail Prepaid Tuition Program

Full Sail offers a Prepaid Tuition Program to applicants who have not yet graduated from high school. This plan allows early applicants to secure a future Full Sail education at current tuition prices.

Tuition pre-payment is only available to applicants who:

1. have not completed high school,
2. apply for the pre-payment plan,
3. begin the pre-payment plan prior to completing high school,
4. upon acceptance of the pre-payment plan, pay the tuition either in a lump sum or begin making equal monthly installments,
5. start a Full Sail education by December 31 of their high school graduation year, and
6. pay the tuition in full prior to the first day of class.

Seven and one-half percent simple interest will be charged for the on-going tuition balance each year. Should the plan be canceled at any time, a full refund will be made within 30 days. Interest will not be paid on money deposited with Full Sail. Financial aid, for those who qualify, is available for living expenses to those participating in the Prepaid Tuition Program.

# Financial Aid

Full Sail's Financial Aid Department provides assistance with tuition and/or living expenses for those who qualify. As a financial aid student you need to make informed decisions regarding the types and amounts of financial aid available.

You may complete your FAFSA online by going to www.fafsa.ed.gov. The federal school code for Full Sail is 016812.

Eligibility for Federal Financial Aid Programs requires that a student be a U.S. citizen or eligible non-citizen [Alien Registration Receipt Card (Form I-151) or Permanent Resident Card (Form I-551), commonly known as a green card].

Financial aid is only available to a student considering one or more Degree Programs. Individual course students are not eligible for financial aid. On a case-by-case basis, Full Sail reserves the right to decline the certification of any educational loan.

Once you complete the FAFSA, the Department of Education will send you the results and you can discuss your available options with one of Full Sail's financial aid professionals. This discussion will assist in determining the best federal and non-federal aid resources that are available to you.

Additional financial aid and loan applications as well as other pertinent information on sources of funding are available through the Full Sail Financial Aid Department.

While attending Full Sail, students must maintain Satisfactory Progress and meet specific credit hour and weeks of instruction requirements in order to receive their financial aid. Students not actively attending due to a Interruption of Training, Suspension, Termination or Withdrawal may not receive award disbursements.

## Grants and Scholarships

Grants are forms of aid that do not have to be repaid. Full Sail can assist you in determining your eligibility for available grant programs.

Like grants, scholarships do not require repayment. Scholarship requirements and application procedures vary depending upon the criteria set by the scholarship provider. Full Sail has scholarships available for qualified students. For more information, see the Full Sail Scholarship guide at fullsail.edu/admissions/scholarships

### Federal Pell Grant

The Federal Pell Grant Program is designed to assist undergraduates with education expenses. Under this program, an undergraduate is one who has not earned a bachelor's or first professional degree.

Awards for the 2019-2020 year range up to $6,195. The U.S. Department of Education uses a standard formula, established by Congress, to determine eligibility.

### Federal Supplemental Educational Opportunity Grant

The Federal Supplemental Educational Opportunity Grant (FSEOG) is also designed to assist undergraduates with education expenses. Under this program, an undergraduate is one who has not earned a bachelor's or first professional degree. Amounts are determined by application of the federal formula regarding a student's need as determined by the information provided on the Free Application for Federal Student Aid (FAFSA) and Pell Grant eligibility. Awards for the 2019-2020 year range up to $500.

### Florida Student Assistance Grant

The Florida Student Assistance Grant (FSAG) is a need-based program administered by the state. This grant is awarded to students who show financial need based upon the eligibility criteria of the grant program and the availability of funds.

### Florida Bright Futures Scholarship Program

This is a lottery-funded scholarship to reward Florida high school graduates who demonstrate high academic achievement. This program is comprised of five awards: the Florida Academic Scholars, the Florida Medallion Scholars, Florida Gold Seal Vocational, Florida Gold Seal Cape, and Florida Academic Top Scholars. Each award has different criteria for eligibility. Applications and eligibility criteria are available from your high school guidance office.

## Federal Loans

Federal Loans are provided to students through the William D. Ford Federal Direct program. To apply for a federal loan, a Free Application for Federal Student Aid (FAFSA) should be completed. Once eligibility is determined, a Federal Master Promissory Note must be completed. The Financial Aid Department is available to answer any questions you may have regarding these forms.

## Stafford Loans

A Stafford Loan is a low-interest loan made to a student enrolled in a Full Sail Undergraduate or Graduate Degree Program. Annual loan limits increase in subsequent years where a student has progressed to a higher grade level. Repayment terms and conditions are flexible in order to meet the needs of students after graduation.

## Parent PLUS Loans

A Parent PLUS Loan is a credit-based loan made to either parent of a dependent child enrolled in a Full Sail Undergraduate Degree Program. Available to credit-worthy parents, these loans provide funds for a student's educational expenses and may also provide additional money for living expenses. The interest rate is determined by Congress and compares favorably to other education financing options.

## Graduate PLUS Loans

A Graduate PLUS Loan is a credit-based loan made to a student enrolled in a Full Sail Masters Degree Program. Similar to the Parent PLUS Loan, but only available to credit-worthy graduate students, Graduate PLUS loans can also provide funds for educational and living expenses. Students should always consider lower cost Stafford Loans before applying for a Graduate PLUS Loan. As with Stafford Loans, repayment terms and conditions are flexible in order to meet the needs of students after graduation.

# Financial Aid

## Private Education Loans

Many private lenders offer alternative education loans to supplement the federal programs after maximum limits are reached. These non-federal education loans have differing fees, interest rates and repayment options. They are credit-based and students may often secure a more favorable interest rate by using a co-signer. Private education loans provide funds for educational and living expenses up to the cost of attendance less other financial aid. Students are strongly encouraged to maximize their eligibility for federal aid prior to applying for any private education loan. Contact the Financial Aid Department for more information.

## Special Programs

FEDERAL WORK-STUDY Full Sail participates in the Federal Work-Study Program. The Federal Work-Study Program is designed to provide jobs to qualified students with financial need allowing them to earn money to help pay education-related expenses. The program encourages community service work and work related to the student's course of study. Students are awarded Federal Work Study funds based on a federally prescribed formula. Full Sail is an equal opportunity employer.

## Financial Aid on the Web

U.S. Department of Education - www.ed.gov

Federal Aid Programs - www.studentaid.ed.gov

Free Application for Federal Student Aid - www.fafsa.ed.gov

Florida Department of Education - www.floridastudentfinancialaid.org

National Student Loan Data System - www.nslds.ed.gov

## Receipt of Financial Aid Funds

Students who receive financial aid at Full Sail University must maintain satisfactory academic progress in an eligible degree or certificate program. The following requirements define what satisfactory academic progress is for financial aid recipients as it applies to eligibility for the receipt of financial aid funds. Satisfactory academic progress is checked at the end of each Semester.

Students not meeting the requirements stated in Full Sail's Satisfactory Academic Progress policy (see Student Manual) will be placed on Financial Aid Unsatisfactory Academic Progress Warning during that semester of enrollment and will be notified of their Financial Aid Unsatisfactory Academic Progress Warning status by their respective Education Student Advisor.

The Education Student Advisor will develop an Academic Recovery Plan mandating methods of improvement and strategies for regaining Satisfactory Academic Progress. The Academic Recovery Plan will be in writing and reviewed and agreed to by the student. Financial Aid Unsatisfactory Academic Progress Warning status will not prevent the student from receiving financial aid. The semester during which the student is in a Financial Aid Unsatisfactory Academic Progress Warning status is meant to inform the student of academic problems and provide time for corrective action.

The student may continue to receive financial assistance during this warning period. At the end of the warning period in the current semester and at the beginning of the next semester the student will:

- Be removed from the warning status if student has regained satisfactory academic progress.

  **OR**

- Lose financial aid eligibility and be suspended from receiving assistance from federal, state, and institutional sources due to a failure to regain satisfactory academic progress. The student's financial aid will be removed and cash payments added to the students account. The student will receive a letter informing them of the loss of financial aid eligibility.

If a student loses financial aid eligibility it will prevent the student from receiving any Title IV, state, or institutional financial assistance until such time as the student meets all satisfactory academic progress standards. Students can regain financial aid eligibility at the point that they are once again in satisfactory academic progress and may reapply for financial aid at that time.

Students who lose eligibility due to Unsatisfactory Academic Progress may choose to appeal the loss of financial aid eligibility.

The appeal process allows students who have lost their financial aid eligibility due to unsatisfactory academic progress to appeal to have their eligibility temporarily reinstated due to the assertion that the unsatisfactory progress was as a result of unusual or extraordinary circumstances.

Extraordinary circumstances that can be considered are illness, a death in the family, relocation or catastrophe. Students in an extraordinary situation may appeal their loss of eligibility by submitting an Appeal form to the Financial Aid Appeals Committee. Appeal forms can be accessed on Full Sail Connect. Appeal forms may be submitted in the main Financial Aid lobby.

**Appeal Steps:**

- Obtain and complete the Loss of Eligibility Appeal form on Full Sail Connect.
- Submit an appeal form along with any additional documentation which supports the extraordinary circumstances.

The Committee will review the appeal form and the student will be notified in writing regarding the approval or denial.  Students in this probation status will receive their financial aid funding for the current semester. Students are allowed to appeal the loss of eligibility for financial aid twice while in pursuit of a degree.

# Career Development Department

The services of the Career Development Department are a continuation of the student's education and support the student in the pursuit of employment post-graduation.

Full Sail's Career Development Department governs:

1. degree-specific lectures and presentations designed to prepare students for the pursuit of internships and entry-level employment, including instruction about résumé creation, interview techniques, and the professionalism required within the industry,

2. regularly updated resources for research of potential employers in the industry,

3. a well-organized industry outreach effort to promote awareness of Full Sail's degree programs, as well as qualified graduates and their successes, and

4. an online community for all Full Sail alumni to promote networking and professional relationships.

Full Sail degree program students preparing for graduation as well as alumni throughout their careers may utilize Career Development services. Those desiring assistance must register their requests with the Career Development Department. The Career Development Department requires a consistent and professional dialogue from each student or graduate in order to provide effective assistance. Flexibility is desirable with respect to location or type of employment and may enhance the efforts of our services. Relocation for specific types of employment may be necessary in order to successfully launch and maintain a career in the entertainment media industry.

Even though Full Sail makes a reasonable effort to assist each graduate in seeking employment, this in no way constitutes a promise or guarantee of employment. Career assistance may be suspended in the event that a student or graduate's financial commitments are not met or if the student or graduate displays unprofessional behavior. Completion of individual courses does not qualify students for career assistance.

# General Information

## Fees / Deposits

A $75 registration fee is payable upon registration.

A refundable $200 deposit is required to reserve a seat for a program start date.

For those applying for a second, or multiple degrees, an additional $200 refundable deposit is required.

A $200 deposit is required for each individual course. Availability of a course or degree start date is subject to class size limitations. A seat will only be reserved upon receipt of each course/ program's deposit.

The registration fee and deposit(s) are not covered by financial aid.

The registration fee and deposit(s) are included in the tuition prices listed.

Deposits held for future Degree Programs may be credited toward any amount due Full Sail, for any other tuition or fees that may be due.

## Delay of Start Date

Full Sail will charge a non-refundable fee of $100 for each revision that results in a delay of a student's start date.

## International Currency

In an effort to minimize costs due to international currency exchange and bank surcharges, a wire transfer or a credit card is recommended for payment of all fees, deposits and tuition for International applicants and students. Regardless of payment method, all fees must be paid in United States currency. Please contact Full Sail's International Liaison for details.

## Multiple Degrees

Students may take any combination of Associate of Science Degree Programs, Bachelor of Science Degree Programs, Master of Science Degree Programs, and/or Bachelor of Fine Arts Degree Programs, based on eligibility requirements. A $200 refundable deposit is required to reserve a seat for each additional certificate, undergraduate, or graduate program. An Admissions Representative is available to offer recommendations on Degree Program combinations and order.

