UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL DEMONBRUN,

    Plaintiff,

v.                                        Case No: 6:20-cv-1154-Orl-37EJK

FULL SAIL, INC. and FULL SAIL, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 34) filed August 10, 2020.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 18, 2020.

ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record