## Non-Sufficient Funds

A non-refundable $25 fee will be charged for any check returned for non-sufficient funds.

## Security Key Card

To access facilities at Full Sail, each student is furnished a specially programmed, security-system key card. A $10 non-refundable fee is charged upon enrollment and will be included in the student's Institutional Fees. This fee must be paid before a card will be issued. All students are required to possess the card at all times and replace any lost card promptly by purchasing a new one.

## Tuition Breakdown - Campus

### January - August 2019

| Degree | Cost Per Credit Hour* | Total Credit Hours | Tuition |
|---|---|---|---|
| **CAMPUS UNDERGRADUATE PROGRAMS** | | | |
| Cloud Technologies | $671 | 120 | $80,500 |
| Computer Animation | $671 | 120 | $80,500 |
| Computer Science | $671 | 120 | $80,500 |
| Creative Writing for Entertainment | $500 | 120 | $60,000 |
| Digital Arts & Design | $671 | 120 | $80,500 |
| Entertainment Business | $500 | 120 | $60,000 |
| Film | $671 | 120 | $80,500 |
| Game Art | $671 | 120 | $80,500 |
| Game Design | $671 | 120 | $80,500 |
| Game Development | $671 | 120 | $80,500 |
| Graphic Design | $671 | 120 | $80,500 |
| Media Communications | $500 | 120 | $60,000 |
| Mobile Development | $671 | 120 | $80,500 |
| Music Business | $500 | 120 | $60,000 |
| Music Production | $650 | 120 | $78,000 |
| Recording Arts | $650 | 120 | $78,000 |
| Show Production | $650 | 120 | $78,000 |
| Simulation & Visualization | $671 | 120 | $80,500 |
| Sportscasting | $500 | 120 | $60,000 |
| Sports Marketing & Media | $500 | 120 | $60,000 |
| Web Design & Development | $671 | 120 | $80,500 |
| **CAMPUS GRADUATE PROGRAMS** | | | |
| Entertainment Business | $850 | 41.5 | $35,280 |
| Entertainment Business w/ *Sports Management* | $850 | 41.5 | $35,280 |
| Film Production | $534 | 58 | $31,000 |
| Game Design | $768 | 41.5 | $31,880 |
| **CAMPUS COURSES OF STUDY** | | | |
| Intensive English - Level 1 | $389 | 36 | $14,000 |
| Intensive English - Level 2 | $417 | 24 | $10,000 |
| Intensive English - Level 3 | $438 | 16 | $7,000 |
| Intensive English - Level 4 | $500 | 8 | $4,000 |

### September - December 2019

| Degree | Cost Per Credit Hour* | Total Credit Hours | Tuition |
|---|---|---|---|
| **CAMPUS UNDERGRADUATE PROGRAMS** | | | |
| Cloud Technologies | $696 | 120 | $86,500 |
| Computer Animation | $696 | 120 | $86,500 |
| Computer Science | $525 | 120 | $66,000 |
| Creative Writing for Entertainment | $696 | 120 | $86,500 |
| Digital Arts & Design | $696 | 120 | $86,500 |
| Entertainment Business | $525 | 120 | $66,000 |
| Film | $696 | 120 | $86,500 |
| Game Art | $696 | 120 | $86,500 |
| Game Design | $696 | 120 | $86,500 |
| Game Development | $696 | 120 | $86,500 |
| Graphic Design | $696 | 120 | $86,500 |
| Media Communications | $525 | 120 | $66,000 |
| Mobile Development | $696 | 120 | $86,500 |
| Music Business | $525 | 120 | $66,000 |
| Music Production | $675 | 120 | $84,000 |
| Recording Arts | $675 | 120 | $84,000 |
| Show Production | $675 | 120 | $84,000 |
| Simulation & Visualization | $696 | 120 | $86,500 |
| Sportscasting | $525 | 120 | $66,000 |
| Sports Marketing & Media | $525 | 120 | $66,000 |
| Web Design & Development | $696 | 120 | $86,500 |
| **CAMPUS GRADUATE PROGRAMS** | | | |
| Entertainment Business | $850 | 41.5 | $35,280 |
| Entertainment Business w/ *Sports Management* | $850 | 41.5 | $35,280 |
| Film Production | $534 | 58 | $31,000 |
| Game Design | $768 | 41.5 | $31,880 |
| **CAMPUS COURSES OF STUDY** | | | |
| Intensive English - Level 1 | $389 | 36 | $14,000 |
| Intensive English - Level 2 | $417 | 24 | $10,000 |
| Intensive English - Level 3 | $438 | 16 | $7,000 |
| Intensive English - Level 4 | $500 | 8 | $4,000 |

*CREDIT HOUR COSTS ARE PROVIDED FOR COMPARISON ONLY. FULL SAIL TUITION IS NOT CHARGED ACCORDING TO CREDIT HOUR CALCULATIONS.

## Tuition Breakdown - Online

### May - September 2019

| Degree | Cost Per Credit Hour* | Total Credit Hours | Tuition |
|---|---|---|---|
| **ONLINE UNDERGRADUATE PROGRAMS** | | | |
| Audio Production | $450 | 120 | $54,000 |
| Cloud Technologies | $450 | 120 | $54,000 |
| Computer Animation | $450 | 120 | $54,000 |
| Computer Science | $450 | 120 | $54,000 |
| Creative Writing for Entertainment | $450 | 120 | $54,000 |
| Digital Cinematography | $450 | 120 | $54,000 |
| Digital Marketing | $450 | 120 | $54,000 |
| Entertainment Business | $450 | 120 | $54,000 |
| Game Art | $450 | 120 | $54,000 |
| Game Design | $450 | 120 | $54,000 |
| Graphic Design | $450 | 120 | $54,000 |
| Media Communications | $450 | 120 | $54,000 |
| Mobile Development | $450 | 120 | $54,000 |
| Music Business | $450 | 120 | $54,000 |
| Music Production | $450 | 120 | $54,000 |
| Sportscasting | $450 | 120 | $54,000 |
| Sports Marketing & Media | $450 | 120 | $54,000 |
| Web Design & Development | $450 | 120 | $54,000 |
| **ONLINE GRADUATE PROGRAMS** | | | |
| Business Intelligence | $778 | 36 | $28,000 |
| Creative Writing MFA | $596 | 47 | $28,000 |
| Digital Marketing | $757 | 37 | $28,000 |
| Entertainment Business | $675 | 41.5 | $28,000 |
| Entertainment Business w/ *Sports Management* | $675 | 41.5 | $28,000 |
| Innovation & Entrepreneurship | $778 | 36 | $28,000 |
| Instructional Design & Technology | $778 | 36 | $28,000 |
| Media Design MFA | $569 | 58 | $33,000 |
| Mobile Gaming | $778 | 36 | $28,000 |
| New Media Journalism | $596 | 47 | $28,000 |
| Public Relations | $737 | 38 | $28,000 |
| **ONLINE CERTIFICATE PROGRAMS** | | | |
| Audio Production | $333 | 18 | $6,000 |
| Digital Marketing | $600 | 12.5 | $7,500 |
| Instructional Design & Technology | $600 | 12 | $7,200 |
| Media Communications | $375 | 16 | $6,000 |

### October - December 2019

| Degree | Cost Per Credit Hour* | Total Credit Hours | Tuition |
|---|---|---|---|
| **ONLINE UNDERGRADUATE PROGRAMS** | | | |
| Audio Production | $475 | 120 | $57,000 |
| Cloud Technologies | $475 | 120 | $57,000 |
| Computer Animation | $475 | 120 | $57,000 |
| Computer Science | $475 | 120 | $57,000 |
| Creative Writing for Entertainment | $475 | 120 | $57,000 |
| Digital Cinematography | $475 | 120 | $57,000 |
| Digital Marketing | $475 | 120 | $57,000 |
| Entertainment Business | $475 | 120 | $57,000 |
| Game Art | $475 | 120 | $57,000 |
| Game Design | $475 | 120 | $57,000 |
| Graphic Design | $475 | 120 | $57,000 |
| Media Communications | $475 | 120 | $57,000 |
| Mobile Development | $475 | 120 | $57,000 |
| Music Business | $475 | 120 | $57,000 |
| Music Production | $475 | 120 | $57,000 |
| Sportscasting | $475 | 120 | $57,000 |
| Sports Marketing & Media | $475 | 120 | $57,000 |
| Web Design & Development | $475 | 120 | $57,000 |
| **ONLINE GRADUATE PROGRAMS** | | | |
| Business Intelligence | $861 | 36 | $31,000 |
| Creative Writing MFA | $660 | 47 | $31,000 |
| Digital Marketing | $861 | 36 | $31,000 |
| Entertainment Business | $838 | 37 | $31,000 |
| Entertainment Business w/ *Sports Management* | $747 | 41.5 | $31,000 |
| Innovation & Entrepreneurship | $747 | 41.5 | $31,000 |
| Instructional Design & Technology | $861 | 36 | $31,000 |
| Media Design MFA | $621 | 58 | $36,000 |
| Mobile Gaming | $861 | 36 | $31,000 |
| New Media Journalism | $660 | 47 | $31,000 |
| Public Relations | $816 | 38 | $31,000 |
| **ONLINE CERTIFICATE PROGRAMS** | | | |
| Audio Production | $333 | 18 | $6,000 |
| Digital Marketing | $600 | 12.5 | $7,500 |
| Instructional Design & Technology | $600 | 12 | $7,200 |
| Media Communications | $375 | 16 | $6,000 |

## General Information

### Comparative Program Information

Comparative program information related to tuition and program length is available from:

» Accrediting Commission of Career Schools and Colleges
2101 Wilson Boulevard, Suite 302 Arlington, VA 22201
(703) 247-4212
www.accsc.org

### Degrees Awarded

Upon successful completion of a degree program, the student will be awarded:

**Master of Arts Degree:**
New Media Journalism – Online
Public Relations - Online

**Master of Fine Arts Degree:**
Creative Writing – Online
Film Production – Campus
Media Design – Online

**Master of Science Degree:**
Business Intelligence – Online
Digital Marketing – Online
Entertainment Business – Campus & Online
Entertainment Business *with Sports Management Elective Track* – Campus & Online
Game Design - Campus
Innovation & Entrepreneurship – Online
Instructional Design & Technology – Online
Mobile Gaming – Online

**Bachelor of Fine Arts Degree:**
Creative Writing for Entertainment – Campus & Online

**Bachelor of Science Degree:**
Audio Arts – Campus & Online
Audio Production – Online
Business – Campus & Online
Communications – Campus & Online
Computer Animation – Campus & Online
Computer Science – Campus & Online
Cloud Technologies – Campus & Online
Digital Arts & Design – Campus
Digital Cinematography – Online
Digital Marketing – Online
Entertainment Business – Campus & Online
Film – Campus
Game Art – Campus & Online
Game Design – Campus & Online
Game Development – Campus
Graphic Design – Campus & Online

Interactive Technology – Campus & Online
Music Business – Campus & Online
Media Communication – Campus & Online
Mobile Development – Campus & Online
Music Production – Campus & Online
Recording Arts – Campus
Show Production – Campus
Simulation & Visualization - Campus
Sportscasting – Campus & Online
Sports Marketing & Media – Campus & Online
Visual Arts – Campus & Online
Web Design & Development – Campus & Online

**Associate of Science Degree:**
Audio Production – Online
Computer Animation – Campus & Online
Computer Science - Campus
Cloud Technologies – Online
Creative Writing for Entertainment – Campus & Online
Digital Arts & Design – Campus
Digital Cinematography – Online
Digital Marketing – Online
Entertainment Business – Campus & Online
Film – Campus
Game Art – Campus & Online
Game Development – Campus
Game Design – Campus & Online
Graphic Design – Online
Music Business – Campus & Online
Media Communication – Campus & Online
Mobile Development – Campus & Online
Music Production – Campus & Online
Recording Arts – Campus
Show Production – Campus
Simulation & Visualization - Campus
Sportscasting – Campus & Online
Sports Marketing & Media – Campus & Online
Web Design & Development – Campus & Online

**Undergraduate Certificates:**
Audio Production – Online
Media Communication – Online

**Graduate Certificates:**
Instructional Design & Technology
Digital Marketing

**Certificate**
Intensive English

## General Information

### What's Included

The cost of a Full Sail Program includes expenses such as textbooks, manuals, media, production materials, lab fees, technology fees, and other associated costs except as noted.

### Institutional Fee

All students are required to purchase hardware and software in addition to tuition. Technology configured in accordance with program specifications.

| LaunchBox Pricing for Campus Degrees | Fee Amount |
|---|---|
| Cloud Technologies Bachelor of Science | $3,100 |
| Cloud Technologies Bachelor of Science 29 month | $3,200 |
| Computer Animation Bachelor of Science | $5,300 |
| Computer Animation Bachelor of Science 29 month | $5,800 |
| Computer Science Bachelor of Science | $3,500 |
| Computer Science Bachelor of Science 29 month | $3,600 |
| Creative Writing for Entertainment Bachelor of Fine Arts | $3,900 |
| Creative Writing for Entertainment Bachelor of Fine Arts 29 month | $4,200 |
| Digital Arts & Design Bachelor of Science | $3,900 |
| Digital Arts & Design Bachelor of Science 29 month | $4,500 |
| Entertainment Business Bachelor of Science | $3,900 |
| Entertainment Business Bachelor of Science 29 month | $4,300 |
| Entertainment Business Master of Science | $3,400 |
| Film Bachelor of Science | $4,300 |
| Film Bachelor of Science 29 month | $4,800 |
| Film Production Master of Fine Arts | $4,700 |
| Game Art Bachelor of Science | $4,900 |
| Game Art Bachelor of Science 29 month | $5,400 |
| Game Development Bachelor of Science | $3,800 |
| Game Development Bachelor of Science 29 month | $3,900 |
| Game Design Bachelor of Science | $3,700 |
| Game Design Bachelor of Science 29 month | $3,900 |
| Game Design Master of Science | $3,600 |
| Graphic Design Bachelor of Science | $3,800 |
| Graphic Design Bachelor of Science 29 month | $4,200 |
| Intensive English (certificate levels 0, 1, 2,3) | $400 |
| Media Communications Bachelor of Science | $3,900 |
| Media Communications Bachelor of Science 29 month | $4,500 |
| Mobile Development Bachelor of Science | $4,300 |
| Mobile Development Bachelor of Science 29 month | $4,800 |
| Music Business Bachelor of Science | $3,900 |
| Music Business Bachelor of Science 29 month | $4,300 |
| Music Production Bachelor of Science | $4,900 |
| Music Production Bachelor of Science 29 month | $5,500 |
| Recording Arts Bachelor of Science | $4,200 |
| Recording Arts Bachelor of Science 29 month | $4,400 |
| Show Production Bachelor of Science | $4,200 |
| Show Production Bachelor of Science 29 month | $4,400 |
| Simulation & Visualization Bachelor of Science | $3,900 |
| Simulation & Visualization Bachelor of Science 29 month | $4,000 |
| Sportscasting Bachelor of Science | $5,200 |
| Sportscasting Bachelor of Science 29 month | $5,300 |
| Sports Marketing & Media Bachelor of Science | $5,300 |
| Sports Marketing & Media Bachelor of Science 29 month | $5,700 |
| Web Design & Development Bachelor of Science | $3,700 |
| Web Design & Development Bachelor of Science 29 month | $4,100 |

### Project LaunchBox™

The primary component of the institutional fee is Project LaunchBox™, which includes an Apple MacBook Pro computer or a HP laptop for students in select gaming programs. A tablet is included for undergraduate students enrolled in online degree programs. The hardware and software included in the Project LaunchBox™ serve as a personal workstation for students throughout their academic program. Project LaunchBox comes with program-specific hardware and software that allows students to work on their projects on and off campus and maintain their personal portfolio from any location.

| LaunchBox Pricing for Online Degrees | Fee Amount |
|---|---|
| Audio Production Undergraduate Certificate | $3,700 |
| Audio Production Bachelor of Science | $6,300 |
| Business Intelligence Master of Science | $4,200 |
| Cloud Technologies Bachelor of Science | $3,500 |
| Computer Animation Bachelor of Science | $6,200 |
| Computer Science Bachelor of Science | $3,600 |
| Creative Writing Master of Fine Arts | $3,600 |
| Creative Writing for Entertainment Bachelor of Fine Arts | $4,600 |
| Digital Cinematography Bachelor of Science | $10,900 |
| Digital Marketing Bachelor of Science | $4,600 |
| Digital Marketing Master of Science | $3,500 |
| Digital Marketing Graduate Certifi cate | $3,000 |
| Entertainment Business – Sports Management Master of Science | $3,500 |
| Entertainment Business Bachelor of Science | $4,600 |
| Entertainment Business Master of Science | $3,500 |
| Game Art Bachelor of Science | $5,800 |
| Game Design Bachelor of Science | $4,300 |
| Graphic Design Bachelor of Science | $5,500 |
| Innovation & Entrepreneurship Master of Science | $3,500 |
| Instructional Design & Technology Master of Science | $3,900 |
| Instructional Design & Technology Graduate Certificate | $3,000 |
| Media Communications Bachelor of Science | $4,900 |
| Media Design Master of Fine Arts | $3,500 |
| Mobile Development Bachelor of Science | $5,100 |
| Mobile Gaming Master of Science | $4,100 |
| Music Business Bachelor of Science | $4,600 |
| Music Production Bachelor of Science | $5,900 |
| New Media Journalism Master of Arts | $4,400 |
| Public Relations Master of Arts | $4,400 |
| Sportscasting Bachelor of Science | $5,600 |
| Sports Marketing & Media Bachelor of Science | $6,100 |
| Web Design & Development Bachelor of Science | $4,500 |

Online Fee Amount includes shipping and software.

# Class Schedules

## Undergraduate Degrees - *Campus*

| REGISTRATION | TERM START | START DATE | GRADUATION DATE |
|---|---|---|---|
| January 3, 2019 | January 7, 2019 | January 7, 2019 | September 3/4, 2020 |
| January 28, 2019 | February 4, 2019 | February 4, 2019 | October 1/2, 2020 |
| February 25, 2019 | March 4, 2019 | March 4, 2019 | October 29/30, 2020 |
| March 25, 2019 | April 1, 2019 | April 1, 2019 | November 23/24, 2020 |
| April 29, 2019 | May 6, 2019 | May 6, 2019 | December 17/18, 2020 |
| May 28, 2019 | June 3, 2019 | June 3, 2019 | February 8/9, 2021 |
| July 1, 2019 | July 8, 2019 | July 8, 2019 | March 4/5, 2021 |
| July 29, 2019 | August 5, 2019 | August 5, 2019 | April 1/2, 2021 |
| August 26, 2019 | September 2, 2019 | September 3, 2019 | May 6/7, 2021 |
| September 23, 2019 | September 30, 2019 | September 30, 2019 | June 3/4, 2021 |
| October 21, 2019 | October 28, 2019 | October 28, 2019 | July 1/2, 2021 |
| November 18, 2019 | November 25, 2019 | November 25, 2019 | August 5/6, 2021 |
| January 3, 2020 | January 6, 2020 | January 6, 2020 | September 2/3, 2021 |

## Undergraduate Degrees - *Online*

| REGISTRATION | TERM START | START DATE | GRADUATION DATE |
|---|---|---|---|
| January 3, 2019 | January 7, 2019 | January 7, 2019 | June 3/4, 2021 |
| January 28, 2019 | February 4, 2019 | February 4, 2019 | July 1/2, 2021 |
| February 25, 2019 | March 4, 2019 | March 4, 2019 | August 5/6, 2021 |
| March 25, 2019 | April 1, 2019 | April 1, 2019 | September 2/3, 2021 |
| April 29, 2019 | May 6, 2019 | May 6, 2019 | September 30/October 1, 2021 |
| May 28, 2019 | June 3, 2019 | June 3, 2019 | October 28/29, 2021 |
| July 1, 2019 | July 8, 2019 | July 8, 2019 | November 22/23, 2021 |
| July 29, 2019 | August 5, 2019 | August 5, 2019 | December 16/17, 2021 |
| August 26, 2019 | September 2, 2019 | September 3, 2019 | February 3/4, 2022 |
| September 23, 2019 | September 30, 2019 | September 30, 2019 | March 3/4, 2022 |
| October 21, 2019 | October 28, 2019 | October 28, 2019 | March 31/April 1, 2022 |
| November 18, 2019 | November 25, 2019 | November 25, 2019 | May 5/6, 2022 |
| January 3, 2020 | January 6, 2020 | January 6, 2020 | June 2/3, 2022 |

## Graduate Degrees - *Campus & Online*

| REGISTRATION | TERM START | START DATE | GRADUATION DATE |
|---|---|---|---|
| January 3, 2019 | January 7, 2019 | January 7, 2019 | December 19/20, 2019 |
| January 28, 2019 | February 4, 2019 | February 4, 2019 | February 6/7, 2020 |
| February 25, 2019 | March 4, 2019 | March 4, 2019 | March 5/6, 2020 |
| March 25, 2019 | April 1, 2019 | April 1, 2019 | April 2/3, 2020 |
| April 29, 2019 | May 6, 2019 | May 6, 2019 | May 7/8, 2020 |
| May 28, 2019 | June 3, 2019 | June 3, 2019 | June 4/5, 2020 |
| July 1, 2019 | July 8, 2019 | July 8, 2019 | June 25/26, 2020 |
| July 29, 2019 | August 5, 2019 | August 5, 2019 | August 6/7, 2020 |
| August 26, 2019 | September 2, 2019 | September 3, 2019 | September 3/4, 2020 |
| September 23, 2019 | September 30, 2019 | September 30, 2019 | October 1/2, 2020 |
| October 21, 2019 | October 28, 2019 | October 28, 2019 | October 29/30, 2020 |
| November 18, 2019 | November 25, 2019 | November 25, 2019 | November 23/24, 2020 |
| January 3, 2020 | January 6, 2020 | January 6, 2020 | December 17/18, 2020 |

## Certificate Programs - *Online*

| TERM START | START DATE | COMPLETION |
|---|---|---|
| January 7, 2019 | January 7, 2019 | May 9/10, 2019 |
| February 4, 2019 | February 4, 2019 | June 6/7, 2019 |
| March 4, 2019 | March 4, 2019 | June 27/28, 2019 |
| April 1, 2019 | April 1, 2019 | August 8/9, 2019 |
| May 6, 2019 | May 6, 2019 | September 5/6, 2019 |
| June 3, 2019 | June 3, 2019 | October 3/4, 2019 |
| July 8, 2019 | July 8, 2019 | October 31/November 1, 2019 |
| August 5, 2019 | August 5, 2019 | November 25/26, 2019 |
| September 2, 2019 | September 3, 2019 | December 19/20, 2019 |
| September 30, 2019 | September 30, 2019 | February 6/7, 2020 |
| October 28, 2019 | October 28, 2019 | March 5/6, 2020 |
| November 25, 2019 | November 25, 2019 | April 2/3, 2020 |
| January 6, 2020 | January 6, 2020 | May 7/8, 2020 |

## Courses of Study (Intensive English) - *Campus*

| TERM START | START DATE | COMPLETION |
|---|---|---|
| January 7, 2019 | January 7, 2019 | February 3, 2019 |
| February 4, 2019 | February 4, 2019 | March 3, 2019 |
| March 4, 2019 | March 4, 2019 | March 31, 2019 |
| April 1, 2019 | April 1, 2019 | May 5, 2019 |
| May 6, 2019 | May 6, 2019 | June 2, 2019 |
| June 3, 2019 | June 3, 2019 | July 7, 2019 |
| July 8, 2019 | July 8, 2019 | August 4, 2019 |
| August 5, 2019 | August 5, 2019 | September 2, 2019 |
| September 2, 2019 | September 3, 2019 | September 29, 2019 |
| September 30, 2019 | September 30, 2019 | October 27, 2019 |
| October 28, 2019 | October 28, 2019 | November 24, 2019 |
| November 25, 2019 | November 25, 2019 | January 5, 2020 |
| January 6, 2020 | January 6, 2020 | February 2, 2020 |

Students in online courses may log in to their courses and assignments at any hour and day they choose provided they meet all assignment deadlines. Full Sail reserves the right to adjust the order of courses and program content, staff or materials on a course-by-course basis as needed. Students admitted to campus programs can be afforded a limited time online delivery option (hybrid) for their program of study. For more information contact your admissions representative.

## 2019 Holiday Schedule

*Campus*

Please do not book travel outside of these dates. We reserve the right to schedule lectures and/or labs right up until the official start time of your Break period.

| | |
|---|---|
| Spring Break | April 20 (1am) - April 29 (7am), 2019 |
| Memorial Day | May 27 (1am) - May 28 (1am), 2019 |
| July 4th Break | June 30 (1am) - July 8 (7am), 2019 |
| Labor Day Break | September 1 (1am) - September 3 (7am), 2019 |
| Thanksgiving | November 27 (1pm) - December 2 (1am), 2019 |
| Winter Break | December 21 (1pm), 2018 - January 6 (7am), 2020 |

*Online*

Please check with your instructors about how the break impacts your assignments and due dates.

| | |
|---|---|
| Spring Break | April 22 (12:01am) - April 29 (12:01am), 2019 |
| Memorial Day | May 27 (12:01am) - May 28 (12:01am), 2019 |
| July 4th Break | July 1 (12:01am) - July 8 (12:01am), 2019 |
| Labor Day Break | Sept 2 (12:01am) - Sept 3 (12:01am), 2019, 2019 |
| Thanksgiving | November 28 (12:01am) - December 2 (12:01am), 2019 |
| Winter Break | December 23 (12:01am) - January 6 (12:01am), 2020 |

# Online Education

## Online Education at Full Sail

Online degree programs and select courses in campus programs are delivered utilizing the Full Sail Online learning system--a secure web-based platform that employs modern multimedia technologies and is accessible 24 hours a day via the Internet. Online students use this system to view video content, receive and submit project work and assignments, take tests and quizzes, communicate with instructors and classmates, and review grades and course progress.

On-campus students also use Full Sail's Online learning system for online-only courses, which are noted in their respective degree sections, and for some assignments in their campus-based courses.

## Requirements

Applicants to online-only degree programs will be required to complete a technology assessment. The assessment will determine whether students have the skills, competencies, and access to technology necessary to succeed in a distance education environment prior to their enrollment in the program or course of study.

Once enrolled into a program, students will complete the orientation module. The module explains the best practices for conducting online learning, overall operation of the online platform, procedures for troubleshooting problems and contacting the technical support team, and general school policy as it applies to the online format.

Applicants to online degree programs are required to have access to a reliable computer or tablet capable of running multimedia applications and navigating media rich websites. Applicants are also required to have access to a reliable high-speed Internet connection.

## Online Support

The staff of Full Sail Online Support works together with students, faculty, and administration to make the student experience positive, reassuring, and seamless throughout our online courses. Our mission is to provide the highest standard of technical support and to nurture students' growth and development while allowing them to enhance the skills necessary to be successful in an online environment. Full Sail Support Specialists can assist with resolving technical issues associated with the functionality of the online platform. You can reach Online Support by phone at 877-437-6349 or by email at FSOSupport@fullsail.com.

# Student Services

## Online Support

Full Sail Support Specialists can assist with resolving technical issues associated with the functionality of the online platform.

You can reach Online Support by phone at 877-437-6349 or by email at FSOSupport@fullsail.com.

## Housing Resources

All students are encouraged to contact the Housing Resources department for assistance in finding suitable housing accommodations, as well as information on roommates and local services. This assistance is offered at no charge.

## International Student Center

International students may be assisted by the International Student Center in matters regarding visa status. International students are welcome to seek assistance with issues of daily living such as opening bank accounts, obtaining driver's licenses and medical insurance. The International Student Center works closely with other Full Sail staff members to ensure a smooth transition for students from other countries attending Full Sail.

## Services for Students with Disabilities

Full Sail is committed to providing equal access to all students, including those who qualify as persons with disabilities. While upholding this commitment, Full Sail also expects all students to maintain the high standards of academic achievement and excellence that are essential to the integrity of the school's mission. By advancing these aims, Full Sail ensures that its policies, practices, and procedures conform to federal, state, and local statutes and regulations.

Provide written documentation to the Director of Student Affairs or Director of Student Success regarding the nature of your disability and any reasonable considerations/accommodations that may be necessary. Such documentation must: (1) be from an appropriate professional, (2) not be more than three years old and, (3) provide a clear understanding of how the student is presently functioning. Full Sail's confidentiality policy provides that only the appropriate Full Sail personnel access this information and it is stored in separate, confidential files. Except in instances of health or safety, information concerning the disability, accommodations, or documentation will not be released without written consent.

Provide ample time when requesting a reasonable accommodation(s). Requests must be evaluated and arrangements made prior to the anticipated need for service/support. Full Sail cannot guarantee that appropriate accommodations/services can be put in place without sufficient lead-time to make arrangements. Whenever possible, please provide at least 60 days advance notice. The Director of Student Affairs, assigned by the President, makes determinations of reasonable accommodations for students with disabilities. Fax documentation to (407) 552-2072.

# Student Services

## Academic Success Department/ Personal Advisement

The staff of the Academic Success Department works collaboratively with the students, faculty and administration to create a positive environment for development throughout our student's academic journey. We aim to provide support and encouragement that enables our students to develop character and integrity while expanding their competency and skills. We strive to endorse learning in the classroom and in the community, not only through academics but through personal growth and maturity.

The Academic Success Department provides services through Academic Advising, Student Records, Student Success Seminars, Global Professionalism Standards, and the Library. We work closely with the faculty to ensure the best support services for all students.

Academic Advisors can assist with scheduling issues, leaves of absence, community referrals, and can act as a contact for parents. Academic Advisors are available during regular office hours Monday through Friday, either by appointment or on an availability basis. Some Academic Advisors are available by phone until 9:00pm on Monday through Thursday evenings.

The lobby of Full Sail 3B (FS3B) and the lobby of Full Sail Bldg. 2 is manned by support staff 24 hours a day. There is also a security team on the premises 24 hours a day for emergencies.

## The Student Success Seminars

The Student Success Seminars, unique to Full Sail and available online and on campus, are offered as a service to Degree-seeking students. These optional classes in human performance enhancement are not remedial classes, but have been designed specifically to help students perform well within Full Sail's immersive Degree Programs. The Student Success Seminars are designed to help students acquire tools for building competency, self-esteem and self-management. Topics covered include discussions about study skills and test-taking strategies, developing positive strategies for dealing with life circumstances and relationships, managing stress, balancing logic and emotion, creative and critical thinking, budgeting and money management, and time management. There are no fees for these seminars and they may be prescribed, when indicated by lower than expected academic achievement, by the Director of Student Affairs.

Students who successfully complete five (5) Student Success Seminars receive ten (10) points that they may apply at graduation to any course they successfully complete. These points may not be separated, nor can they be applied to test-out scores. Likewise, they cannot be used to change a failing grade into a passing one.

# Policies and Procedures

## Academic Grading Scale

Grades are given for both academics and attendance. Students are required to obtain a passing grade in each course and 90 percent attendance. A passing grade in an associate- or bachelor-level program is a D or a numerical grade of 70. A passing grade in a master-level program is a C or a numerical grade of 73.

The grading scale is as follows:

### Undergraduate Degrees

| GRADE | NUMERICAL GRADE | GRADE POINTS |
|---|---|---|
| A+ | 95–100 % | 4.0 |
| A | 90–94 % | 3.5 |
| B+ | 85–89 % | 3.0 |
| B | 80–84 % | 2.5 |
| C+ | 76–79 % | 2.0 |
| C | 73–75 % | 1.5 |
| D | 70–72 % | 1.0 |
| F | below 70 % | 0 |

### Graduate Degrees

| GRADE | NUMERICAL GRADE | GRADE POINTS |
|---|---|---|
| A+ | 95–100 % | 4.0 |
| A | 90–94 % | 3.5 |
| B+ | 85–89 % | 3.0 |
| B | 80–84 % | 2.5 |
| C | 73–79 % | 2.0 |
| D | 70–72 % | 1.0 |
| F | 0–69 % | 0.0 |

Unless otherwise stated in each course syllabus, grades are rounded to the nearest percentage point.

## Advancement

An academic year consists of 32 weeks of instruction. In order to advance to the next grade level (freshman to sophomore, etc.), students must earn a minimum of 24 semester credits during that academic year.

## Anti-Hazing Policy

Full Sail does not allow hazing for any reason whatsoever. Students engaging in any potentially harmful activities will be disciplined and may be subject to suspension or termination.

## Appeals

Any disciplinary or administrative action taken according to Full Sail policies may be appealed to an Appeals Committee. Appeals must be submitted in writing to Academic Advisors. The Appeals Committee is convened as required by the Director of Advising and consists of no less than five senior Full Sail administrators including the Program Director for a given student's particular program of study.

## Attendance

For students in on-campus programs, regular class attendance and lab participation are two of the most significant factors for success. Students are expected to attend classes and lab sessions unless prevented by illness or emergency. To satisfactorily complete a course, students must attend a minimum of 90 percent of the lectures, seminars, and lab sessions.

If unexcused absences exceed 10 percent of a course's total hours, students fail the course. Tardiness is entered on class records, whether excused or unexcused. An accumulation of 5 "tardies" equals one unexcused absence. Leaving class early is considered an unexcused absence.

The failure of a course either online or on campus can affect a student's cumulative grade point average, thereby resulting in a probationary status. If no improvement is shown over the designated period, student status will then be determined by the Director of Academic Advising. This determination may include interruption of training.

Specific daily attendance is not recorded for online courses, as it would be on campus. Students are required, however, to maintain weekly logins and timely submissions of assignments or they may risk being withdrawn for lack of attendance.

## Auditing

Graduates of Full Sail's Degree Programs may audit (attend without credit) any current course in their degree program with permission of the Director of Student Affairs. Auditing is allowed on an available-seating basis.

## Changes

Full Sail reserves the right to affect changes in tuition, textbooks, equipment, administration, schedules, subject matter, faculty and staff, and to teach courses in any order it deems necessary. Students will be notified of such changes. Tuition will not be modified once the enrollment agreement is signed.

## Class Size

Full Sail's philosophy is to put students in environments with optimal student to instructor ratios. To achieve this, the student to lab specialist ratio in lab settings can vary from six-to-one to twenty-four-to-one, depending on the degree program and the needs of students in a specific lab.

Lectures vary in size from course to course, but the maximum size for a degree program's core curriculum is 85. In lectures attended by students from multiple degree programs, the maximum number is 120. Although these are Full Sail's published maximum class sizes, most classes within the degree programs typically range between 36 and 85 students.

Online course sections are limited to a maximum of 25 students per instructor.

## Clock Hour-to-Credit Hour Conversion

One "clock hour" is defined as a period of no less than 50 minutes during which a student participates in a learning activity. The conversion of clock hours to credit hours is calculated on a semester credit hour basis. One semester credit hour is equal to 45 units of academic activities:

| | |
|---|---|
| **One clock hour of Lecture or Lab** | 2.0 units |
| **One hour of out-of-class work and/or preparation for a Lecture or Lab** | 0.5 units |

A credit hour/unit chart is incorporated into each course syllabus and includes a breakdown of the total number of units for the academic activities in each respective course.

## Conduct

Students are expected to conduct themselves honorably and with dignity at all times. They are responsible for learning and abiding by state and local laws. Conviction for a criminal offense or any behavior reflecting dishonor or discredit on the college is sufficient grounds for termination. In addition, Full Sail reserves the right to terminate enrollment in the event of cheating, disruptive behavior, substance abuse or destruction of property at studios, offices, classrooms, or any other accommodations arranged by Full Sail. Although the mode of dress is casual, shoes, pants and shirts must be worn at all Full Sail-related activities. Discretion, modesty, and good taste are expected at all times.

## Course Numbering System

Each course is assigned a three- or four-letter course prefix that identifies the degree program the class is associated with and a three- or four-digit course suffix that identifies the level, course number, and course version of each course within their respective program.

## Credit for Previous Education

Students with previous postsecondary education may request credit for previous education.

### Transfer Credit

Those seeking transfer credit from another accredited postsecondary school while attending Full Sail submit a copy of official transcripts to the Document Management Team. To receive transfer credit, students must have successfully completed courses similar in scope and content to Full Sail courses. The submission of a copy of official college transcripts must occur within the first two weeks of attendance at Full Sail. For those classes that begin the first week in a degree program, a copy of official college transcripts must be received before class begins. The right to receive transfer credit for a course is only granted for successful completion of prior education in subjects that have received a grade of C or better. Transfer credits are awarded based on courses already completed and recommendations to attend courses at other institutions cannot be provided. Acceptance of transfer credit may change a student's eligibility for certain types of financial aid. Full Sail may request additional documentation to verify and/or assess the preparation provided by the issuing institution. In all cases, Full Sail retains the sole discretion to determine the transferability of credits.

# Policies and Procedures

## Credit by Examination

Undergraduate, campus-based students are eligible for credit by examination (CE) to earn credit toward graduation. Undergraduate campus students who have work experience or who cannot provide a college transcript prior to the deadline for submission, may take a CE test in each course for which credit is being sought and must obtain a score of 75 percent or better in order to receive credit. CE tests must occur within the first two weeks of attendance at Full Sail. For those classes that begin the first week, the test must be taken before the course begins. A minimum of 25 percent of an undergraduate degree program's semester hours or equivalent must be taken to receive a degree from Full Sail University. Matriculation agreements with other postsecondary institutions or universities are handled on an individual basis and may negate the usual testing procedure.

CE tests can only be taken one time. There is no fee to take the exam, but it must be scheduled through Enrollment or the Student Success Department prior to the beginning of a course. If a student starts a course, they are no longer eligible to take the CE test for that course.

Graduate, online students who have at least five years of management and/or leadership experience may be eligible for credit by examination. For the following graduate degree programs: Business Intelligence Master of Science, Entertainment Business Master of Science, or Digital Marketing Master of Science, a maximum of five courses may be considered for credit by examination. Prospective students will be asked to submit their undergraduate transcript, a résumé, and a letter of intent to qualify for credit by examination. The final decision to allow CE tests rests with the Program Director of the graduate degree program. Not all courses in these programs are eligible for credit by examination. Students must achieve a score of 85 percent or better in order to receive credit. A majority of the credits required for a graduate degree program must be completed at Full Sail University.

If credit is earned, the tuition and credit hours are revised for the degree program accordingly. Successful completion of a CE test results in a test-out (TO) on the student's transcript. The credit does not affect the student's GPA but does count as hours toward graduation and maximum time frame.

CE tests are not available for all courses. Some technical courses may require both a written test and a practical test. Many intermediate and advanced courses in the program's core curriculum are not eligible for credit by examination. A specific list of courses available for credit by examination may be obtained from the Enrollment team. Credits earned via credit by examination may change a student's eligibility for certain types of financial aid.

## Transferability of Credit

Questions regarding matriculation should be directed to the institution at which continued education is being sought. The transferability of credit from Full Sail to another institution is at the discretion of the accepting institution. It is the student's responsibility to confirm whether or not credits will be accepted by another college.

## Evaluations

During courses, students are evaluated on their performance through a series of quizzes, exams, and lab evaluations. They are evaluated on theory, technical and practical application, and attitude.

## Global Professionalism Standards

For over 30 years, Full Sail has built relationships within the Entertainment Media Industry and has learned from industry professionals, our alumni and Advisory Board members, those items that are crucial to a successful career. It is the school's role to ensure that each student understands, accepts, and adheres to specific industry expectations placed upon graduates as they pursue their chosen field. In addition to the school's widely-respected education, Full Sail is a unique community that promotes the importance of a vital code of conduct, which will allow a student to transition into a successful media professional.

The Global Professionalism Standards (GPS) program is a formal set of standards for professional conduct which reflects the expectations of the industry. While these standards have been represented in the Full Sail Student Manual's code of conduct since the school's inception, this expanded program quantifies these terms, allowing students to measure their progress as well as giving them a platform from which excellence can be gauged. These initiatives address the need for students and graduates alike to exhibit a desired level of professionalism thereby ensuring each student a respectful, optimized learning environment, while allowing Full Sail graduates to be viewed as more competitive and better qualified for entering the industry. The GPS contains five main components that will be evaluated throughout the education term as a student. These components are:

- Timeliness
- Evidencing Respect
- Preparation
- Alertness/Attentiveness
- Compliance with Full Sail's policies as well as local and federal laws

Each student's professional skills will be assessed during their tenure with Full Sail in three areas: Learning Environments, Education, and Community.

- **Learning Environments and Education:** The ability to follow the code of conduct set forth in the Full Sail Student Manual (factors including: timeliness, evidencing respect, preparation, alertness/attentiveness and compliance with Full Sail's policies as well as local and federal laws) will ensure that each student maintains a GPS score of 100 percent. Failure to follow any and/or all parts of the Full Sail code of conduct will result in points being deducted from the GPS score.
- **Community:** This element represents the ability to add to the GPS score by contributing and participating in events both within Full Sail and throughout the larger community. Events may include: volunteer work, attending designated tutorials or workshops, starting or participating in a community-minded group, or organizing a benevolent fund-raising event.
- **The Global Professionalism Standards** program was created with the help of industry professionals and students to help the current student become familiar with the professional attributes of employment and to enhance the ability to successfully navigate within a professional environment.

## Graduation Requirements

In order to graduate from one of Full Sail's undergraduate degree programs, a student must:
1. Achieve a minimum GPA of 1.0 in each course and an attendance rate of 90 percent in each course,
2. Complete all applicable courses within the degree,
3. Not accrue in excess of 1.5 times the credits required to complete the program,
4. Achieve an overall cumulative GPA of 2.0.

In order to graduate from one of Full Sail's graduate degree programs, a student must:
1. Achieve a minimum GPA of 2.0 and a minimum attendance rate of 90 percent in each course,
2. Complete all applicable courses within the program,
3. Not accrue in excess of 1.5 times the credits required to complete the program,
4. Achieve an overall cumulative GPA of 3.0.

In order to graduate from one of Full Sail's certificate programs, a student must:
1. Achieve a minimum GPA of 1.0 in each course and an attendance rate of 90 percent in each course,
2. Complete all applicable courses within the program,
3. Not accrue in excess of 1.5 times the credits required to complete the program,
4. Achieve an overall cumulative GPA of 2.0.

In order to earn the Intensive English Certificate of Completion, a student must:
1. Achieve a final grade of 70 percent or higher in each course,
2. Maintain an attendance rate of 90 percent in each course,
3. Satisfactorily complete the Accuplacer exit exam with the combined minimum score of: Reading (82), Listening (70), Sentence Meaning (88), Language Use (82), and WritePlacer (4). A student may only retake the Accuplacer exam twice. A student who does not pass the Accuplacer exam after three attempts will be dismissed from the Intensive English certificate.

Students are required to fulfill all financial obligations before a certificate of completion and final transcripts are issued.

## Florida's Statewide Course Numbering System

Courses in this catalog are identified by prefixes and numbers that were assigned by Florida's Statewide Course Numbering System (SCNS). This numbering system is used by all public postsecondary institutions in Florida and by participating nonpublic institutions. The major purpose of this system is to facilitate the transfer of courses between participating institutions. Students and administrators can use the online SCNS to obtain course descriptions and specific information about course transfer between participating Florida institutions. This information is at the SCNS website at http://scns.fldoe.org.

Each participating institution controls the title, credit, and content of its own courses and recommends the first digit of the course number to indicate the level at which students normally take the course. Course prefixes and the last three digits of the course numbers are assigned by members of faculty discipline committees appointed for that purpose by the Florida Department of Education in Tallahassee. Individuals nominated to serve on these committees are selected to maintain a representative balance as to type of institution and discipline field or specialization.

The course prefix and each digit in the course number have a meaning in the SCNS. The listing of prefixes and associated courses is referred to as the "SCNS taxonomy." Descriptions of the content of courses are referred to as "statewide course profiles."

### Example of Course Identifier

| PREFIX | LEVEL CODE (FIRST DIGIT) | CENTURY DIGIT (SECOND DIGIT) | DECADE DIGIT (THIRD DIGIT) | UNIT DIGIT (FOURTH DIGIT) | LAB CODE |
|---|---|---|---|---|---|
| ENC | 1 | 1 | 0 | 1 | No laboratory component in this course |
| English Composition | Lower (Freshman) Level At This Institution | Freshman Composition | Freshman Composition Skills | Freshman Composition Skills I | |

### General Rule for Course Equivalencies

Equivalent courses at different institutions are identified by the same prefixes and same last three digits of the course number and are guaranteed to be transferable between participating institutions that offer the course, with a few exceptions, as listed below in Exceptions to the General Rule for Equivalency.

For example, a freshman composition skills course is offered by 84 different public and nonpublic postsecondary institutions. Each institution uses "ENC_101" to identify its freshman composition skills course. The level code is the first digit and represents the year in which students normally take the course at a specific institution. In the SCNS taxonomy, "ENC" means "English Composition," the century digit "1" represents "Freshman Composition," the decade digit "0" represents "Freshman Composition Skills," and the unit digit "1" represents "Freshman Composition Skills I."

In the sciences and certain other areas, a "C" or "L" after the course number is known as a lab indicator. The "C" represents a combined lecture and laboratory course that meets in the same place at the same time. The "L" represents a laboratory course or the laboratory part of a course that has the same prefix and course number but meets at a different time or place.

Transfer of any successfully completed course from one participating institution to another is guaranteed in cases where the course to be transferred is equivalent to one offered by the receiving institution. Equivalencies are established by the same prefix and last three digits and comparable faculty credentials at both institutions. For example, ENC 1101 is offered at a community college. The same course is offered at a state university as ENC 2101. A student who has successfully completed ENC 1101 at a Florida College System institution is guaranteed to receive transfer credit for ENC 2101 at the state university if the student transfers. The student cannot be required to take ENC 2101 again since ENC 1101 is equivalent to ENC 2101. Transfer credit must be awarded for successfully completed equivalent courses and used by the receiving institution to determine satisfaction of requirements by transfer students on the same basis as credit awarded to the native students. It is the prerogative of the receiving institution, however, to offer transfer credit for courses successfully completed that have not been designated as equivalent. NOTE: Credit generated at institutions on the quarter-term system may not transfer the equivalent number of credits to institutions on the semester-term system. For example, 4.0 quarter hours often transfers as 2.67 semester hours.

### The Course Prefix

The course prefix is a three-letter designator for a major division of an academic discipline, subject matter area, or subcategory of knowledge. The prefix is not intended to identify the department in which a course is offered. Rather, the content of a course determines the assigned prefix to identify the course.

### Authority for Acceptance of Equivalent Courses

Section 1007.24(7), Florida Statutes, states:

*Any student who transfers among postsecondary institutions that are fully accredited by a regional or national accrediting agency recognized by the United States Department of Education and that participate in the statewide course numbering system shall be awarded credit by the receiving institution for courses satisfactorily completed by the student at the previous institutions. Credit shall be awarded if the courses are judged by the appropriate statewide course numbering system faculty committees representing school districts, public postsecondary educational institutions, and participating nonpublic postsecondary educational institutions to be academically equivalent to courses offered at the receiving institution, including equivalency of faculty credentials, regardless of the public or nonpublic control of the previous institution. The Department of Education shall ensure that credits to be accepted by a receiving institution are generated in courses for which the faculty possess credentials that are comparable to those required by the accrediting association of the receiving institution. The award of credit may be limited to courses that are entered in the statewide course numbering system. Credits awarded pursuant to this subsection shall satisfy institutional requirements on the same basis as credits awarded to native students.*

### Exceptions to the General Rule for Equivalency

Since the initial implementation of the SCNS, specific disciplines or types of courses have been excepted from the guarantee of transfer for equivalent courses. These include courses that must be evaluated individually or courses in which the student must be evaluated for mastery of skill and technique. The following courses are exceptions to the general rule for course equivalencies and may not transfer. Transferability is at the discretion of the receiving institution.
- A. Courses not offered by the receiving institution.
- B. For courses at nonregionally accredited institutions, courses offered prior to the established transfer date of the course in question.

# Policies and Procedures

C. Courses in the _900-999 series are not automatically transferable, and must be evaluated individually. These include such courses as Special Topics, Internships, Apprenticeships, Practica, Study Abroad, Theses, and Dissertations.

D. Applied academics for adult education courses.

E. Graduate courses.

F. Internships, apprenticeships, practica, clinical experiences, and study abroad courses with numbers other than those ranging from 900-999.

G. Applied courses in the performing arts (Art, Dance, Interior Design, Music, and Theatre) and skills courses in Criminal Justice (academy certificate courses) are not guaranteed as transferable. These courses need evidence of achievement (e.g., portfolio, audition, interview, etc.).

### Courses at Nonregionally Accredited Institutions

The SCNS makes available on its home page (http://scns.fldoe.org) a report entitled "Courses at Nonregionally Accredited Institutions" that contains a comprehensive listing of all nonpublic institution courses in the SCNS inventory, as well as each course's transfer level and transfer effective date. This report is updated monthly.

Questions about the SCNS and appeals regarding course credit transfer decisions should be directed to Debbie Mills, Director of Student Affairs or to the Florida Department of Education, Office of Articulation, 1401 Turlington Building, Tallahassee, Florida 32399-0400.  Special reports and technical information may be requested by calling the SCNS office at (850) 245-0427 or at http://scns.fldoe.org.

### Interruption of Training

In extenuating circumstances, students may apply for an Interruption of Training (IOT) for 90 days per Academic Year (2 Semesters). Students are required to complete the request form with a Student Advisor, which must include the following information: specific reason for the IOT, date IOT starts (must be equal to first scheduled class day missed), and date of return to classes (cannot exceed 90 days in an Academic Year). It is recommended that financial aid recipients considering an Interruption of Training consult their Financial Aid Administrator about the probable effect it will have on projected grant and loan disbursements. While on IOT, students may not receive financial aid disbursements for either tuition payment or living expense stipends. Current financial aid funding may change, and future financial aid eligibility may be delayed and changed by the length of time the student is on leave. A student may be required to complete additional financial aid application forms based on the timing of their IOT within the financial aid period. Only students who maintain satisfactory progress with a GPA of 1.0 or higher will be granted an IOT. Students not communicating and/or not returning to school at the scheduled end of an official IOT will be dismissed.

### Interruption of Training for Active Military Students

In an effort to support our students who are members of the armed forces, Full Sail University will allow active military personnel one additional IOT period during a 12-month period. The combined IOT periods cannot exceed 180 days within a 12-month period.

### Return From Interruption of Training

Students must contact a Student Advisor at least 2 weeks prior to returning from their IOT to confirm their return. A Return from IOT form will be initiated by the Student Advisor, and the student must be cleared by all departments before a schedule to return to classes is generated. Students returning from IOT should confirm clearance to return with their Student Advisor the week prior to start of new classes. Schedules may be accessed through the Propeller site or from a Student Advisor.

## Institutional Refund Policy

### Refunds

Full Sail University's Institutional Refund Policy has been established in accordance with current state and federal regulations and applicable accrediting standards. A refund to the student or fund source may result from the application of Full Sail University's Institutional Refund Policy.

### Refunds Due to Cancellations

Students who are not accepted by the University or cancel enrollment within five (5) business days of Full Sail University's receipt of a signed enrollment agreement are entitled to a 100% refund of tuition and fees (0% tuition and fees charged).

Students who have not visited Full Sail University prior to enrollment will have the opportunity to cancel all courses without penalty (0% of tuition and fees charged) within three (3) business days following either the regularly scheduled orientation or following a tour of the school.

Under any other circumstances, the $75 registration fee is retained by Full Sail University.

### Refunds Due to Withdrawal

Full Sail University has an established add/drop period that is the first week of each semester. All tuition and fees will be refunded to students who drop within the add/drop period. After the add/drop period, the tuition and fees for the semester will be charged as follows: (residents of Iowa, Maryland, and Wisconsin, please see page 217 for your refund policy):

| PERCENTAGE OF TUITION CHARGED | DROP DATE |
| --- | --- |
| 0% of tuition charged | Prior to semester start date |
| 0% of tuition charged | During Add / Drop Period |
|  | (first week of semester) |
| 25% of tuition charged | During second week of semester |
| 75% of tuition charged | During third week of semester |
| 100% of tuition charged | After third week of semester |

All institutional fees will be refunded to students when unopened materials and equipment are returned to Full Sail University. The date from which the refund is calculated is the last date that the student attended a class. Refunds will be made within thirty (30) days of the date that Full Sail University determines that the student has withdrawn. The original source from which monies are received dictates the entity to which monies are to be refunded. In the event of a student's prolonged illness, accident, death in the family, or other circumstances that make completion of the semester impossible or impractical, the school will attempt to make a fair and reasonable settlement. Full Sail University reserves the right to modify these policies in order to remain in compliance with any changes in the applicable laws and regulations.

### Repayment of Government Program Funds

If a student is terminated, withdraws, or otherwise fails to complete a semester and received financial aid while enrolled, the Federal Government dictates how refunds (if applicable) are repaid.

Students on Trial Periods: Once a student has successfully completed the Trial Period and becomes a regular student, otherwise eligible trial period students become eligible for Title IV, HEA program funds back to the beginning of the payment or loan period, as applicable, including the trial period, and the Title IV Refund Policy and Institutional Withdrawal Policy applies.

The return of financial aid is dictated by The Return of Title IV Funds calculation policy. If a refund results from this calculation, federal policy requires that these unearned funds be returned to the applicable Title IV financial aid fund source.

Funds are refunded to the Title IV Programs in the following federally mandated order:
1. Unsubsidized Federal Stafford loans
2. Subsidized Federal Stafford loans
3. Federal PLUS loans
4. Federal Pell grants
5. Academic Competitiveness Grant (ACG)
6. National Science and Mathematics Access to Retain Talent (SMART)
7. Federal Supplemental Education Opportunity Grant (FSEOG)
8. Other grant or loan assistance authorized by Title IV of the HEA, as amended

When a student withdrawal involves the repayment of Title IV funds, Full Sail University returns these funds based semesters.

If a student withdraws on or before completing sixty (60) percent of the semester, a portion of the total Title IV funds awarded will be returned. The Return of Title IV Funds calculation may result in the student owing a balance to the Federal Government and, in some cases, to Full Sail University.

Refunds are made within thirty (30) days of the date that the institution determines that the student has withdrawn.

### Living Expense Repayment

If a student is provided with living expense funds originating from a student financial assistance program and the student fails to complete the semester for any reason, the student is required to return the unearned funds. Full Sail will notify the student of the amount owed. If the student fails to satisfy the repayment, he or she will be ineligible for any further federal student financial aid assistance.

### IOWA

Full Sail University is not required to be authorized by the Iowa College Student Aid Commission. Full Sail University uses a pro-rata refund policy for Iowa residents who are enrolled in online programs. Students who are not accepted by the University or cancel enrollment within five (3) business days of Full Sail University's receipt of a signed enrollment agreement are entitled to a 100% refund of tuition and fees (0% tuition and fees charged). Under any other circumstances, the $75 registration fee is retained by Full Sail University.

Refunds will be paid within thirty (30) days of the date that the institution determines that the student has withdrawn.  If the University cancels or discontinues a course or educational program stated in the Enrollment Agreement, the University will refund all monies paid for that course or program.

Iowa residents who are enrolled in online programs will receive a refund of tuition charges in an amount that is not less than ninety percent (90%) of the amount of tuition charged to the student multiplied by the ratio of the remaining number of calendar days in the school period to the total number of calendar days in the school period. In accordance with Iowa refund policies, refunds will be calculated for the following formula:



$$\frac{\text{Number of Remaining Calendar Days in the Semester}}{\text{Number of Calendar Days in the Semester}} = \text{Percentage of Incomplete Semester}$$

$$\text{Percentage of Incomplete Semester} \times \text{Total Semester Tuition Charges} = \text{Incomplete Tuition Balance}$$

$$\text{Incomplete Tuition Balance} \times 90\% = \text{Iowa Tuition Reduction}$$

**EXCEPTIONS:** If an Iowa online student cancels his/her program at any time due to the student's physical incapacitation, the student's refund shall be calculated using the following formula:

$$\text{Iowa Tuition Reduction} = \text{Total Semester Tuition Charges} \times \frac{\text{Number of Remaining Calendar Days in the Semester}}{\text{Number of Calendar Days in the Semester}}$$

Cancellation due to physical incapacitation will require medical documentation.

### MARYLAND

**Refunds due to Withdrawal**
**(For Maryland Students Enrolled in Online Programs)**

Full Sail University uses a pro-rata refund policy for Maryland residents who are enrolled in online programs. Maryland online students have seven (7) calendar days after signing their enrollment agreement to cancel their enrollment for a full refund of tuition and fees.

After the seven (7) day cancellation period, but before instruction has begun, the student is eligible for a full refund, minus the registration fee.

 After the seven (7) day cancellation period, and after instruction has begun, the refund calculation is as follows:

| PERCENTAGE OF TUITION REFUNDED | PERCENTAGE OF SEMESTER COMPLETED |
| --- | --- |
| 90% | Less than 10% |
| 80% | 10% up to but not including 20% |
| 60% | 20% up to but not including 30% |
| 40% | 30% up to but not including 40% |
| 20% | 40% up to but not including 60% |
| 0% | More than 60% |

Refunds will be paid within thirty (30) days of the date that the institution determines that the student has withdrawn. If the university cancels or discontinues a course or educational program stated in the enrollment agreement, the university will refund all monies paid for that course or program.

### WISCONSIN

**Refunds due to Withdrawal**
**(For Wisconsin Students Enrolled in Online Programs)**

Full Sail University uses a pro-rata refund policy for Wisconsin residents who are enrolled in online programs. Wisconsin Online students have three (3) business days from the time of enrollment to cancel their enrollment for a full refund of tuition and fees. After the three (3) business day cancellation period, all tuition, excluding the registration fee, will be refunded to students that drop within the first five (5) days of the semester.

Refunds will be paid within thirty (30) days of the date that the institution determines that the student has withdrawn. If the University cancels or discontinues a course or educational program stated in the Enrollment Agreement, the University will refund all monies paid for that course or program.

Refunds will be calculated for the semester using the following chart:

| SEMESTER BY WEEK | PERCENTAGE OF TUITION REFUNDED | PERCENTAGE OF SEMESTER COMPLETED |
| --- | --- | --- |
| Week 1 | 100% | 6.25% |
| Week 2 | 80% | 12.50% |
| Week 3 | 80% | 18.75% |
| Week 4 | 70% | 25% |
| Week 5 | 60% | 31.25% |
| Week 6 | 60% | 37.5% |
| Week 7 | 50% | 43.75% |
| Week 8 | 50% | 50% |

# Policies and Procedures

| | | |
|---|---|---|
| Week 9 | 40% | 56.25% |
| Week 10 | 0% | 62.5% |
| Week 11 | 0% | 68.75% |
| Week 12 | 0% | 75% |
| Week 13 | 0% | 81.25% |
| Week 14 | 0% | 87.5% |
| Week 15 | 0% | 93.75% |
| Week 16 | 0% | 100% |

Student's Right to Cancel Form: fullsail.edu/resources/brochure-file/wisconsonrtc.pdf

## Living Expenses

Disbursement of living expense funds due to the student may be withheld or delayed pending receipt of payment for any outstanding account balances owed by the student. Students not actively attending classes may not receive living expense disbursements.

## Make-up Work

Students with an excused absence who are eligible to make up work should contact the appropriate Course Director(s) within seven days to make arrangements.

Due to the nature of on-line courses and the accelerated pace, make-up work is not offered. In extenuating circumstances, the Course Director may choose to allow a short extension for the submission of an assignment, but this must be arranged in advance with the Course Director. Authorization for an extension is solely at the discretion of the Course Director.

## Maximum Time Frame for Program Completion

All degree students must complete their training within the maximum time frame (MTF) for their degree program. In order to stay within the maximum time frame, the credit hours attempted cannot exceed 1.5 times the credit hours required to complete the program. If a student fails to complete all required coursework within the maximum time frame, they will not be eligible to receive their diploma or certificate.

For example:
- An associate's degree that requires 60 credit hours would have an MTF of 90 credit hours attempted.
- A bachelor's degree that requires 120 credit hours would have an MTF of 180 credit hours attempted.
- A master's degree that requires 40 credit hours would have an MTF of 60 credit hours attempted.

## Notice of Availability of Annual Security Report

A copy of Full Sail's Annual Security Report is available to prospective students upon request. This report includes statistics for the previous three years concerning reported crimes that occurred on-campus; in certain off-campus buildings or property owned or controlled by Full Sail; and on public property within, or immediately adjacent to and accessible from, the campus. The report also includes institutional policies concerning campus security and other matters. You can obtain a copy of this report by contacting your Admissions Representative.

## Repeat of a Course

Students with satisfactory attendance who fail a course for academic reasons are permitted to retake the course. Students must maintain satisfactory progress throughout the second attempt and complete all coursework given. There will be no

charge for additional months of classes due to excused absences or poor academic achievement; however, if a student withdraws prior to graduation, all weeks of attendance (even repeats for academic failure) will be counted toward the weeks of attendance for percentage of tuition owed.

Students who fail a course due to poor attendance, or who retake a course for a third time, must repay the course tuition.

There are some courses in degree programs that a student must complete within two attempts or that student will be dismissed from the program. This information is provided to the students in the syllabus received on the first day of those classes.

## Maintaining Satisfactory Progress

### UNDERGRADUATE DEGREE STUDENTS

Undergraduate degree students must successfully complete a course with a grade of D or above. Financial aid students who do not maintain Satisfactory Progress may not be able to receive federal and/or private aid funds until their progress is satisfactory.

To maintain academic progress for the purpose of Satisfactory Progress toward a degree, students must achieve a satisfactory grade point average as well as a satisfactory rate of progress (ROP).

Undergraduate students must achieve the following GPA:
- Up to 25% of program completion, achieve an GPA of 1.0
- Between 25 and 50% of program completion, achieve a GPA of 1.5
- Between 50 and 75% of program completion, achieve a GPA of 1.75
- Between 75 and 100% of program completion, achieve a GPA of 2.0

A student's ROP is calculated by dividing the number of credits earned by the number of credits attempted. For instance, if a student has attempted 110 credits but only successfully earned 75 of those credits, the ROP would be 68.2 percent.

Undergraduate students must also achieve the following ROP:
- Up to 25% of program completion, achieve an ROP of 50%
- Between 25 and 50% of program completion, achieve an ROP of 55%
- Between 50 and 75% of program completion, achieve an ROP of 60%
- Between 75 and 100% of program completion, achieve an ROP of 66.67%

Satisfactory Academic Progress (SAP) will be monitored at the end of each semester in order to provide an intervention for those who do not meet the SAP standards. Failure to obtain these averages may result in the student being placed on Academic Probation.

### GRADUATE DEGREE STUDENTS

Graduate degree students must successfully complete a course with a grade of C or above. Financial aid students who do not maintain Satisfactory Progress may not be able to receive federal and/or private aid funds until their progress is satisfactory.

To maintain academic progress for the purpose of Satisfactory Progress toward a degree, students must achieve a satisfactory grade point average as well as a satisfactory rate of progress (ROP).

Graduate students must achieve the following GPA:
- Up to 25% of program completion, achieve a GPA of 2.0
- Between 25 and 50% of program completion, achieve a GPA of 2.5
- Between 50 and 100% of program completion, achieve a GPA of 3.0

A student's ROP is calculated by dividing the number of credits earned by the number of credits attempted. For instance, if a student has attempted 60 credits but only successfully earned 48 of those credits, the ROP would be 80 percent.

Graduate students must also achieve the following ROP:
- Up to 50% of program completion, achieve an ROP of 60%

- After 50% of program completion, achieve an ROP of 66.67%

Satisfactory Academic Progress (SAP) will be monitored at the end of each semester in order to provide an intervention for those who do not meet the SAP standards. Failure to obtain these averages may result in the student being placed on Academic Probation.

### CERTIFICATE STUDENTS

Undergraduate certificate students must successfully complete a course with a grade of D or above. Post-baccalaureate certificate students must successfully complete a course with a grade of C or above. Financial aid students who do not maintain Satisfactory Progress may not be able to receive federal and/or private aid funds until their progress is satisfactory.

To maintain academic progress for the purpose of Satisfactory Progress toward certificate completion, students must achieve a satisfactory grade point average as well as a satisfactory rate of progress (ROP).

Certificate students must achieve the following GPA:
- Up to 50% of certificate completion, achieve a GPA of 1.5 for undergraduate certificate students and 2.5 for post-baccalaureate certificate students
- Between 50 and 100% of certificate completion, achieve a GPA of 2.0 for undergraduate certificate students and 3.0 for post-baccalaureate certificate students

A student's ROP is calculated by dividing the number of credits earned by the number of credits attempted. Certificate students must achieve the following ROP:
- Up to 50% of certificate completion, achieve a ROP of 55% for undergraduate certificate students and 60% for post-baccalaureate certificate students
- Between 50 and 100% of certificate completion, achieve a ROP of 66.67% for both undergraduate and post-baccalaureate certificate students

Satisfactory Academic Progress (SAP) will be monitored at the end of each semester in order to provide an intervention for those who do not meet the SAP standards. Failure to obtain these averages may result in the student being placed on Academic Probation.

### INTENSIVE ENGLISH CERTIFICATE STUDENTS

Students in the Intensive English certificate are required to make regular progress in the English language. This requires the following:
- Pass each course with a 70% or higher
- Regularly attend class (90% of class hours)
- Respect university policies, including academic and behavioral requirements
- Regularly complete in-class and out-of-class work at an average level or higher
- Make progress in the English language

Students who do not meet these requirements for progress will be placed on Academic Probation. During this time, students are advised as to the level of improvement or the action necessary to rectify the probationary status through meetings with their advisor(s) and written notification via the Academic Recovery Plan. Students are removed from Academic Probation when student progress standards have been met.

Students who do not make academic progress for four terms will be dismissed from the Intensive English certificate. A term at Full Sail University is one month in length. This policy requires that students in Intensive English make continuous progress and must not fail four terms at any point in the certificate. If a student on the F-1 student visa is dismissed from the Intensive English certificate, his or her SEVIS record and I-20 will be terminated immediately. Students in Intensive English courses may only withdraw from a course based on documented extenuating circumstances. All withdrawals must be approved by students' Academic Advisor and International Advisor/designated school official (DSO), if applicable.

## Probationary Status

Students who do not meet Full Sail grading, attendance, financial, or conduct standards may be placed on probation. During this time, students are advised as to the level of improvement or the action necessary to rectify the probationary status through meetings with their advisor and written notification via the Academic Recovery Plan. Students are removed from probation when satisfactory progress standards have been met. Students who do not meet satisfactory progress requirements at the end of their probationary period are subject to termination.

## Progress Records and Reports

Progress records are permanently maintained by the school. Grades and attendance for each course are posted on the student's personal page on the Student Intranet site. Unofficial transcripts of student progress are available by completing a Transcript Request Form.

Parents seeking access to this progress must have students sign an authorization to release records and, that being done, may call the college for a verbal check on academic progress.

Transcript requests must be in writing from the student. To request a transcript, the student may either complete a Transcript Request Form in the Education Reception Area, on the Student Intranet site, or by sending a letter that includes the student's full name, date of birth, social security number, program of study, and the student's signature. Requests for transcripts will be processed within 14 days of receipt. Transcripts will be available for pick-up at the Education Reception desk unless instructed otherwise by the student. There is a $5.00 charge for each official transcript.

## Re-Entry

Students wishing to re-enter school must contact their Academic Advisor. Re-entry will depend on the academic progress made by the student in their previous enrollment at the university. A student who was dismissed or administratively withdrawn by the university may not be eligible for re-entry, depending on the severity of the situation surrounding the withdrawal. To re-enter, a Change of Enrollment (COE) will be initiated by the Academic Advisor and/or COE Assessment Team Member and the student must be cleared by all departments before a schedule to return to classes is generated. Re-entry requests must be initiated by the student. Family members may not request a Change of Enrollment (COE) on the student's behalf. Any balance of tuition must be paid prior to re-entry.

If withdrawn for more than one year, reentering students will be charged the currently applicable tuition price and will be responsible for any increased amounts. Students may receive credit only for the common classes that were passed prior to their withdrawal.

Typically, the re-entry process may require students to make appointments with several different departments; therefore, no less than a 30-day notice is required for a standard re-entry. In the event of a student withdraws with plans to immediately re-enter (for example, due to an IOT for more than 90 days), 60 days notice prior to the intended start/enrollment date is required.

## Student Complaint/Grievance Procedure

Students are encouraged to discuss academic progress, career goals, suggestions, and/or concerns with Full Sail staff members and/or administrators. Appointments with an Academic Advisor, the Director of Student Affairs, and/or any other staff member may be scheduled. In the event of a concern, grievance or complaint that is not satisfactorily addressed in a meeting with the appropriate staff/faculty member, a student may acquire a complaint form from an Academic Advisor and submit in writing the concern to the Director of Student Affairs. The Director of Student Affairs will review each complaint with all appropriate staff members and provide a written response to the student within 30 days of receiving the grievance.

# Policies and Procedures

Schools accredited by the Accrediting Commission of Career Schools and Colleges must have a procedure and operational plan for handling student complaints. If a student does not feel that Full Sail has adequately addressed a complaint or concern, the student may consider contacting the Accrediting Commission. All complaints considered by the Commission must be in written form with permission by the complainant(s) for the Commission to forward a copy of the complaint to the school for a response. The complainant(s) will be kept informed as to the status of the complaint as well as the final resolution by the Commission. Please direct all inquiries to:

> **Accrediting Commission of Career Schools and Colleges**
> 2101 Wilson Boulevard, Suite 302
> Arlington, VA 22201
> (703) 247-4212
> www.accsc.org

A copy of the Commission's Complaint Form is available at the school and may be obtained by contacting Debbie Mills, Director of Student Affairs.

For information Full Sail's grievance/complaint policy, please visit:

> » fullsail.edu/resources/brochure-file/DisabledStudent_
> GrievanceComplaintProceduers.pdf

Out-of-state distance education students participating under SARA, who have completed the internal institutional grievance process and the applicable state grievance process, may appeal non-instructional complaints to the FL-SARA PRDEC Council. For additional information on the complaint process, please visit:

> » www.fl doe.org/sara/complaint-process.stml

**FLORIDA**

Students may contact the Commission for Independent Education as the last resort for grievances after all other avenues have been contacted and a satisfactory resolution has not been made.

> » **Florida Commission for Independent Education**
> 325 West Gaines Street, Suite 1414
> Tallahassee, Florida 32399-0400
> 850-245-3200

## Students Receiving Veterans Benefits

### Credit for Previous Training for Students Receiving Veterans Benefits

Students receiving veterans benefits with previous postsecondary training or work experience must have this training or work experience evaluated and receive credit when appropriate. An official transcript or documentation of work experience must be sent to the Director of Student Affairs. These students must also successfully complete the final exam for each course to be credited. The Director of Student Affairs evaluates all relevant information, and credit for previous training is granted where appropriate. If credit is given, the training time within the program may be shortened and the tuition reduced accordingly.

### Satisfactory Progress for Students Receiving Veterans Benefits

A standard system of percentages is used for measuring progress in each course. Students are given periodic examinations, both written and practical. Those receiving veterans benefits are evaluated at the end of each class. In order to maintain satisfactory progress, students must have a 1.0 term GPA at the end of each evaluation period and have a cumulative grade point average at the 25%, mid-point and end of the program that meets the same graduation requirements for all degree program students. Those who do not achieve satisfactory progress at the end of each evaluation are placed on probation for eight weeks. Students who do not achieve satisfactory progress on or before the end of the eight week probation period have their veterans benefits terminated and are subject to termination from Full Sail. In this event, students are responsible for payment of any remaining tuition balance.

### Reporting for Students Receiving Veterans Benefits

Students are responsible for reporting changes in their enrollment status to Full Sail's certifying official and to the VA. The law requires that education benefits to veterans be discontinued when students cease to maintain satisfactory attendance, progress, or conduct during training.

### Re-Entry for Students Receiving Veterans Benefits

Students receiving veterans benefits who are dismissed for unsatisfactory progress, poor attendance, misconduct or any other reason must seek re-entry through the Academic Advisors in the Education Department. These students may be re-admitted into the program at the discretion of the Director of Student Affairs. They re-enter under a probationary status and those receiving veterans benefits are evaluated one month after re-entry. A term grade point average of at least 1.0, satisfactory attendance and good conduct are required to continue training and, at that point, students are again eligible to apply for veterans benefits. Students must maintain satisfactory progress and attendance for the remainder of the program. If satisfactory progress is not maintained, veterans benefits are denied and the students are responsible for the balance of the tuition owed.

## Termination Policy and Borrower's Agreement

A student may terminate their enrollment agreement by giving written notice to the Office of Academic Advising at Full Sail University. Withdrawals are subject to the Institutional Refund Policy section of this catalog.

Full Sail University reserves the right to terminate the enrollment agreement in the event of (i) disruptive behavior by a student, (ii) destruction of property by a student, (iii) nonpayment of tuition, (iv) unsatisfactory progress, (v) poor attendance and/or participation, or (vi) failure to satisfactorily complete all required courses prior to attempting 150% of the credit hours required to complete the semester.

A student's dissatisfaction with or non-receipt of educational services offered by Full Sail University does not excuse the student from repayment of any private loan, grant, federal loan, or other loan whatsoever made to the student for enrollment and completion of training at Full Sail University.

## Title IX

For more information regarding Full Sail's title IX compliance program, visit www.fullsail.edu/title-ix

## Licenses & Accreditation

Full Sail University is licensed by the Commission for Independent Education, Florida Department of Education. Additional information regarding this institution may be obtained by contacting the Commission at 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399-0400, toll-free telephone number (888) 224-6684.

Full Sail University is licensed to offer Associate of Science, Bachelor of Science, Master of Science, Master of Fine Arts, undergraduate certificates and graduate certificates by the Commission for Independent Education.

Full Sail is accredited by the Accrediting Commission of Career Schools and Colleges (ACCSC), [School # 055214]. The ACCSC is listed by the U.S. Department of Education as a nationally recognized accrediting agency under the provisions of Title 34, Chapter VI, Part 602 of the U.S. Code of Federal Regulations.

### CALIFORNIA DISCLOSURE

As a registered out-of-state institution in the state of California, Full Sail University must provide the following disclosure to all online, California-resident students:

*The State of California established the Student Tuition Recovery Fund (STRF) to relieve or mitigate economic loss suffered by a student in an educational program at a qualifying institution, who is or was a California resident while enrolled, or was enrolled in a residency program, if the student enrolled in the institution, prepaid tuition, and suffered an economic loss.*

*Unless relieved of the obligation to do so, you must pay the state-imposed assessment for the Fund STRF, or it must be paid on your behalf, if you are a student in an educational program, who is a California resident, or are enrolled in a residency program, and prepay all or part of your tuition.*

You are not eligible for protection from the STRF and you are not required to pay the STRF assessment if you are not a California resident, or are not enrolled in a residency program.

It is important that you keep copies of your enrollment agreement, financial aid documents, receipts, or any other information that documents the amount paid to the school. Questions regarding the STRF may be directed to the Bureau for Private Postsecondary Education, 2535 Capitol Oaks Drive, Suite 400, Sacramento, CA 95833, (916) 431-6959 or (888) 370-7589.

To be eligible for STRF, you must be a California resident or enrolled in a residency program, prepaid tuition, paid or deemed to have paid the STRF assessment, and suffered an economic loss as a result of any of the following:

1. The institution, a location of the institution, or an educational program offered by the institution was closed or discontinued, and you did not choose to participate in a teach-out plan approved by the Bureau or did not complete a chosen teach-out plan approved by the Bureau.

2. You were enrolled at an institution or a location of the institution within the 120-day period before the closure of the institution or location of the institution, or were enrolled in an educational program within the 120-day period before the program was discontinued.

3. You were enrolled at an institution or a location of the institution more than 120 days before the closure of the institution or location of the institution, in an educational program offered by the institution as to which the Bureau determined there was a significant decline in the quality or value of the program more than 120 days before closure.

4. The institution has been ordered to pay a refund by the Bureau but has failed to do so.

5. The institution has failed to pay or reimburse loan proceeds under a federal student loan program as required by law, or has failed to pay or reimburse proceeds received by the institution in excess of tuition and other costs.

6. You have been awarded restitution, a refund, or other monetary award by an arbitrator or court, based on a violation of this chapter by an institution or representative of an institution, but have been unable to collect the award from the institution.

7. You sought legal counsel that resulted in the cancellation of one or more of your student loans and have an invoice for services rendered and evidence of the cancellation of the student loan or loans.

To qualify for STRF reimbursement, the application must be received within four (4) years from the date of the action or event that made the student eligible for recovery from STRF.

A student whose loan is revived by a loan holder or debt collector after a period of noncollection may, at any time, file a written application for recovery from STRF for the debt that would have otherwise been eligible for recovery. If it has been more than four (4) years since the action or event that made the student eligible, the student must have filed a written application for recovery within the original four (4) year period, unless the period has been extended by another act of law.

However, no claim can be paid to any student without a social security number or a taxpayer identification number.

## Administration

### Governing Body

Full Sail University is a fictitious name registered by Full Sail, LLC d/b/a Full Sail University) is organized and chartered under the laws of the State of Florida. The address of the governing body is the same as that of the school.

**Co-Chairmen/CEOs**

Ed Haddock
Bill Heavener
Jon Phelps

**Full Sail University Administration**

#### ADMINISTRATION

| | |
|---|---|
| Garry Jones | President |
| Ken Goldstone | Chief Operating Officer |
| Isis Jones | Chief Information Officer /Executive Director Of Education |
| Debbie Magruder | Chief Administrative Officer/Chief Financial Officer |
| Geoff Rogers | Executive Vice President |
| Stella Posada | Senior Vice President, Image, Design & Development |
| Mary Beth Plank-Mezo | Vice President, Staff & Cultural Development |
| Matthew Pengra | Senior Vice President |
| Andrew Solberg | Senior Vice President |
| Mark Gilbert | Vice President, Information & Media Technology |
| Sharon Griffith | Vice President, Financial Aid |
| Craig Daily | Vice President & Creative Director |
| Luis Garcia | Vice President, Emerging Technologies |
| Tom LaCroix | Vice President, Admissions |
| Shayne Cade | Director of Institutional Effectiveness & Compliance |

#### ACADEMIC ADMINISTRATION

| | |
|---|---|
| Dave Franko | Vice President, Academic Affairs |
| Nell Thompson | Vice President, Academic Innovation |
| Edgard Bond | Senior Director of Operations |
| Pat Bishop | Director of Graduate Studies |
| Debbie Mills | Director of Student Affairs |
| Jon Craig | Director of Academic Success |
| Charles Everett | Director of Academic Effectiveness |
| Angelique Smith | Director of Faculty Affairs & Development |
| Haifa Maamar | Education Director, Emerging Technologies |
| Rick Ramsey | Education Director, Visual Arts |
| Kathleen Ross | Education Director, Liberal Arts |
| Dana Roun | Education Director, Audio Arts |
| Eric Saperstein | Education Director, Business |



**Statement of Nondiscrimination Policies**

Full Sail University is committed to providing equal access to educational and employment opportunities regardless of race, color, religion, national origin, physical or mental disability, pregnancy, age, sex, sexual orientation, gender identity or expression, ancestry, familial status, spousal affiliation, medical condition, military veteran status, or any other characteristic protected by local, state or federal law. Debbie Mills, Director of Student Affairs, has been designated the school's Section 504 Coordinator. She is responsible for handling inquiries regarding Section 504 nondiscrimination policies and accommodations. She may be reached at 407-679-0100 ext. 2024. Shayne Cade is the University's Title IX Coordinator and is responsible for handling Title IX compliance matters. He may be reached at 407-679-0100 ext. 8351. Reports may also be sent to 3300 University Boulevard, Winter Park, FL 32792.

A description of the disability services, auxiliary aids and the procedures for filing a grievance regarding disability or discrimination issues are available in the Student Handbook.

**Produced by Platinum Creative**

©2019 Full Sail, LLC. All rights reserved.
The terms "Full Sail," "Full Sail University," "Full Sail Real World Education," "If you're serious about your dream, we'll take your dream seriously," "You Can Get There From Here," and the Full Sail University Logo are either registered service marks or service marks of Full Sail, LLC.

Other product and company names mentioned herein may be the trademarks of their respective owners. The appearance of these marks does not necessarily indicate a formalized sponsorship or affiliation with other such companies.

224









**Master's | Bachelor's | Associate's** Degrees



**Full Sail University**
3300 University Boulevard
Winter Park, FL 32792-7429

Local/International:  407.679.0100
Toll Free:                  800.226.7625

*fullsail.edu*



Financial aid is available for those who qualify  ·  Career development assistance  ·  Accredited University, ACCSC

**To review consumer disclosures, please visit fullsail.edu/gedt.**



The Full Sail Catalog is printed on paper that contains fiber from forests that are carefully managed, independently certified and adhere to strict environmental standards. The cover is printed on paper that contains 10% post consumer recycled fiber.